

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2007
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DEBORAH A. DORFMAN
phone: (212) 788-0408
fax: (212) 788-0940
e-mail: ddorfman@law.nyc.gov

August 17, 2007

*By facsimile*

Hon. Paul A. Crotty
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*August 20, 2007*
**Application GRANTED**
**SO Ordered**
/s/ Paul Crotty

Re: *Reyes v. City of New York, et al.*, 07 Civ. 6349

Dear Judge Crotty:

    I write on behalf of the defendants in the above-captioned matter, to request an extension of time by which the defendants must respond to plaintiff's request to consent to waiver of service of summons pursuant to Fed. R. Civ. P. 4 until September 4, 2007. The original date that consent was required was August 15, 2007. Defendants consent to extending plaintiff's time to personally serve defendants until December 1, 2007.

    An extension is necessary so that defendants may have time to inquire with all of the individually named plaintiffs to ascertain whether they will consent to a waiver of service of summons. This is the defendant's first request for an extension and plaintiff's counsel has consented to this request.

Sincerely yours,

/s/ Martha Calhoun
Martha Calhoun
Assistant Corporation Counsel

**MEMO ENDORSED**

cc:  Leo Glickman, Counsel for Plaintiff
     Cynthia Conti-Cook, Counsel for Plaintiff

NYC LAW DEPARTMENT   Fax:2127880940   Aug 17 2007  0:29   P.03