# STOLL, GLICKMAN & BELLINA<sup>LLP</sup> ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 6 2007
```

Chambers of the Honorable Judge Paul A. Crotty
United States District Court, SDNY
500 Pearl Street, Room 735
New York, NY 10007

November 5, 2007

November 6, 2007
Application **GRANTED**
SO Ordered
/s/ Paul Crotty
USDJ

Re:   Jayson Reyes v. City of New York et al. 07CV6349

Your Honor-

We write to notify the court that plaintiff is filing an amended complaint to replace a named defendant. We were informed by counsel to the City of New York that Deputy Commissioner James Capoziello retired prior to the incident. Plaintiff voluntarily dismisses him from the complaint.

We were also informed by counsel to the City that for all relevant times, the Deputy Commissioner responsible for prisoner care and administering the Prison Health Services contract was Louise Cohen. As no answer has been filed in this case, we are amending the complaint to replace Capoziello with Cohen.

In our phone conversation today, ACC Deborah Dorfman advised me that her answer was due Monday, November 5. Since we are filing an amended complaint, she requests, with our consent, additional time to answer to November 26, 2007.

We thank the court for its consideration of this matter.

Sincerely Yours,

Leo Glickman