AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

JAYSON REYES,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 CV 6349 (PAC)

THE CITY OF NEW YORK YORK,
COMMISSIONER MARTIN F. HORN, NEW
YORK CITY DEPARTMENT OF CORRECTION,
WARDEN JACQUELINE THOMAS-ANDREWS,
NORTHERN INFIRMARY COMMAND WARDEN

TO: (Name and address of defendant)

Deputy Commissioner Louise Cohen
New York City Correctional Health Services
225 Broadway, 23 Floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leo Glickman, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  **J. MICHAEL McMAHON**

DATE  NOV 0 5 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 11-5-07

NAME OF SERVER (PRINT): Ted Braunstein

TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Vivian Toan - Attorney Served by hand at 225 Bway 23rd Fl
Vivian Toan

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-5-07
Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.