UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

JASON REYES,

                                              Plaintiff,

                -against-

THE CITY OF NEW YORK, COMMISSIONER MARTIN F. HORN, NEW YORK CITY DEPARTMENT OF CORRECTION, WARDEN FIDEL GONZALEZ, NORTHERN INFIRMARY COMMAND, WARDEN LIONEL LORQUET, MANHATTAN DETENTION COMPLEX, WARDEN FRANK SQUILLANTE, ERIC M. TAYLOR CENTER, PRISON HEALTH SERVICES, INC., PRISONER HEALTH SERVICES, INC., MEDICAL DIRECTOR, TREVOR PARKS, PRISON HEALTH SERVICES INC., PROGRAM DIRECTOR REBECCA PINNEY, DEPARTMENT OF MENTAL HEALTH AND HEALTH DEPUTY COMMISSIONER LOUISE COHEN, DEPARTMENT OF MENTAL HEALTH AND HEALTH DOCTOR BENJAMIN OKONTA, JOHN DOE CAPTAIN Shield #570, JOHN DOE CORRECTION OFFICER Shield #12574, JOHN DOE ##1-15

                                              Defendants.

------------------------------------------------------------------------ x

**DOCKET # 07 CV 6349**

NOTICE OF APPEARANCE

ECF Case

        **TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that defendants appear in the above-captioned action by and through the undersigned attorney.

Dated: New York, New York
       November 7, 2007

-2-

Respectfully submitted,

MICHAEL E. CARDOZO
Corporation Counsel of the
  City of New York
100 Church Street
New York, New York 10007

_____
Deborah A. Dorfman
(212) 788-0408
ddorfman@law.nyc.gov

-3-

## DECLARATION OF SERVICE

**DEBORAH A. DORFMAN**, under penalty of perjury, declares that pursuant to 28 U.S.C. § 1746 that, on November 7, 2007, I caused a true and correct copy of the annexed Notice of Appearance to be served electronically and by First Class Mail on Leo Glickman, counsel for plaintiff, at lglickman@stollglickman.com, and 71 Nevins Street, Brooklyn, NY 11212, the addresses designated by him for that purpose.

Dated:   New York, New York
         November 7, 2007

By: _____

Deborah A. Dorfman
Assistant Corporation Counsel