# EXHIBIT A
to Answer

*Jason Reyes v. City of New York, et al.,* 07 CV 6349 (PC)

# PRISON HEALTH SERVICES
## *Contracted by* NYC Department of Health and Mental Hygiene

## CERTIFICATION

I, Cyril Joseph, Assistant Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, hereby certify that the record of the attached is in the custody of, and is an accurate and complete record of the condition, act, transaction, occurrence or event of this program concerning:

_REYES, JRAY_
(Name of Patient)

_3490861628_
( Book and Case Number)

I further certify that this record was made in the regular course of business of this program and it is the regular course of business of this program to make such records. The record was made at the time of the condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter.
The record contained herein is a certified reproduction of the record on file (in accordance with CPLR Section 2306)

_4/24/07_
(Date)

_C. Joseph_
Cyril Joseph
Assistant Director of Medical Records

## DELEGATION OF AUTHORITY

I, PETRINA MARINER, Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, certify that, CYRIL JOSEPH, Assistant Director of Medical Records, of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, whose signature appears above is a responsible employee of this program. I hereby authorize him to certify records of this program as accurate and complete records of this program, such records having been made in the regular course of business of this program at the time of the condition, act, transaction, occurrence, or event recorded or within a reasonable time thereafter.

_P. Mariner_
Petrina Mariner.
Director of Medical Records.

NYC 000001

**NYC Health**

DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

## PROBLEM LIST

| Patient's Last Name | First Name |
|---|---|
| Reyes | Jason |

| Book & Case Number | NYSID Number |
|---|---|
| 349-06-02628 | 0470442Y |

| DOB | ALLERGIES: NKA |
|---|---|
| 1/13/1983 | |

| CHRONIC MEDICAL PROBLEMS | DATE LISTED |
|---|---|
| S/P LANKLE INJURY 2002 WITH NERVE DAMAGE | 2/12/2006 |
| ATYPICAL CHEST PAIN | 5/25/06 |

| PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|
| | |

| SUICIDE WATCH | DATE ON | DATE OFF |
|---|---|---|
| | | |

| SUICIDE RISKS | DATE LISTED |
|---|---|
| | |

**INMATE HAS CONTRAINDICATIONS FOR**

**Category A (Chemical Agents):**

*Medically contraindicated if the patient has*    ☐ Asthma    ☐ Chronic Obstructive Pulmonary Disease (COPD)

**Category B (Stun Shield):**

*Medically contraindicated if the patient has ANY of the following conditions:*    (Check All That Apply)

☐ Pregnancy    ☐ Hypertension    ☐ Pace Maker    ☐ Asthma    ☐ Seizure    ☐ Diabetes    ☐ Cardiac Disease

☒ NO CONTRAINDICATIONS

Signature: ___Issa Madhoun___    Date: __2/12/2006__

CHS-289 (REV. 09/05)

**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

**INTAKE**
**HISTORY AND PHYSICAL EXAM**

| PATIENT'S LAST NAME | FIRST NAME |
|---|---|
| Reyes | Jason |

| BOOK & CASE NUMBER | NYSID NUMBER | DOB | IS PATIENT EMANCIPATED? |
|---|---|---|---|
| 349-06-02628 | 0470442Y | 1/13/1983 | ☒ YES  ☐ NO |

| DATE | TIME | FACILITY | HAVE YOU PREVIOUSLY BEEN INCARCERATED? | DO YOU HAVE MEDICAID OR ANY HEALTH INSURANCE? |
|---|---|---|---|---|
| 2/12/2006 | 02:53  ☒ AM  ☐ PM | BBKC | ☐ YES  ☒ NO<br>If yes, where? ☐ RIKERS  ☐ ELSEWHERE  N/A<br>If yes, when?  N/A | ☐ YES  ☒ NO<br>WHERE DO YOU CURRENTLY GET MEDICAL CARE?<br>BETH ISRAEL |

**1. DO YOU HAVE ANY ALLERGIES?**  ☐ YES  ☒ NO
Reaction Type: ☐ HIVES  ☐ RASH  ☐ SOB  ☐ ANAPHYLAXIS  ☐ DON'T KNOW
ALLERGIES TO MEDICATIONS? N/A
OTHER? N/A

**2. HAVE YOU EVER HAD CHICKEN POX?**  ☐ YES  ☐ NO  ☒ DON'T KNOW

**3. HAVE YOU EVER HAD HIGH BLOOD SUGAR OR DIABETES?**  ☐ YES  ☒ NO
yes, Current Medications?  ☐ YES  ☐ NO
If yes, List on Page 2.

| FINGER STICK (ON ADMISSION) | 4. HAVE YOU EVER HAD TB? | Do you have? | Chest X-ray done? | Current and Past TB Medications Taken? | How long taken? |
|---|---|---|---|---|---|
| N/A | ☐ YES  ☒ NO<br>Where diagnosed?<br>N/A | Weight loss  ☐ YES  ☒ NO<br>Night Sweats  ☐ YES  ☒ NO<br>Fever  ☐ YES  ☒ NO<br>Cough > 2 Wks  ☐ YES  ☒ NO | ☐ YES  ☒ NO<br>If yes,<br>☐ Normal  ☐ Abnormal<br>When? N/A | N/A | N/A |

**5. HAVE YOU EVER HAD:**
- Multiple Sex partners?  ☐ YES  ☒ NO
- Unprotected sex?  ☐ YES  ☒ NO
- Sex with substance abusers?  ☐ YES  ☒ NO
- Same sex relationship?  ☐ YES  ☒ NO
- Injection Drug Use?  ☐ YES  ☒ NO

**HAVE YOU EVER HAD:**
- Syphilis?  ☐ YES  ☒ NO
- Chlamydia?  ☐ YES  ☒ NO
- Hepatitis B?  ☐ YES  ☒ NO
- Any current tx?  ☐ YES  ☒ NO
- Gonorrhea?  ☐ YES  ☒ NO
- Hepatitis A?  ☐ YES  ☒ NO
- Hepatitis C?  ☐ YES  ☒ NO

**Do you have HIV Infection or AIDS?**  ☐ YES  ☐ NO
(If yes, complete HIV Flow Sheet)

**6 RAPID HIV TEST**
☐ Wants Rapid HIV Test
☒ Declines HIV Testing
☐ Undecided
☐ Confirmatory
☐ Retest

**REASONS FOR DECLINING RAPID HIV TEST**
☐ Known HIV Positive
☐ Prefer Conventional Test
☐ Had Negative HIV Result < 3 months ago
☒ Not Ready to get test results today
☐ Don't want test now/today
☐ Other

| HIV Ab Testing done? | Viral Load  ☐ YES  ☒ NO |
|---|---|
| ☒ YES  ☐ NO<br>When?<br>2005 | # N.A<br>When? N/A<br>Latest T-Cell (CD4)<br># N/A<br>When? N/A |

| 7. EVER HAD ASTHMA?  ☐ YES  ☒ NO<br>If yes, Current Medications<br>☐ YES  ☐ NO<br>(List in Page 2) | Last ER Visit: N/A<br>Last Attack:  N/A<br>Ever Admitted? ☐ YES  ☐ NO<br>N/A | Ever Intubated?<br>☐ YES  ☒ NO<br>When?<br>N/A | 8. EVER HAD A SEIZURE?<br>☐ YES  ☒ NO<br>If yes, Current Medications?<br>☐ YES  ☒ NO<br>(List in Page 2) | Last Seizure?<br>N/A | 9. EVER HAD HYPERTENSION?<br>☐ YES  ☒ NO<br>If yes, Current Medications?<br>☐ YES  ☒ NO<br>(List in Page 2) |
|---|---|---|---|---|---|

**10. DO YOU HAVE:**
☐ PND  ☐ SOB
☐ Paral. wave  ☐ DOE
☐ Peral. Edema  ☒ N/A

| Chest Pain?<br>☐ YES  ☒ NO<br>When? N/A | Syncope?<br>☐ YES  ☒ NO<br>When? N/A | Family history of sudden death under age 55?<br>☐ YES  ☒ NO | Ever had Heart Disease?<br>☐ YES  ☒ NO | Ever had a heart attack?<br>☐ YES  ☒ NO<br>When? N/A |
|---|---|---|---|---|

**11. HAVE YOU RECENTLY DELIVERED A BABY?**  ☐ YES  ☐ NO  ☒ N/A
- IF YES  WITHIN THE LAST SIX (6) WEEKS?  ☐ YES  ☐ NO  ☒ N/A
- ARE YOU PREGNANT?  ☐ YES  ☐ NO  ☐ Don't Know  ☒ N/A
- DATE OF LAST MENSTRUAL PERIOD?  ☒ N/A

**12. HAVE YOU HAD A MAMMOGRAM IN THE LAST 12 MONTHS?**  ☐ YES  ☐ NO  ☒ N/A
If yes, when?  N/A

**13. HAVE YOU HAD A PAP SMEAR IN THE LAST 12 MONTHS?**  ☐ YES  ☐ NO  ☒ N/A
If yes, when?  N/A

**14. DO YOU USE DRUGS?**  ☐ YES  ☒ NO
DRUG AMOUNT:  N/A

Drugs used: ☐ HEROIN  ☐ BARBITURATES  ☐ MARIJUANA  ☐ CRACK  ☐ COCAINE  ☐ CRYSTAL METH  ☐ METHADONE
☐ OTHER:  N/A

If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.

NYC 000003

Page 2 of 4

Reyes, Jason - 349-06-02628

CHS-283 (Rev 06/05)

| 15. ARE YOU CURRENTLY IN A METHADONE PROGRAM? ☐ YES ☒ NO | Where? N/A  Dose N/A | 16. DO YOU USE ALCOHOL? ☐ YES ☒ NO  AMOUNT: N/A | Have you considered cutting down drinking? ☐ YES ☒ NO<br>Annoyed by people asking about your drinking? ☐ YES ☒ NO<br>Ever had guilty feelings about your drinking? ☐ YES ☒ NO<br>Ever needed a drink as an 'eye opener'? ☐ YES ☒ NO | When last drink or drug use? N/A |
|---|---|---|---|---|

| 17. DO YOU SMOKE? ☐ CURRENT  ☐ FORMER  ☒ NEVER  ☐ NOT ASSESSED | 18. HAVE YOU EVER HAD A SCREENING ULTRASOUND OF YOUR ABDOMEN TO LOOK FOR AN ANEURYSM? ☐ YES  ☐ NO  ☐ DON'T KNOW  ☒ N/A | 19. ABDOMINAL ULTRASOUND RESULT? ☐ POSITIVE  ☐ NEGATIVE  ☐ DON'T KNOW  ☒ N/A  When? N/A |
|---|---|---|

| 20. HISTORY OF DENTAL PROBLEMS (pain, bleeding gums, etc) ☐ YES ☒ NO  IF YES EXPLAIN N/A | 21. HISTORY OF HOSPITALIZATION ☒ YES ☐ NO  IF YES, DESCRIBE INJURY L ANKLE AND HEEL 2002 WITH NERVE DAMAGE BETH I |
|---|---|
| 22. ANY ADDITIONAL MEDICAL PROBLEMS? ☒ YES ☐ NO | List PAIN L ANKLE ON PERCOCET PRN |

| 23. TREATED OR HOSPITALIZED FOR NERVOUS / MENTAL PROBLEMS? ☐ YES ☒ NO  When? N/A | Where? N/A  Why? N/A | 24. ARE YOU TAKING MEDICATION FOR NERVES/MENTAL PROBLEMS? ☐ YES ☒ NO | Medications / Dosage: N/A |
|---|---|---|---|

| 25. HAVE YOU TRIED TO HURT OR KILL YOURSELF? ☐ YES ☒ NO  When? N/A | How? N/A  Why? N/A | 26. HAVE YOU EVER BEEN ASSAULTED (SEXUALLY/PHYSICALLY)? ☐ YES ☒ NO | 27. HAVE YOU BEEN CHARGED WITH A VIOLENT ACT (RAPE, ASSAULT)? ☐ YES ☒ NO  CHARGES REVIEWED? ☐ YES ☐ NO |
|---|---|---|---|

| 28. HAVE YOU HURT ANYONE WHEN YOU WERE ANGRY OR UPSET? ☐ YES ☒ NO | When? N/A  Who? N/A | How? N/A  Why? N/A |
|---|---|---|

| 29. FAMILY HISTORY OF MENTAL ILLNESS? ☐ YES ☒ NO  If Yes, List Who: N/A | 30. FAMILY HISTORY OF SUICIDE? ☐ YES ☒ NO  If Yes, List Who: N/A |
|---|---|

| 31. HAVE YOU EXPERIENCED ANY RECENT LOSSES? (i.e., death, employment, relationships, etc) ☐ YES ☒ NO | Explain N/A |
|---|---|

SUMMARY OF CURRENT MEDICATIONS (Please List)

N/A

COMPLETED BY (Print Name) Issa Madhoun

REVIEWED BY: Issa Madhoun

Signature of person completing form        Title        Date        Time

If you have answered 'YES' to any question and require additional space, please use the Additional Comments area on Page 4.

Page 2 of 4

2/12 2006 3 43 48 AM

CHS-283 (Rev 06/05)

NYC 000004

CHS-203 (Rev. 06/05)

**DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**
NYC Health

# PHYSICAL EXAMINATION

| Last Name | Reyes | First Name | Jason | | Temp | 98.8 |
|---|---|---|---|---|---|---|

| Snellen's | w/o correction R 20 L 20 | w correction R N/A L N/A | Ht 5'8" | Pulse | 78 |
| | | | | RR | 14 |

VSS Taken by (Full Name) Gladys Paul    Wt 226    Peak Flow

Signature    BP 120 / 70

## GENERAL APPEARANCE: (Include body habitus, nutritional status, and state of distress.)

**HEENT** — ☒NL ☐Scalp lesions ☐Abnormal Pupils ☐Traumatic ☐Conjunctivitis ☐Lacerations ☐Pale sclera ☐Icteric ☐Other — Describe N/A

**SKIN** — ☒NL ☐Jaundice ☐Rash ☐Tattoos ☐Pallor ☐Tracks ☐Scars ☐Other — Describe N/A

**ORAL CAVITY** — ☒NL ☐Filled cavities ☐Dentures loose ☐Lesions ☐Missing teeth ☐Swellings ☐Other — Describe N/A

**BREASTS** — ☒NL ☐Discharge ☐Masses ☐Other — Describe N/A

**CHEST** — ☒NL ☐Rubs ☐Wheezes ☐Rhonchi ☐Rales ☐Other — Describe N/A

**HEART** — ☒NL /RRR ☐Murmur ☐Gallop ☐Rub ☐Other — Describe N/A

**FUNDUS** — ☒Normal ☐Not Visualized ☐Other
**OTOSCOPIC** — ☒NL-Canal ☐Cerumen ☐NL-TM ☐Atn'l

**LYMPH NODES** — Describe NO ADENOPATHY

**NECK THYROID** — ☒NL ☐Carotid Bruit ☐Thyroid enlargement/mass

**ABDOMEN** — ☒NL ☐Ascites ☐Tenderness ☐Other ☐Hypo/Hyperactive Bowel sounds ☐Organomegaly — Describe N/A

**GENITALIA** — ☒NL ☐Lesions ☐Sores ☐Warts ☐Discharge ☐Other — Describe N/A

**PELVIC EXAM (Adnexa, Uterus)** — ☒N/A ☐Refused ☐NL ☐Adnexal Mass ☐Discharge from Cervix ☐Tenderness ☐Uterine Mass ☐Other — Describe N/A

**PAP SMEAR** — ☐Performed ☐Refused N/A ☐Chlamydia/Gonorrhea Test ☐Deferred ☐Culture ☐Other (Describe) — Describe

**RECTAL** — ☐NL ☐Not Indicated PT less than 40 yrs old ☐Hemorrhoids ☐Sores ☐Fissures ☒Refused ☐Warts ☐Other — Describe N/A

**EXTREMITIES** — ☐NL ☐Pulse ☐Edema ☐Clubbing ☐Cyanosis ☒Other — Describe TENDERNESS L ANKLE SENSORY LOSS L HEEL

## MENTAL STATUS

| ORIENTATION TO | PSYCHOMOTOR | SPEECH | MOOD | AFFECT | THOUGHT PROCESS | ANY PROBLEMS WITH SLEEP OR APPETITE OR ANY FEELINGS OF HOPELESSNESS OR BEING WORTHLESS? |
|---|---|---|---|---|---|---|
| ☒Time | ☒WNL | ☒Coherent | ☒Euthymic ☐Irritable | ☒Appropriate to mood | ☒Logical | |
| ☒Place | ☐Retardation | ☐Incoherent | ☐Anxious ☐Flated | ☐Inappropriate to mood | ☐Illogical | ☐YES ☒NO |
| ☒Person | ☐Agitation | ☒Normal Rate | ☐Depressed ☐Angry | ☐Labile | ☐Relevant | |
| | | ☐Pressured | ☐Embarrassed/Humilated | | ☐Irrelevant | N/A |
| | | ☐Spontaneous | | | | |

**SUICIDAL IDEATION?** ☐YES ☒NO — N/A

**HOMICIDAL IDEATION?** ☐YES ☒NO — N/A

**DELUSIONS** — ☒None ☐Grandiose (Do you have special abilities or features?) ☐Persecutory (Do you feel anyone is plotting against you?) ☐Somatic ☐Other

**HALLUCINATIONS** Does patient exhibit any? — ☒None ☐Auditory ☐Visual

**DOES PT EXHIBIT ANY SIGN OF GROSS MENTAL RETARDATION?** ☐YES ☒NO

**NEUROLOGIC** (Sensory, Motor, DTR, Gait, Cerebellar, Cranial Nerves) SENSORY DEFICITS L HEEL — DESCRIBE (If abnormal, give details in assessment)

If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.

NYC 000005

| DATE PPD IMPLANTED | | RESULT | | DATE READ | | INITIAL | |
|---|---|---|---|---|---|---|---|
| 2/12/2006 | | 00mm | | 2/14/2006 | | dobsonkd | |
| | | | | | | | |

| IMMUNIZATION | DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| PPD | 2/12/2006 | 00mm | | | | |
| RPR | 2/12/2006 | NR | | | | |
| Dipstick | 2/12/2006 | whl | | | | |
| STD Urine Screen | 2/12/2006 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - Read PPD | 2/12/2006 | PPD Read | BBKC | |
| Nursing Followup - HIV Rapid Refused | 2/12/2006 | HIV Rapid Refusal | BBKC | |
| Medical Followup - PAIN L ANKLE S/P INJURY 2002 | 2/12/2006 | Injury | BBKC | |
| PT | 5/4/06 | PT | MIC 03 | 5/06 |
| NEUROLOGY | 4/18/06 | | | |
| PT | 5/17/06 | PT | MIC 03 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NYC 000006

MEDICATION LIST

| START DATE | MEDICATION | DATE DISCONTINUED |
|---|---|---|
| 2/12/2006 | Motrin - Tab - 400MG - BID | 2/16/2006 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

REYES, JASON 00000000
252 50TH ST 3
NY, NY 11220
13-JAN-83 O Y M 5'8" 216 BRO BLK
NY C
LOPICKELOW, ROE FI
1866 60TH ST 3, NY, NY
3490602628 0470442Y 11-FEB-06

**Patient's Name**

**Book & Case Number**

**NYS ID N**

**Facility**

# ALLERGIES

| DATE LISTED | PROBLEMS | PLAN | DATE RESOLVED |
|---|---|---|---|
| | 1. | | |
| | 2. | | |
| | 3. | | |
| | 4. | | |
| | 5. | | |
| | 6. | | |
| | 7. | | |
| | 8. | | |

| E ORDERED | CLINIC | FACILITY | DATE SEEN | DATE ORDERED/TYPE | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | DATE DONE | RESULT | DATE DONE | RESULT | DATE DONE | RESULT | DATE | TYPE/TREATMENTS |
|---|---|---|---|---|---|---|---|---|
| SEROLOGY | | | | | | | | |
| URINE D.S. | | | | | | | | |
| CBC | | | | | | | | |
| AST/ALT | | | | | | | | |
| GC : (O/G/A) | | | | | | | | |
| Other: | | | | | | | | |

**INMATE HAS CONTRAINDICATIONS FOR:**
☐ CATEGORY A (CHEMICAL AGENTS)*
*Medically contraindicated if the patient has any of the following conditions (check condition)
  ☐ Asthma   ☐ Chronic Obstructive Pulmonary Disease (COPD)
☐ CATEGORY B (STUN SHIELD)*
*lly contraindicated if the patient has any of the following conditions (check condition)
  ☐ Pregnancy   ☐ Hypertension   ☐ Pace Maker   ☐ Asthma
  ☐ Seizure   ☐ Diabetes   ☐ Cardiac disease
☐ NONE

DATE _____ SIGNATURE _____

**PPD**

| DATE DONE | RESULT | DATE READ | SIGNATURE | IMMUNIZATION | DATE |
|---|---|---|---|---|---|
| _/_/_ | | _/_/_ | | | _/_/_ |

**INH**

| DATE STARTED | DATE COMPLETED | DATE STOPPED | DATE DOH NOTIFIED |
|---|---|---|---|
| _/_/_ | _/_/_ | _/_/_ | _/_/_ |

**EKG**
☐ Normal
☐ Abnormal

CHS .89 Rev 4, 04)

*Patient chart coming*
*From C-76*

*Needs*
*. Wheel Chair*

**PRE – ADMISSION FORM**
Dorm _____ 2B/

DATE ACCEPTED: 4/17/06          DATE ARRIVED: _____

TIME ACCEPTED: 12·47 p·m        TIME ARRIVED: _____

PATIENT'S NAME: Reyes Jason _____

B & C # OR DATE OF BIRTH: 3490602628 _____

REFERRING PHYSICIAN: Dr· Hayman _____

REFERRING FACILITY: Bellevue hosp· _____

REQUESTED ADMISSION DATE: 4/17/06 _____

M.D. OR PHYSICIAN ACCEPTING PATIENT: R· Sttm MD

**NOTE:  THIS PRE-ADMISSION FORM IS VALID FOR 48 HOURS!**

---

DEPARTMENT OF CORRECTION ACTION

CONFIRMED BY: _____
                TITLE          NAME          SHIELD #

COMMAND: _____

DATE: _____    TIME: _____

NOTE: ALL INMATES TO THE INFIRMARY AREAS (DORM1, 2A, 2B AND 4) MUST
HAVE A PRE – ADMISSION FORM.  INMATES TO NON – INFIRMARY AREAS (NIC
MAIN AND DORM 3) FROM OTHER INSTITUTIONS PRINCIPAL HOSPITAL DOES
NOT REQUIRE A PRE – ADMISSION FORM.

---

*2-1  ced*
*5' 8"*
*118/78*
*86*
*16*
*98.8*

Reyes, Jason - 349-06-02628

CHS-283 (Rev. 06/05)

**ADDITIONAL COMMENTS** *(Please include Question Number with each Additional Comments Section.)*

| ASSESSMENT | PLAN |
|---|---|
| S/P L ANKLE INJURY 2002 WITH NERVE DAMAGE | ACE given CANE F/U PRN |

DISPOSITION

□ Medical Isolation Reason
N/A

□ Detox
N/A

| HOUSING : | ☒ GP | □ CDU |
|---|---|---|
| □ INFIRMARY | □ C-71 | □ MO |
| □ OTHER: | | |

| CONSULTS: | □ URGICARE | |
|---|---|---|
| □ ER/HOSPITAL | □ MH EMERGENCY | |
| □ MH ROUTINE | □ OTHER: | |

BROCHURES GIVEN?

| REACH HIV-STD | □ YES | ☒ NO |
|---|---|---|
| Health Information | ☒ YES | □ NO |
| Dental Brochure | □ YES | ☒ NO |

| SIGNATURE | DATE/TIME |
|---|---|
| | 2/12/2006 3:41 AM |
| PRINT NAME | TITLE |
| Issa Madhoun | |

| REVIEWED BY: | Issa Madhoun | | 2/12/2006 3:41 AM |
|---|---|---|---|
| | PRINT NAME | SIGNATURE | DATE/TIME |

Please use the Additional Comments area on the top of this page for any "YES" question requiring additional space.

NYC 0000010

**PATIENT ACCEPTANCE NOTE**
**NIC**

Dorm_____ *ZB*

Referring MD/PA: Dr Hayman          Date _____

Referring Facility: Belleva hosp          Telephone # _____

1. Patient: Reyes Jason          Date of Birth _____

   Book and Case Number: 3490602    NYSID: _____

2. Diagnosis / Reason for Infirmary Care: Dystrophy    Reflex Sympathetic

3. History of Illness (use other side if more room needed): _____

   _____

   _____

   _____

   _____

   _____

   _____

4. Other considerations: Date of last fever: _____

   Abnormal mental status? _____ Ø

   Ambulation status? Wheelchair bound    Incontinence? _____

   Nursing needs? (dressings, catheters, feeding, turning, etc.)
   _____ Ø _____

5. Labs:    PPD & Date: _____

   Special (CT's, LPs, etc.) _____    CXR & Date: _____

   Pertinent blood results _____

6. Medications (doses, frequency, when to stop): _____

7. Follow-up needed: ____ Ø ____ INH / Date? _____

8. If MH/Nursing / Chief MD approval needed*, who contacted / when? _____

9. Accepted by: Dr ____ CHm ____ (MD)/ PA    Date: 6/17/06

* If high level nursing care needed, contact CNA, PCC or nurse in charge; if psychiatric disturbance, contact Mental Health



NYC 0000011

NYC HEALTH AND HOSPITAL CORPORATION
CORRECTIONAL HEALTH SERVICES

INFIRMARY ADMISSION HISTORY
AND ASSESSMENT

**SECTION I**

INFIRMARY: Nic D2A

DATE: 4/18/06  TIME: 7am

REFERRAL SOURCE: Clinic/Bellevue

MEDICAL DIAGNOSIS: Bxlex Symptomic Dystrophy

PRESENT HEALTH HISTORY:

PAST HEALTH HISTORY:

PREVIOUS HOSPITALIZATION: ☐ NO ☐ YES (SPECIFY):

NAME: Reyes Javen

ID #: 349 06 02628

DOB:  SEX: ☐M ☐F

ADMITTING DATA:

ADMITTING NURSE: B. Jacks

INTERPRETER: ☐ YES ☐ NO

LANGUAGE USED: English

RELIGION:

ADDICTIVE HABITS: TOBACCO: ☐ NO ☐ YES  # PACKS/DAY X # YEARS: ___

ILLICIT DRUGS: ☐ NO ☐ YES (SPECIFY):

ALLERGIES: ☐ NONE KNOWN ☐ YES (SPECIFY):

ALCOHOL: ☐ NO ☐ YES  # DRINKS/DAY:

METHADONE MAINTENANCE PROGRAM: ☐ NO ☐ YES

SPEECH: ☐ SLURRED ☐ APHASIA ☐ NO PROBLEM ☐ OTHER:

VISION: ☐ NO PROBLEM ☐ IMPAIRED ☐ RT ☐ LT

DENTURES: ☐ UPPER ☐ LOWER ☐ PARTIAL ☐ NONE

HEARING: ☐ IMPAIRED ☐ RT ☐ LT ☐ HEARING AID ☐ RT ☐ LT

☐ GLASSES ☐ CONTACT LENSES ☐ ARTIFICIAL EYE ☐ RT ☐ LT ☐ ENUCLEATION ☐ RT ☐ LT

DIET:

| SELF CARE STATUS: | INDEPENDENT | ASSIST | DEPENDENT |
|---|---|---|---|
| FEEDING | ☐ | ☐ | ☐ |
| BATHING | ☐ | ☐ | ☐ |
| GROOMING | ☐ | ☐ | ☐ |
| DRESSING | ☐ | ☐ | ☐ |
| TOILETING | ☐ | ☐ | ☐ |

FLUIDS:

ACTIVITY STATUS: ☐ AMBULATORY ☐ AMBULATORY WITH ASSIST

☐ TRANSFER WITH ASSIST ☐ BED REST

ASSISTIVE DEVICES: ☐ CANE ☐ WHEELCHAIR ☐ WALKER

☐ CRUTCHES ☐ PROSTHESIS

☐ NONE ☐ OTHER:

INCONTINENT ☐ NO ☐ YES (SPECIFY):

ADVANCE DIRECTIVES: ☐ NONE ☐ YES (SPECIFY):

**MEDICATION**

| DRUG | DOSE | FREQ | LAST DOSE TAKEN | REASON | IMMUNIZATION | DATE |
|---|---|---|---|---|---|---|
| | | | ☐ AM ☐ PM | | | |
| | | | ☐ AM ☐ PM | | | |
| | | | ☐ AM ☐ PM | | | |
| | | | ☐ AM ☐ PM | | | |
| | | | ☐ AM ☐ PM | | | |
| | | | ☐ AM ☐ PM | | | |
| | | | ☐ AM ☐ PM | | | |

☐ NONE

**TB DRUG THERAPY**

| START DATE | COMPLETE DATE | STOP DATE | DOH NOTIFIED | DATE CXR |
|---|---|---|---|---|

| VITAL SIGNS | DATE |
|---|---|
| TEMP | |
| PULSE | |
| RESP | |
| BP | |
| HEIGHT | |
| WEIGHT | |
| VISUAL SCREEN | |

Nurse's Signature/Title

Form RI108/Front 6/98

NYC 0000012

NYC 0000013

| DATE | LIST # | INIT | FOCUS/NURSING DIAGNOSES | GOALS/DESIRED OUTCOMES | NURSING INTERVENTION | DATE | INIT | EVALUATION |
|---|---|---|---|---|---|---|---|---|
| 4/1 | 1 | | Risk for injury RT difficulty ambulating | - no injury while in center | - Provide w/c for mobility <br> - Provide assistance when necessary <br> - medicate for pain as ordered | | | |
| 4/1 | 2 | | Altered comfort/pain RT trauma to lower extremity | - Pain minimized/controlled while in center | - medicate for pain as ordered <br> - avoid further trauma <br> - exercise <br> - Safety precaut. | | | |

| DATE ORDER | REFERRALS / CONSULTS | DATE DONE | DATE ORDER | SPECIMENS | DATE SENT | DATE ORDER | EKG / X-RAY / DIAGNOSTIC TESTS | DATE DONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

NAME

ID

BED LOCATION

NYC 0000014

Rev 12/97

**RESPIRATORY:** ☐ cough ☐ sputum ☐ no ☐ yes describe_____
☐ dyspnea ☐ orthopnea ☐ cyanosis ☑ none
COMMENTS:

**CARDIOVASCULAR:** ☐ chest pain ☐ palpitations ☐ varicosities:_____
☑ poor circulation to extremities ☐ edema:_____ ☑ none
COMMENTS:

**GASTROINTESTINAL:** ☐ nausea ☐ vomiting ☐ anorexia ☐ dysphagia ☐ bleeding
☐ hemorrhoids ☐ weight loss ☐ weight gain:_____ ☐ diarrhea:_____
☐ constipation:_____ ☐ freq. of BM:_____ ☐ ostomy:_____ ☑ none
COMMENTS:

**GENITO-URINARY:** ☐ dysuria ☐ hematuria ☐ retention ☐ nocturia ☐ frequency
☐ ostomy: ☐ catheter: ☐ dialysis: ☑ none
COMMENTS:
**MALE:** ☐ prostrate enlargement ☐ urethral/penile discharge ☐ no ☐ yes (specify)
☐ lesions ☐ no ☐ yes STD: ☐ no ☐ yes (specify):_____
COMMENTS:
**FEMALE:** LMP:_____ pregnant ☐ no ☐ yes pregnancies:_____ miscarriages:_____
abortions:_____ live births:_____ birth control: ☐ no ☐ yes:_____
pelvic/tube infection: ☐ no ☐ yes vaginal discharge: ☐ no ☐ yes:_____
lesions: ☐ no ☐ yes STD: ☐ no ☐ yes (specify):_____
COMMENTS:

**BREAST:** masses: ☐ no ☐ yes discharge: ☐ no ☐ yes:_____ BSE: ☐ no ☐ yes
COMMENTS:

**MUSCULO-SKELETAL:** ☐ arthritis ☐ paralysis:_____ ☐ paresis:_____ ☐ amputation:_____
☐ contractures:_____ ☐ deformity:_____ ☐ fracture:_____
COMMENTS:

**NEUROLOGICAL:** headaches:_____ vertigo syncope tremors seizures:_____
sensory/motor impairment:_____ orientated (person) (place) (time)
COMMENTS:

**PAIN:** location: type: onset: duration: ☐ none

**SKIN:** temperature: ☐ warm ☐ cold ☐ moist ☐ dry turgor: ☐ good ☐ poor
hair:_____ nails:_____
COMMENTS:

Identify on diagram rite of the following:
A = bruises, B = masses, C = scars, D = lesions, F = wounds
and D = decubitus (describe size, shape, stage)

☐ none

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

EDUCATIONAL NEEDS:_____
DISCHARGE PLANNING:_____
WHERE WILL YOU GO WHEN DISCHARGED:_____
ANYONE TO ASSIST YOU AFTER DISCHARGE:_____
PLAN OF CARE:_____ STARTED ☐ YES ☐ NO EXPLAIN:_____
ORIENTATION TO ENVIRONMENT: ☐ YES ☐ NO EXPLAIN:_____
SIGNATURE/TITLE OF DATA COLLECTOR:_____
RN REVIEWER:_____ DATE: 4/17/06 TIME:_____

Form RI108/Back 6/3

NYC 0000015

NYC HEALTH AND HOSPITAL CORPORATION
CORRECTIONAL HEALTH SERVICES

## DEPARTMENT OF NURSING
INFIRMARY CLINICAL ACTIVITY FLOWSHEET

PATIENT'S NAME _Keyes  Jason_

I.D.# _349-06-02628_

AGE/D.O.B. _____  SEX: ___ M ___ F

AREA: _NIC D.2A_

| | DATE | 4-18-0 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|
| | TIME | 10A | PP 10A | PP 10A | 10A | 10A | 10A | 11A |
| TEMPERATURE | 104° | | | | | | | |
| | 103° | | | | | | | |
| | 102° | | | | | | | |
| | 101° | | | | | | | |
| | 100° | | | | | | | |
| | 99° | | | | | | | |
| | 98° | | | | | | | |
| | 97° | | | | | | | |
| | 96° | | | | | | | |
| PULSE | | 84 | 88 | 44 | 82 72 | 87 | 84 | 82 | 62 |
| RESPIRATION | | 18 | 18 | 16 | 18 16 | 20 | 84 | 16 | 16 |
| BLOOD PRESSURE | | 110/80 | 110/70 | 100/70 | 120/70 120/90 | 20/80 120/80 | 120/80 | 120/80 | 120/64 |
| WEIGHT | | | | | | | | | |
| N/A INITIALS | | ✓ | R✓ | ✓ | PP P✓ | ✓ | ✓ | ✓ | ✓ |
| FLUIDS | INTAKE C.C. | ORAL | | | | | | | |
| | | OTHER | | | | | | | |
| | | TOTAL | | | | | | | |
| | OUTPUT C.C. | URINE | | | | | | | |
| | | OTHER | | | | | | | |
| | | TOTAL | | | | | | | |
| | TIME | | A | 9A | 10P | 6P | 10P | |
| NUTRITION | DIET: TYPE | R | E | S | U | L | A | R |
| | CONSUMED: | | | | | | | |
| | ALL | | | | | | | |
| | 1/2 | | | | | | | |
| | 1/4 | | | | | | | |
| | NONE | | | | | | | |
| | SUP. FEEDING | | | | | | | |
| | NG FEEDINGS | | | | | | | |
| | Q_____ HR. | | | | | | | |
| MENTAL STATUS | ALERT | | ✓ | | ✓ | | | |
| | ORIENTED | | ✓ | | ✓ | | ✓ | |
| | OTHER | | | | | | | |
| SAFETY | ↑ = SIDE RAILS UP | | ✓ | | ✓ | | | |
| | ↓ = DOWN | | | | | | | ✓ |

⊙ = ABNORMAL FINDINGS, (R) = REFUSED AND O = OUT TO COURT MUST BE CIRCLED IN RED
✓ = NO CHANGE / DONE
★ = SEE PROGRESS NOTES
BLANK = NOT APPLICABLE

Form MM014/Front

INFIRMARY CLINICAL ACTIVITY FLOWSHEET

| | DATE: | 4/18 | | 4/19 | | 4/20 | 4/21 | | 4/22 | 4/23 | | 4/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIME: | 6A | | | | | | | | | | |
| | ISOLATION: | | | | | | | | | | | |
| | RESPIRATORY | | | | | | | | | | | |
| | ENTERIC | | | | | | | | | | | |
| | OTHER universal | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | |
| SELF CARE | BATH COMPLETE: | | | | | | | | | | | |
| | PARTIAL | | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| | SELF | ✓ | | | | | | | | | | |
| | MOUTH CARE | | | | | | | | | | | |
| | FOLEY / PERI | | | | | | | | | | | |
| | FOOT CARE | | | | | | | | | | | |
| ACTIVITY | BEDREST | | | | | | | | | | | |
| | TURNED & POSITION | | | | | | | | | | | |
| | DANGLE | | | | | | | | | | | |
| | COMMODE | | | | | | | | | | | |
| | BED / CHAIR | | | | | | | | | | | |
| | BRP | | | | | | | | | | | |
| | AMBULATE W / ASSIST | W/C | | W/C | | W/C | | W/C | | W/C | | W/C |
| | AMBULATORY | | | | | | | | | | | |
| | ELIMINATION: CONTINENT / | ✓ | | ✓ | | ✓ | | | | | | ✓ |
| | INCONTINENT | | | | | | | | | | | |
| | FOLEY | | | | | | | | | | | |
| | SUPRA PUBIC | | | | | | | | | | | |
| | CATHA | | | | | | | | | | | |
| | B.M. | | | | | | | | | | | |
| | OTHER | | | | | | | | | | | |
| SLEEP | SATIS-FACTORY | ✓ | | S | | S | | S | | S | | ✓ |
| | UNSATIS-FACTORY | | | | | | | | | | | |
| THERAPY | PHYSICAL THERAPY | | | | | | | | | | | |
| | PENTAMADINE | | | | | | | | | | | |
| | SPUTUM | | | | | | | | | | | |
| | I.V. LINES: TYPE AND SITE: | | | | | | | | | | | |
| | DRESSING CHANGE Q _____ | | | | | | | | | | | |
| | TUBING INITIALS Q _____ | | | | | | | | | | | |
| | NURSE INITIALS | | | | | | | | | | | |

| INITIALS | SIGNATURE | TITLE | INITIALS | SIGNATURE | TITLE |
|---|---|---|---|---|---|
| | Pauline Toborn, NA | | | W. Richardson | |
| | | | RN | | |



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

Reyes  Jason
3490602628
DOB 1/13/83

No client

| DATE | OBSERVATIONS |
|------|--------------|
| 2/17/06 | f/u  old LT ankle injury |
| BBW | S/ 22 y/o ♂ c h/o LT ankle neurological |
| MItin | damage s/p 2002 trauma presents |
| 915 PM | stating minimal pain relief c g⁰ |
| | Motrin |
| | O/ B16 P80  ambulates c cane + limp |
| | LT ankle - atrophy, ↓ ROM, scars |
| | S/ old LT ankle injury c motor |
| | limitation x 4 yrs |
| | P/ - Naproxen 1 Tylenol |
| | educated on meds |
| | - f/u S/C prn |
| | Consider adding Tylenol #3    Jacques Lorthe M, RPAC |
| | if no relief |

**NYC Health**
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyos Jasen
3490602628
DOB 1/13/83

| DATE | OBSERVATIONS |
|------|--------------|
| 2/13/06 Bm | S- Request Note for care |
| | O- H/o Ankle injury |
| | A/p Note for care given to pt |
| | F/U in 3 weeks in sick call |
| | F/U ∞ — |
| | _Ira Gorshih, RPA_  _Cristian Pedestru_ |
| 2/28/06 Mm 10? | Medical sick call |
| | is Naproxen/ Tylenol renewed — |
| | Orders expired- few days ago |
| | Orders written for 5 days — |
| | NTC PRN ∞ |
| | (Franklin Mejia, MD) |
| | S/C |
| BRB4C | S/ 22 y/o ♂ c̄ old LT ankle injury |
| 3/30/06 | c̄ subsequent sensory/ motor dysfxn. |
| Mm 85mm | pt requesting renewal of care |
| | O/ R/U 978 |
| | LT ankle - dnorm, ∅ ulcers, vascular intact |
| | A/ 22 y/o ♂ c̄ old injury LT ankle motion dysfxn |
| | P/ NDC (with care permit) |
| | f/U s/c prn |
| | renewal. s/p 30days |
| | _Jacques Lombe' Jr, RPAC_ |
| | _Cristian Pedestru, MD_ |

CHS 288 (Rev 3.05)



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

Reyes Jason
34906062 28
1/13/83

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 3/28/06 | S/C |
| BBU Min COYan | 51 23 y/o ♂ c̄ h/o RSD presents c̄ pain management regimen letter provided by his PMD Dr Germaine N. Rowe M.D. Faxed on 3/24/06. Pt currently w c/o ↑ pain intensity (1) R LE PSD ambulates slowly c̄ a cane At state ♂ c̄ h/o RSD to left lower extremity. pl-F/u clinic 3/29/06 for md pain meds review + evaluation — copy of pt letter will be made |

LANDIS BARNES, D.O.



**NYC**
**Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes, Jason
349-06-02628
BBKey

| DATE | OBSERVATIONS |
|------|--------------|

Redacted

3/30/06 - S/P (R) ankle injury. Ambulate c̄ Cane -
C/o pain.
$OA- See previous notes
R naprosyn 500mg (BID×5)
Robaxin 500mg (BID×7)
F/u PRN.

Celia Tindale, RPA

Franklin Mejia, MD

CHS 288 (Rev 3.05)

NYC 0000021



**NYC Health** DIVISION OF HEALTH CARE ACCESS AND
CORRECTIONAL HEALTH SERVICES

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND S

REYES, JASON    00000000
252 50TH ST                        3
NY, NY 11220
13-JAN-83 O Y M 5'8"   216 BRO BLK
NY C
LOPICKELOW, ROE                    FI
1866 60TH ST 3, NY, NY
3490602628 0470442Y 11-FEB-06

| DATE | OBSERVATIONS |
|------|--------------|
| 4/13/6<br>EmTC<br>8:15p | S- Pt seen in clinic for s/call.<br>C/o difficulty c̄ ambulation. States<br>"I have this problem for 4 yrs."<br>O - TPR 99.8. 85. 18. B/P: 128/74.<br>Pt able to stand up c̄ assist. Difficult<br>ambulating. Muscle twitching noted.<br>A - Unsteady gait. Difficulty ambulity<br>P - Referred to md for further eval.<br>(illegible) ps |
| 4/13/06<br>C76<br>8:45 pm | S/P ① ankle injury (4y).<br>Patient ambulating c̄ severe<br>difficulty even c̄ walking<br>cane help.<br>   Has been able to stand but<br>c̄ assistance<br>     VS stable<br>     Hx of RSD (reflex sympathe-<br>tic dystrophy).<br>   see above VS.<br>ATTEMPT TO TRANSFER PATIENT<br>TO NIC: NO BED AVAILABLE<br>AS PER D= SINGA.<br>   Patient given crutches to<br>help in ambulation.<br>   RTC card given for F/U<br>in AM (4/14/06).<br>(illegible) |



**DIVISION OF HEALTH CARE ACCESS AND IMP[...]
CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

REYES, JASON    00000000
252 50TH ST                    3
NY, NY 11220
13-JAN-83 O Y M 5'8"    216 BRO BLK
NY C
LOPICKELOW, ROE                    FI
1866 60TH ST 3, NY, NY
3490602628 0470442Y 11-FEB-06

EVERY ENTRY **MUST** BE DATED AND SI[...]

| DATE | OBSERVATIONS |
|---|---|
| 4/14/06 | Flu |
| EMTR 7M | Asked by 3MD to transfer Pt to NIC |
| 11:45 | Taxed documentation from Pvt MD |
| | Pt RSD (Reflex Sympathetic Dystrophy also known as |
| | Complex Regional Pain Syndrome |
| | Pt presented to NIC last night- denied admission 2° beds. |
| | Pt housed on main floor near glass center but still very cautious |
| | ambulating. Also unsteady on feet making it difficult to do ADL's |
| | P: T99⁵  BP130/78    P72    RR 16 |
| | Pt ambulates č crutches but needed assistance getting up |
| | from I/8 chair |
| | ① RSD (Reflex Sympathetic Dystrophy |
| | ② Call to NIC - Spoke č Dr Georges - states not a candidate |
| | Also states there are no beds |
| | 3MD made aware |
| | Flu 4-12 shift to resubmit NIC |
| | Glenda Shearn, PA |
| 4/14/06 | Multiple attempts made to follow to |
| 3:00 P | 3MD or administrator at NIC failed |
| | - Dr Glickman was informed about |
| | this problem and also about the need |
| | for NIC bed. |
| | Case will be endorsed to the 4-12 MD |
| | for Dorm-3 admission |
| | Jean Liautaud, MD |

NYC Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| 4/14/06 C76 9B2 | Patient transfer to DORM 3 for medical reasons NO BED IN NIC - DOC NOTIFIED _Gabriel Jean Louis, MD_ |
| 4/19/06 | M-D-NIV c/o pain restart 600 mppo stat + 7 DAV ndu Ailv |
| 4/21/06 NIC D3 11 Am | s/c Pt c/o pain in (R) foot. Pt on pain medication and will want pain mangent. to follow-up. v/s - stable (R) foot ⊖ ny swelling ⊖ redness Nl pulse bilab A/P- s/p (R) foot injury Con- Current management Neurology F/U Harjinder Bhatti, MD Youncean Sayah, PA |

NYC 0000024



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
3490602628

| DATE | OBSERVATIONS |
|------|-------------|
| 5/12/06 NIC D₃ 1245c | SC 1FM                    (M NOTE) |
| | QUESTION ON MEDICATIONS  C/O CONSTIPATION |
| | 23 YO PMH, REFLEX SYMPATHETIC DYSTROPHY |
| | 2° TRAUMA (L) HEEL 4/16/02 LUTHERAN HOSP |
| | SYMS PSO DEVELOPED WITHIN 3 TO 4 MOS |
| | PAIN (L) LEGS KNEES OR HIP |
| | WHEEL CHAIR SINCE 4/17/06 |
| | PAIN + WEAKNESS TO LEGS |
| | FOLLOWED BY DR INSPECTR STATIN ISLAND |
| | DR AT LUTHERAN HOSP NRNX 10/02 DR RHOE |
| | T 98° P72 R14 P72 |
| | NECK SUPPLE |
| | NO CERVICAL NODES |
| | PHARYNX CLEAR    TM CLEAR |
| | PERLA PSM NORMAL |
| | HEART RR S M |
| | LUNGS CTA |
| | ABD AS NORMAL  SOFT NON TENDER |
| | CDECLNED EXAM / ↑ DECLINED EXAM |
| | SLIGHT DECREASE SIZE (L) CALF VS R) |
| | TRACE CREPT FSI |
| | CALCFREE SLIGHT HYPERPIGMENTATION |
| | MEDIAL HEEL SLIGHT HYPERPIGMENTATION |



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

REYES, JASON
349 0607628

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| 5/2/06 | A) Dx REFLEX SYMPATHETIC DYSTROPHY INJURY L) HEEL 4/02 . CHRONIC LOWER EXTREMITY PAIN |
| | C) ↑ NEURONTIN 800 mg PO TID × 14d <br> - COLACE 200 mg PO QD × 30d <br> - LIDOCAINE PATCH TT LOWER EXTREMITY QD × 14d <br> - OXYCONTIN SR 20 mg PO BID × 7d <br> CYMBALTA 60 mg PO QD × 7d <br> PROVIGIL 200 mg PO QAM × 7d <br> Pt F/U MOICA PVNC IF IC— UNDERSTANDS |

Tarjinder Bhatti, MD

Thomas Schwaner, PA

CHS 298 (Rev 3/05)