**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

REYES JASON
3490602628

**TRANSFER CHART REVIEW**

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | | |
|------|--|--|
| 4/13/06 | NEW FACILITY: C76 | |
| | D.O.C. ADMISSION DATE  2/11/06      STATE TRANSFER: ☐ YES ☒ NO | |
| C76 | RPR DOCUMENTED                          ☒ YES ☐ NO | |
| 235 | UA DOCUMENTED                          ☒ YES ☐ NO | |
| 2 pm | PPD DOCUMENTED                          ☒ YES ☐ NO | |
| | HISTORY COMPLETE                        ☒ YES ☐ NO | |
| | PHYSICAL EXAM COMPLETE                  ☒ YES ☐ NO | |
| | ALLERGIES | |
| | MEDICAL PROBLEMS                  FOLLOW UP DATE: | |
| | #(1) S/P (L) ANKLE INJURY c NERVE Damage (2002) | |
| | → Come for ambulation | |
| | NEW LABS ORDERED: (LIST) | |
| | CONSULTS PENDING: (LIST) | |
| | MEDICATIONS RENEWED: (LIST) | |
| | MENTAL HEALTH FOLLOWUP      ☐ YES ☒ NO ☐ STAT ☐ ROUTINE | |
| | PT CALLED TO CLINIC          ☐ YES ☒ NO | |
| | DISP:        ☒ GP ☐ DETOX ☐ MO ☐ INF ☐ CDU ☐ ER ☐ URGI | |
| | OK FOR FOOD HANDLERS          ☒ YES ☐ NO | |
| | COMPLETED BY: | |

CHS 1091 (Rev 6/04)

NYC 0000027



**NYC Health**
DEPARTMENT OF HEALTH
& MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes, Jason
349 06 02628
DOB 1-13-83

| DATE | OBSERVATIONS |
|------|--------------|
| | Admission Note |
| 4/18/06 Nic DRA 6pm | S: 83 y/o ♀ PT admitted to Nic DRA via Bellevue c̄ C-76 c̄ med Dx of RSD (Reflex Sympathetic Dystrophy) PT States his lower limb was crushed c̄ a Forklift X 4 years ago at Home Depot Resulting in this debilitating condition. This RSD condition is characterized by pain, uncontrolled twitching/spasm and weakness. PT denied any other major medical problems; he admits to Recent depression and is on medication R/T the physical effect of RSD and its associated life Style change. O: PT seen in w/c in TX Room he c/o pain '9' on the pain Scale, involuntary muscle spasm's observed in ⓛ lower extremity. PT quite verbal and appears to be adequately informed Re: This disease entity. V.S. done and |

CHS 288 (Rev. 3/05)

NYC 0000028



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

### EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| | WNC: BP 118/78  P86  R16 T98.8 WT 201 lbs and stated height of 5'8" was recorded. A: (i) impaired mobility (ii) altered comfort (pain) (iii) Risk for injury all Related to This Dx of RSD. P: medicated for pain w/c for mobility and exercise reasonable caution to avoid falls and any further injury. Pt was oriented to Day & respect to medication and meal times, Pt instructed to Request med, Nsg. assistance when deemed necessary. On duty MD to evaluate and write Rx orders. — E. Jackson |

NYC 0000029



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes Jason
3490602628
1/13/83

| DATE | OBSERVATIONS |
|---|---|
| 4/18/06<br>NC-D2A<br>7ᵂ AM | MD admitting Note<br>This a 22 ylo w/ with H/o Reflex sympathetic dystrophy was transfer from BVH because pt is having ambulatory difficulty and needs W/C<br>Allergy Fentanyl<br>Surgery declines<br>social ⱷsmoking ⱷ illicit drugs<br>Pt was seen and evaluated/AAO  R  9/10<br>   vitals 113/78    86    16    98⁸<br>    HEENT PERRLA, NC<br>    Neck supple<br>    chest good air entry B/L, Gt Gynecomastia<br>    Heart S₁ S₂ Regular<br>   abd soft, NT, BS<br>   ext no edema ⊕ Pulse<br>    (L) leg pain on palpation<br>A/P Reflex sympathetic dystrophy<br>    will give pt meds as recommended<br>    Neurontin 300 g BID<br>    oxycontin SR 10 g Po q12h + taper down<br>    Lidoderm patch q12h Prn<br>    Cymbalta 40 g daily x 6 wks<br>    Neuro consultation submitted<br>    Regular diet |

Habib Kamkhaji, MD

NYC 0000030



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|-------------|
| 4/18/06 | P.A. NOTE |
| NEC R 2n | 23 yo ♂ admitted to NEC earlier today |
| 11:00 | Run o/e 4/10/06 reflex sympathetic dystrophy |
| | [illegible] o/e left ankle sprain |
| | Pt seen was 5 lb |
| | 4/18/06 98° x. 16 |
| | A ∨ x 3 in wheelchair sweating |
| A/ | reflex sympathetic dystrophy |
| | Oxycontin 5n 10 ᵍ 6 12° |
| | Neurontin 300 ᵍ TID |
| | Lidocaine patch |
| | Cymbalta 40 ᵍ qhs |
| | Nurse follow up |
| | pt educate [illegible] |
| | encourage compliance |
| | pt instructed to notify med staff if sy chest needs |
| | James [signature] P.A. |
| | Rajeev K. Achari, MD |
| 4/19/06 | MD |
| 6n | s̄ no c/o |
| DJA | O No changes in general condition |
| | BP 104/80 72-16 797° Medicated |
| | A Fu c̄ health maintenance |
| | P Continue c̄ POC |
| | williams RN |



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

Reyes Jasen
349 0602628

# PROGRESS NOTE

## EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

| DATE | *Nurses note* OBSERVATIONS |
|------|------------------------------|
| 4/19/06 24Q D2O | S- Pt on po antibiote — use of sympathetic dystrophy. Pt ē treatment ordered / pain ⇪ Rx oxycodan neurontin Lidoveane patch — pt still c/o pain med not sufficient. Instructed for reevaluation by primary care provider. ✓ Smith Cusen |
| 7/21/06 Nec 22a 1030m | PA NOTE 23 yo ♂ admitted to Nec 7/18/06 on D/c 7/19/06 reflex sympathetic dystrophy pmy s/p severe left ankle sprain Pt seen for follow up / refill meds currently taking: Oxycontin 20mg Q 12 hrs Neurontin 300mg TID Cymbalta 40mg QD Lidocaine patch pt seen in NMS - requests meds as given by pain mngmt clinic pt reports of good pain control ē these meds / doses. ⟶ Per pain mngmt clinic: Oxycontin 20mg Q 12 hrs Cymbalta 60mg QD Prozac 200mg QD Lidocaine patch will ↑ cymbalta from 40 to 60mg QD will order Prozac 200 m QAM Neuro consult pend'g — pt education given pt instructed to notify med staff of any change in condition |

**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 4/24/06<br>NSR 22A<br>1050a | <u>PA Note</u><br>23 yr ♂ Admitted to NIC 4/18/06<br>Born c/c 4/19/06  Reflex Sympathetic Dystrophy<br>Pmhx S/p left ankle sprain<br>pt now reports ↑ ↑ pain c new change 4/21/06<br>12/hr, 97° dc 1c    Abuse in wheelchair<br><br>HEENT  PAC Gen<br>Ch___  Clear to auscultation<br>Card    SC regul<br>Abd    S/C ⊕ Bowel sound<br>Ext    NO LE edema/discoloration<br>A/P   <u>Reflex Sympathetic Dystrophy</u><br>    Oxycontin 20 mg Q 12 Hours<br>    Neurontin 300 mg TID<br>    Cymbalta ~~40 mg~~  60 mg qhs<br>    Lidocaine patch<br>      provigil 200 mg<br>Neuro consult pending<br>pt education given<br>pt instructed to notify med staff of any change in condition<br>Cleared for transfer to Dorm 3<br><br>                Adriana Vives, MD        James Patrick, RPA |



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
349 0602618

| DATE | OBSERVATIONS |
|---|---|
| 4/25/06 | S2   PA NOTE |
| NHC By | S/ REQUEST SIDE RAILS FOR BED |
| 3:00 P | HELP C̄ MOVEMENT |
| | O) ORIENT x 3 FULL MNGR AFFECT LOOKS WELL |
| | A) PAIN ± REFLEX SYMPATHETIC DYSTROPHY |
| | P) MEDS (TRANSFER) REORDERED |
| | NEURONTIN/ OXYCONTIN / LYRICA , PROZAC |
| | Pt ED MAJA EVAL IT / UNDERSTANDS |
| | _Harjinder Bhatti, MD_    _Thomas Schwaner, PA_ |
| | |
| 4/26/06 | S2 |
| NHC By | S) C/O ITCH IN BACK |
| 2:00 | ESPECIALLY ARMS |
| | REQUEST TT MATTRESS |
| | O) AC INS/ TC PA's R IT HEART RR/ LUNG CTA |
| | ARMS C̄ hyperkeratotic papules (FEW) |
| | A) DERMATITIS |
| | P) HC 1% CREAM TOPICAL ARMS BID x 14D |
| | Pt ED SKIN CARE |
| | NOTE FR TT MATTRESS SUBMITTED |
| | Pt ED MD/PA EVAL OF ILL/ UNDERSTANDS |
| | _Harjinder Bhatti, MD_    _Thomas Schwaner, PA_ |

NYC 0000034



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

REYES, JASON
344 06 02628

| DATE | OBSERVATIONS |
|------|--------------|
| 4/27/06 NICU₃ 9:30ᴬ | PA NOTE CHRONIC PAIN MGT (RENEWAL) OXYCONTIN SR 20ᵍ PO BID × 7d CYMBALTA 60ᵍ PO QD × 7d PROVIGIL 200ᵍ PO QAM × 7d |
| | Harjinder Bhatti, MD          Thomas Schwaner, PA |
| 5/3/06 NICU₃ 7:45ᴾ | PA NOTE ~~PATIENT REQUESTING AIR MATTRESS~~ ~~NOTE FOR ~~ ~~MATTRESS WAS~~ WRITTEN IN ERROR ✗ |
| | Thomas Schwaner, PA |
| 5/3/06 NICU₃ 2:55 Pm | SL 14 NOTE REQUEST MEDICATION TO BE GIVEN Q6HRS AS PRESCRIBED BY PMD - REQUEST TO SEE PHYSICIAN SOMETHING IN FOOD GIVES HIM NAUSEA + VOMIT AND CONSTIPATION OCCURS WHEN THE MEDS ARE NOT ANY GOOD OCCURS IN 1'5i AFEN TIME - FEELS WELL NO ABDOMINAL PAIN ◯ T 98 BP 120/2₀ P 80 R 14 NECK SUPPLE PROSTICK CLEAR BREATH CLEAR HEART RR 5m LUNGS ETC |

**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

# PROGRESS NOTE

## EVERY ENTRY MUST BE DATED AND SIGNED

REYES, JASON
344 06 02628

| DATE | OBSERVATIONS |
|------|--------------|
| 5/4/06 | ABD as norm. No distension soft non tender |
| | ⸱ Declines rectal exam |
| | N) Pt Hx mild nausea on now |
| | normal abd exam |
| | P) Pt ed / maint. eval if ill/understands |
| | *Thomas Schwaner, PA* |
| 5/4/06 | sc cr note |
| NICM | S) still c constipation |
| 3:15P | feels weak |
| | O) orient x3 full range affect |
| | N) RSO stable |
| | P) continue current Tx |
| | Pt ed on bowel care |
| | Pt consult placed (RSN) |
| | maint. eval if ill/understands |
| | *Thomas Schwaner, PA* |
| | *Harinder Bhatti, MD* |
| 5/4/06 | cr note |
| NICM | meds renewal |
| PM | gabatonin 20y (SBID) x 28 |
| | Cymbalta 60y (0 up x2 |
| | trouton 20y (0 apm x2) |
| | *Harinder Bhatti, MD* |
| | *Thomas Schwaner, PA* |

CHS 288 (Rev 3-05)

NYC 0000036



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

### EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 5/6/06 | _[illegible handwritten notes]_ |
| | _[illegible handwritten clinical notes spanning multiple lines]_ |
| RC | |
| D3 | |
| | Martha Fair, MHC |
| | |
| 5/4/06 | _[illegible]_ |
| | _[illegible handwritten notes]_ |
| | |



**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

REYES, JASON
349060 2628

| DATE | OBSERVATIONS |
|------|--------------|
| 5/9/06 | *[illegible handwritten clinical notes]* |
| cont' | NECK SUPPLE   NO SINUS TEND. |
| | *[illegible]* CLEAR   TM CLEAR   *[illegible]* CLEAR |
| | *[illegible]* R/M NORM |
| | *[illegible] TYPE HEADACHE* |
| | TYLENOL 650 mg PO BID × 4d |
| | PT F/U MD/PA EVAL IF *[illegible]*/UNDERSTANDS |
| | *Saunder J Bhatti, MD*   *Thomas Schwaner, PA* |
| 5/11/06 | PA NOTE |
| NKDA | CLASSIC PAIN MGT |
| 45# | OXYCONTIN SR 20mg PO BID × 7d |
| | CYMBALTA 60mg PO QAM × 7d |
| | PROVIGIL 200mg PO QAM × 7d |
| | LIDOCAINE PATCH *[illegible]* QD × 30d |
| | *Thomas Schwaner, PA*   *Marie Gerard-Georges, MD   Lic #193367* |
| 5/11/06 | PA NOTE   S/C |
| NKDA | PATIENT C̄ GUESS ON PAIN MGT |
| *[illegible]* | *[illegible]* × 3 FULL RANGE AFFECT |
| | FMHX PSD |
| | PT F/U CONTINUE CURRENT TX |
| | MD/PA EVAL IF *[illegible]*/UNDERSTANDS |
| | *Faisal Ali, MD*   *Thomas Schwaner, PA* |

CHS 288 (Rev. 3/05)

NYC 0000038



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|---|---|
| 5/12/16 | PA Note sick call |
| $N \, a \, D_3$ | S: _[illegible]_ c/o _[illegible]_ |
| 11:40 AM | x 2 yrs. _[illegible]_ |
| | _[illegible]_ |
| | _[illegible]_ |
| | O: NAD 116/80, 75, 16, 88.1 |
| | _[illegible]_ |
| | _[illegible]_ |
| | A: MCD _[illegible]_ |
| | P: _[illegible]_ |
| | _[illegible]_ |
| | _[illegible]_ |
| | _[illegible]_ |
| | Richard Dorf, RPA |
| | Anuma Ulu, MD |
| 5/17/06 | _[illegible]_ |
| $N \, a \, D_3$ | _[illegible]_ |
| $8^{m.L}$ | _[illegible]_ |
| | _[illegible]_ |

Faisal Ali, MD

Thomas _[illegible]_, PA

NYC 0000039



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

REYES, JASSU

349 0602628

**EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|---|---|
| 5/17/06 | CR NOTE |
| NKL O₃ | PATIENT WAS REFERRED TO PT 5/4/06 FOR RSD |
| 840 A | PATIENT SEEN 5/06  RECOMMENDS FOLLOW IMG |
| | FLM PT CONSULT PLACED 5/17/06 — |
| | Faisal Ali, MD |
| | Thomas Schwaner, PA |
| | |
| 5/18/06 | SE   CR NOTE |
| NKL O₃ | C/O ITCHY SKIN RASHES ARMS |
| 1150 A | IMPROVED c̄ ↓ SORENESS + ITE |
| | REQUEST OXYCONTIN BE GIVEN AS PRESCRIBED |
| | BY PMD |
| ⊙ | T48 BP 130/78 P 74 RR |
| | PPPER |
| | HEART RR 5 m/ LUNGS CTA |
| | ARMS TRUNK c̄ FEW PAPULES |
| Ⓐ | DERMATITIS IMPROVEMENT |
| | RSD |
| Ⓟ | HC 1% CREAM TOPICAL BID × 14 D |
| | PT F/U SKIN CARE |
| | DLC OXYCONTIN PT F/U |
| | MS CONTIN 15 ₘ PO BID × 7 D |
| | PT F/U MOTA PUA IF PT UNDERSTANDS |
| | Thomas Schwaner, PA |

Mariel Roberto



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 5/18/06 NICO S dorm 1 12:30AM | Mental Hea Health Note. pt slated for PSTPR, however pt. declines services. Pt. reported he spoke to MH 2° to anger as he was not getting the proper pain medication. pt reported he is now getting his Oxy-Contin 20mg q. Thus, he reported he is no longer stressed. Denies any depression/anxiety, pt does not exhibit any symptoms of the above. pt denies any past Phx. pt did report that talking w/ MH helped as he was frustrated Medical was not giving him proper Meds. A letter from community confirmed his pain meds. Thus, pt not in distress and not in need of MHF/U. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ A/ pt stable in dorm 3 w/ no MHF/U pt is aware now to access MH services if needed P. GP dorm 3 NO MHF/U. Frederick Guy |

CHS 298 (Rev. 3/03)

**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

REYES, JASON
349 0602628

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 5/22/06 | PA NOTE |
| NKDA | CHRONIC PAIN MGM MED REFILL |
| 84" | MS CONTIN 15 mg PO BID × 7d |
| | CYMBALTA 60mg PO QD × 7d |
| | PROVIGIL 200mg PO QAM × 7d |
| | Thomas Schwaner, PA    PA Schwaner |
| | M... Of George, MD |
| | ...MD |
| 5/25/06 | SC PA NOTE |
| NKDA | s/ REQUESTS TO △ MS CONTIN BACK TO OXYCONTIN |
| 10:46p | STATES THAT MS CONTIN MAKES HIM NAUSEA |
| | + CHEST TIGHT FEELS SAD AT TIMES REQUEST RTN TO DORM 2 |
| | REQUEST FOR NEUROLOGY FOR RSD |
| | ◯ T98 BP 110/70 P70 R14 |
| | pharynx clear |
| | Heart RR S m / lungs CTA / ABD soft non-ten |
| | (L) FOOT HYPERSENSITIVE TO TOUCH |
| | SLIGHT HYPERPIG TO (L) AFFEC |
| | A/ RSD   ANXIETY RELATED CHEST TIGHTNESS |
| | P/ - NEUROLOGY CONSULT PLACED |
| | - DIC MS CONTIN |
| | - OXYCONTIN 20mg PO BID × 7d |
| NEW UP 12/SC | → TO DORM 2 FOR FURTHER RX    Thomas Schwaner PA |



**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
349 06 2628

| DATE | OBSERVATIONS |
|------|--------------|
| 5/25/06 | C/O CHEST PAIN TIGHTNESS X 4 days |
| NKC | MID ANT CHEST c̄ RADIATION TO L BACK |
| | + R ARM   PAIN WORSE c̄ DEEP BREATH |
| | C/O NUMBNESS TO L ARM |
| | NOTED PAIN SINCE △ OXYCONTIN TO MS CONTIN |
| | PAIN INTENSITY 8/10   AT TIMES |
| | NO Hx HEART DISEASE |
| | NO FAMILY Hx HEART DISEASE |
| | T 98 P 84 R 16  BP 120/7. |
| | NO JVD |
| | PERLA |
| | HEART RR S̄M |
| | LUNGS CTA |
| | ABd soft NON tnder |
| | NO peripheral edema |
| | EKG NSR   ABN T WAVE INVERSION c̄ NON SYMETRCL |
| | T WAVE INVERSION ALL LEADS   NO ISCHEMIA |
| | P/ - SPOKE c̄ MRGI CARE |
| | - EKG FAXED TO MRGI CARE |
| | POSSIBLE ISCHEMIC CHEST PAIN |
| | O2 15 C/M / IV NS TKR / MONITOR |
| | EMS ARRIVED 1:15 PM   LEFT 1:20 PM |
| | SIGNATURE _____ |

**Faisal Ali, MD**

CHS 288 (Rev 3/05)



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes Jason
349 060 262 8

| DATE | OBSERVATIONS |
|------|--------------|
| 5/25/06 NYC CA 1²⁰ᵖᵐ | S/O - Pt brought to Tx Room c/o chest pain x 2 days. Alert, oriented x 3. Pt c/o radiness. BP = 110/70, P = 71, R = 16, T = 98.0. |
| | A/P - VS, ECG done, O₂ 15ᴸ given by nose. Rebreather mask is re dered. Ems call @ 12⁵⁰ᵖᵐ. Arrive 1⁰ᵖᵐ Left @ 1²⁰ᵖᵐ c Pt stable, alert, oriented. |
| | JCD# 1587   OP# 362. ____ Jeanine Jean-Baptiste, RN |
| 5/27/06 3⁰⁰ᵖᵐ | H.P. Pt was sent to ER 2 days ago c/o CP. MD ruled out dvd Costochondritis. Pt has the reflex sympatheti. dystrophy. Currently doing much. Pt R 8: BP 130/90, 16, 98. Neck supple. Chest - mild tenderness @ 4ᵗʰ-5ᵗʰ R S + S₂ ⊝. A3 2 clears b/a. Ext - mild tender LLE cur - @ full defen. A/P - Costochondritis. reflex sympatheti. dystrophy |

NYC 0000044

CHS 288 (Rev. 1.05)

**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

REYES, JASON
349 06 02 628

| DATE | OBSERVATIONS |
|------|--------------|
| 5/3/06 NLCD, 4:15 A | RT NOTE |
| | CHRONIC PAIN MGT |
| | LIDOCAINE PATCH ī TOPICAL QD x 3 u |
| | OXYCONTIN SR 20 mg PO BID x 7 u |
| | NEURONTIN 1000 mg PO TID x 3 u |
| | CYMBALTA 60 mg PO QD x 7 u |
| | PROVIGIL 20 mg PO QAM x 7 u |
| | _Thomas Schwaner, PA_ |
| | _Marla Elizabeth-Georges, MD_ |
| | _Lic 190407_ |
| 5/3/06 NLCD, 2 P | SL PA NOTE |
| | · REQUESTS PREVIOUS WHEEL CHAIR |
| | THAT HE HAD PRIOR TO BH RUN |
| | PATIENT ī QUESTION ON MEDICATION |
| | · MARKED DEC IN CHEST PAIN |
| | NOTED SLIGHTLY ī DEEP BREATH |
| | O) T 98  BP 120/70  C/R R/O |
| | HEART RR SM |
| | LUNGS CTA |
| | SLIGHT TENDER ANT CHEST |
| | A) COSTOCHONDRITIS |
| | IK RSD |
| | P) RT FU / MDICA FUAL IF I~ / UNDERSTAND |
| | _Thomas Schwaner, PA_ |

NYC 0000045



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Reyes, Jason
3490602628

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 3/30/06 NIC-Dp D-3 8⁰⁰-2PM | *Redacted* |
| 6/1/06 5⁴⁵ A | MD note Pt refuses clinic appt ⊃ BVH. Risks, Benefits, alternatives explained pt states he can not go today but agrees to be rescheduled the rn/md this A to reschedule Appt _Habib Kamkhaji, MD_ |
| 6/2/06 NICO₃ 1PA | M NOTE CHRONIC PAIN MGT COMBATTA 60 → PO QDX 7l PRUICAL 20mg PO QAM×7l OXYCONTIN 20mg PO BID ×7l |

NYC 0000046

HS 288 (Rev. 3.05)

Thomas Schwaner, PA
Roslynn Glicksman, MD

 **NYC Health** DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
344 0602 628

| DATE | OBSERVATIONS |
|------|--------------|
| 6/2/06 | S/C     PA NOTE |
| NLL PA | PATIENT c̄ QUEST ON MEDS |
| | STILL PAIN CHEST c̄ MOVEMENT |
| 12³⁰ | ⊙ T98 BP 130/82 P 72 R 14 |
| | HEART RRSM |
| | LUNGS CTR |
| | CHEST ANT + PA WITH LATERAL TRAIN |
| | c̄ PALPATION    induration on palpation |
| | Ⓐ COSTOCHONDRITIS    PANESAID |
| | Ⓒ CONTINUE CURRENT TX |
| | PT ED    MNGT EVEN IF LC/ UNDERSTANDS.    COSTOCHONDRITIS |
| | Thomas Schwaner, PA |
| 6/2/06 | PA NOTE |
| NLL PA | CHRONIC PAIN MGN (MED REFERRAL) |
| 9/15 A | CUMBALTA 60mg PO QD × 7L |
| | PROSIGIL 20mg PO QAM × 7L |
| | OXYCONTIN SR 20mg PO BID × 7L |
| | NEUROLOGY (B4) CONSULT (RESUBMITTED) PT ASA 6/6/06 |
| | Thomas Schwaner, PA |
| | Roslynn Glicksman, MD |

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

**PROGRESS NOTE**

Jason Reyes
349040262

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|---|---|
| 6/6/06 NIC 11⁰⁵ᵃ | Chart rev'd con w/ regards to 2° primary —<br>Pt on all Rx as recommended<br>Plugged thigh burn regarded last night c̄<br>my PT. Advised neuro consur 6/1/06.<br>Assess— Curmi circut con, neuro consur rescheduled<br>Plan — PA to contin flu & Rx<br><br>_(signature)_<br>Roslynn Glicksman, MD |
| 6/6/06 NIC D3 1:10pm | D/c Planning Note:<br>Client seen today and was offered discharge<br>Planning services. Client reports that he<br>does not need discharge planning services.<br>Client reports that he is not homeless<br>and currently receives 840.00 for workers<br>Comp. Client reports that he has<br>active Health Benefits. Client is<br>Scheduled to be released on 6/14/06.<br>Client Signed a declination form<br>refusing all services.<br>Monique Andersen, MSW<br>D/c Planner |

# NEW YORK CITY DEPARTMENT OF HEALTH
## AND MENTAL HYGIENE

## PROGRESS NOTE

Jason Reyes
349-06 02628

**EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| 9/9/06 | Social Work Note: This Worker met with the above named Client to finish up Mental Health Discharge Planning Services. |
| | Redacted |
| | Mary Tilman CASEWORKER |

CHS 288 (Rev. 9/04)

*Reminder: Fully Complete the Problem List*

NYC 0000049

**New York City Health and Hospitals Corporation**
**Office of Correctional Health Services**
**PSYCHOSOCIAL EVALUATIONS**

| Patient's Name | Date |
|---|---|
| Reyes, Jason | 5/30/00 |

| Book & Case Number | NYS ID Number | Patient's Soc. Sec. Number |
|---|---|---|
| 349 060 2628 | | Unknown |

Redacted

(Include source of referral and patient's complaint)

Pt. is a 23 y/o male, referred by medical staff due to c/o of feeling depressed at times. Pt. c/o of feeling depressed after his medical condition (Reflex Sympathic dystrophy) + chronic pain in 2003, c/o of sadness, ↓ energy, sleeping too much, ↓ self esteem. —

HISTORY OF PRESENT ILLNESS (Include onset of current episode, symptoms, degree of impairment in functioning, stressors experienced).

Redacted

II. CURRENT ARREST / INCARCERATION for which patient
(Charges)

| Attorney Name | Att. Tel. No. | Sentenced Conviction | Length of Stay | Discharge Date |
|---|---|---|---|---|

ARREST, INCARCERATION HISTORY

| Date of Arrest | Charges | Conviction Yes / No | Sentence Length | Time Served | Parole Status |
|---|---|---|---|---|---|

Redacted

Comment How well did patient cope with prior incarceration? Explain.

Redacted

III. EDUCATION HISTORY

| LAST GRADE COMPLETED | ACADEMIC FUNCTIONING | SCHOOL BEHAVIOR (Delinquency, fighting, fire setting) |
|---|---|---|
| Redacted | | Redacted |

NYC 0000050

## IV. FINANCIAL DATA / EMPLOYMENT HISTORY

☐ PA    ☐ SSI    ☐ VA    ☐ Unemployment Insurance    ☐ OTHER (Describe)          EVER EMPLOYED?

## V. FAMILY HISTORY

FAMILY OF ORIGIN (Parents, Siblings, Ages, Significant events and relationships)          FY)

*Redacted*

## VI. HISTORY OF PHYSICAL AND/OR SEXUAL ABUSE

A. Was there any evidence that the patient was physically abused?          res, flashbacks or withdrawal)

B. Was there any evidence (medical exam) that the patient was sexually abused

C. Was there any evidence that the patient physically abused other children?

D. Was there any evidence that the patient sexually abused other children?

*Redacted*

## VII. SUBSTANCE / ALCOHOL USE

| SUBSTANCE (Include Alcohol) | AGE BEGAN | DURATION | QUANTITY | ROUTE OF ADMINISTRATION | MONETARY VALUE | COMPLICATIONS |
|---|---|---|---|---|---|---|

*Redacted*

ty)

## VIII. MEDICAL HISTORY / PROBLEMS

CURRENT MEDICAL COMPLAINTS RECORDED IN CHART

① Reflex ~~sympa~~ sympathetic
   Dystrophic —

② chronic pain

CURRENT MEDICATION AND ITS SIDE EFFECTS , IF ANY   Oxy cont—

Neurontin 800mg BID — cymbalta

HISTORY OF HEAD TRAUMA (Loss of consciousness or hospitalization)

None

ALLERGIES

*Redacted*

## IX. PSYCHIATRIC HISTORY (Include prior episodes, dates, symptoms, treatment and response to treatment for inpatient and outpatient ...... medication, and diagnosis if known)

*Redacted*

**NYC 0000051**