Redacted

NYC 0000052

Redacted

**CLINICAL FORMULATION** (Include interpersonal relationships, strengths, weakness, patterns of coping, substance abuse, impressions as to vality of symptoms/information, diagnosis).

PL is

and provision of drugs. ~~Oversedropost~~. W2O in charged for open prescrin PL. referred by medical staff due to c/o of feeling depressed, ↓ self esteem, ↓ energy, sleeping problems after he got into a job accident and is currently confined to wheel chair due to his current neurological condi-tion. ~~

Redacted

---

**XIII. INITIAL DISCHARGE PLAN**

---

**XIV. REFERRAL FOR PSYCHOLOGICAL ASSESSMENT**
In the space below, please state a referral question(s). Include the observations you have made that led to your request for testing.

N/A. ~~

Reviewed and Approved by Clinician—Printed name and signature    C. Gardet Jaye MHC    Date 5/30/06

Reviewed and Approved by Licensed Clinical Supervisor or Licensed Unit Chief - Signature    Amit Amich PhD    Date 5/31/06
acting M.H Unit Chief

(HS 282 Rev B, 02)

**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**
**OFFICE OF CORRECTIONAL HEALTH SERVICES/MENTAL HEALTH SERVICES**
## CLINICAL ASSESSMENT AND COMPREHENSIVE TREATMENT PLAN/DISCHARGE SERVICE NEEDS

| PATIENT: *Reyes, Jasm* | | BOOK & CASE #: 349060 2628 | NYSID #: 0470442Y |
|---|---|---|---|
| (CIRCLE) MO / GP    FACILITY: *MC* | HOUSING LOCATION: *Inf. D3* | DOB: 1-3-83 | DATE OF ADMIT TO MENTAL HEALTH SERVICES: 5/30/06 | DATE OF Tx PLAN: 5/30/06 |

**Presenting Symptoms** *(partial list of symptoms frequently presented, check all that apply).*

- Antisocial Behavior
- Apathy
- Bizarre Behavior
- Blunted Affect
- ✓ Decrease in Energy or Fatigue
- ✓ Decreased Appetite
- Delusions
  - Grandeur
  - Paranoid
  - Persecutory
  - Somatic
- Distractibility
- Dizziness or Lightheadedness
- Excessive Worrying
- Feelings of Hopelessness
- Feigning of Symptoms
- Flat Affect

- Flight of Ideas
- Hallucinations (Auditory)
- Hallucinations (Visual)
- Impaired Judgement
- Incoherence
- Insomnia
- Loosening of Association
- Loss of Interest
- Memory Impairment
- Mood Changes
  - Anxious
  - ✓ Depressed
  - Elevated
  - Irritable
- Neglect of Medical Condition
- Persistent Anger

- Pressured Speech
- Psychomotor Agitation
- Psychomotor Retardation
- Racing Thoughts
- Religious Preoccupation
- Repeated Lying
- Self-Mutilating Behavior
- Sexual Preoccupations
- Suicidal Ideation
- Suicidal Gesture
- Suicidal Attempt
- Tremors
- Untidy Appearance
- Withdrawal/Detox from Drugs
- Other (Specify)

**Stressors** *(check all that apply):*

- Problems with other inmates
- Problems with DOC
- Recent death/losses
- Spouse/child problems

- Pregnant
- Withdrawal/Detoxification from drugs
- ✓ Severe medical problems
- Bing Issues

- ✓ Legal Issues (specify) *incarceration/charges*
- Other (specify)

**Patient Characteristics** *(check whether the following characteristics are strengths or weaknesses of the patient):*

| CHARACTERISTICS | STRENGTH | WEAKNESS | CHARACTERISTICS | STRENGTH | WEAKNESS |
|---|---|---|---|---|---|
| Compliant with Treatment | ✓ | | Work History | ✓ | |
| Motivated for Treatment | ✓ | | Interpersonal Skills | ✓ | |
| Support System | ✓ | | Insight | ✓ | |
| Domiciled | ✓ | | Health | | ✓ |
| Education | ✓ | | Hospitalizations | ✓ | |

**Diagnosis:**  Axis I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Axis II ▓▓▓▓▓▓▓▓      Axis III *Reflex sympathetic dystrophy chronic pain*

**Assessment of Problems and Needs** *(see explanation of goals and objectives on opposite page).*

| PROBLEM #1 | GOAL | OBJECTIVE #1    Patient will... | OBJECTIVE #2    Patient will... |
|---|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | | TARGET DATE: 6/27/06 | TARGET DATE: 6/27/06 |

**NYC 0000054**

CHS 286 (Rev. 10/02)

| PROBLEM #2 | GOAL | OBJECTIVE #1    Patient will... | OBJECTIVE #2    Patient will... |
|---|---|---|---|
| | | | |
| | | TARGET DATE: | TARGET DATE: |

| PROBLEM #3 | GOAL | OBJECTIVE #1    Patient will... | OBJECTIVE #2    Patient will... |
|---|---|---|---|
| | | | |
| | | TARGET DATE: | TARGET DATE: |

Anticipated Date of Discharge from Treatment: _____

**Treatment Modality and Frequency of Service:** (check all that apply and indicate frequency of service)

| | MODALITY | FREQUENCY OF SERVICE | | | | RESPONSIBLE STAFF |
|---|---|---|---|---|---|---|
| ✓ | Clinician Visits | __ Weekly | ✓ BiWeekly | __ Monthly | Other _____ | MHC |
| | Psychiatrist Visits | __ Weekly | __ BiWeekly | __ Monthly | Other _____ | |
| | Group Therapy | __ Weekly | __ BiWeekly | __ Monthly | Other _____ | |
| | Art Therapy | __ Weekly | __ BiWeekly | __ Monthly | Other _____ | |
| | Substance Abuse Counseling | __ Weekly | __ BiWeekly | __ Monthly | Other _____ | |

Level of Care: __ GP    ___ MO    ___ MHC    ___ Bing    ✓ Infirmary

Name of Medications: _Nml_ _____

**Patient's Statement of Involvement:**

I have participated in the review of my treatment plan. I have discussed it with my Clinician/Psychiatrist and agree to participation in the plan

____ I want to add something:

_____    _____    5/30/06
REVIEWED AND APPROVED BY    PRINT NAME    SIGNATURE    DATE

_____    _____    5/30/06
       PRINT NAME    SIGNATURE    DATE

N/A    N/A
_____    _____    DATE

David Jurich, PhD    _____    5/31/06
       PRINT NAME    SIGNATURE    DATE

- 2 -

NYC 0000055

CORRECTIONAL HEALTH SERVICES
MENTAL HEALTH SERVICES
**DISCHARGE SERVICE NEEDS**

PATIENT'S NAME: FIRST _Jason_    LAST: _Reyes_    B&C #: _309 06 02628_

**Declined Discharge Planning Services:**

☐ Yes, Date: _NO_

**Borough of Residence Following Discharge:**

☐ Manhattan    ☑ Brooklyn/Staten Island
☐ Bronx    ☐ Queens

**Armed Forces:**

☑ No ☐ Yes    If, Yes: ☐ Honorable D/C or ☐ Other than Honorable

**Current DSM-IV Diagnosis:**

AXIS I: ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓

AXIS II: ▓▓▓▓▓▓▓▓▓▓
XIS III: ▓▓▓▓▓▓▓▓▓▓

**Psychotropic Medication:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

SPMI: ☑ NO    ☐ YES

**As Per The Patient:**

☐ Monthly Income: _$840.00 monthly_ or
☐ Plan of Support: _____

**Community Treatment:**

▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓

**Community Services Currently in Place:**

▓▓▓▓▓▓▓▓▓▓▓

**Entitlements:**

▓▓▓▓▓▓
▓▓▓▓

**Case Management:**

▓(SPMI) – LINK ICM / SCM / ACT
▓▓▓▓▓▓▓

**Homeless Upon Discharge:**

▓▓▓▓▓▓
▓▓▓▓▓

**MICA:**

▓▓▓ Residence
▓▓ Outpatient / Clinics
▓▓ Day Treatment

**State Sentenced:**

▓▓▓
▓▓▓▓▓▓▓▓▓

**Specific Referral(s):**

_____

_____

× _Jayson Reyes_
REVIEWED AND APPROVED BY PATIENT NAME

_C. Jorge  MHC_
REVIEWED AND APPROVED BY CLINICIAN NAME

_____
REVIEWED AND APPROVED BY LICENSED CLINICAL SUPERVISOR OR
UNIT CHIEF NAME

× _5/30/06_
DATE

_5/30/06_
DATE

_5/31/06_
DATE

# Utilization Management: Initial Review

**1.  Treatment Plan Appropriateness:**

A.    Are the symptoms/problems clearly identified?              ☑ Yes    ☐ No

B.    Do the goals correspond with the symptoms/diagnoses?    ☑ Yes    ☐ No

C.    Are the goals achievable?                              ☑ Yes    ☐ No

D.    Do the objectives correspond with the goals?           ☑ Yes    ☐ No

E.    Are the objectives observable/measurable?              ☑ Yes    ☐ No

**2.  Treatment Recommendations:**

A.    Is the patient being treated at the appropriate level?  ☑ Yes    ☐ No

B.    Is the patient motivated/responsive to treatment?       ☑ Yes    ☐ No

**3.  Discharge Service Needs Plan Recommendations** *(check all that apply):*

✓    Discharge service needs plan is appropriate to the treatment plan

✓    Discharge service needs plan approved

___    Modify treatment or discharge service needs plan: *(specify)* _____

_____

_____

✓    Planned date of discharge from treatment   *pending court*

✓    Refer to next Utilization Management Review after approved number of sessions.

✓    Date of next review   6/27/06

**Additional Comments:**

Utilization Management Reviewer(s):

REVIEWED AND APPROVED BY LICENSED CLINICAL SUPERVISOR NAME          SIGNATURE          DATE

David Jurel, PhD    *Samir Jurel*    5/31/06

REVIEWED AND APPROVED BY DEPT. CHIEF NAME          SIGNATURE          DATE

NYC 0000057

# NYC Department of Health & Mental Hygiene
# MENTAL HEALTH INTAKE FORM

**Patient's Name**
Roye, Jason

**Book & Case Number**
349 06 02628

**NYS ID Number**
0470 4412 Y

**DATE**
16/06

**BUILDING & HOUSING AREA**
NIC - D3

**DATE OF BIRTH**
1/3/83

**AGE**
23

**ETHNICITY**
Latino

**ADDRESS**

**PRIMARY LANGUAGE** | **ABILITY TO SPEAK ENGLISH** | **Interpreter Needed?**

**EMERGENCY CONTACT PERSON**

**EMERGENCY TELEPHONE NUMBER** | **PATIENT REFERRED BY**
med

**PRESENTING PROBLEM**
(Include source of referral and patient's complaint)

Ref by medical you mH
assess pt awake y/m to
assist with follow through y
necessary medical interventions
only, stress that follow through has not
yet occurred the reports

**HISTORY OF PHYSICAL AND/OR SEXUAL ABUSE**

A) Evidence of physical abuse *to patient*?  ☐ YES  ☒ NO

B) Evidence of sexual abuse *to patient*?  ☐ YES  ☒ NO

C) Evidence of physical abuse *by patient*?  ☐ YES  ☒ NO

D) Evidence of sexual abuse *by patient*?  ☐ YES  ☒ NO

**SCREENING**

| | | Comments |
|---|---|---|
| 1. Are you experiencing depression, anxiety, or hallucinations? | NO / YES | |
| 2. Have you experienced any of these symptoms in the past? | NO / YES | |
| 3. Have you had any previous mental health treatment? | / YES | |
| 4. Has anyone in your family ever been hospitalized for mental illness? | / YES | |
| 5. Has anyone in your family taken medication for emotional problems? | / YES | |
| 6. Do you or have you ever used alcohol or drugs? (If yes, quantity, duration and type of drugs) | / YES | |
| 7. Have you ever tried to hurt yourself? (If yes, give reason, method, precipitant, and whether hospitalized) | / YES | |
| 8. Are you thinking about hurting yourself? (If yes, Why, and Do you have a plan?) | / YES | |
| 9. Do you see any other alternatives or solutions to the problems? | / YES | |
| 10. Is there any history of family members trying to hurt themselves? | / YES | |
| 11. Have you ever hurt anyone when you were angry or upset? | / YES | |
| 12. Are you planning to hurt someone? (If yes, Who?) | / YES | |

13. What you do when you get upset?
(Describe coping mechanisms)

14. What are some recent stressors?
(Include reason for incarceration, punitive segregation time, or family/community issues)

This gets / incarceration

15. Describe significant medical history
PTSD

CHS 290 (Rev 6, 04)

This page redacted



# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
*Mayor*

Thomas R. Frieden, M.D., M.P.H.
*Commissioner*

nyc.gov/health

## DISCHARGE SUMMARY – AFTERCARE LETTER

**LAST NAME:** Reyes
**FIRST NAME:** Jason
**B/C#:** 349·06·02628
**FACILITY:** NIC-Dorm-3

**NYSID#:** 0470442 Y
**DATE OF INCARCERATION** 02/11/06
**RELEASE DATE:** 06·09·06

[✓] Pt had declined DCP Services
DIAGNOSIS(s)    *Redacted*

## MEDICATION
[ ] Prescriptions                                          [✓] Pt not receiving medication while incarcerated

[✓] Medication – Medical only
[ ] No meds dispensed at release: _____    [ ] Medication refused
[ ] Names of medication and dosages: _____ (state reason)
_____

## MEANS OF RELEASE
[✓] Planned release                    [ ] Release from Court: _____ (state type)
[ ] State prison/state jail            [ ] Unplanned release from RI _____ (state type)

## SERVICES SECURED PRIOR TO RELEASE
[✓] Community Services Brochure provided       [ ] Medication Grant Program Care provided
[ ] Medicaid Application                        [ ] Public Assistance Application kit & referral
[ ] DHS Referral                                [ ] NYC HRA 2000 Application
[ ] State Facility Referral                     [ ] Referred for Civil Hospitalization
[ ] Borough LINK – Date of acceptance: _____
     [ ] Brooklyn EAC LINK        [ ] NYC FEGS        [ ] Other:
     [ ] Queens VOA               [ ] Bronx Fordham Tremont
[ ] Transportation
[✓] Other: The Client will Return to 1866 60th Street
Apt-3, New York, N.Y.
Girl friend - Roc Copickew - (646) 696-0554

[✓] Community Treatment Provider(s): (specify name of providers, whether appointment was made or just referral, time, date and location of appointment and any other relevant information.)
The Client follow-up with Orienta
physical Therapy at ONE-ON-ONE.

Patient: _Jayson Reyes_                          Date: 6·09·06

Discharge Planner/Nurse/Clinician: _Mary Turner_          Date: 6/9/06

NYC 0000060

# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
*Mayor*

Thomas R. Frieden, M.D., M.P.H.
*Commissioner*

nyc.gov/health

## DECLINATION OF DISCHARGE PLANNING

*AKA Jason*

**NAME:** Jason Reyes

**NYSID #:** 04704424

**B/C #:** 349·06·02628

**FACILITY:** Nic - Annex Dorm 3

**DATE:** 06·06·06

This form serves to demonstrate that while I have been offered discharge planning services, I choose not to participate at this time. I am aware that I may seek assistance for discharge planning at any future point by notifying a member of the Mental Health Department.

I choose not to participate in the following:

[X] All Discharge Planning Services
[ ] HRA Prescreening
[ ] Medicaid Application
[ ] Public Assistance Program, if SPMI
[ ] HRA 2000, if SPMI
[ ] Transportation, if SPMI or likely SPMI
[ ] Boro LINK Placement, if SPMI
[ ] **Disclosure of Medical Records to BRAD H Monitors**

[ ] Department of Homeless Services referral
[ ] Veterans referral
[ ] Medication upon release
[ ] Medication Grant Program Participation
[ ] Community Mental Health Placement
[ ] SPAN Brochure
[ ] Discharge Planning Rights Brochure

**PATIENT'S SIGNATURE:** *Jason Reyes*

**DATE:** 06-06-06

*SSO ☐840.W*

**STAFF'S PRINTED NAME:** Monique Andersen

**STAFF'S SIGNATURE:** Monique Andersen

**DATE:** 06·06·06

The above named patient has indicated his/her choice to decline all or some discharge planning services, and he/she has elected not to sign this document.

Staff's signature: _____ Date: _____

Witness: _____ Date: _____

NYC 0000061

**PHYSICAL THERAPY PROGRESS NOTE**

Name: _Reyes, Jason_    Ø+c _349 06 02628_    D/C
                                                    6/9/06
                                                    TS

DOB: _11/17/83_    Clinic Name: PT    Physician: ___

MD Diagnosis: _RSD_    (D3)

Contraindications / MEDS: _Ⓛ foot 718 331-8751_

| Exercises | Date | Date | Date | Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/9 | 5/24 | 5/31 | 6/7 | 6/12 | | | | | |
| è | ✓ | | | | | | | | | |
| Tens (LBP) | | ✓ | ✓ | ✓ | D/C | | | | | |
| m HP | | ✓ | ✓ | ✓ | .pt Transferred | | | | | |
| man | | ✓ | ✓ | ✓ | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Therapist Initials | | | | | | | | | | |

Physical Therapist Signature: _____ M.P.T.

NYC 0000062

5/24/05 - It has been 6 [illegible], w [illegible] [illegible] results; pt has s/s of RSD to the ① medial/lateral/plantar s. of foot [illegible] hyper pain reaction to lite touch even on affected areas; currently tx for LBP [illegible] [illegible] trunk massage (posterior) pain, relief attempt, will try tx recommended in P.T. magazine for RSD that recommends TENs to the associated spinal nerve. contralateral electrode placement/[illegible]

5/31/06 - recent [illegible] use of [illegible] [illegible] acupuncture; busy [illegible]. parametters to be high/low [illegible] contralateral spinal e placement and LE trigger points employed ([illegible] knee, between fib/tib), [illegible] Pt reil 30 min.; reassess pt reaction [illegible] [illegible] [illegible]. cont P.T. [illegible]

6/8/06 - Pt possible D/c; provided clinically evidence for RSD tx. cont PT if held. /[illegible]

NYC 0000063

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | |
|---|---|
| Patients' Name | REES, JASON  DOB |
| FROM | NIC  / 349-_____ |
| | Correctional institution  Inmate no. |
| Referred to | P____  Ward / Clinic |
| Hospital | / Clinic no. |

Leave blank for hospital use

PT

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved ____

Consultation, findings and recommendations:

Date _____

CHS FO14  Rev (C4)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____
    Correctional institution      Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved ____

Consultation, findings and recommendations:

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev. 9/94)

NYC 0000065

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name **REYES, JASON** DOB **1/13/53**

FROM **NIC 03**, **349 0602628**
Correctional institution / Inmate no.

Referred to **PT** _____ Ward / Clinic

Hospital _____ / Clinic no.

*PT*

**Chief complaint or findings:**

**Diagnosis, treatment and medications by C.H.S.:**

**Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:**

23 YO M Hx OF

RSD REFLEX SYMPATHETIC DYSTROPHY
SINCE SEPT 2002

BILATERAL LEG PAIN + WEAKNESS

HYPERASTHESIA TO (L) HEEL

**Request:** PT FOR ROM TO
LOWER EXTREMITIES (AS TOLERATED)

Date **5/4/06** Referring Physician ~~Thomas Schwaner, PA~~   Phone _____   approved *Narinder Bhatti, MD*

**Consultation, findings and recommendations:**

NYC 0000066

Pt has report of RSD; 2° to work related injury.
S/S of RSD to (L) foot m/l and plantar surface
c̄ ↓AROM @ ankle; complex evident; pt has hyper[...]
in (R)CF c̄ cogwheel oscillations evident when transferring
w. Bing or walking; gait is impaired by RSD c̄ ↑ (8/10)
pain levels brought on with w.B. ↓ to ↓ pain
syndrome (physical agents) (U.S. heat?) return to P.T.
_____ ICon. 1 ma P[...]

Date _____ Physician _____

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Reyes Jason_ DOB _1/13/83_

FROM _Nic D. A_ / _3490612628_
      Correctional institution      Inmate no.

Referred to _Neurology_ _____ Ward / Clinic

Hospital _BVH_ / Clinic no.

Leave blank for hospital use

_P/_
_(2 weeks)_

Chief complaint or findings:

_2 ___ y/o ___ with H/o Reflex Sympathetic
dystrophy discharge from BVH 4/18/06
recommended f/u Neuro in 2 w/s._

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

_Meds Neurontin 300 g TID
Cymbalta 40 g daily
Lidoderm patch q12 hs Prn
Oxycontin SR 10 g Po q12h_

Request:

_(HABIB KAMKHAJI, M.D.)_   Allergy Fentanyl

Date _4/18/06_ Referring Physician _____ Phone _1252_

Rajeev L. Attili
Rajeev L. Attili, MD
Approved

Consultation, findings and recommendations:

Date _____ Physician _____

HS 6014 (Rev 5-04)   *Reminder: Fully Complete the Problem List*   NYC 0000067

| CORRECTION DEPARTMENT CITY OF NEW YORK | COMMAND NIC | DATE 6/1/06 |
|---|---|---|

## SPECIALTY CLINIC REFUSAL FORM

**PART A**

INMATE'S NAME

Reyes Jason

BOOK AND CASE NUMBER

3490602628

CLINIC

CLINIC LOCATION

Bellvue

APPOINTMENT DATE

6/1/06

I REFUSE TO GO TO MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.

(SIGNATURE OF INMATE)

WITNESSED BY (CLINIC STAFF):

Habib Kamkhaji, MD

(PRINT NAME)

(SIGNATURE OF STAFF MEMBER)    6/1/06    (DATE)

REASON FOR REFUSAL

---

| CORRECTION DEPARTMENT CITY OF NEW YORK | CLINIC SITE | DATE / / |
|---|---|---|

## SPECIALTY CLINIC REFUSAL FORM

**PART B**

INMATE'S NAME

BOOK AND CASE NUMBER

CLINIC

APPOINTMENT DATE

/ /

REASON FOR REFUSAL

I REFUSE TO HAVE MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.

(SIGNATURE OF INMATE)

| INTERVIEW CONDUCTED BY (PRINT NAME) | RANK | SHIELD # | SIGNATURE |
|---|---|---|---|

NYC 0000068

**CORRECTION DEPARTMENT
CITY OF NEW YORK**

COMMAND NIC DEA

DATE 6/1/06

## SPECIALTY CLINIC REFUSAL FORM

PART A

INMATE'S NAME

Reyes Jason

BOOK AND CASE NUMBER

3490602628

CLINIC

CLINIC LOCATION

Bellevue

APPOINTMENT DATE 6/1/06

I REFUSE TO GO TO MY SCHEDULED MEDICAL TREATMENT ON THIS DAY:

(SIGNATURE OF INMATE)

WITNESSED BY (CLINIC STAFF):

Habib Kamkhaji, MD
(PRINT NAME)

(SIGNATURE OF STAFF MEMBER)

6/1/06
(DATE)

REASON FOR REFUSAL

---

**CORRECTION DEPARTMENT
CITY OF NEW YORK**

CLINIC SITE

DATE / /

## SPECIALTY CLINIC REFUSAL FORM

PART B

INMATE'S NAME

BOOK AND CASE NUMBER

CLINIC

APPOINTMENT DATE / /

REASON FOR REFUSAL

I REFUSE TO HAVE MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.

(SIGNATURE OF INMATE)

INTERVIEW CONDUCTED BY (PRINT NAME)

RANK

SHIELD #

SIGNATURE

NYC 0000069

NYC HEALTH AND HOSPITAL CORPORATION

## CORRECTIONAL HEALTH SERVICES

**AFTER CARE LETTER**

BC# 3490602621

---

## AFTER CARE LETTER

Date: 6/8/06

To Whom It May Concern:

Patient  REYES, JAYSON  has been under our care for
the following conditions:

I.  Health Problems

II.  Treatments, Medications,
Date, Follow-Up Needs

Reflex Sympathetic
dystrophy                    → Neurology f/u
                               at B'14-

ppt → Nkg
R pR   WL

Follow-up care is required for the above conditions(s)

Clinic Tel. # 718 546 1950

Form # MM025

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _REYES, JASON_    DOB _1/3/53_

FROM _NIC_ / _349060202628_
Correctional institution _MEDICAL_    Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

PATIENT STATES WHEEL CHAIR
THAT WAS GIVEN TO HIM FROM
BELLEVUE HOSP WAS PLACED
IN STORAGE ON 5/25/06

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

PLEASE RETURN IT TO PATIENT
IF POSSIBLE       THANK

Date _5/30/06_ Referring Physician _Thomas Schwaner, PA_    Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____    Physician _____

NYC 0000071

CHS 5014 (Rev 5/04)    *Reminder: Fully Complete the Problem List*

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**MEDICATION ORDER SHEET**

CHS FORM

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|

INDICATION

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|

INDICATION

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|

INDICATION

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh | |
|---|---|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|

INDICATION

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|

INDICATION

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|

INDICATION

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh | |
|---|---|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02625 | NIC 13 | | NKA | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| COMBACTA | | 60 mg | PO | QD | 7 l | | |

INDICATION  CHRONIC PAIN MGN

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 20 mg | PO | QAM | 7 l | | |

INDICATION  CHRONIC PAIN MGN

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | 20 mg | PO | BID | 7 l | | |

INDICATION

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh | |
|---|---|---|---|---|---|---|---|
| 6/6/06 | | | 0264 | | | | |

Roslynn Glicksman, MD

Write medication orders beginning from bottom of page
Chart Copy-White;  Pharmacy Copy-Yellow

NYC 0000072

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM B

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 060 2628 | NIC O₂ | | NKA |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|
| COMBACTA | 60 g | PO | Q N | 7 dl | | |
| INDICATION   CHRONIC PAIN MGT | | | | | | |
| PROVIGIL | 20 g | PO | Q AM | 7 dl | | |
| INDICATION | | | | | | |
| OXYCONTIN | 20 g | PO | BID | 7 dl | | |
| INDICATION | | | | | | |

Roslyn Glicksman, MD

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 6/2/06 | | | 0864 | Thomas Schwaner, PA | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 060 2628 | NIC O₂ | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|
| COMBACTA | 60 g | PO | Q N | 7 dl | | |
| INDICATION | | | | | | |
| PROVIGIL | 20 g | PO | Q AM | 7 dl | | |
| INDICATION | | | | | | |
| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/20/06 | | | 086 | Thomas Schwaner, PA | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 060 2628 | NIC O₂ | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|
| LIDOCAINE   PATCH | 1 | TOPICAL | Q N | 30 J | | |
| INDICATION | | | | | | |
| ( ↑ ) NEURONTIN | 1000 g | PO | TID | 30 J | | |
| INDICATION | | | | | | |
| OXYCONTIN SR | 20 g | PO | BID | 7 dl | | |
| INDICATION | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/2/06 | | | 086 | Thomas Schwaner, PA | |

Write medication orders beginning from bottom of page.
Chart Copy—White; Pharmacy Copy—Yellow

CHS-120 (4/01)

NYC 0000073

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name  REYES, JASON  DOB  1/13/53

FROM  NIC 03  / 349 0602628
Correctional institution          Inmate no.

Referred to  MENTAL HEALTH  Ward / Clinic

Hospital                        / Clinic no.

Leave blank for hospital use

D3
Elmhurst
on 5/26

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

23 YO M PMHx of
REFLEX SYMPATHETIC DYSTROPHY
CHRONIC PAIN + DIFFICULTY
IN PREVIOUSE HEALTH PATIENT
FEELS SAD AT TIMES
RISK FOR DEPRESSION

Date  5/25/06  Referring Physician  Thomas Schwaner, PA  Phone ___  Roslynn Glicksman, MD  Approved 5/26/06

Consultation, findings and recommendations:

Pt. out to EHPW on 5/26/06
Pt. at EHPW 5/27/06. ♦ ♀

5/30/06  Pt seen today by mental Health
7:30 pm  full Psychiatric exam of Comprehensive
Tx plan done ___ of
will Fup. —

C. Soje, ___ HC

Date ___  Physician ___

CHS 5014 (Rev. 5/94)

*Reminder: Fully Complete the Problem List*

NYC 0000074

**New York City Department of Health and Mental Hygiene**

**PATIENT REFUSAL OF TREATMENT**

Patient Addressograph

BH. NEURO PS,
Screener 6

Reyes  Jason   34906 02 628        CHS FORM C

This is to certify that I am over the age of 18 years and I am refusing the following:

❑ Medical Evaluation [History and Physical]
❑ Medical Services
❑ Administration of Medication (other than psychiatric)
❑ Laboratory Services
❑ Diagnostic Testing
❑ Other _____

❑ Mental Health Evaluation
❑ Mental Health Services
❑ Administration of Psychiatric Medication
❑ X-ray Services
☒ Clinic Appointment at   BUH

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the risks, consequences and the danger to my health and possibly to my life which may result from my refusal of this procedure/treatment.

I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility and its staff from any and all liability for ill effects that may result from my refusal of treatment.

pt was not able to sign because
of hand cuffing, DOC Form signed

_____        6/1/06
Signature of Patient                     Date

**Two Witnesses:**   I, _Clothene Willim_ am health care staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form.

_Clothene Willim_
Signature and Title of Witness

I, _____ am not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form.

_____
Signature and Title of Witness

**Interpreter/Translator:**  [To be signed by the interpreter/translator if the patient require such assistance] To the best of my knowledge the patient understood what was interpreted, translated and voluntarily signed this form.

_____
Signature of Interpreter/Translator

NYC 0000075

CHS FORM C

| REFUSAL OF TREATMENT PROGRESS NOTE (The Refusal of Treatment Form C on the reverse side must also be completed) | Patient Addressograph |
|---|---|

On __6/1/06_____ (Date), the above-named patient refused the treatment procedure which is medically or psychiatrically indicated and necessary. I explained the risks, consequences and danger to the health and possibly the life of the above-named patient.

As I explained to the patient, the risks, consequences and dangers of refusing the treatment/procedure include but are not limited to:

Pt refuses Clinic Appt @ BVN T/S A
Risk + Benefits + Alternative explained, pt states
he can not go Today but he agrees to be reschedule
F/u pm/pm T/S A

I provided the above-named patient with the opportunity to ask questions. I have answered the questions asked and it is my professional opinion that the patient understands what I have explained.

_____
Signature of Attending Physician or Authorized Health Care Provider[1]

__6/1/06__
Date

Habib Kamkhaji, MD
_____
Print Name and Identification Number

[1]Authorized Health Care Provider is one who is credentialed and privileged by the medical staff to perform this diagnostic test, procedure or surgery that requires informed consent. See also HHC Consent Policy, Article III.

CHS 505 (Rev 3/04)

05/27/06  1019                                                    Page 1  of 2

Elmhurst Hospital Center
Discharge/Transfer Summary
79-01 Broadway    Elmhurst, New York 11373

Discharge/Transfer Summary

Patient:           Reyes,Jason                    DOS:         05/27/06
MR - V#:           2703710-1                      Report Date: 05/27/06
DOB/Age/Sex:       01/03/83  23Y    M
Order Author:
Location:          B4-11 01

=========================================================================

Unscheduled Discharge/Transfer Summary
Event Time: Sat, 27 May 06  0851                    Status: complete

Sat, 27 May 06  1014    Documented by Ching Hung Chang, MD

Admit Date           : Thu, 25 May 2006
Disposition          : Discharge
Discharge Date       : Sat, 27 May 2006
Discharge Location   : Rikers
Patient Condition    : stable
Adm BP             : 130/103   mm Hg
Adm Pulse          : 117   bpm
Adm Resp           : 21
                   : 189 lbs 0 oz (85729 g, 86 kg)
                   : 5'8" (68 in, 173 cm)
CC/HPI             : Chest Pain 23 yo M with chest pain radiating to his back .
Adm Appearance     : Abnormal tremulous, appears uncomfortable
Adm HEENT          : Normal
Adm Cardiac        : Normal PMI, S1 S2 no murmurs, gallops or rubs
Adm Periph Vasc    : Dorsalis pedis pulse +2
Adm Pulmonary      : Clear to auscultation
Adm Abdomen        : +BS, no rebound or guarding
Adm Skin           : No rashes, lesions or ulcers
Adm MSK/Extremities: pain in left lower extremity to palpation
Adm Neurological   : Normal
BP                 : 116/70   mm Hg
Pulse              : 79  bpm
Resp               : 16
Temp               : 97 F (36 C)
Appearance         : Normal
Cardiac            : Normal PMI, S1 S2 no murmurs, gallops or rubs
Pulmonary          : Clear to auscultation
Abdomen            : +BS, no rebound or guarding
MSK/Extremities: pain when pressing of chest lateral to sternum

REPORT COPY

NYC 0000077