Elmhurst Hospital Center
Discharge/Transfer Summary

Page 2   of 2

79-01 Broadway   Elmhurst, New York 11373

Discharge/Transfer Summary

Patient:              Reyes, Jason
MR - V#:              2703710-1                      DOS:            05/27/06
DOB/Age/Sex:         01/03/83  23Y    M              Report Date: 05/27/06
Order Author:
Location:             B4-11 01

=====================================================================================

Unscheduled Discharge/Transfer Summary -- cont'd
Hospital Course: Pt was admitted to telemetry, was r/o for MI w/ cardiac
enzymes x 3.  Pt had diffuse t wave inversions on his EKG,
cardiology read as interventricular conduction delay,
ischemia.  Pt underwent an ECHO to r/o congental heart disease
and r/o valvular dz or wall motion abnormalities; ECHO was
nml.  It was determined that pt likely had chostochondritis,
was d/c back to rikers w/ motrin and nexium for gastric
protection.  Pt has a h/o reflex sympathetic dystrophy, was
continued on neurontin and percocet as needed for pain.

Allergies - Med   : no known allergies
Allergies - Other : no known allergies
Discharge Rx      : *Gabapentin 400 mg Capsule take one tablet by mouth twice
daily, Escmeprazole Magnesium 20 mg Oral Cap DR take one
tablet by mouth daily x 14 days, Ibuprofen 600 mg Tablet
take one tablet by mouth every 8 hours x 14 days
Activity          : As tolerated.
Diet              : Regular
Provider          : Lindsey Reese, MD
Attending         : Rahul Patel, MD
Diagnosis         : Chest Pain
Comment           : Pt to return to Rikers, accepting physician Dr. Bashir

---------------------------------------------------------------------------

I have read and understand the above discharge plan and I understand it is
important to follow these instructions.


Patient/Significant Other Signature _____ _Jason Reyes_

_Reviewed by, Thrusadanfin Ic_
_5/27/06_

REPORT COPY

NYC 0000078

Nursing Division

# PATIENT DISCHARGE INFORMATION RECORD

REYES, JASON
270-37-10X
01/03/1933M-S

Date _5/27/06_     Unit _B4_

## After leaving the hospital you will continue the following: (✓ and provide instructions)

| ✓ | Exercise | As tolerated |
|---|---|---|
| | Dressing/Wound Care | |
| | Glucose Testing | |
| | Cast / Pin Care | |
| | Weights | |
| | Tube / Catheter Care | |
| | Other | |

**Special Nutrition / Diet Needs**

Regular.

COPY GIVEN: ❏ YES ❏ NO

**Vaccination:**
❏ Pneumovax: Date given: _Not_
❏ Influenza: Date given: _elegible_
❏

## Medication (drug information given – purpose and side effects discussed)

| Medication Name | Dose | Route | How often | Special Instructions |
|---|---|---|---|---|
| Gabapentin 1 cap. | 400mg | mouth | Twice | daily |
| Esomeprazole cap | 20mg | mouth | daily | for 14 days |
| Ibuprofen tabs | 600mg | mouth | every 8hrs | for 14 days |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Follow-up Care:

| Appointment for | Date & Time | Location | Appointment for | Date & Time | Location |
|---|---|---|---|---|---|
| | | | | | |
| | | | Home Care/VNS Referral: ❏ No ❏ Yes: reason | | |

**Social Work Plan (If required):**

Have You Smoked In The Last 12 Months ❏ No ❏ Yes    If you wish to quit smoking, Call 334-718 -334 -2550 (English & Spanish) or 334-2237 (Chinese) for Appointment to Smoking Cessation Program

If you have any unusual symptoms or questions Call adult call center at 718-334 – 2920, Obstetrics 334-3150, Children 334-3025.

| In case of any of the following, call your physician or come directly to the emergency room: | Be sure to bring appointment slip, this record and your medication/s with you on the day of your appointment. |
|---|---|
| If You have chest pain call Your physician Or come To emergency room | |

Copy received - be sure to ask if you have any questions:

_____ PATIENT/FAMILY MEMBER      _____ NURSE    RN

ELM 227

NYC 0000079

REYES, JASON  New York, NY
270-37-10x
01/03/19... ADULT DISCHARGE INSTRUCTIONS
ADDENDUM

REYES, JASON
270-37-10x
JASON
37-10x
/1983M-S

| PREVENTION TECHNIQUES for HEALTHY LIFESTYLE | TECNICAS DE PREVENCIÓN por ESTILO DE VIDA SALUDABLE |
|---|---|
| Every person can follow a healthy lifestyle. Here is a list of things you can do to change your lifestyle and reduce your risk for high blood pressure, heart disease, and stroke: | Toda persona puede observar un estilo de vida saludable. A continuación, encontrará una lista de cosas que puede hacer para cambiar su estilo de vida y reducir el riesgo de presion sanguínea alta, insuficiencia cardiaca, y derrame cerebral. |
| - Eat healthy and nutritious foods<br>- Lose weight if you are overweight<br>- Exercise<br>- Don't smoke<br>- Limit alcohol and caffeine<br>- Manage stress<br>- Get plenty of sleep | - Ingiera alimentos saludables y nutritivos<br>- Pierda peso si esta excedido<br>- Haga ejercicio<br>- No fume<br>- Limite el consumo de alcohol y cafeina<br>- Controle el estres<br>- Duerma mucho |
| **Remember** if you want to live a healthier life, find out if you have high blood pressure, heart disease or stroke. Talk with your doctor about lifestyle changes. Follow your doctor's advice. | **Recuerde:** si desea vivir una vida más saludable, determine si tiene presión sanguínea alta, insuficiencia cardiaca, o derrame cerebral. Hable con su doctor sobre cambios en su estilo de vida. Siga los consejos del doctor. |

| HOW CAN YOU TRY TO AVOID GETTING A COLD? | ¿CÓMO PUEDE TRATAR DE EVITAR UN RESFRIO? |
|---|---|
| • Wash your hands often. You can pick up cold germs easily, even when shaking someone's hand or touching doorknobs or handrails.<br><br>• Avoid people with colds when possible.<br><br>• Clean surfaces you touch with a germ-killing disinfectant.<br><br>• Don't touch your nose, eyes or mouth. Germs can enter your body easily by these paths. | • Lavese las manos con frecuencia. Los gérmenes de la gripe son fáciles de contagiar, incluso mientras le da la mano a alguien o toca picaportes o pasamanos.<br><br>• Dentro de lo posible, evite el contacto con personas resfriadas.<br><br>• Si estornuda o tose, hágalo en un pañuelo descartable y luego tírelo.<br><br>• Limpie las superficies que toca con un desinfectante que mate los gérmenes.<br><br>• No se toque la nariz, los ojos o la boca. Los germenes pueden entrar facilmente en su cuerpo a través de estas vías. |

| DEEP VEIN THROMBOSIS (DVT) PREVENTION | PREVENCIÓN DE LA TROMBOSIS VENOSA PROFUNDA |
|---|---|
| Activity Level:<br>• Increasing your activity by walking and being active reduces the risk of developing a blood clot.<br>• Prolonged riding in a car, bus, train or plane may increase your risk of a blood clot.<br>• When sitting, put your legs up on a pillow, and do not cross your legs or ankles.<br>• When lying down, do not cross your ankles.<br><br>Smoking Cessation:<br>• If you smoke, stop!<br>• Think about joining a smoking cessation program. | Nivel de actividad:<br>• Aumentar su actividad con caminatas y mantenerse activo reduce el riesgo de desarrollar un coágulo.<br>• Los viajes prolongados en auto, autobús, tren o avion pueden aumentar el riesgo de formación de un coagulo.<br>• Cuando se siente, ponga las piernas sobre una almohada y no cruce las piernas o tobillos.<br>• No cruce los tobillos al acostarse.<br><br>Dejar de fumar:<br>• Si fuma, ¡deje de hacerlo!<br>• Piense en unirse a un programa para dejar de fumar. |

| HEART FAILURE SYMPTOMS | ACTION | SINTOMAS DE INSUFICIENCIA CARDIACA | ACCION |
|---|---|---|---|
| • Stable weight / No new symptoms | No Action | • Peso estable/ Sin sintomas nuevos | Ninguna accion |
| • Sudden weight gain (3 or more pounds in one day, 5 or more pounds in one week)<br>• Shortness of breath / Swelling of legs<br>• Trouble sleeping (waking up short of breath)<br>• Frequent dry hacking cough / Fatigue | Call your doctor to Adjust meds | • Repentino aumento de peso (3 libras o más en un dia, 5 libras o más en una semana)<br>• Falta de aire / Piernas hinchadas<br>• Dificultad para dormir (despertar por falta de aire)<br>• Tos seca frecuente / Fatiga | Llame a su medico para ajustar la medicacion |
| • Chest pain or heaviness<br>• Dizziness or fainting<br>• Persistent difficulty in breathing | Call 911 | • Dolor u opresión en el pecho<br>• Mareos o desmayos<br>• Dificultad persistente para respirar | Llame al 911 |

If patient is unable to sign, please sign and print name and relationship to patient.

_(signature)_
PATIENT/FAMILY MEMBER

Si el paciente no puede firmar, escriba y firma nombre y relación al paciente.

_(signature)_
NURSE ___ RN

ELM 206 ADDENDUM (English-Spanish) 3.06
Adult Discharge Instructions Addendum, ninual English/Spanish

ORIGINAL-PATIENT

NYC 0000080

This prescription is valid for non-controlled substances only.
The issuing facility is exempt from the NYS Official Rx Program.

**Elmhurst Hospital Center**
**79-01 Broadway**
**Elmhurst, NY 11373 Tel: (718) 334-4000   MMIS: 246075**
---------------------------------------------------------
Prescriptions filled by EHC will be filled generically as directed

Date of Rx: 27 May 06

.R #    : 2703710
Pt. Name: Reyes,Jason
Address : 1515 Hazen St.
          East Elmhurst, NY  11370
DOB     : 03 Jan 1983   Loc:  B4-11 01


Reese,Lindsey, MD
NY Lic #:
Clinic  : _____

**Rx: Motrin (Ibuprofen 600 mg Tablet)**

600 mg tab by mouth
q8h at default 0600/1400/2200


Disp. Qty: 42      *L Reese*
_____ (signature)


**THIS PRESCRIPTION WILL BE FILLED GENERICALLY**
**UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW**

**Dispense As Written**
ORIGINAL Rx - Number of Refills: 0


Lindsey Reese, MD
Dic. code 63126
917-649-1629

This prescription is valid for non-controlled substances only.
The issuing facility is exempt from the NYS Official Rx Program.

**Elmhurst Hospital Center**
**79-01 Broadway**
**Elmhurst, NY 11373 Tel: (718) 334-4000  MMIS: 246075**
------------------------------------------------

Prescriptions filled by EHC will be filled generically as directed

Date of Rx: 27 May 06

R #    : 2703710
Pt. Name: Reyes,Jason
Address : 1515 Hazen St.
          East Elmhurst, NY 11370
DOB    : 03 Jan 1983   Loc:  S4-11 01

Reese,Lindsey, MD
NY Lic #:
Clinic  : _____

Rx: Nexium (Esomeprazole Magnesium 20 mg Oral
           Cap DR)

20 mg DR Cap by mouth
daily at default 1000

Disp. Qty: 14                    _L_ _leen_
_____  (signature)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

```
┌─────────────┐
│             │
│             │
└─────────────┘
```
Dispense As Written
ORIGINAL Rx - Number of Refills: 0

Lindsey Reese, MD
Dic. code 63126
917-649-1629

This prescription is valid for non-controlled substances only.
The issuing facility is exempt from the NYS Official Rx Program.

Elmhurst Hospital Center
79-01 Broadway
Elmhurst, NY 11373 Tel: (718) 334-4000  MMIS: 246075
---------------------------------------------------------
Prescriptions filled by EHC will be filled generically as directed

Date of Rx: 27 May 06

R #    : 2703710
Pt. Name: Reyes,Jason
Address : 1515 Hazen St.
          East Elmhurst, NY 11370
DOB    : 03 Jan 1983    Loc:  B4-11 01

Reese,Lindrey, MD
NY Lic #:
Clinic  : _____

Rx: Neurontin (*Gabapentin 400 mg Capsule)

800 mg cap by mouth
bid at default 1000/1800

Disp. Qty: 60          _L Rese_____  (signature)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

        Dispense As Written
ORIGINAL Rx - Number of Refills: 0

Lindsey Reese, MD
Dic. code 63126
917-649-1629



349060262B
Born 1/13/1993

5/25/2006    12:23:32 PM  reyes, Jason
Male                      Race: Hispanic

BP: 

| Rate | 90 |
| PR | 152 |
| QRSD | 86 |
| QT | 360 |
| QTc | 440 |

--AXIS--
P    62
QRS  55
T    263

SINUS RHYTHM.
ABNORMAL T, PROBABLE ISCHEMIA, WIDESPREAD . . . . . . . . . . . . . . . normal P axis, V-rate 50 - 99
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . T <0.50mV, ant/lat/inf

- ABNORMAL ECG -

Pac: LOANER

Unconfirmed Diagnosis

I
aVR
V1
V4

II
aVL
V2
V5

III
aVF
V3
V6

II

Dev: 10009572        Speed: 25 mm/sec        Limb: 10 mm/mV        Chest: 10 mm/mV        60~ 0.15-150 Hz

NYC 0000084    PH080A

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE          CHS FORM

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
| INDICATION | | | | | | | |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh |
|---|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| *Reys* | *JASON* | | 349066.2628 | D3 | ∅ | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| *Gabapentin* | | *400mg* | *Po* | *BID* | *30 day* | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| *Protonix* | | *40 mg* | *Po* | *(A) D* | *30 day* | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| *Ibuprofen* | | *600 mg* | *Po* | *Q 8hr* | *14 day* | | |
| INDICATION *prn* | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh |
|---|---|---|---|---|---|---|
| *5/27* | *8 N/y* | | | | | |

| PATIENT LAST NAME *Salley* | FIRST NAME *Curt* | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
| INDICATION | | | | | | | |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh |
|---|---|---|---|---|---|---|

Write medication orders beginning from bottom of page
Chart Copy–White; Pharmacy Copy–Yellow

**NYC 0000085**

## Hospital Transfer Form

**Please use ball point pen and print legibly.**

Referring DOC Facility: _____

Name of referring MD: _____
**(Please Print)**

Hospital Run: ☑ EMS  ☐ DOC:  ☐ 3 hr.   MD Phone # _____

Date: _____  Time: _____ AM/PM

Referred to:   ☐ KCHC   ☑ Elmhurst   ☐ Bellevue

☐ Other: _____

Patient Name: _____

B&C #: _____   DOB: _____
**(Please Print)**

Contact Urgicare if you have questions:   Beeper# 917-949-1234
Phone# 718-546-4333

COMPLAINT: _____   PE _____

PMH: _____

Studies/Labs _____

MEDS _____

Tx@RI _____

Allergies: _____

Significant ED findings/studies:

Discharge Dx:

Recommended FU:

**Fax completed form to Urgicare Center @ time of discharge - 718-546-4382**

Physician Name **(print)** _____   Signature: _____   Date: _____
Phone # _____

**CONTACT URGICARE IF YOU HAVE QUESTIONS / INFORMATION.**   BEEPER #:   917-949-1234

**FOR BOROUGH HOUSES CONTACT REFERRING PRACTITIONER (ABOVE).**   PHONE #:   718-546-4333

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _REYES, JASON_ DOB _1/13/5?_

FROM _NIC O3_ / _349 06 02629_

Correctional institution    Inmate no.

Referred to _PT_ _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

P 2

**Diagnosis, treatment and medications by C.H.S.:**

23 Y O M WAS REFERRED TO PT
5/4/06 FOR RSD    PATIENT
SEEM 5/04 FIU T MD PER
YOUR REQUEST

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

TRANS

Date _5/17/06_ Referring Physician _T. Thomas Schwaner, PA_ Phone _____ Approved _Roslyn Glicksman, MD_

Consultation, findings and recommendations:

Pt to PTE c/o pain, impaired posturing, posture,
ambulation, transfers, basic mobility 2° to gsw
c̄ resulting RSD s/s to (L) foot (see eval 5/4/06
pt is to be treated for s/s; will be observed for
spontaneous recovery in addition; PAINFUL s/s

Date _5/22/06_ Physician _Kevin Doyle MS PT_

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM B

USE BALL POINT PEN AND PRESS FIRMLY

**3**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|

**2**

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| REYES | JASON | 349 060 2628 | NIL 03 | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| DIL MS CONTIN | | | | | | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN | | 20m | PO | BID | 7d | LM | 5/25/06 |
| INDICATION GIVE STAT AM DOSE | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/25/06 | | | Thomas Schwaner, PA 0864 | Faisal Ali, MD | |

**1**

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| REYES | JASON | 349 060 2628 | NIL 03 | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| MS CONTIN | | 15m | PO | BID | 7d | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60m | PO | QC | 7d | | |
| INDICATION PER Dr PAIN MGT | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| NEURONTIN | | 200m | PO | QAM | 7d | | |
| INDICATION PER Dr PAIN MGT | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/22/06 | | | 0864 SCHWANER | Thomas Schwaner, PA | Marie L Rocca |

Write medication orders beginning from bottom of page
Chart Copy-White; Pharmacy Copy-Yellow

CHS-06 4/04

NYC 0000088

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**MEDICATION ORDER SHEET**

CHS FORM B

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME REYES | FIRST NAME JASON | | BOOK & CASE NUMBER 349 06 02628 | HOUSING AREA NIC Pn | ALLERGIES NKA |
|---|---|---|---|---|---|

**3**

| DRUG HC CREAM | DOSE gr | ROUTE TOPICAL | FREQUENCY BID ARMS | DURATION 14 d | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DRUG D/C OXYCONTIN | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DRUG MS CONTIN | DOSE 15m | ROUTE PO | FREQUENCY BID | DURATION 7d | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

Marie L. Robert-Georges, MD
Lic #198367                    0715

| DATE 5/18/06 | TIME | PRESCRIBER SIGNATURE | STAMP 0867 | RPh |
|---|---|---|---|---|

Thomas Schwaner, PA

| PATIENT LAST NAME REYES | FIRST NAME JASON | | BOOK & CASE NUMBER 349 06 02628 | HOUSING AREA NIC | ALLERGIES NKA |
|---|---|---|---|---|---|

**2**

| DRUG LIDOCAINE PATCH | DOSE 1T | ROUTE Local | FREQUENCY QD | DURATION 30d | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DRUG ↑ NEURONTIN | DOSE 1000n | ROUTE PO | FREQUENCY TID | DURATION 30d | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

Faisal Ali, MD

| DATE 5/17/06 | TIME | PRESCRIBER SIGNATURE | STAMP 0864 | RPh |
|---|---|---|---|---|

Thomas Schwaner, PA

| PATIENT LAST NAME REYES | FIRST NAME JASON | | BOOK & CASE NUMBER 349 06 02628 | HOUSING AREA NIC | ALLERGIES NKA |
|---|---|---|---|---|---|

**1**

| DRUG OXYCONTIN | DOSE 20n | ROUTE PO | FREQUENCY BID | DURATION 7d | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| INDICATION PER BH PAIN MGT | | | | | | |

| DRUG CYMBALTA | DOSE 60m | ROUTE PO | FREQUENCY QD | DURATION 7d | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| INDICATION PER BH PAIN MGT | | | | | | |

| DRUG PROVIGIL | DOSE 200m | ROUTE PO | FREQUENCY QAM | DURATION 7d | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| INDICATION PER BH PAIN MGT | | | | | | |

Faisal Ali, MD

| DATE 5/17/06 | TIME | PRESCRIBER SIGNATURE | STAMP | RPh |
|---|---|---|---|---|

Thomas Schwaner, PA

Write medication orders beginning from bottom of page.
Chart Copy-White    Pharmacy Copy-Yellow

CHS 306 (4-04)



3490602628
Born 1/13/1983

5/25/2006    12:24:04 PM  Reyes, Jason
                          Male
                          Race: Hispanic

BP: 1/79/76 ~ 16 - 62 ~ 93 ⁷ᴴˢ

| Rate | 101 |
| PR | 148 |
| QRSD | 87 |
| QT | 344 |
| QTc | 446 |

--AXIS--
P   75
QRS  60
T   263

SINUS TACHYCARDIA.
REPOL ABNRM, PROBABLE ISCHEMIA, DIFFUSE..........ST dep, T neg ant/lat/inf
LEADS.........................V-rate> 99

- ABNORMAL ECG -

Unconfirmed Diagnosis                    Fac: LOANER

I          aVR         V1          V4

II         aVL         V2          V5

III        aVF         V3          V6

II

Dev: 10009572    Speed: 25 mm/sec    Limb: 10 mm/mV    Chest: 10 mm/mV    60~ 0.15-150 Hz

PHILIPS    NYC 0000090    PH080A    F2

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____
Correctional institution          Inmate no.

Referred to _____ ____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

HS 5014 (Rev. 5/04)          *Reminder: Fully Complete the Problem List*          NYC 0000091

# CONSULTATION REQUEST

### NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____ / _____
         Correctional institution              Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

**Thomas Schwaner PA**

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

C+S F014 Rev. 4/84    *Reminder: Fully Complete the Problem List*    NYC 0000092



# Neuroscience Associates of New York

1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax, 718/815 3379

**Neurology**
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Steven B. Schwartzberg, M.D.
Audrey L. Halpern, M.D.

**Pain Management**
Germaine N. Rowe, M.D., F.A.A.P.M.R
Glenn D. Babus, D.O.

**Neurological Surgery**
Edwin M. Chang, M.D., F.A.C.S.
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

**Emeritus**
Harvey R. Leventhal, M.D., F.A.C.S.

**Neuropsychology**
Reuven L. Weiss, Ph.D.

May 1, 2006

Re:  Jayson Reyes

To Whom It May Concern:

   Mr. Reyes has been followed in our pain management practice since June 2003.  He suffers from chronic left lower extremity pain secondary to RSD or reflex sympathetic dystrophy, which causes him to have a permanent disability.  The patient has not been seen in our office in the last few months.  Previously the patient had been managed on a regimen of medications including OxyContin 20 mg, q 6 h.

   If you have any further questions please feel free to contact our office at 718-448-3210 extension 2287.

Sincerely yours,

*G. Rowe M.D. NA*

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/km
Voice ID: 16675441/Text ID: 13363965

NYC 0000093



# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085

## FAX TRANSMISSION

DATE: 5/1/06

TO: Rosana

COMPANY:

FAX: 398-8995

RE: Jaison Reyes

Number of pages including cover: 2

FROM: Naomi

DEPT: Pain Mgmt

FAX: 718-447.7192

TEL: 718-448-3210 X 2287

MESSAGE:

NEUROLOGY
Stephen A. Kulck, MD, MM, FACP
Audrey L. Halpern, MD

PEDIATRIC NEUROLOGY
Steven R. Schwersburg, MD
Lewis M. Wood, MD

NEUROSURGERY
Edwin M. Cheng, MD, FACS
John S. Shiau, MD
Anthony J.G. Alastra, MD
Harvey E. Loewenthal MD, FACS
Emeritus

ORTHOPAEDICS
Stephen J. Pollock, MD, FACS
Joseph A. Sorena, MD, FACS
Albert J. Aczatola, Jr., MD
John P. Reilly, MD
David A. Gecsler, MD
Joseph J. Gavlazzeza, MD, FACS
Deborah A. Henley, MD
Vincent Forgione, MD

NEURORADIOLOGY
Richard S. Pinto, MD, FACR
Alex E. George, MD, FACR

PAIN MANAGEMENT
Germaine R. Rowe, MD, FRAPMP
Glenn D. Babus, DO

PHYSICAL THERAPY
Alejandro T. Martens, PT
Jessana Ortega, PT

NEUROPSYCHOLOGY
Rennea Weiss, PhD

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

## HEALTHCARE ASSOCIATES IN MEDICINE P.C.

☐ GERMAINE R ROWE MD
LIC: 204300

☐ NAOMI B ALCOCK PA
LIC: 007057

☐ GLENN D BABUS DO
LIC: 228217

☐ SABRINA R SIMONETTI PA
LIC: 010118

1088 TARGEE STREET, STATEN ISLAND, NY 10304 (718) 448-3210

Patient Name: Jaison Reyes    Date: 5/1/06

Address:

City _____ State ___ Zip ___ Age ___ Sex M/F

Rx  PT 2-3x/wk X 6-8wks
to (L) lower extremity
multimodality
Dx: Reflex Sympathetic
Dystrophy lower ext.
Alcock PA

Prescriber Signature

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'dau in borderline

REFILL

010081  12

This fax may con... ...ng sent to you after the ap... recipient, you ar... ...ner. This information is to... ...ted.

This fax may con... ...ed for the use of the perso... recipient, you ar... ...g of this information is st... ...tify us immediately.

---

9920 4th Avenue
Brooklyn, NY 11209

3311 Hylan Boulevard
Staten Island, NY 10306

65 Columbus Avenue
Staten Island, NY 10304

1460 Victory Boulevard
Staten Island, NY 10301

NYC 0000094

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh |
|---|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| Reye | Jason | 3490602628 | NICD₃ | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| Bacitra on | | E? | TOP | QID | 7D | | |
| INDICATION | | | | | | | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

**Richard Dorf, RPA**

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | 0823 | RPh |
|---|---|---|---|---|---|---|
| 3/12/8 | | | | | | |

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| REYES | JASON | 34956 62628 | NIC₃ | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| LINOCAINE PATCH | | π | TOPICAL | Q A | 30 l | | |
| INDICATION | | | | | | | |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | 0715 | RPh |
|---|---|---|---|---|---|---|
| 3/12/06 | | J/L CF | Thomas Schwaner, PA | Marie Robert-Georges, MD | | |

White medication orders beginning from bottom of page
Chart Copy–White;   Pharmacy Copy–Yellow

NYC 0000005

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349060 2 G28 | NIC 03 | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN | | 20 mg | PO | BID | 72 | | |
| INDICATION PER BH PAIN MGT | | | | | | | |
| 3 CYMBALTA | | 60 mg | PO | QD | 72 | | |
| INDICATION PER BH PAIN MGT | | | | | | | |
| PROVIGIL | | 200 mg | PO | Q AM | 72 | | |
| INDICATION PER BH SLP MGT | | | | | | | |

| DATE 5/11/06 | TIME | PRESCRIBER SIGNATURE | STAMP 0564 | Thomas Schwaner, PA | George, MD | |
|---|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02 G28 | NIC 03 | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| TYLENOL | | 650 mg | PO | BID | 4 | | |
| INDICATION | | | | | | | |
| 2 DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

| DATE 5/9/06 | TIME | PRESCRIBER SIGNATURE | STAMP 0564 | Harinder Bhatti, MD / Thomas Schwaner, PA | RPh | |
|---|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 0602 G28 | NIC 03 | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN | | 20 mg | PO | BID | 72 | | |
| INDICATION PER BH PAIN MGT | | | | | | | |
| 1 CYMBALTA | | 60 mg | PO | QD | 72 | | |
| INDICATION | | | | | | | |
| PROVIGIL | | 200 mg | PO | Q AM | 72 | | |
| INDICATION PER BH PAIN MGT | | | | | | | |

| DATE 5/5/06 | TIME | PRESCRIBER SIGNATURE | STAMP 0564 | Harinder Bhatti, MD / Thomas Schwaner, PA | RPh | |
|---|---|---|---|---|---|---|

Write medication orders beginning from bottom of page.
Chart Copy-White; Pharmacy Copy-Yellow

CHS 1/6 5/40

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _REYES, JASON_ DOB _1/13/83_

FROM _NIC 03 / 349060 2628_
    Correctional institution    Inmate no.

Referred to _PT_ _____ Ward / Clinic

Hospital _____ / Clinic no.

PT

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

23 YO M Hx of

RSD REFLEX SYMPATHETIC DYSTRO
SINCE SEPT 2002 /

BILATERA LEG PAIN + WEAKNESS

HYPERASTHESIA TO (L) HEEL

Request: PT FOR ROM TO
LOWER EXTREMITIES (AS TOLERATED)

Date _5/4/06_ Referring Physician _Thomas Schwaner, PA_ ____ Phone _____ Harjinder Bhatti, MD
    approved

Consultation, findings and recommendations:

NYC 0000097

Pt has report of RSD; 2° to work related injury.
S/S of RSD to (L) foot m/l and plantar surface
c ↓ AROM @ ankle; cmplx evident; pt has hyperten
in (L)CG c cogwheel oscillations evident when transferring
w. Bing or walking. gait is impaired by RSD c ↑ (8/10)
Date ____ pain levels brought on with w.B. ↓ to ↓ pain
    Physician
syndrome c physical agents (U.S. Rx) return to P.T.

*Reminder: Fully Complete the Problem List*

CHS 5014 Rev 5/94

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION
## ADMINISTRATION RECORD

PATIENT'S NAME: Reyes, Jason
ID #: 349-06-02628
DIAGNOSIS: Reflex Sympathetic Dyst
ALLERGY: Fentanyl LOC. D2A

| PATIENT LAST NAME Reyes | FIRST NAME Jason |
|---|---|
| ID # 3490602628 | LOCATION Nic D2A |
| DRUG Cymbalta | NEW |
| INDICATION | |
| DOSE 40 mg | ROUTE PO | RENEW |
| FREQUENCY daily | DURATION 2 wks | CHANGE |
| DATE 4/18/06 | MD / PA SIGNATURE Habib Kamkhaji, MD | |
| D/C DATE | NURSE | TIME 0770 | RPH |

MONTH April  YEAR 2006
D/HR 18 19 20 21 22 23 24 25 26 27 28 29 30
9A

| PATIENT LAST NAME Reyes | FIRST NAME Jason |
|---|---|
| ID # 3490602628 | LOCATION Nic Dorm 2A |
| DRUG Oxycontin SR | NEW |
| INDICATION Pain mngmt | |
| DOSE 20 mg | ROUTE PU | RENEW |
| FREQUENCY Q 12 Hours | DURATION 7 days | CHANGE |
| DATE 4/19/06 | MD /PA SIGNATURE Dr. Rajeev L. Aggarwal, MD | |
| D/C DATE | NURSE | TIME 3pm | RPH |

MONTH April May  YEAR 06
D/HR

| ID # 3490602628 | LOCATION D2 |
|---|---|
| Reyes | Jason |
| DRUG Motrin | NEW |
| INDICATION | |
| DOSE 800 mg | ROUTE PO | RENEW |
| FREQUENCY 10 AM + 10 PM daily | DURATION | CHANGE |
| DATE 4/18 | TIME | |
| MD /PA SIGNATURE M.Y 0770 SINGH | | |
| D/C DATE | NURSE | TIME | RPH |

MONTH  YEAR

**Drugs Not Administered Code Key:**
1. Refusal
2. Out of Court
3. Out of Hospital/specialty clinic
4. Off Unit (i.e. visit, recreation, library)
5. Withheld (pending lab, abnormal lab, and/or vital signs)
6. Non-formulary and not available at time of administration
7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (Out of Stock) at time of administration

NYC 0000098

CHS 1061 (Rev 6.04)

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION
## ADMINISTRATION RECORD

PATIENT'S NAME: _Reyes, Jason_

ID #: _349-06L 02628_

DIAGNOSIS: _Reflex Sympathetic dystr_

ALLERGY: _Fentanyl_    LOC: _D 2A_

---

**PATIENT LAST NAME:** Reyes    **FIRST NAME:** Jason

ID #: 3490602628    **LOCATION:** Nic D2A

**DRUG:** Oxycontin SR    NEW

**INDICATION:** Pain

**DOSE:** 10    **ROUTE:** PO    RENEW

**FREQUENCY:** Q 12hs    **DURATION:** 2 day then taper    CHANGE

**DATE:** 4/18/06    **TIME:** 6 A

**MD/ PA SIGNATURE:** Habib Kamkhaji, MD    0730

**D/C DATE:**    NURSE:    RPH

MONTH: April    YEAR: 2006

| D HR | 18 | 19 | D/C |
|------|----|----|-----|
| 9A | 9 | | 4/19/06 |
| 9P | 0 | | |
| D HR | | | |

---

**PATIENT LAST NAME:** Reyes    **FIRST NAME:** Jason

ID #: 3490602628    **LOCATION:** Nic D2A

**DRUG:** Neurontin    NEW

**INDICATION:**

**DOSE:** 300    **ROUTE:** PO    RENEW

**FREQUENCY:** TID    **DURATION:** 2 WKs    CHANGE

**DATE:** 4/18/06    **TIME:** 6 A

**MD/ PA SIGNATURE:** Habib Kamkhaji, MD

**D/C DATE:**    NURSE:    RPH

MONTH: April    YEAR: 2006

| D HR | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 5/1 | D/C |
|------|----|----|----|----|----|----|----|----|----|----|----|----|----|-----|-----|
| 5A | X | | W | W | W | | | D | D | | | | | | 5/ |
| 1P | | | W | NS | | | | D | NS | | | | | | |
| 9P | | | W | | | | (TET ET ET ED) | | | W | | | | | |

---

**PATIENT LAST NAME:** Reyes    **FIRST NAME:** Jason

ID #: 3490602628    **LOCATION:** Nic D2A

**DRUG:** Lidoderm Patch 5%    NEW

**INDICATION:**

**DOSE:** 1 Patch    **ROUTE:** Topical    RENEW

**FREQUENCY:** BID Prn    **DURATION:** 2 WKs    CHANGE

**DATE:** 4/18/06    **TIME:**

**MD/ PA SIGNATURE:** Habib Kamkhaji, MD    0730

**D/C DATE:**    NURSE:    RPH

MONTH: April / May    YEAR: 2006

| D HR | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 5/1 | D/C |
|------|----|----|----|----|----|----|----|----|----|----|----|----|----|-----|-----|
| 9A | | | | | NS | | NS | NS | D | | | | | | 5/ |
| 9P | | W | D | (TET ET ET ED) | | | | | | | | | | | |
| D HR | | | | | | | | | | | | | | | |
| R K N | | | | | | | | | | | | | | | |

---

1. Refusal
2. Out of Court
3. Out of Hospital/specialty clinic
4. Off Unit (i.e. visit, recreation, library)

5. Withheld (pending lab, abnormal lab, and/or vital signs)
6. Non-formulary and not available at time of administration
7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (Out of Stock) at time of administration

CHS 1061 (Rev 6/04)

NYC 0000099

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION
## ADMINISTRATION RECORD

PATIENT'S NAME: _Reyes Jason_

ID #: _349660 2623_

DIAGNOSIS: _Reflex sympathetic dystrophy_

ALLERGY: _fentanyl_        LOC: _02A_

| PATIENT LAST NAME | FIRST NAME | | |
|---|---|---|---|
| Reyes | Jason | | |
| ID# 3490602628 | LOCATION NIC Dorm 2A | | |
| DRUG ↑ Cymbalta | | NEW | |
| INDICATION RSD | | | |
| DOSE 60 mg | ROUTE PO | | RENEW |
| FREQUENCY QD | DURATION 5 days | | CHANGE |
| DATE 9/21/06 | TIME 10:40am | | |
| MD / PA SIGNATURE    Rajeev L. Achari, MD | | | |
| D / C DATE 9/26/06 | NURSE | TIME 11am | RPH |

MONTH April   YEAR 06

| PATIENT LAST NAME | FIRST NAME | | |
|---|---|---|---|
| Reyes | Jason | | |
| ID# 3490602628 | LOCATION NIC Dorm 2A | | |
| DRUG Provigil | | NEW | |
| INDICATION RSD | | | |
| DOSE 200 mg | ROUTE PO | | RENEW |
| FREQUENCY 7 AM | DURATION 5 days | | CHANGE |
| DATE 9/21/06 | TIME 10:40am | | |
| MD / PA SIGNATURE    Rajeev Achari, MD | | | |
| D / C DATE 9/26/06 | NURSE | TIME 11am | RPH |

MONTH April   YEAR 06

MONTH    YEAR

PROFILE BY:          DATE:          TIME:

**Drugs Not Administered Code Key:**

1. Refusal
2. Out of Court
3. Out of Hospital/specialty clinic
4. Off Unit (i.e. visit, recreation, library)

5. Withheld (pending lab, abnormal lab, and/or vital signs)
β. Non-formulary and not available at time of administration
7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (Out of Stock) at time of administration

CHS 1061 (Rev 6/04)

NYC 000100

## STAT OR SINGLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION                     DOSE ROUTE | DATE | TIME | INIT | REASON AND RESPONSE |
|------------|--------------------------------------------|------|------|------|----------------------|
|            |                                            |      |      |      |                      |
|            |                                            |      |      |      |                      |
|            |                                            |      |      |      |                      |
|            |                                            |      |      |      |                      |
|            |                                            |      |      |      |                      |
|            |                                            |      |      |      |                      |
|            |                                            |      |      |      |                      |
|            |                                            |      |      |      |                      |
|            |                                            |      |      |      |                      |

## MEDICATIONS NOT ADMINISTERED

| ORDER DATE | MEDICATION                     DOSE ROUTE | DATE | TIME | INIT | REASON AND INTERVENTION |
|------------|--------------------------------------------|------|------|------|--------------------------|
| 4/24/0     | Cymbalta 60mg, Provigil 200mg bo           | 4/26 | 9dn  | JM   | no dose                  |
|            |                                            |      |      |      |                          |
|            |                                            |      |      |      |                          |
|            |                                            |      |      |      |                          |
|            |                                            |      |      |      |                          |
|            |                                            |      |      |      |                          |

## NURSE'S SIGNATURE

| DATE | FULL SIGNATURE | INITIALS | PRINT NAME |
|------|----------------|----------|------------|
| 4/24/0 | J John | JM | E. Johnson |
|      |                |          |            |
|      |                |          |            |
|      |                |          |            |
|      |                |          |            |

HS 1061 (Rev. 6/04)

NYC 000101

## STAT OR SINGLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION                    DOSE ROUTE | DATE | TIME | INIT | REASON AND RESPONSE |
|------------|------------------------------------------|------|------|------|---------------------|
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |

## MEDICATIONS NOT ADMINISTERED

| ORDER DATE | MEDICATION                    DOSE ROUTE | DATE | TIME | INIT | REASON AND INTERVENTION |
|------------|------------------------------------------|--------|------|------|-------------------------|
| 4/19/06 | Risperdal Patch          topical | 4/19/06 | 9a | CO | not consult |
| 4/18/06 | Neurontin 300mg          p.o | 4/21/06 | 9a | W | no show |
| 4/18/06 | Risperdan patch          topical | 4/21/06 | 9a | W | no show |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## NURSE'S SIGNATURE

| DATE | FULL SIGNATURE | INITIALS | PRINT NAME |
|------|----------------|----------|------------|
| 4/8/06 | L. Richardson | LR | L RICHARDSN |
| 4/9/06 |  | O | Winsome Douglas-Hewitt, LPN |
| 4/21 | Williams LPN | W |  |
| 4/22 | J. Effeh | JE | J.E JEH |
| 4/25/06 |  | JE | E. John |
| 4/25 | V. Martin | VM | V. Martin |

## STAT OR SINGLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION | DOSE ROUTE | DATE | TIME | INIT | REASON AND RESPONSE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## MEDICATIONS NOT ADMINISTERED

| ORDER DATE | MEDICATION | DOSE ROUTE | DATE | TIME | INIT | REASON AND INTERVENTION |
|---|---|---|---|---|---|---|
| 4/19/06 | Oxycontin 20mg po | | 4/25/06 | 9am | | No show |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## NURSE'S SIGNATURE

| DATE | FULL SIGNATURE | INITIALS | PRINT NAME |
|---|---|---|---|
| 4/19/06 | | | Winscilie Douglas Hewitt, LPN |
| 4/21 | T. Egbe | T.E | T.E. T.E.H |
| 6/21/06 | | | To Ms |
| 6/25 | Anita C | | VZONT6 CRT |

4S 1061 (Rev 5-04)

NYC 000103

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CHS FORM B**

## MEDICATION ORDER SHEET

### USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC 03 | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| NEURONTIN | | 800 mg | PO | TID | 14d | | |
| INDICATION | | | | | | | |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| COLACE | | 200 mg | PO | QD | 30d | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| LIDOCAINE PATCH | | #1 | TOPICAL | QD | 14d | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|
| 5/2/06 | | | 0664 | Harjinder Bhatti, MD  Thomas Schwaner, PA | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC 03 | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | 20 mg | PO | BID | 7d | | |
| INDICATION | | | | | | | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60 mg | PO | QD | 7d | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 200 mg | PO | Q AM | 7d | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|
| 5/2/06 | | | 0864 | Harjinder Bhatti, MD  Thomas Schwaner, PA | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 0602 628 | NIC 03 | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | 20 mg | PO | BID | 7d | | |
| INDICATION | PER PAIN MGN ABELLOUS | | | | | | |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60 mg | PO | QD | 7d | | |
| INDICATION | PER PAIN MGN | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 200 mg | PO | Q AM | 7d | | |
| INDICATION | PER PAIN MGN | | Harjinder Bhatti, MD | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | |
|---|---|---|---|---|
| 4/27/06 | | | 0 Thomas Schwaner, PA | |

Write medication orders beginning from bottom of page
Chart Copy—White;  Pharmacy Copy—Yellow

CHS-06 1/43

NYC 00010-