NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**MEDICATION ORDER SHEET**

CHS FORM

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME REYES | FIRST NAME JASON | | | BOOK & CASE NUMBER 349060202628 854 | HOUSING AREA NIC 03 | ALLERGIES NKA | |
|---|---|---|---|---|---|---|---|
| DRUG HC 1% CREAM | | DOSE 05 | ROUTE Topical ARMS | FREQUENCY BID | DURATION 14d | NURSE | DATE, TIME |
| INDICATION | | | | | | | |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE 4/26/06 | TIME | PRESCRIBER SIGNATURE PA | STAMP Harjinder Bhatti, MD Thomas Schwaner, PA | | | RPh |
|---|---|---|---|---|---|---|

| PATIENT LAST NAME REYES | FIRST NAME JASON | | BOOK & CASE NUMBER 349060202628 | HOUSING AREA NIC 03 | ALLERGIES NKA | |
|---|---|---|---|---|---|---|
| DRUG NEURONTIN | | DOSE 300 mg | ROUTE PO | FREQUENCY TID | DURATION 14d | NURSE | DATE, TIME |
| INDICATION PER PAIN MGN (BELLEVUE) | | | | | | | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE 4/26/06 | TIME | PRESCRIBER SIGNATURE Thomas Schwaner PA | STAMP Harjinder Bhatti, MD Thomas Schwaner, PA | | | RPh |
|---|---|---|---|---|---|---|

| PATIENT LAST NAME REYES | FIRST NAME JASON | | BOOK & CASE NUMBER 349060202628 | HOUSING AREA NIC 03 | ALLERGIES NKA | |
|---|---|---|---|---|---|---|
| DRUG OXYCONTIN SR | | DOSE 20 mg | ROUTE PO | FREQUENCY BID | DURATION 7d | NURSE | DATE, TIME |
| INDICATION PER PAIN MGN (BELLEVUE) | | | | | | | |

**1**

| DRUG CYMBALTA | | DOSE 60 mg | ROUTE PO | FREQUENCY QD | DURATION 7d | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION PER PAIN MGN (BELLEVUE) | | | | | | | |

| DRUG PROVIGIL | | DOSE 200 mg | ROUTE PO | FREQUENCY QAM | DURATION 7d | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION PER PAIN MGN (BELLEVUE) | | | | | | | |

| DATE 4/25/06 | TIME | PRESCRIBER SIGNATURE Thomas Schwaner PA | STAMP Harjinder Bhatti, MD | | | RPh |
|---|---|---|---|---|---|---|

Write medication orders beginning from bottom of page
Chart Copy–White, Pharmacy Copy–Yellow

CHS 0.6 (1/4)

NYC 000105

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

**CHS FORM A**

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

ALLERGIES _____

---

**4**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**1**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**5**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**2**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**6**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| Reyes | | Jason | |
| ID # 311060262? | | LOCATION | |
| DRUG Trazodil ↑ | | | NEW |
| INDICATION R D | | | |
| DOSE 20 mg | ROUTE Pu | | RENEW |
| FREQUENCY 1 Am | | DURATION 5 Jays | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE OVC | | | |
| D / C DATE | NURSE | TIME | RPH |

**3**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| Reyes | | Jason | |
| ID # 311060262? | | LOCATION | |
| DRUG ↑ Cymbalta | | | NEW |
| INDICATION R D | | | |
| DOSE 60 mg | ROUTE PU | | RENEW |
| FREQUENCY 1x D | | DURATION 5 Jays | CHANGE |
| DATE | TIME 10 10 am | | |
| MD / PA SIGNATURE OVC | | | |
| D / C DATE | NURSE | TIME | |

NYC 000106

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

CHS FORM A

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

ALLERGIES _____

**4**

| PATIENT LAST NAME | FIRST NAME |
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**1**

| PATIENT LAST NAME | FIRST NAME |
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**5**

| PATIENT LAST NAME | FIRST NAME |
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**2**

| PATIENT LAST NAME | FIRST NAME |
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**6**

| PATIENT LAST NAME | FIRST NAME |
| ID# | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**3**

| PATIENT LAST NAME | FIRST NAME |
| ID# | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

NYC 000107

CHS 312 (Rev. 4.04)

NURSE COPY WHITE

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____ / _____
         Correctional institution       Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

NYC 000108

HS 011 (Rev. 1/04)          *Reminder: Fully Complete the Problem List*

NYC HEALTH AND HOSPITAL CORPORATION
CORRECTIONAL HEALTH SERVICES

DOCTORS ORDERS LIST

Reys    Jason

34906 02628

1/13/83

| NAME _____ |  | BOOK & CASE # _____ NYSIS # _____ | ROOM NO. _____ |  |
|---|---|---|---|---|
| **DATE** | **BY WHOM** | D.O.B. _____ ADMISSION TO CDU: _____ | **DATE** | **BY WHOM** |
| **ORDERED** |  | SPRUNG # _____ CELL # _____ | **DISCONTINUED** |  |
| 7/18/06 N.i2 Dr | (signature) | DIAGNOSIS: Reflex sympathetic dystrophy |  |  |
|  |  | CONDITION: satisfactory |  |  |
|  |  | VITAL SIGNS: Q shift |  |  |
|  |  | ACTIVITY: as tolerated |  |  |
|  |  | ALLERGY: Fentanyl |  |  |
|  |  | RESPIRATORY ISOLATION: |  |  |
|  |  | DIET: Regular |  |  |
|  |  | LABORATORY/DIAGNOSTIC TESTS: (PLEASE CHECK (✓) |  |  |
|  |  | _____ CBC WITH DIFFERENTIAL |  |  |
|  |  | _____ RPR / MHA – TP |  |  |
|  |  | _____ SMA – 20 |  |  |
|  |  | _____ URINALYSIS |  |  |
|  |  | _____ CHEST X-RAY: PA AND LATERAL VIEWS |  |  |
|  |  | ADDITIONAL TESTS: CHECK ONLY IF INDICATED: |  |  |
|  |  | _____ PREGNANCY TEST (URINE) |  |  |
|  |  | _____ HEPATITIS REFLEX PANEL |  |  |
|  |  | _____ ESR |  |  |
|  |  | _____ LYMPHOCYTE EVALUATION (T-CELLS PROFILE) |  |  |
|  |  | _____ G – 6 – PD |  |  |
|  |  | _____ SPUTUM GRAM STAIN AND C/S |  |  |
|  |  | _____ 12 – LEAD ELECTROCARDIOGRAM (EKG) |  |  |
|  |  | _____ OTHERS: PLEASE SPECIFY |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | SPUTUM INDUCTION FOR AFB SMEARS, CULTURE AND |  |  |
|  |  | SENSITIVITY ONCE A DAY FOR 3 DAYS |  |  |
|  |  | TEST FOR VISUAL ACUITY WITH SNELLEN'S CHART |  |  |
|  |  | TEST FOR COLOR VISION WITH ISHIHARA PLATES |  |  |

NYC 000109

Form MM009/Front

| DATE | BY WHOM |
|------|---------|
| **ORDERED** | |

| DATE | BY WHOM |
|------|---------|
| **DISCONTINUED** | |

REFERRALS: CHECK ONLY IF INDICATED.

____ HIV TESTING / COUNSELLING

____ MENTAL HEALTH

____ KEEP COUNSELOR

____ DIETARY SERVICE

____ SOCIAL SERVICE

____ DISCHARGE PLANNING

MEDICATIONS: PATIENT'S WEIGHT _____ (LBS.) _____ (KG.)

____ INH 300 MG P.O. O.D. X 14 DAYS

____ PYRIDOXINE (VIT. B6) 50 MG P.O. O.D. X 14 DAYS

____ RIFAMPIN 600 MG P.O. O.D. X 14 DAYS

____ ETHAMBUTOL (25 MG / KG / DAY FOR THE

1ST MONTH, THEN 15 MG / KG / DAY THERAFTER

_____ MG P.O. X 14 DAYS

____ PZA (25 – 35 MG / KG / DAY)

_____ MG. P.O. O.D. X 14 DAYS

OTHERS:

Habib Karikhaji, MD

PRINT NAME

SIGNATURE

M.D.

Form MM009 Back

# NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## DOCTORS ORDERS

Name _Reys  Jason_

Case No. _349-06-026_

Ward _____

| DATE | BY WHOM | | | DATE | BY WHOM |
|---|---|---|---|---|---|
| ORDERED | | | | | DISCONTINUED |
| 4/19/06 | 12-8A | | | | _Ciel_ |
| 4/20/06 | 12-8 | | | | _Evans_ |
| 4/21/06 | 12-8A | | | | _Ciel_ |
| 4/22/06 | 12-8 | | | | _Evans_ |
| 4/23/06 | 12-8P | | | | _Mghto bo_ |
| 4/24/06 | 12-8P | | | | _Mghto bo_ |

CHS 141 (Rev. 7-64)

NYC 000111

Attn: NIC
118 546.1154
Dept Dorm 2-A
Dr Warden

Re: Jason Reyes
5490602628

Medical Info:

NYC 000112



# Neuroscience Associates of New York

999 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax 718/815-1390

*Neurology*
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Ricardo B. Schlossberg, M.D.
Aurora L. Kregel, M.D.

*Pain Management*
Germaine N. Rowe, M.D., F.A.A.P.M.R.
Bleu D. Batoul, D.O.

*Neurological Surgery*
Kevin M. Chong, M.D., F.A.C.S.
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

*Emeritus*
Harvey R. Leventhal, M.D., F.A.C.S.

*Neuropsychology*
Darwin J. Wase, Ph.D.

March 20, 2006

Re:    Jeyson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin, 30 milligrams, every 12 hours; Cymbalta, 60 milligrams a day; and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210 ext 2287.

Sincerely yours,

Naomi Alcook, P.A.
Germaine N. Rowe, M.D

NA/tw
Under ID: 1387771&Text ID: 2775, SD

2020 5th Avenue Brooklyn NY 11209 • 718/238-0878                    Page 1 of 1
A Division of HEALTHCARE ASSOCIATES in Medicine, PC

NYC 000113



# HEALTHCARE ASSOCIATES in Medicine, PC.

1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085

## FAX TRANSMISSION

DATE 2/13/06

TO Rosaria 398-8995

COMPANY:

FAX

RE:

Number of p

MESSAGE

### Neuroscience Associates of New York

A Division of HEALTHCARE ASSOCIATES in Medicine

1099 Targee Street, Staten Island, N.Y 11304 • 718/448-3210
9920 4th Avenue, Brooklyn, N.Y 11209 • 718/368-0878

Date 2/13/06

Re: Reyes, Jayson

To Whom It May Concern:

Please be advised that the above named patient is under my care for chronic R foot pain 3° reflex
At the present time he is unable sympathetic dystrophy (RSD).

_____ may return in whole full duty

_____ may return to work with the following limitations

_____ may return to work

is unable to drive a car

Pt is treated medically for his pain symptoms with a regimen of Oxycontin 20mg every 12 hours, Cymbalta 60mg/day, and Lidoderm patches 12h on, 12h off. He also uses Provigil 200mg/day. If you have any further questions, pls contact us.

Sincerely, D Roux 4

NIC D2A

# TEMPORARY PERMIT FOR CANES/MEDICAL ITEMS

### TO  EMTC- DEPARTMENT OF CORRECTIONS
### OFFICER IN CHARGE OF HOUSING AREA—

DATE ISSUED _____ 4/13/06 _____

DATE EXPIRED _____ INDEFINITE _____

INMATE REYES, JASON _____ 349 06 02628

NAME                              BOOK-N-CASE NUMBER

DUE TO MEDICAL REASONS HAS BEEN AUTHORIZED THE USE OF _____ CRUTCHES

BY  RECOMMENDATION  OF  THE  MEDICAL  DEPARTMENT.

_____
SIGNATURE OF MEDICAL STAFF OF EMTC

NYC 000115

**INTER-HOSPITAL TRANSFER RECORD**

From (Sending Hospital): Bellevue

To (Receiving Hospital): Rikers NIC — Dorm 2 B    Date: 4/17/06

Clinical Service: Medicine

Patient's Name (Last): Reyes    (First): Jayson    Sex: M    Age: 23    Birthdate: 1/13/83    Medical Record #: 3086604

Address

Borough    Zip    Apt. #    Telephone #

Next of Kin (Name)

Relationship    Telephone #    Transfer Notification: ☐ YES  ☐ NO

Name/Title of Person Contacted at Receiving Hospital: Dr. Ihim Dr. Bashir    Telephone #

Diagnosis and Remarks: Reflex sympathetic dystrophy

Past Medical History (including allergies, medications taken): RSD 2/2 ankle trauma

Physical Findings and Treatment (including medications, IV fluids, and blood administered, lab and X-ray results, procedures done):

Oxycontin SR 10 mg q12 (titrate up PRN)    Cymbalta 40 mg QD
Neurontin 300 PO TID    Provigil 200 mg qAM
Lidoderm patch (or ointment)    Pt would benefit from wheelchair

Special Equipment Transferred:
☐ X-Rays to Accompany Patient    ☐ Laboratory Reports Attached    ☐ Copy of E.R. Chart

Reason for Transfer:
☐ HHC Bed Unavailable    ☐ Services Not Available
Patient's Condition at Transfer:  ☐ Critical  ☐ Serious  ☐ Patient Request  ☐ Other:
☐ Fair  ☐ Good

Approved – Physician in Charge (Sending Hospital)
Name Print: Scott SCHWARZ    Title: PG42
Signature ____ MD Telephone # 917-401-1403

Approved – Hospital Administrator
Name Print:
Signature:    Time:

Emergency Medical Service Notified Time: ____AM/PM    Operator:
Time Ambulance Arrived at E.R. ____AM/PM    Time Patient Transferred ____AM/PM

Receiving Physician
Name Print: ____MD    Name of Accompanying Staff Member in Ambulance
Signature ____MD  Time:    ☐ MD  ☐ RN

Patients Valuables:
☐ Sent with Patient  ☐ Given to Family  ☐ Retained at Hospital    Staff Signature:

Patient's Clothing:
☐ Destroyed  ☐ Discarded  ☐ Given to Family  ☐ Retained at Hospital    Family Signature:
General Comments/Mental Status Evaluation:    Family Signature:

NYC 000116

HHC 669 (July 83)    Distribution  White – Patient Copy  Canary - Hospital Copy

# CONSULTATION REQUEST

_W YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |

Patients' Name _____ DOB _____

FROM _____ / _____
     Correctional institution       Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved_____

Consultation, findings and recommendations:

Date _____ Physician _____

HS-5014 (Rev. 4)

*Reminder: Fully Complete the Problem List*

NYC 000117

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _____ DOB _____

FROM _____ / _____
     Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no. _____

Leave blank for hospital use

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

3-5014 (Rev. 2/04)          *Reminder: Fully Complete the Problem List*

NYC 000118

```
Printed: Apr 17, 2006  01:15 pm    -----------------------------------
  Bellevue Hospital Center      | Reyes,Jayson           3086604-2    EP?IE
      462 First Avenue           | 19S S46SA1             Age:23Y  Sex:male
    New York, NY 10016           | DOB: Jan 13, 1983      MR# 3086604
                                 | Admitted: Apr 15, 2006
                                 | Attndg Physician: Bails,Douglas,MD
                                 | Service: General Medicine
                                 -----------------------------------
```

Apr 17, 2006  01:14 pm:  Discharge Summary

Disch Date                   :  Mon, 17 Apr 2006
Reason for Admission         : Left foot pain
Findings/Course              :
        Pt is a 23 yo DOC prisoner with h/o reflex sympathetic dystrophy
    secondary to forklift vs left ankle resulting in severe sprain at
    Home Depot who presents with inability to walk and worsening left
    ankle pain ever since being arrested when his outpatient pain
    regimen was discontinued.  He had previously been on Oxycontin SR
    20 q12, Cymbalta 60 qd, Lidoderm patch, Provigil 200 mg qd.  All of
    these meds were discontinued when pt was arrested.  Pt was
    evaluated by Neurology in ER who recommended Percocet, Neurontin
    and Lidocaine ointment.

        Pt reported some improvement in his pain symptoms.  Ankle film was
    negative.  He was not able to ambulated however.

        Pt stable for discharge.  Should receive Oxycontin SR 10 q12 and
    titrate up PRN, Neurontin 300 TID, Lidoderm patch or ointment if
    patch not available.  Would consider adding Cymbalta and or
    Provigil if symptoms continue.  Would also recommend pt receiving a
    wheelchair.
Disch Prescriptions          : Oxycontin SR 10 q12, Neurontin 300 tid,
                               Lidoderm patch
Disposition                  : transferred to RIKERS
Problem # 1                  : Reflex Sympathetic Dystrophy, Lower Limbs

Electronically signed by Schwarz,Scott, MD
                                                      Apr 17, 2006
```

NYC 000119

# Bellevue Hospital Center
# Discharge Instruction Sheet

**IMPORTANT:** Please bring this form to your first appointment with your doctor.

**IMPORTANTE:** Por favor, traiga ésta documento a la primera visita con su médico.

重要通知: 第一次看醫生時請您帶上這張表格。

**MD to Complete**

Diagnoses: _Reflex Sympathetic Dystrophy_

Surgery/Special Procedures: _____

Home Care Ordered: ☐ Not Required    ☐ Yes    Give DVT Discharge Instructions ☐
Activity Limitations: ☐ None    ☑ Yes/Specify: _Activated_

Allergies: ☐ No Known Allergy    ☑ Yes/Specify: _____    Diet Ordered: ☑ Regular    ☐ Other/Specify:

Your Medications Are:    ☐ **No Medication Ordered**

| Name | Dose | How Often | Reason for Taking |
|------|------|-----------|-------------------|

_Trazodone 82.15 mg p.o. at bedtime p.o. prn_
_Neurontin 300 TID_
_Lidocaine patch prn_
_Oxycodone 5 mg p.o._
_Percocet 7.00 mg oral_

Additional Instructions (e.g., labs, tests, non-drug pain management, etc.):

Your Follow-up Care: ☐ To Be Seen in Bellevue Clinic: see below
                     ☐ Referred to Bellevue Stop Smoking Program at 5 South 51, (212) 562-4748.

| Clinic | MD Requested Appointment | | SMS Appt Given | |
|--------|--------------------------|--------------------------|------|------|
| | Date Requested | MD (if known) PRINT | Date | Time |
| ( ) NEW  ( ) REV | ___ days or ___ weeks | | | |
| ( ) NEW  ( ) REV | ___ days or ___ weeks | | | |
| ( ) NEW  ( ) REV | ___ days or ___ weeks | | | |

☐ Patient Requests Appointment with Private MD.
☐ Refer to Non-Bellevue Managed Care Provider.

MD Name (**Print**): _____    MD Signature: _____    ID Number: _____

Date: _____

NYC 000120

## Hospital Transfer Form

**Please use ball point pen and print legibly.**

Referring DOC Facility: _____

Name of referring MD _____
(Please Print)

Hospital Run: ❑ EMS   ❑ DOC: ❑ 3 hr.   MD Phone # _____

Date: _____   Time: _____ AM/PM

Referred to:   ❑ KCHC   ❑ Elmhurst   ❑ Bellevue

❑ Other: _____

Patient Name: _____

B&C #: _____   DOB: _____
(Please Print)

**Contact Urgicare if you have questions:   Beeper# 917-949-1234
Phone# 718-546-4333**

COMPLAINT:                                   PE

PMH:

                                             Studies/Labs

MEDS                                         Tx @ RI

Allergies:

Significant ED findings/studies:

                                             Discharge Dx:

                                             Recommended FU:

**Fax completed form to Urgicare Center @ time of discharge - 718-546-4382**

Physician Name (print) _____   Signature: _____   Date: _____

Phone # _____

**CONTACT URGICARE IF YOU HAVE QUESTIONS / INFORMATION.**

**FOR BOROUGH HOUSES CONTACT REFERRING PRACTITIONER (ABOVE).**

BEEPER #:   917-949-1234
PHONE #:   718-546-4333

NYC 000121



# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island NY 10304 • Phone (718) 448-3210 • Fax (718) 442-9043

UROLOGY
Stephen A. Kalish, MD, RLM, DIO
Rodney L. Salgueo, MD

PEDIATRIC RADIOLOGY
Darren A. Schmarzanberg, MD
Lana M. Blond, MD

ALLERGY/URGERY
Edwin R. Grony, MD, FACS
John J. Shinn, MD
Anthony L.B. Bastro, MD
Harvey R. Lavandald MD, FACS
Emeritus

ORTHOSURGERY
Stephen J. Pollack, MD, FACS
Joseph A. Savarro, MD, FACS
Albert B. Accquesto, Jr., MD
John F. Reilly, MD
Robert A. Drucker, MD
Joseph L. Blumberger, MD, FACS

## FAX TRANSMISSION

DATE __4/1/06__

TO __Rosana__          FROM __Savani__

COMPANY _____          DEPT _____

FAX: __398-8995__          FAX: 718-__447 7192__
                          TEL: 718-448-3210 X _____

RE _____

Number of pages including cover _____

NYC 000122

CUSTOMER HISTORY REPORT

| RX # | RF | DATE | NDC | Ph LMT | DESCRIPTION / CLAIM REF MSG | QTY | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|------|----|------|-----|--------|------------------------------|-----|-------------|--------------|-----------|--------|-------------|-------|

* * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS STRICTLY PROTECTED. THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES * * * * *

NYC 000123

*The Medication he takes will not allow even Sedentary work*

**The Home Depot**
**Physical Capacities Evaluation Form**

Please complete the following items based on your clinical evaluation of _____ Raven

Associate Name                Claim Number                    Date of Injury

008                           Social Security Number

In an 8 hour workday, the associate can: (circle one activities each)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | Constantly | With Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sit | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |
| Stand | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |
| Walk | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |
| Drive | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |

Please check the maximum lifting and frequency that the associate can perform:

| Amount of Weight | Never | Occasionally 1 - 33% | Frequency 34 - 66% | Constantly Unlimited |
|---|---|---|---|---|
| 1 - 10 lbs. | | | | |
| 11 - 25 lbs. | | | | |
| 26 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |
| Over 100 lbs. | | | | |

Please check the frequency that the associate can perform the following activities:

| Activity | Never | Occasionally 1 - 33% | Frequency 34 - 66% | Constantly Unlimited |
|---|---|---|---|---|
| Climbing | | | | |
| Balancing | | | | |
| Stooping | | | | |
| Kneeling | | | | |
| Crouching | | | | |
| Crawling | | | | |
| Reaching | | | | |

Please check the degree of work that associate can perform, Volume II of the Dictionary of Occupational Titles, pages 484 - 495, published by the U.S. Department of Labor (4th ed. 1991).

_NO WORK_ ___ type of work in any of strength required:

_____ Sedentary Work ...

_____ Light Work ...

_____ Medium Work ...

_____ Heavy Work ...

_____ Very Heavy Work ...

Environmental Restrictions:    None ___    Yes (Please describe) _____

[signature]    3/31/04

Signature    Title              Date

ATTN: NIC
718 546.1154
Dept Dorm 2A
Dr Warden

RE: Jason Reyes
349062628

Medical Info:

NYC 000125



# Neuroscience Associates of New York

1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax 718/815-3329

**Neurology**
Stephen A. Klick, M.D., F.A.A.N., F.A.C.P.
Steven R. Schwartzberg, M.D.
Audrey L. Green, M.D.

**Pain Management**
Germaine N. Rowe, M.D., F.A.A.P.M.R.
Glenn D. Barrus, D.O.

**Neurological Surgery**
Edwin M. Chang, M.D., F.A.C.S.
John S. Shieu, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

**Emeritus:**
Harvey R. Leventhal, M.D., F.A.C.S.

**Neuropsychology**
Pauline L. White, Ph.D.

March 20, 2006

Re:     Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin, 20 milligrams, every 12 hours, Cymbalta, 60 milligrams a day, and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210 ext. 2287.

Sincerely yours,

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/tw

2020 4th Avenue, Brooklyn, NY 11279 • 718/238-0878
A Division of HEALTHCARE ASSOCIATES in Medicine, PC

NYC 000126



# HEALTHCARE ASSOCIATES in Medicine, PC

1050 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085

## FAX TRANSMISSION

DATE: 2/13/06

TO: Rosaria   398-8995   Co., Inc.:   Neoma

COMPANY:

FAX:

RE:

Number of p

MESSAGE:

---

**Neuroscience Associates of New York**
A Division of HEALTHCARE ASSOCIATES in Medicine
1050 Targee Street, Staten Island, N.Y. 10304 • 718/448-3210
9420 4th Avenue, Brooklyn, N.Y. 11209 • 718/366-0078

**Neurology**
Stephen A. Kaye, M.D., F.A.A.N., F.A.C.P.
Bernard R. Schwartzberg, M.D.
Avatha R. Hedger, M.D.

**Pain Management**
Bernadette N. Torre, M.D., F.A.A.P.M.
Samuel Mead, DO

**Neurological Surgery**
Edwin M. Oberia, M.D., F.A.C.S.
John E. O'Neil, M.D., F.A.C.S.
Anthony J.G. Alcamo, M.D.

---

Date: 2/13/06

Re: Reyes, Jaysen

To Whom It May Concern:

Please be advised that the above named patient is under my care for
chronic ① foot pain 2° reflex sympathetic dystrophy (RSD).

At the present time the patient:

___ may return to work, full duty

___ may return to work with the following limitations:

___ may not return to work

___ is unable to drive a car

Pt is treated medically for his pain symptoms with a regime of Oxycontin 20mg every 12 hrs, Cymbalta 60mg/day, and Lidoderm patches 12h on, 12h off. He also uses Provigil 200 mg/day. If you have any further questions, pls contact this. Sincerely, B Torre MD

---

This fax may c
you after the
recipient, you
information is

This fax may c
use of the peri
recipient, you
information is
immediately

---

NYC 000127



# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone (718) 448-3210 • Fax (718) 442-9083

## FAX TRANSMISSION

DATE ___4/11/06___

TO ___Dana___          FROM ___Naomi___

COMPANY: _____          DEPT: _____

FAX: ___398-8995___          FAX: 718-447 7192

          TEL: 718-448-3210 X _____

RE _____

Number of pages including cover

**OFFICIAL NEW YORK STATE PRESCRIPTION**          **OFFICIAL NEW YORK STATE PRESCRIPTION**

NYC 000128

NYC100029

RITE AID PHARMACY
STORE ...
(718) 419-5721

CUSTOMER HISTORY REPORT

| RX NO | RF | DATE | RX PATIENT | DESCRIPTION | QTY | CUST PAID | RETAIL PRICE | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|

*This report contains patient health information which is legally protected under HIPAA regulation and privacy policies.*

*The Medications he takes will not allow even sedentary work*

Physical Capacities Evaluation Form

Please complete the following items based on your clinical evaluation of: _Jesus Reyes_

Claimant Name _____    Claim Number _____    Date of Injury _____

O.D.: _____    Social Security Number _____

In an 8 hour workday, the claimant cant (circle one selection each)

| | | | | | | | | | | Constantly | With Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sit | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |
| Stand | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Hours) | | |
| Walk | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |
| Drive | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |

Please check the maximum how and frequency that the claimant can lift/carry:

| Amount of Weight | Never | Occasionally 1 - 33% | Frequency 34 - 66% | Constantly Unlimited |
|---|---|---|---|---|
| 1 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |
| Over 100 lbs. | | | | |

Please check the frequency that the claimant can perform the following activities:

| Activity | Never | Occasionally 1 - 33% | Frequency 34 - 66% | Constantly Unlimited |
|---|---|---|---|---|
| Climbing | | | | |
| Balancing | | | | |
| Stooping | | | | |
| Kneeling | | | | |
| Crouching | | | | |
| Crawling | | | | |
| Reaching | | | | |

Please check the degree of work the claimant can perform. Volume II of the Dictionary of Occupational Titles, pages 884 - 695, published by the U.S. Department of Labor (3rd ed 1965), classifies jobs according to work in terms of strength required:

___ **Sedentary Work** – Lifting 10 lbs. maximum and occasionally lifting and/or carrying such articles as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other such very criteria are met.

___ **Light Work** – Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. Even though the weight lifted may be of a negligible amount, a job is this category involves sitting most of the time with a degree of pushing and pulling of arm or leg controls or when a negative walking or standing to a significant degree.

___ **Medium Work** – Lifting 50 lbs. maximum with frequent lifting and/or carrying of objects up to 25 lbs.

___ **Heavy Work** – Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects up to 50 lbs.

___ **Very Heavy Work** – Lifting objects in excess of 100 lbs. with frequent lifting and/or carrying of objects weighing 50 lbs. or more.

Environmental Restrictions ___ None    ___ Yes (If other describe) _____

Signature/Title _____    Date ___3/27/04___

NYC 000130