

# Neuroscience Associates of New York

1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax: 718/815-3329

*Neurology*
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Steven B. Schwartzborg, M.D.
Audrey L. Halpern, M.D.

*Pain Management*
Germaine N. Rowe, M.D., F.A.A.P.M.R.
Glenn D. Babus, D.O.

*Neurological Surgery*
Edwin M. Chang, M.D., F.A.C.S.
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

*Emeritus*
Harvey R. Leventhal, M.D., F.A.C.S.

*Neuropsychology*
Reuven L. Weiss, Ph.D.

March 20, 2006

Re:    Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin, 20 milligrams, every 12 hours; Cymbalta, 60 milligrams a day; and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210, ext. 2287.

Sincerely yours,

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/tw
Voice ID: 15R77716/Text ID: 1275 1583

*The Medications he takes will not allow even Sedentary Work*

*For Reyes Jason*

**The Home Depot**
**Physical Capacities Evaluation Form**

Please complete the following items based on your clinical evaluation of: JASON REYES

Associate Name: _____    Claim Number: _____    Date of Injury: _____

DOB: _____    Social Security Number: _____

In an 8 hour workday, the associate can: (circle one selection each)

|        |   |   |   |   |   |   |   |   |          | Constantly | With Rest |
|--------|---|---|---|---|---|---|---|---|----------|------------|-----------|
| Sit    | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours)  | _____   | _____  |
| Stand  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours)  | _____   | _____  |
| Walk   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours)  | _____   | _____  |
| Drive  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours)  | _____   | _____  |

Please check the maximum limit and frequency that the associate can lift/carry:

| Amount of Weight | Never | Occasionally 0 – 33% | Frequently 34 – 66% | Constantly Unlimited |
|------------------|-------|----------------------|---------------------|----------------------|
| 1 – 10 lbs.      |       |                      |                     |                      |
| 11 – 20 lbs.     |       |                      |                     |                      |
| 21 – 50 lbs.     |       |                      |                     |                      |
| 51 – 100 lbs.    |       |                      |                     |                      |
| Over 100 lbs.    |       |                      |                     |                      |

Please check the frequency that the associate can perform the following activities:

| Activity  | Never | Occasionally 0 – 33% | Frequently 34 – 66% | Constantly Unlimited |
|-----------|-------|----------------------|---------------------|----------------------|
| Climbing  |       |                      |                     |                      |
| Balancing |       |                      |                     |                      |
| Stooping  |       |                      |                     |                      |
| Kneeling  |       |                      |                     |                      |
| Crouching |       |                      |                     |                      |
| Crawling  |       |                      |                     |                      |
| Reaching  |       |                      |                     |                      |

Please check the degree of work this associate can perform. Volume II of the Dictionary of Occupational Titles, pages 654 – 655, published by the U.S. Department of Labor (3rd ed. 1965) classifies five degrees of work in terms of strength required:

____ *Sedentary Work:* Lifting 10 lbs. maximum and occasionally lifting and/or carrying such articles as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.

____ *Light Work:* Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. Even though the weight lifted may be of a negligible amount, a job is in this category involves sitting most of the time with a degree of pushing and pulling of arm or leg controls, or when it requires walking or standing to a significant degree.

____ *Medium Work:* Lifting 50 lbs. maximum with frequent lifting and/or carrying of objects up to 25 lbs.

____ *Heavy Work:* Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects up to 50 lbs.

____ *Very Heavy Work:* Lifting objects in excess of 100 lbs. With frequent lifting and/or carrying of objects weighing 50 lbs. or more.

Environmental Restrictions: ____ None    ____ Yes (Please describe) _____

_____    3/20/04
Signature/Title                      Date

STATE OF NEW YORK - WORKERS' COMPENSATION BOARD

## PRACTITIONER'S REPORT OF INDEPENDENT MEDICAL EXAMINATION

A copy of each report of Independent Medical Examination shall be submitted on the same day and in the same manner to the Workers' Compensation Board, the insurance carrier or self-insured employer, the claimant's attending physician or other attending practitioner, the claimant's representative, if any, and the claimant.

CHECK ONE: PHYSICIAN | PODIATRIST | CHIROPRACTOR | PSYCHOLOGIST

THIS EXAMINATION WAS REQUESTED BY: CARRIER/EMPLOYER | CLAIMANT

| WCB CASE NO. | CARRIER CASE NO. (IF KNOWN) | DATE OF INJURY | INJURED PERSON'S SOCIAL SECURITY NUMBER | DATE OF EXAMINATION |
|---|---|---|---|---|
| 0024 8981 | 1878119HD | 9/16/2002 | 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 | 3/23/2004 |

| INJURED PERSON | (First Name) Jason | (Middle Initial) | (Last Name) Reyes | ADDRESS (Include Apt. No.) 262 60th Street Brooklyn, NY 11220 |
|---|---|---|---|---|
| EMPLOYER | Home Depot | | | |
| INSURANCE CARRIER | Sedgwick CMS | | | 3 Huntington Quad, South Wing Melville, NY 11747 |

IF EXAMINER CONDUCTED THIS EXAMINATION AS AN EMPLOYEE OF AN IME COMPANY, OR UNDER CONTRACT OR ARRANGEMENT WITH AN IME COMPANY, STATE NAME AND WORKERS COMPENSATION BOARD REGISTRATION NUMBER OF IME COMPANY

MED CONTROL EVALUATION - 10 CEDAR SWAMP RD. - GLEN COVE, NY 11542 - #016057

Results of Examination (continue on reverse or attach additional sheets, if necessary)

I hereby certify that this report is a full and truthful representation of my professional opinion with respect to the claimant's condition.

| Dr Andrew Weiss | _Aweiss_ | 3/23/04 |
|---|---|---|
| Practitioner's Name | Practitioner's Signature | Date |

| 1021 Ave Z - corner of E. 11 h Street - Brooklyn, NY 11235 | 105462-6B |
|---|---|
| Practitioner's Address | IME Authorization No. |

NO PRACTITIONER EXAMINING OR EVALUATING A CLAIMANT UNDER THE WORKERS' COMPENSATION LAW NOR ANY SUPERVISING AUTHORITY OR PROPRIETOR NOR INSURANCE CARRIER OR EMPLOYER MAY CAUSE, DIRECT OR ENCOURAGE A REPORT TO BE SUBMITTED AS EVIDENCE IN WORKERS' COMPENSATION CLAIM ADJUDICATION WHICH DIFFERS SUBSTANTIALLY FROM THE PROFESSIONAL OPINION OF THE EXAMINING PRACTITIONER. SUCH AN ACTION SHALL BE CONSIDERED WITHIN THE JURISDICTION OF THE WORKERS' COMPENSATION FRAUD INSPECTOR GENERAL, AND MAY BE REFERRED AS A FRAUDULENT PRACTICE.

IME-4 (11-01)

TOTAL P.02

```
02/13/06
18.01.43
```

```
RITE AID - 6201
6201 23 FOURTH AVE
BROOKLYN, NY 11220-4615
(718) 567-4615
```

```
REYES, JAYSON
252 50TH ST
BROOKLYN, NY 11220-1711
(718) 439-0721
```

CUSTOMER HISTORY REPORT
01/01/05 TO 02/12/06

PAGE: 1

| RX CF | RF | DATE | NDC | PH INIT | DESCRIPTION | CLAIM REF NBRS | QTY / DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 258330 | | 02/11/05 | 00406051201 | | OXYCODONE W/APAP 5/325 | 2565251125 | 75.00 | 25 | $37.98 | $.00 | ROME, GERMAINE N | Take 1 tablet ever | 04269 |
| 258329 | | 02/11/05 | 63481068706 | | LIDODERM 5% PATCH | 2565502114B | 60.00 | 20 | $415.99 | $.00 | ALCOCK, NAOMI | Use as directed 12 | 04269 |
| 258329 | 1 | 05/23/05 | 63481068706 | | LIDODERM 5% PATCH | 2565502114B | 60.00 | 20 | $415.99 | $.00 | ALCOCK, NAOMI | Use as directed 12 | 04269 |
| 269591 | | 05/31/05 | 00406051201 | | OXYCODONE W/APAP | 2593776233 | 75.00 | 20 | $37.98 | $.00 | ALCOCK, NAOMI | Use as directed 12 | 04269 |
| 269590 | | 06/03/05 | 00378912198 | | FENTANYL 25 MCG/HR PATCH | 2603953176 | 75.00 | 18 | $415.99 | $.00 | ALCOCK, NAOMI | Use as directed 12 | 04269 |
| 278318 | | 06/03/05 | 00406051201 | | OXYCODONE W/APAP | 2603560035G | 75.00 | 30 | $132.99 | $.00 | ALCOCK, NAOMI | Take 1 tablet ever | 04269 |
| 278318 | | 08/29/05 | 63481068706 | | LIDODERM 5% PATCH | 2852145082960 | 60.00 | 20 | $437.99 | $.00 | ALCOCK, NAOMI | Apply 1 patch to s | 04269 |
| 278319 | | 08/29/05 | 00406051201 | | OXYCODONE W/APAP 5/325 | 2852145082960 | 60.00 | 20 | $132.99 | $.00 | ALCOCK, NAOMI | Take 1 tablet ever | 04269 |
| 278320 | | 08/31/05 | 00172635460 | | OXYCODONE HCL 10 MG TAB | 2857320296G | 60.00 | 25 | $37.98 | $.00 | ROME, GERMAINE | Take 1 tablet ever | 04269 |
| 285447 | | 11/07/05 | 00406051201 | | OXYCODONE W/APAP | 3058030311075G | 75.00 | 25 | $37.98 | $.00 | ROME, GERMAINE | Take 1 tablet ever | 04269 |
| 285445 | | 11/07/05 | 00406051201 | | OXYCODONE W/APAP | 3058050831075G | 75.00 | 18 | $86.99 | $.00 | ROME, GERMAINE | Take 1 tablet ever | 04269 |
| 278318 | 1 | 11/07/05 | 00302237730 | | CYMBALTA 60 MG CAPSULE | 3058300511071B | 30 | | $37.98 | $.00 | ROME, GERMAINE | Take 1 capsule onc | 04269 |
| 285448 | | 11/09/05 | 00591350201 | | LIDODERM 5% PATCH | 3058378511074B | 20 | | $138.99 | $.00 | ALCOCK, NAOMI | WEAR UP TO 3 PATCH | 04269 |
| 278318 | 2 | 01/01/06 | 63481068706 | | OXYCODONE HCL CR 20 MG | 3064375511094G | 30 | | $437.99 | $.00 | ROME, GERMAINE | Take 1 tablet ever | 04269 |
| 291346 | | 01/02/06 | 00591350201 | | OXYCODONE HCL 32 | 3257672501016B | 20 | | $170.99 | $.00 | ROME, GERMAINE | WEAR UP TO 3 PATCH | 04269 |
| 294458 | | 01/30/06 | 00406112110 | | OXYCODONE HCL CR 20 MG | 3216886501024G | 30 | | $437.99 | $.00 | ROME, GERMAINE | Take 1 tablet by m | 04269 |
| 294458 | | 01/30/06 | | | METHYL IN 5 MG TABLET | | 30 | | $29.99 | $29.99 ROME, GERMAINE | | take 1 tablet 8 AM | 04269 |
| 294457 | | 01/30/06 | 00591350201 | | OXYCODONE HCL CR 20 MG | 3292364601309G | 60.00 | 30 | $158.99 | $.00 | ROME, GERMAINE | take 1 tablet by m | 04269 |

```
                                                    $3,187.80        $29.99
```

* * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION * * * * * *
* * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * * * * *

TOTAL P.C10



## HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085

### FAX TRANSMISSION

DATE: 2/13/06

TO: Rosaria 398-8995    FROM:

COMPANY:

FAX:

RE:

Number of p

MESSAGE:

**Neuroscience Associates of New York**
A Division of HEALTHCARE ASSOCIATES in Medicine
1099 Targee Street, Staten Island, N.Y. 10304 • 718/448-3210
9920 4th Avenue, Brooklyn, N.Y. 11209 • 718/238-0878

Neurology
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Steven I. Schwartzberg, M.D.
Audrey L. Halpern, M.D.

Pain Management
Germaine N. Rowe, M.D., F.A.A.P.M.
Garrett C. Steele, D.O.

Germaine Rowe M.D.
1099 Targee Street
Staten Island, NY 10304
(718) 448-3210

Neurological Surgery
Edwin M. Chang, M.D., F.A.C.S.
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

Emeritus
Harvey R. Loventhal, M.D., F.A.C.S.

Date 2/13/06

Re: Reyes, Jayson

To Whom It May Concern:

Please be advised that the above named patient is under my care. For

Chronic ® foot pain 20 reflex
At the present time the patient: sympathetic dystrophy
(RSD)

___ may return to work, full duty.

___ may return to work with the following limitations:
_____
_____

___ may not return to work.

___ is unable to drive a car.

Pt is treated medically for his
pain symptoms with a regimen
of Oxycontin 20 mg every 12 hrs,
Cymbalta 60 mg/day, and
Lidoderm patches 12h on, 12h
off. He also uses Provigil
800 mg/day. If you have any
further questions, pls. contact
us. Sincerely, G. Rowe M.D.

Sincerely yours,

This fax may c
you after the
recipient, you
information is

This fax may c
use of the per
recipient, you
information is
immediately.

NEUROLOGY
Stephen A. Kulick, MD, FAAN, FACP
Audrey L. Halpern, MD

PEDIATRIC NEUROLOGY
Steven R. Schwartzberg, MD
Leartt M. Jaffred, MD

NEUROSURGERY
Edwin M. Chang, MD, FACS
John S. Shiau, MD
Anthony J.G. Alastra, MD
Harvey R. Loventhal, MD, FACS
Emeritus

ORTHOPEDICS
Leon L. Pollack, MD, FACS
Joseph A. Sesario, MD, FACS
Scott R. Accettola, Jr., MD
John P. Reilly, MD
David A. Drucker, MD
M. Giambanco, MD, FACS
Deborah A. Banting MD
Michael Seigerman, MD

NEURORADIOLOGY
Edward S. Phelps, MD, FACR
Evan E. George, MD, FACR

PAIN MANAGEMENT
Germaine Rowe, MD, FAAPM
Glenn D. Baker, DO

PHYSICAL THERAPY
Alexandra T. Marciano, PT
Jerome Ortega, PT

NEUROPSYCHOLOGY
Karina Waltz, MD



P 001/001

# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085

## FAX TRANSMISSION

DATE: 4/11/06

TO: Rosana

COMPANY:

FAX: 398-8995

RE:

Number of pages including cover:

FROM: Naomi

DEPT:

FAX: 718-447-7192

TEL: 718-448-3210 X

NEUROLOGY
Stephen A. Kolick, MD, FAAN, FACP
Audrey L. Halpern, MD

PEDIATRIC NEUROLOGY
Steven B. Schwartzberg, MD
Lewis M. Milrod, MD

NEUROSURGERY
Edwin M. Chang, MD, FACS
John S. Shiau, MD
Anthony J.E. Abestra, MD
Harvey R. Leventhal, MD, FACS
Emeritus

ORTHOPAEDICS
Stephen J. Pollack, MD, FACS
Joseph A. Sanzer, MD, FACS
Albert B. Accettola, Jr., MD
John P. Reilly, MD
David A. Drucker, MD
Joseph L. Sherman, MD, FACS

OFFICIAL NEW YORK STATE PRESCRIPTION

GERMAINE N ROWE, MD
1099 TARGEE STREET
STATEN ISLAND, NY 10304
(718) 448-3210

Patient Name: Jaiyen Reyes Date: 4/11/06
Address: 258 50th St
City: Bklyn State: NY Zip: 1022

Prescriber Signature X G. Rowe MD

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "DAW" IN THE BOX BELOW

00H6FT 18

OFFICIAL NEW YORK STATE PRESCRIPTION

GERMAINE N ROWE, MD
1099 TARGEE STREET
STATEN ISLAND, NY 10304
(718) 448-3210

Patient Name: Jaiyen Reyes Date: 4/11/06
Address: 258 50th St
City: Bklyn State: NY Zip: 1022

Rx Neurontin ... Dx: ... RSD ...

Prescriber Signature X G. Rowe MD

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "DAW" IN THE BOX BELOW

00H6FT 17

9920 4th Avenue
Brooklyn, NY 11209

3311 Hylan Boulevard
Staten Island, NY 10306

65 Columbus Avenue
Staten Island, NY 10304

1460 Victory Boulevard
Staten Island, NY 10301

## ANDREW B. WEISS, M.D., F.A.C.S.

Diplomate American Board of Orthopaedic Surgeons
Fellow American Academy of Orthopaedic Surgeons
Clinical Professor of Orthopaedic Surgery UMDNJ/New Jersey Medical School
555 Eagle Rock Ave. Suite 207 Rosaland, NJ 07068
Tel#: (973) 226-0825  Fax#: (973) 226-3853

March 23, 2004

Med Control Evaluation
10 Cedar Swamp Road
Glen Cove, NY 11542

|  | |
|---|---|
| RE: | Jason Reyes |
| CLAIM#: | 1878119HD |
| FILE#: | MCE34962 |
| DATE OF ACCIDENT: | September 16, 2002 |

To Whom It May Concern:

I had the opportunity to meet and evaluate Jason Reyes, a 21-year-old male receive/unloading person, in my Brooklyn, New York office on March 23, 2004. I am dictating this report on March 23, 2004 for an evaluation performed on March 23, 2004. He was accompanied to the evaluation by a female. My medical assistant, Erika Lerma, was present at the time of this evaluation.

## MEDICAL RECORD REVIEW:

The following medical records were submitted for my review in preparation for this independent medical evaluation:

1. Physical therapy notes, dated 12/17/02 - 08/28/03.
2. Report by Dr. Rowe, dated 02/04/04.
3. Report by Dr Bakhshi, dated 06/24/03.
4. Independent medical evaluation by Dr Falvo, dated 05/22/03.
5. Independent medical evaluation by Dr. Kulick, dated 03/05/03.
6. Independent medical evaluation by Dr. Toriello, dated 01/30/03.
7. MRI report of the left foot, dated 12/04/02.
8. MRI report of the left ankle, dated 12/02/02.
9. Reports by Dr. L'Insalata, dated 09/20/02 - 07/03/03.

## HISTORY:

This claimant informs me that he is right-handed, 5 feet 8 inches tall, and weighs 200 pounds. He further states that on September 16, 2002 while at work, his left foot and ankle was crushed between two hylo machines. He was transported by ambulance from the scene of the accident to Lutheran Medical Center in Brooklyn NY, where he was clinically evaluated, treated, and x-rays were performed on his foot and ankle. He was released that same day to the care of his private physicians. He has had no surgery nor has he been hospitalized for any sequelae due to this accident.

He was reportedly treated with epidural injections for what appears to be reflex sympathetic dystrophy of the left foot and ankle. He is also being treated with several medications, including Vicodin, Trileptal and Nebutin. He is experiencing severe pain about the medial aspect of the left foot and ankle; even the slightest touch causes trembling of the limb and withdrawal.

## PAST MEDICAL HISTORY/SOCIAL HISTORY:

Past history reveals he is in good health and has had no major operative interventions performed upon his body. He denies any history of similar conditions, prior or subsequent accidents. He denies taking medication besides those for his reflex sympathetic dystrophy.

His work status reveals he as not worked since September 16, 2002, the day the accident occurred.

He reveals that he is single and has a four year old child. He admits to being a social drinker and smokes approximately one pack of cigarettes per day.

## PHYSICAL EXAMINATION:

### LEFT FOOT AND ANKLE:
Examination of the left foot and ankle is consistent with reflex sympathetic dystrophy. He has withdrawal and trembling with even the slightest touch to the medial aspect of the left foot. There is some coldness and modeling of the skin on the medial aspect of the left foot and ankle. There is limitation of the left foot and ankle to approximately 80 percent normal in all planes. Strength is reduced to 80 percent normal in all planes.

## DIAGNOSES:

1. Reflex sympathetic dystrophy left foot and ankle, causally related to the accident of September 16, 2002 by claimant history.

NYC 000138

Date: March 23,
Page 3

## SUMMARY:

I would place degree of causally related disability as marked. If the claimant's history is accepted, there is a causal relationship between the reflex sympathetic dystrophy and the crush injury of September 16, 2002. There is a need for physical therapy at the frequency of three times per week for ten weeks after which a re-evaluation is suggested. There is also a need for the medications he is receiving. He is unable to work at this time. I have completed and enclosed the Home Depot evaluation form.

I, Andrew B. Weiss, M.D. being a physician duly licensed to practice in the State of New York, hereby affirm under penalties of perjury, that the statements contained herein are true and accurate. The captioned claimant was examined in accordance with the restrictive rules concerning an independent examination. It is understood that no doctor/patient relationship exists or is implied by this examination. The claimant was examined with reference to the specific complaints emanating from the original injuries. Any other medical conditions, which are found unreported or unrelated to the original injuries are to be considered beyond the scope of this examination.

I declare under the penalties of perjury that the information contained within this document was prepared and is the work product of the undersigned and is true to the best of my knowledge and information.

I will be available for Worker's Compensation testimony in Brooklyn on the second Monday of each month, after 1:30 P.M; in Manhattan on the third Monday, after 1:30 P.M; and in Queens on the fourth Monday, after 1:30 P.M. Hearings for all other locations are by telephone. Telephone hearings are by appointment only and must be scheduled with my office to avoid conflict.

Please feel free to contact my office, if additional information is required on this case.

Sincerely,

Andrew B. Weiss, M.D., F.A.C.S.
New York Medical License No.: 105462
ABW/ssc/lcj

cc: clmt
    adj
    Attorney
    WCB

Attn: Dr. Warden
      7.8. 546. 5951

RE: Jason Reyes
     3490602628
     7 main

     Medical Information

NYC 000140

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ / DOB _____

FROM _____ / _____•_____
   Correctional institution              Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Gabriel Jean Louis, MD
                                                                    Approved _____

Consultation, findings and recommendations:

NYC 000141

Date _____ Physician _____

IS 50*4 (Rev 5 04)          *Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____

Correctional institution                    Inmate no.

Referred to _____ Ward / Clinic

Hospital                                    / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5011 (Rev. 2/01)                    *Reminder: Fully Complete the Problem List*                    NYC 000142

```
BBKC/MDC                              NAME: REYES, JASON
125 WHITE STREET                 BOOK/CASE: 3490602628
NEW YORK, NY  10013                    DOB: 01/13/1983
(212) 225-1458    (C0045-4)

                                   -FINAL-  Original Report 02/14/2006

REYES, JASON                       3490602628
                                                       BBKC/MDC
  101053919    02/12/2006              02/12/2006 22:36 4/12/2006 08:24   23 Y M

Test Description              Result                        Reference Range
-------------------------------* MISCELLANEOUS *
```

Redacted

                                                                    **

                                                              ***

NYC 000143

Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

3/30/2006
10:26:47 PM

| | | |
|---|---|---|
| Name: | **Reyes, Jason** | |
| DOB: | **1/13/1983** | |
| Drug: | **Naprosyn** | |
| Form: | **Tab** | |
| Reason: | **Other - PAIN** | |
| Written by: | **Celia Tindale, PA - Physician Assistant** | |
| Approved by: | **Franklin Mejia, Physician** | |
| Allergies: | **NKA** | |

Book & Case: **349-06-02628**

Site/Housing: **MDC/4S**

SIG: **500 MG PO BID**

Start: **3/30/2006**

NYSID: **0470442Y**

Dosage: **500MG**

Duration: **5 days**

Pharm: _____

## DC:

| | | |
|---|---|---|
| Name: | **Reyes, Jason** | |
| DOB: | **1/13/1983** | |
| Drug: | **Robaxin** | |
| Form: | **Tab** | |
| Reason: | **Other - PAIN** | |
| Written by: | **Celia Tindale, PA - Physician Assistant** | |
| Approved by: | **Franklin Mejia, Physician** | |
| Allergies: | **NKA** | |

Book & Case: **349-06-02628**

Site/Housing: **MDC/4S**

SIG: **500MG PO BID**

Start: **3/30/2006**

NYSID: **0470442Y**

Dosage: **500MG**

Duration: **7 days**

Pharm: _____

## DC:

NYC 000144



# Neuroscience Associates of New York

1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax: 718/815-3379

*Neurology*
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Steven B. Schwartzberg, M.D.
Audrey L. Halpern, M.D.

*Pain Management*
Germaine N. Rowe, M.D., F.A.A.P.M.R.
Glenn D. Babus, D.O.

*Neurological Surgery*
Edwin M. Chang, M.D., F.A.C.S.
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

*Emeritus*
Harvey R. Loventhal, M.D., F.A.C.S.

*Neuropsychology*
Reuven L. Weiss, Ph.D.

March 20, 2006

Re:    Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin. 20 milligrams, every 12 hours; Cymbalta, 60 milligrams a day; and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210, ext. 2287.

Sincerely yours,

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/tw
Voice ID: 15877716/Text ID: 12751583

NYC 000145



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
BUREAU OF CORRECTIONAL HEALTH SERVICES

THE NEW YORK CIT'
DEPARTMENT of HEA
and MENTAL HYGIE

Redacted



**NYC**
Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

Redacted

NYC 000147

# NEW YORK STATE DEPARTMENT OF HEALTH

AIDS Institute

Signature: _____  Date: _____
(legally authorized representative)

If legal representative, indicate relationship to subject: _____

Printed Name: _____   MAUREEN POWELL
HIV COUNSELOR

Medical Record #: _____

**NOTE:** this form is intended to be used in conjunction with DOH-2556i, Part A.

DOH-2556 (5/05)



# Neuroscience Associates of New York

*1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax: 718/815-3379*

**Neurology**
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Steven B. Schwartzsorg, M.D.
Audrey L. Halpern, M.D.

**Pain Management**
Germaine N. Rowe, M.D., F.A A.P.M.R.
Glenn D Babus, D.O.

*Neurological Surgery*
Edwin M. Chang, M.D., F.A.C.S.
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

*Emeritus*
Harvey R Loventhal, M.D., F.A.C.S.

*Neuropsychology*
Reuven L. Weiss, Ph D.

March 20, 2006

Re:   Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin, 20 milligrams, every 12 hours; Cymbalta, 60 milligrams a day; and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210, ext. 2287.

Sincerely yours,

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/tw
Voice ID: 15877716/Text ID: 12751583

NYC 000149

Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

2/17/2006
10:17:14 AM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: | **349-06-02628** | NYSID: | **0470442Y** |
| DOB: | **1/13/1983** | Site/Housing: | **MDC/4S** | | |
| Drug: | **Tylenol** | | | Dosage: | **325MG** |
| Form: | **Tab** | SIG: | **2 tab s po qid prn** | | |
| Reason: | **Other - pain** | Start: | **2/17/2006** | Duration: | **5 days** |
| Written by: | **Jacques Lorthe, PA - Physician Assistant** | | | | |
| Approved by: | **Cristian Pedestru, Physician** | | | | |
| Allergies: | **NKA** | | | Pharm: | _____ |

## DC:

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: | **349-06-02628** | NYSID: | **0470442Y** |
| DOB: | **1/13/1983** | Site/Housing: | **MDC/4S** | | |
| Drug: | **Naproxen** | | | Dosage: | **500MG** |
| Form: | **Tab** | SIG: | **1 tab po bid** | | |
| Reason: | **Other - pain** | Start: | **2/17/2006** | Duration: | **7 days** |
| Written by: | **Jacques Lorthe, PA - Physician Assistant** | | | | |
| Approved by: | **Cristian Pedestru, Physician** | | | | |
| Allergies: | **NKA** | | | Pharm: | _____ |

## DC:

NYC 000150

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

2/28/2006
10:02:06 PM

| | | |
|---|---|---|
| Name: | **Reyes, Jason** | |
| DOB: | **1/13/1983** | Book & Case: **349-06-02628** |
| Drug: | **Naproxen** | Site/Housing: **MDC/4S** |
| Form: | **Tab** | |
| Reason: | **Other - pain** | SIG: **500 mgrs PO BID** |
| Written by: | **Franklin Mejia, Physician** | Start: **2/28/2006** |
| Approved by: | **Franklin Mejia, Physician** | |
| Allergies: | **NKA** | |

NYSID: **0470442Y**

Dosage: **500MG**

Duration: **5 days**

Pharm: _____

## DC:

| | | |
|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: **349-06-02628** |
| DOB: | **1/13/1983** | Site/Housing: **MDC/4S** |
| Drug: | **Tylenol** | |
| Form: | **Tab** | SIG: **2 tabs PO Q8Hrs PRN** |
| Reason: | **Mental Health - pain** | Start: **2/28/2006** |
| Written by: | **Franklin Mejia, Physician** | |
| Approved by: | **Franklin Mejia, Physician** | |
| Allergies: | **NKA** | |

NYSID: **0470442Y**

Dosage: **325MG**

Duration: **5 days**

Pharm: _____

## DC:

NYC 000151

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

2/12/2006
3:44:49 AM

| | | | | |
|---|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: | **349-06-02628** | NYSID: | **0470442Y** |
| DOB: | **1/13/1983** | Site/Housing: | **MDC/RR** | | |
| Drug: | **Motrin** | | | Dosage: | **400MG** |
| Form: | **Tab** | SIG: | **BID** | | |
| Reason: | **Other - PAIN L ANKLE** | Start: | **2/12/2006** | Duration: | **4 days** |
| Written by: | **Issa Madhoun, Physician** | | | | |
| Approved by: | **Issa Madhoun, Physician** | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:

NYC 000152

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Reyes, Jason_    DOB _1/1/__

FROM _BKC_    _249___ ___
Correctional institution    Inmate no.

Referred to _D.O.C._    Ward / Clinic

Hospital    / Clinic no.

Chief complaint or findings:

Pt has a Medical Reason

t. car in    Care. Thank yo

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Ira Gornish, RPA

Request:

Date _____ Referring Physician _____    Phone _____    Approved _____

Consultation, findings and recommendations:

ate _____    Physician _____

S-014 (Rev 3-04)    *Reminder: Fully Complete the Problem List*    NYC 000153



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT

CORRECTIONAL HEALTH SERVICES

## URINE DIPSTICK AND DRUG TESTING

| Patient's Last Name | First Name | NYSID Number |
|---|---|---|
| Reyes | Jason | 0470442Y |

| Book & Case Number | DATE | TIME |
|---|---|---|
| 349-06-02628 | 2/12/2006 | 2.54 AM |

TESTED BY:

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| | | |

RESULTS | REFERENCE RANGE

Redacted

2/12/2006 2:54:30 AM

**B$R**

Bio-Reference Laboratories
481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407-0621
**1-800-229-5227**

# RIKERS ISLAND
# DETENTION COMPLEX

## GENERAL LABORATORY
## TESTING REQUISITION

### RIKERS ISLAND FACILITIES

| | | DETENTION COMPLEXES |
|---|---|---|
| □ C0034-8 ARDC (C-74) | □ C0041-3 MDC (C-71) | □ C0042-1 VCBC (BRONX) |
| □ C0036-3 AMKC (C-95) | □ C0038-9 NIC | ☒ C0045-4 BBKC (MANHATTAN) |
| □ C0046-2 EMTC (C-76) | □ C0040-5 OBCC | |
| □ C0035-5 GMDC (C-73) | □ C0048-8 RMSC | □ C0044-7 BDC (BROOKLYN) |
| □ C0047-0 GRVC | □ C0039-7 West CDU | □ C0043-9 QDC (QUEENS) |
| □ C0037-1 JATC | | |
| **MDC** | **RR** | |

Patient Last Name: Reyes    First: Jason

Date of birth: 1/13/1983    Sex: M    Book case #: 349-06-02628

Comments:    Date Collected: 2/12/2006

Collected By: _____

Ordering Physician: _____

### PROFILES

□ 8392-3 CHEM 20 (T. PROT, ALB, GLOB, GLU, NA, K, CL, CO2, BUN, CREAT, GGT, CAL, URIC ACID, T BILI, LDH, ALK. PHOS, ALT, CHOL)
□ 2280-6 HEPATITIS ABC PROFILE (HepBsAb, HepBsAg, HepBcAb, HepcAb, HepAAb, w-reflex)    (S)
□ 7402-1 Profile 7 (NA, K, CO2, CL, BUN, GLUCOSE, CREAT)    (S)    □ 2342-4 Liver Profile (T-DBILI, AST, LDH, GGT, T PRO, ALB, ALP, ALT)    (S)
□ 0002-5 Thyroid Profile (T4, T3U, T7, TSH)    (S)    □ 0009-1 LIPID PROFILE (CHOL, TRIG, HDL, LDL)    (S)

### CLINICAL TEST

| | | |
|---|---|---|
| □ 0176-0 ABO RH    (B) | □ 0102-4 Glycohemoglobin    (S) | □ 0137-0 Protime (INR)    (B) |
| □ 0036-4 Amylase    (S) | □ 0108-7 Hepatitis A Ab (w-reflex)    (S) | □ 0150-6 PTT    (B) |
| | | □ 0141-2 Retic Count    (L) |
| | | ☒ 0142-0 RPR    (S) |
| | Ab    (S) | □ 0086-9 Sed Rate    (L) |
| | Ag    (S) | □ 0366-5 Sickle Screen    (L) |
| | | □ 0151-1 T4    (S) |
| | | □ 0356-6 Theophylline    (R) |
| | | □ 0153-7 TSH    (R) |
| | | □ 0157-8 Uric Acid    (S) |
| □ 0000-1 Folate    (S) | □ 0289-9 Phenobarbital    (R) | □ 0159-4 Urinalysis    (U) |
| □ 0095-0 Glucose    (GY) | □ 0327-7 Pregnancy (Serum) i quant    (R) | □ 0160-2 Vit B12    (S) |
| | □ 0133-9 Pregnancy (Urine)    (U) | |

### BACTERIOLOGY CULTURES

□ 0830-2 Ear Culture (Bacteriology) (cg)    □ 0578-6 Throat Culture (Diphtheria)    □ 0341-8 Blood Culture x2 Bacteria: aerobe, Anaerobe, bo ...    □ 0582-5 Wound Culture (Culturette)

### STOOL ANALYSIS

□ 0073-8 Stool Culture (SC) (cg, sdb)    □ 0577-7 O&P (SC) (O&P RIO)    □ 0576-9 Stool for WBC (SC)    □ 0122-2 Occult Blood Stool (SC)
□ 0073-3 Gram Stain (SC)    □ 0002-5 AFB (SC)
□ Biopsy   Specimen: _____    Clinical History: _____

### OTHER TEST(S) NOT LISTED ABOVE

_____
_____
_____

**PAP SMEAR**
(COMPLETE AND SUBMIT A BIO-REFERENCE CYTOPATHOLOGY REQUISITION ONLY)
**VIRAL LOAD**
RNA QUANT  PCR (COMPLETE AND SUBMIT A QUEST REQUISITION ONLY) (W)
**SPUTUM CULTURE**
FOR AFB (COMPLETE NYC DOH MYCOBACTERIOLOGY REQUISITION ONLY, FN50)
**HIV SCREEN**
(COMPLETE NYC DOH REQUEST FORM ONLY) (S)

### INTERNAL CONTROL (LAB USE ONLY)

| | | | | | |
|---|---|---|---|---|---|
| LLAV | L HEPARIN | R RED | S-SST | GY GREY | PL BLUE |
| DR GREEN | L YELLOW | W PPT | A5 ROYAL | STERILE CUP | VIRAL CUL. |
| PAP | OLD COL. | FORMOSAM | SLIDE | TRANSP. VIAL | FORMALIN JAR |
| RAND URN (CUP) | 24 HOUR URINE | U URN TUBE | THMED URINE | CBA BORCULT | OCCULT BLD |

Unit: _____
EMB LD NO: _____

BF = Blue Citrate (GF)  Green Heparin  Gry = Grey  Pr = Prostate (T)  Lavender  EDT = Ox = clot-red Top Serum (R)  SST Serum (T)  Cont = W = White, PPT = Y = Yellow (SC) = Sterile Container
T = RIKERS RECRUITING NEW



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

Redacted

**MEDICAL TREATMENT OF PRISONER**
PD 244-150 (Rev. 12-99) Point

**SECTION I - TO BE COMPLETED BY N.Y.P.D.**

Date: 02/11/06

Prisoner Name (Last, First, M.I.) (Print): NUNEE REYES JAYSON

Age: 23   Sex: MALE

Address: 252 50TH STREET BKLYN N 11220   Zip Code   Apt.   Telephone No.

Arresting Officer: POL ATTALIAN, STEVEN   Shield No. 239   Tax Reg. No. 923523   Command: BSND

Cmd. Of Arrest: K06611977M   072   Charge: SPCS PC 220.21

Escort Officer: OCD KRAPF WILLIAM (signature)   Shield No. 7521   Tax Reg No. 921917   Command: BSND

Prisoner Requests/Requires Medical Aid: ☑ Yes ☐ No   Prisoner Refused Medical Aid: ☐ Yes ☐ No   Date 02/11/06   Time 0415   Prisoner's Signature

Transported To Hospital (Name): BELLEVUE   Date 02/11/06   Time 0415   Via: ☐ Patrol ☐ Wagon #   RMP #   ACR #   PCR #   Operator Rank (Print) Name (Last, First, M.I.) OCD, KRAPF, WILLIAM

Returned From Hospital Date 02/11/06 Time 0645   Attempted Suicide ☐ Yes ☐ No   Nature Of Illness/Injury: PAIN IN HIS LEGS   If Injury ☐ Old ☐ New

Restraint/Devices Used   ☐ Yes Type   ☐ No   E S U Responded ☐ Yes ☐ No   If Yes, Respondent's Rank (Print) Name (Last, First, M.I.)

Prescription Medication ☐ Yes   Prescription Number And Name Of Physician   ☐ No   Pharmacy, Phone No   Property Clerk Invoice No. Cmd

Present At Arrest ☐ No

Remarks: PRisoner States he has (R.S.D.) Read synthethic Dystrophy in his Legs.

Medically Cleared

**Prisoner Refused Medical Aid In The Field** ☐ Yes ☐ No   **Prisoner Refused Medical Aid At The Command** ☐ Yes ☐ No   **Prisoner Refused Medical Aid Within The Court Section** ☐ Yes ☐ No   **Recommend Prisoner Be Separated From General Population** ☐ Yes ☐ No

E.M.S. Field Personnel   Print Name (Last, First, M.I.)   Shield #   Date   Time   Refer To Hospital Emergency Room ☐ Yes ☐ No

E.M.S. Court Section   Print Name (Last, First, M.I.)   Shield #   Date   Time   Refer To Hospital Emergency Room ☐ Yes ☐ No

NYPD Supervisor/Desk Officer   Rank (Print) Name (Last, First, M.I.)   Signature   Cmd. Of Arrest/Court Section   Date   Time

**SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF**

Admitted To Hospital ☐ Yes ☐ No   Suicide Watch Recommended By Hospital Staff ☐ Yes ☐ No   Transfer to Psychiatric Hospital Recommended By Hospital Medical Staff ☐ Yes ☒ No   Medication Prescribed ☐ Yes ☒ No   Medication To Be Taken As Prescribed ☐ Yes ☐ No

Medication To Travel With Prisoner ☐ Yes ☐ No   Refer To Psychiatric Hospital ☐ Yes ☒ No   Medically Cleared

Print Name (Last, First, M.I.) Jarvis, Edward B   Signature   Title M.D.   Date 2/11/06   Time 0603

NYPD Court Section Supervisor:   Rank (Print) Name (Last, First, M.I.)   Signature   Court Section   Date   Time

Received By Department Of Correction:   Rank (Print) Name (Last, First, M.I.)   Signature   Shield / I.D. #   Date   Time

DISTRIBUTION: 1 WHITE, 2 BLUE, 3 PINK – DEPT OF CORRECTION   4 BUFF – CMD OF ARREST   5 GREEN – ARRESTING OFFICER

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL

NYC 000157

Redacted