iyc.rr.com → Leo Glickman ⌨001/002

# STOLL, GLICKMAN & BELLINA ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 3 2008
```

Chambers of the Honorable Judge Paul A. Crotty
United States District Court, SDNY
500 Pearl Street, Room 735
New York, NY 10007

February 29, 2008

**MEMO ENDORSED**

Re: <u>Jayson Reyes v. City of New York et al.</u> 07 CV 6349 (PAC)

Your Honor-

At a conference held on February 26, 2008, the court stated its amenability to extending discovery in the above referenced matter for an additional 60 days. The Court directed that the parties submit a joint letter with a revised discovery schedule.

The parties propose the following revised discovery schedule:

Motion to amend or to join additional parties to be filed by: April 12, 2008
Fact discovery to be completed by: June 10, 2008
Depositions to be completed by: May 27, 2008
Requests to be served no later than: April 26, 2008
Expert Discovery to be completed by: July 18, 2008
Parties to confer on scheduling expert disclosures by: June 17, 2008
Counsel to meet face to face for settlement negotiations by June 25, 2008

02/29/2008 15:41 IFAX astoll@nyc.rr.com → Leo Glickman  002/002

We thank the court for its consideration of this matter.

Sincerely Yours,

*[signature]*

Leo Glickman
Stoll, Glickman & Bellina, LLP

*[signature]*

Deborah Dorfman
Office of the Corporation Counsel

SO ORDERED: MAR 0 3 2008

*[signature]*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE