



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Deborah A. Dorfman
phone: (212) 788-0408
fax: (212) 788-0490
email: ddorfman@law.nyc.gov

March 28, 2008

**MEMO ENDORSED**

By e-mail

Hon. Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 735
New York, NY 10007

6349

Re: *Jayson Reyes v. City of New York, et al.*, 07 Civ. 6349(PAC) - Unopposed Request for Leave to File a First Amended Answer to Correct Inadvertent Clerical Errors

Dear Judge Crotty:

I write on behalf of the defendants in the above-referenced matter to respectfully request leave to file a first amended answer in order to correct inadvertent clerical errors made in the original Answer that was filed on November 26, 2007. These clerical errors were just discovered this week. Specifically, defendants seek leave to make the following amendments:

1) To add defendant Department of Health and Mental Hygiene Deputy Commissioner, Louise Cohen, to the caption, as she was inadvertently left off of the caption; and

2) To add the words "First Amended" throughout the Answer where it references the "Complaint" so that it will now read "First Amended Complaint" rather than "Complaint", as these words were also inadvertently left out of the Answer.

Plaintiff's counsel consents to defendants' filing an amended answer to make these above-mentioned amendments.

Thank you for consideration of this request.

Respectfully submitted,

Deborah A. Dorfman
Assistant Corporation Counsel

cc: Leo Glickman, Esq.
Counsel for Plaintiff, Jayson Reyes

SO ORDERED: MAR 2 8 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE