# EXHIBIT A
## to Answer

*Jason Reyes v. City of New York, et al.,* 07 CV 6349 (PC)

# PRISON HEALTH SERVICES
## _Contracted by_ NYC Department of Health and Mental Hygiene

## CERTIFICATION

I, Cyril Joseph, Assistant Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, hereby certify that the record of the attached is in the custody of, and is an accurate and complete record of the condition, act, transaction, occurrence or event of this program concerning:

_____
(Name of Patient)

_____
( Book and Case Number)

I further certify that this record was made in the regular course of business of this program and it is the regular course of business of this program to make such records. The record was made at the time of the condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter. The record contained herein is a certified reproduction of the record on file (in accordance with CPLR Section 2306)

_____
(Date)

_____
Cyril Joseph
Assistant Director of Medical Records

## DELEGATION OF AUTHORITY

I, PETRINA MARINER, Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, certify that, CYRIL JOSEPH, Assistant Director of Medical Records, of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, whose signature appears above is a responsible employee of this program. I hereby authorize him to certify records of this program as accurate and complete records of this program, such records having been made in the regular course of business of this program at the time of the condition, act, transaction, occurrence, or event recorded or within a reasonable time thereafter.

_____
Petrina Mariner.
Director of Medical Records.

**NYC Health**

DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

## PROBLEM LIST

| Patient's Last Name | First Name |
|---|---|
| Reyes | Jason |

| Book & Case Number | NYSID Number |
|---|---|
| 349-06-02628 | 0470442Y |

| DOB | ALLERGIES: NKA |
|---|---|
| 1/13/1983 | |

| CHRONIC MEDICAL PROBLEMS | DATE LISTED |
|---|---|
| S/P ANKLE INJURY 2002 WITH NERVE DAMAGE | 2/12/2006 |
| A Typical CHEST PAIN | 5/25/06 |

| PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|
| | |

| SUICIDE WATCH | DATE ON | DATE OFF |
|---|---|---|
| | | |

| SUICIDE RISKS | DATE LISTED |
|---|---|
| | |

**INMATE HAS CONTRAINDICATIONS FOR**

**Category A (Chemical Agents):**

*Medically contraindicated if the patient has*   ☐ Asthma   ☐ Chronic Obstructive Pulmonary Disease (CCPD)

**Category B (Stun Shield):**

*Medically contraindicated if the patient has ANY of the following conditions:*   **(Check All That Apply)**

☐ Pregnancy   ☐ Hypertension   ☐ Pace Maker   ☐ Asthma   ☐ Seizure   ☐ Diabetes   ☐ Cardiac Disease

☒ NO CONTRAINDICATIONS

Signature:   Issa Madhoun

Date:   2/12/2006

CHS-289 (REV. 09/05)

**NYC Health**
DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
## CORRECTIONAL HEALTH SERVICES

## INTAKE
## HISTORY AND PHYSICAL EXAM

| PATIENT'S LAST NAME | FIRST NAME |
|---|---|
| Reyes | Jason |

| BOOK & CASE NUMBER | NYSID NUMBER | DOB | IS PATIENT EMANCIPATED? |
|---|---|---|---|
| 349 06 02628 | 0470442Y | 1/13/1983 | ☒ YES ☐ NO |

| DATE | TIME | FACILITY | HAVE YOU PREVIOUSLY BEEN INCARCERATED? | DO YOU HAVE MEDICAID OR ANY HEALTH INSURANCE? |
|---|---|---|---|---|
| 2.12.2006 | 02:53 ☒AM ☐PM | BBKC | ☐ YES ☒ NO  If yes, where? ☐ RIKERS ☐ ELSEWHERE N/A  If yes, when? N/A | ☐ YES ☒ NO  WHERE DO YOU CURRENTLY GET MEDICAL CARE? BETH ISRAEL |

| 1. DO YOU HAVE ANY ALLERGIES? | Reaction Type | ALLERGIES TO MEDICATIONS? N/A  OTHER? N/A | 2. HAVE YOU EVER HAD CHICKEN POX? |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ HIVES ☐ RASH ☐ SOB  ☐ ANAPHYLAXIS ☐ DON'T KNOW | | ☐ YES ☐ NO ☒ DON'T KNOW |

| 3. HAVE YOU EVER HAD HIGH BLOOD SUGAR OR DIABETES? | FINGER STICK (NON-ADMISSION) | 4. HAVE YOU EVER HAD TB? | Do you have? | Chest X-ray done? | Current and Past TB Medications Taken? | How long taken? |
|---|---|---|---|---|---|---|
| ☐ YES ☒ NO  yes, Current Medications?  ☐ YES ☒ NO  If yes, List on Page 2. | N/A | ☐ YES ☒ NO  Where diagnosed? N/A | Weight loss ☐ YES ☒ NO  Night Sweats ☐ YES ☒ NO  Fever ☐ YES ☒ NO  Cough > 2 Wks ☐ YES ☒ NO | ☐ YES ☒ NO  If yes,  ☐ Normal ☐ Abnormal  When? N/A | N/A | N/A |

| 5. HAVE YOU EVER HAD: | HAVE YOU EVER HAD: | Do you have HIV infection or AIDS? |
|---|---|---|
| • Multiple Sex partners? ☐ YES ☒ NO  • Unprotected sex? ☐ YES ☒ NO  • Sex with substance abusers? ☐ YES ☒ NO  • Same sex relationship? ☐ YES ☒ NO  • Injection Drug Use? ☐ YES ☒ NO | • Syphilis? ☐ YES ☒ NO   • Gonorrhea? ☐ YES ☒ NO  • Chlamydia? ☐ YES ☒ NO   • Hepatitis A? ☐ YES ☒ NO  • Hepatitis B? ☐ YES ☒ NO   • Hepatitis C? ☐ YES ☒ NO  Any current bx? ☐ YES ☒ NO | ☐ YES ☒ NO  (If yes, complete HIV Flow Sheet) |

| 6. RAPID HIV TEST | REASONS FOR DECLINING RAPID HIV TEST | HIV Ab Testing done? | Viral Load ☐ YES ☒ NO |
|---|---|---|---|
| ☐ Wants Rapid HIV Test  ☒ Declines HIV Testing  ☐ Undecided  ☐ Confirmatory  ☐ Retest | ☐ Known HIV Positive  ☐ Prefer Conventional Test  ☐ Had Negative HIV Result < 3 months ago  ☒ Not Ready to get test results today  ☐ Don't want test now/today  ☐ Other | ☒ YES ☐ NO  When? 2005 | # N/A  When? N/A  Latest T-Cell (CD4) # N/A  When? N/A |

| 7. EVER HAD ASTHMA? | Last ER Visit? N/A | Ever Intubated? | 8. EVER HAD A SEIZURE? | Last Seizure? | 9. EVER HAD HYPERTENSION? |
|---|---|---|---|---|---|
| ☐ YES ☒ NO  If yes, Current Medications?  ☐ YES ☒ NO  (List in Page 2) | Last Attack? N/A  Ever Admitted? ☐ YES ☒ NO | ☐ YES ☒ NO  When? N/A | ☐ YES ☒ NO  If yes, Current Medications?  ☐ YES ☒ NO  (List in Page 2) | N/A | ☐ YES ☒ NO  If yes Current Medications?  ☐ YES ☒ NO  (List in Page 2) |

| 10. DO YOU HAVE: | Chest Pain? | Syncope? | Family history of sudden death under age 66? | Ever had Heart Disease? | Ever had a heart attack? |
|---|---|---|---|---|---|
| ☐ PUD ☐ DJD  ☐ Pancreatitis ☐ CVE  ☐ Renal disease ☒ N/A | ☐ YES ☒ NO  When? N/A | ☐ YES ☒ NO  When? N/A | | ☐ YES ☒ NO | ☐ YES ☒ NO  When? N/A |

| 11. HAVE YOU RECENTLY DELIVERED A BABY? ☐ YES ☐ NO ☒ N/A | 12. HAVE YOU HAD A MAMMOGRAM IN THE LAST 12 MONTHS? | 13. HAVE YOU HAD A PAP SMEAR IN THE LAST 12 MONTHS? |
|---|---|---|
| • YES WITHIN THE LAST 20(6) WEEKS? ☐ YES ☐ NO ☒ N/A  • ARE YOU PREGNANT? ☐ YES ☐ NO ☐ Don't Know ☒ N/A  • DATE OF LAST MENSTRUAL PERIOD _____ ☒ N/A | ☐ YES ☐ NO ☒ N/A  If yes, when? N/A | ☐ YES ☐ NO ☒ N/A  If yes, when? N/A |

| 14. DO YOU USE DRUGS? ☐ YES ☒ NO  DRUG AMOUNT: N/A | Drugs used: ☐ HEROIN ☐ BARBITURATES ☐ MARIJUANA ☐ CRACK  ☐ COCAINE ☐ CRYSTAL METH ☐ METHADONE  ☐ OTHER: N/A |
|---|---|

If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.

Page 2 of 4

Reyes, Jason - 149-06-02628

CHB-243 (Rev 06/06)

| 15. ARE YOU CURRENTLY IN A METHADONE PROGRAM? | Where? N/A | 16. DO YOU USE ALCOHOL? | Have you considered cutting down drinking? | ☐ YES ☒ NO | When last drink or drug use? |
|---|---|---|---|---|---|
| ☐ YES ☒ NO | Dose N/A | ☐ YES ☒ NO | Annoyed by people asking about your drinking? | ☐ YES ☒ NO | |
| | | AMOUNT N/A | Ever had guilty feelings about your drinking? | ☐ YES ☒ NO | N/A |
| | | | Ever needed a drink as an 'eye opener'? | ☐ YES ☒ NO | |

| 17. DO YOU SMOKE? | 18. HAVE YOU EVER HAD A SCREENING ULTRASOUND OF YOUR ABDOMEN TO LOOK FOR AN ANEURYSM? | 19. ABDOMINAL ULTRASOUND RESULT? |
|---|---|---|
| ☐ CURRENT   ☐ FORMER | | ☐ POSITIVE   ☐ NEGATIVE   ☐ DONT KNOW   ☒ N/A |
| ☒ NEVER   ☐ NOT ASSESSED | ☐ YES ☐ NO ☐ DONT KNOW ☒ N/A | When? N/A |

| 20. HISTORY OF DENTAL PROBLEMS (pain, bleeding gums, etc.) | 21. HISTORY OF HOSPITALIZATION |
|---|---|
| ☐ YES ☒ NO | ☒ YES ☐ NO |
| IF YES EXPLAIN N/A | IF YES, DESCRIBE INJURY L ANKLE AND HEEL 2002 WITH NERVE DAMAGE BETH I |

| 22. ANY ADDITIONAL MEDICAL PROBLEMS? | List |
|---|---|
| ☒ YES ☐ NO | PAIN L ANKLE ON PERCOCET PRN |

| 23. TREATED OR HOSPITALIZED FOR NERVOUS / MENTAL PROBLEMS? | Where? N/A | 24. ARE YOU TAKING MEDICATION FOR NERVES/MENTAL PROBLEMS? | Medications / Dosage: |
|---|---|---|---|
| ☐ YES ☒ NO | | ☐ YES ☒ NO | N/A |
| When? N/A | Why? N/A | | |

| 25. HAVE YOU TRIED TO HURT OR KILL YOURSELF? | How? N/A | 26. HAVE YOU EVER BEEN ASSAULTED (SEXUALLY/PHYSICALLY)? | 27. HAVE YOU BEEN CHARGED WITH A VIOLENT ACT (RAPE, ASSAULT)? |
|---|---|---|---|
| ☐ YES ☒ NO | | ☐ YES ☒ NO | ☐ YES ☒ NO |
| When? N/A | Why? N/A | | CHARGES REVIEWED? |
| | | | ☐ YES ☒ NO |

| 28. HAVE YOU HURT ANYONE WHEN YOU WERE ANGRY OR UPSET? | When? N/A | | |
|---|---|---|---|
| ☐ YES ☒ NO | | How? N/A | |
| | Who? N/A | | |

| 29. FAMILY HISTORY OF MENTAL ILLNESS?   ☐ YES ☒ NO | 30. FAMILY HISTORY OF SUICIDE?   ☐ YES ☒ NO |
|---|---|
| If Yes, List Who: N/A | If Yes, List Who: N/A |

| 31. HAVE YOU EXPERIENCED ANY RECENT LOSSES? (I.e , death, employment, relationships, etc) | Explain N/A |
|---|---|
| ☐ YES ☒ NO | |

SUMMARY OF CURRENT MEDICATIONS (Please List)

N/A

COMPLETED BY (Print Name) Issa Madhoun

REVIEWED BY Issa Madhoun

| Signature of person completing form | Title | Date | Time |
|---|---|---|---|

If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.

2/12/2006 3:43:48 AM

CHB-243 (Rev 06/06)

NYC 000004

Page 3 of 4

CHS 283 (Rev 06-05)

**NYC Health**

DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

# PHYSICAL EXAMINATION

| | | | |
|---|---|---|---|
| Last Name: Reyes | First Name: Jason | | Temp: 98.8 |
| Snellen's | w/o correction R 20 L 20 | w correction R N/A L N/A | HR | 5'8" | Pulse: 78 |
| | | | | | RR: 14 |
| VSS Taken by (Full Name): Gladys Paul | | Wt: 226 | Peak Flow |
| Signature | | BP: 120/70 | |

## GENERAL APPEARANCE: (Include body habitus, nutritional status, and state of distress.)

**HEENT**
- ☐ Scalp lesions
- ☒ NL
- ☐ Abnormal Pupils
- ☐ Traumatic
- ☐ Conjunctivae
- ☐ Lacerations
- ☐ Pale sclera
- ☐ Icteric
- ☐ Other

Describe: N/A

**SKIN**
- ☒ NL
- ☐ Jaundice
- ☐ Rash
- ☐ Tattoos
- ☐ Pallor
- ☐ Tracks
- ☐ Scars
- ☐ Other

Describe: N/A

**ORAL CAVITY**
- ☒ NL
- ☐ Filled cavities
- ☐ Lesions
- ☐ Dentures loose
- ☐ Swellings
- ☐ Missing teeth
- ☐ Other

Describe: N/A

**BREASTS**
- ☒ NL
- ☐ Discharge
- ☐ Masses
- ☐ Other

Describe: N/A

**CHEST**
- ☒ NL
- ☐ Pubs
- Wheezes
- ☐ Rhonchi
- ☐ Rales
- ☐ Other

Describe: N/A

**HEART**
- ☒ NL / RRR
- ☐ Murmur
- ☐ Gallop
- ☐ Rub
- ☐ Other

Describe: N/A

**FUNDUS**
- ☒ Normal
- ☐ Not visualized
- ☐ Other

**OTOSCOPIC**
- ☒ NL - canal
- ☐ Cerumen
- ☐ NL - TM
- ☐ Abnl

**LYMPH NODES** Describe
NO ADENOPATHY

**NECK THYROID**
- ☒ NL
- ☐ Carotid Bruit
- ☐ Thyroid enlargement/mass

**ABDOMEN**
- ☒ NL
- ☐ Ascites
- ☐ Tenderness
- ☐ Other
- ☐ Hypo/Hyperactive Bowel sounds
- ☐ Organomegaly

Describe: N/A

**GENITALIA**
- ☒ NL
- ☐ Lesions
- ☐ Sores
- ☐ Warts
- ☐ Discharge
- ☐ Other

Describe: N/A

**PELVIC EXAM** (Adnexa, Uterus)
- ☒ N/A
- ☐ Reduced
- ☐ NL
- ☐ Adnexal Mass
- ☐ Discharge from Cervix
- ☐ Tenderness
- ☐ Uterine Mass
- ☐ Other

Describe: N/A

**PAP SMEAR**
- ☐ Performed
- ☐ Refused N/A
- ☐ Chlamydia/Gonorrhea Test
- ☐ Deferred
- ☐ Culture
- ☐ Other (Describe)

Describe

**RECTAL**
- ☐ NL
- ☐ Not Indicated PT less than 40 yrs old
- ☐ Hemorrhoids
- ☐ Sores
- ☐ Fissures
- ☒ Reduced
- ☐ Warts
- ☐ Other

Describe: N/A

**EXTREMITIES**
- ☐ NL
- ☐ Pulse
- ☐ Edema
- ☐ Clubbing
- ☐ Cyanosis
- ☒ Other

Describe: TENDERNESS L ANKLE SENSORY LOSS L HEEL

## MENTAL STATUS

**ORIENTATION TO**
- ☒ Time
- ☒ Place
- ☒ Person

**PSYCHOMOTOR**
- ☒ WNL
- ☐ Retardation
- ☐ Agitation

**SPEECH**
- ☐ Coherent
- ☐ Incoherent
- ☐ Normal Rate
- ☐ Pressured
- ☐ Spontaneous

**MOOD**
- ☒ Euthymic
- ☐ Irritable
- ☐ Anxious
- ☐ Elated
- ☐ Depressed
- ☐ Angry
- ☐ Embarrassed/Humiliated

**AFFECT**
- ☒ Appropriate to mood
- ☐ Inappropriate to mood
- ☐ Labile

**THOUGHT PROCESS**
- ☐ Logical
- ☐ Illogical
- ☐ Relevant
- ☐ Irrelevant

**ANY PROBLEMS WITH SLEEP OR APPETITE OR ANY FEELINGS OF HOPELESSNESS OR BEING WORTHLESS?**
- ☐ YES  ☒ NO

N/A

**SUICIDAL IDEATION?** ☐ YES  ☒ NO
N/A

**HOMICIDAL IDEATION?** ☐ YES  ☒ NO
N/A

**DELUSIONS**
- ☒ None
- ☐ Grandiose (Do you have special abilities or features?)
- ☐ Persecutory (Do you feel anyone is plotting against you?)
- ☐ Somatic
- ☐ Other

**HALLUCINATIONS** Does patient exhibit any?
- ☐ None
- ☐ Auditory
- ☐ Visual

**DOES PT EXHIBIT ANY SIGN OF GROSS MENTAL RETARDATION?**
- ☐ YES  ☐ NO

**NEUROLOGIC** (Sensory, Motor, DTR, Gait, Cerebellar, Cranial Nerves)
SENSORY DEFICITIS L HEEL

**DESCRIBE** (If abnormal, give details in assessment)

If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.

| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
| 2/12/2006 | 00mm | 2/14/2006 | Jobsonkd |

| IMMUNIZATION | DATE |
|---|---|
| | |
| | |
| | |
| | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| PPD | 2/12/2006 | 00mm | | | | |
| RPR | 2/12/2006 | Ne | | | | |
| Dipstick | 2/12/2006 | whl | | | | |
| STD Urine Screen | 2/12/2006 | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - Read PPD | 2/12/2006 | PPD Read | BBKC | |
| Nursing Followup - HIV Rapid Refused | 2/12/2006 | HIV Rapid Refusal | BBKC | |
| Medical Followup - PAIN L ANKLE S/P INJURY 2002 | 2/12/2006 | Injury | BBKC | |
| PT | 5/4/06 | PT | MIC O3 | 5/06 |
| NEUROLOGY | 4/18/06 | | | |
| PT | 5/17/06 | PT | MIC O3 | |

Reyes, Jason  - 349-06-02628          2/14/2006 7:12:26 AM     Page 2 of 3

NYC 000006

MEDICATION LIST

| START DATE | MEDICATION | DATE DISCONTINUED |
|---|---|---|
| 2/12/2006 | Motrin - Tab - 400MG - BID | |
| | | 2/16/2006 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CHS-289 (REV. 09/05)

Reyes, Jason  - 349-06-02628

2/12/2006 3:43:58 AM    Page 3 of 3

NYC 000007

REYES, JASON   00000000
252 50TH ST                3
NY, NY 11220
13-JAN-83 O Y M 5'8"   216 BRO BLK
NY C
LOPICKELOW, ROE                    FI
1866 60TH ST 3, NY, NY
3490602628 0470442Y 11-FEB-06

Patient's Name

Book & Case Number

NYS ID N

Facility

# ALLERGIES

| DATE LISTED | PROBLEMS | PLAN | | DATE RESOLVED |
|---|---|---|---|---|
| | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| | 4. | | | |
| | 5. | | | |
| | 6. | | | |
| | 7. | | | |
| | 8. | | | |

| E ORDERED | CLINIC | FACILITY | DATE SEEN | DATE ORDERED/TYPE | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| SEROLOGY | DATE DONE | RESULT | DATE DONE | RESULT | DATE DONE | RESULT | DATE | TYPE/TREATMENTS |
|---|---|---|---|---|---|---|---|---|
| URINE O.S. | | | | | | | | |
| CBC | | | | | | | | |
| ASL/ALT | | | | | | | | |
| GC : (O/G/A) | | | | | | | | |
| ther: | | | | | | | | |

INMATE HAS CONTRAINDICATIONS FOR:
☐ CATEGORY A (CHEMICAL AGENTS)*
Medically contraindicated if the patient has any of the following conditions (check condition)
  ☐ Asthma    ☐ Chronic Obstructive Pulmonary Disease (COPD)
☐ CATEGORY B (STUN SHIELD)*
  lly contraindicated if the patient has any of the following conditions (check condition)
  ☐ Pregnancy    ☐ Hypertension    ☐ Pace Maker    ☐ Asthma
  ☐ Seizure      ☐ Diabetes        ☐ Cardiac disease
☐ NONE

| PPD | | | | IMMUNIZATION | DATE |
|---|---|---|---|---|---|
| DATE DONE | RESULT | DATE READ | SIGNATURE | | |
| _/_/_ | | _/_/_ | | | _/_/_ |

| INH | | | | EKG |
|---|---|---|---|---|
| DATE STARTED | DATE COMPLETED | DATE STOPPED | DATE DOH NOTIFIED | ☐ Normal |
| _/_/_ | _/_/_ | _/_/_ | _/_/_ | ☐ Abnormal |

ATE                    SIGNATURE

89 Rev 4, 04)

*Patient chart coming
From C-76*

*Needs
. Wheel Chair*

## PRE – ADMISSION FORM
Dorm _____ *2B*

DATE ACCEPTED: *4/17/06*      DATE ARRIVED: _____

TIME ACCEPTED: *12·47p ᵗʰ*      TIME ARRIVED: _____

PATIENT'S NAME: *Reyes Jason*

B & C # OR DATE OF BIRTH: *3490602628*

REFERRING PHYSICIAN: *Dr. Hayman*

REFERRING FACILITY: *Bellevue hosp.*

REQUESTED ADMISSION DATE: *4/17/06*

M.D. OR PHYSICIAN ACCEPTING PATIENT: *R. Sttm MD*

**NOTE:  THIS PRE-ADMISSION FORM IS VALID FOR 48 HOURS!**

*2-1
5' 5"
118/78
86
16
98·8*

### DEPARTMENT OF CORRECTION ACTION

CONFIRMED BY: _____
             TITLE      NAME      SHIELD #

COMMAND: _____

DATE: _____      TIME: _____

NOTE: ALL INMATES TO THE INFIRMARY AREAS (DORM1, 2A, 2B AND 4) MUST
HAVE A PRE – ADMISSION FORM.  INMATES TO NON – INFIRMARY AREAS (NIC
MAIN AND DORM 3) FROM OTHER INSTITUTIONS PRINCIPAL HOSPITAL DOES
NOT REQUIRE A PRE – ADMISSION FORM.

NYC 000009

Reyes, Jason - 349-06-02628    CHS-283 (Rev. 06/05)

**ADDITIONAL COMMENTS** (Please include Question Number with each Additional Comments Section)

| ASSESSMENT | PLAN |
|---|---|
| S/P L ANKLE INJURY 2002 WITH NERVE DAMAGE | ACE BANDAGE GIVEN CANE F/U PRN |

**DISPOSITION**

Medical Isolation Reason

N/A

☐ Detox

N/A

HOUSING : ☒ GP    ☐ CDU
☐ INFIRMARY    ☐ C-71    ☐ MO
☐ OTHER:

CONSULTS: ☐ URGICARE
☐ ER/HOSPITAL    ☐ MH EMERGENCY
☐ MH ROUTINE    ☐ OTHER:

**BROCHURES GIVEN?**

| REACH HIV-STD | ☐ YES | ☒ NO |
|---|---|---|
| Health Information | ☒ YES | ☐ NO |
| Dental Brochure | ☐ YES | ☒ NO |

SIGNATURE

PRINT NAME

Issa Madhoun

DATE/TIME

2/12/2006 3:41 AM

TITLE

REVIEWED BY: Issa Madhoun

PRINT NAME                SIGNATURE                DATE/TIME                2/12/2006 3:41 AM

Please use the Additional Comments area on the top of this page for any "YES" question requiring additional space.

2/12/2006 3:43:48 AM    CHS-283 (Rev. 36/05)

NYC 0000010

**PATIENT ACCEPTANCE NOTE**
**NIC**

Dorm _(B)_____

Referring MD/PA ___Dr Hayran_____ Date _____

Referring Facility: ___Bellevue hosp_____ Telephone # _____

1. Patient: ___Reyes Jason_____ Date of Birth _____

   Book and Case Number: ___3490602___ SoNYSID: _____

2. Diagnosis / Reason for Infirmary Care:
   ___Dystrophy___        ___Reflex  Sympathetic___

3. History of Illness (use other side if more room needed): _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. Other considerations:  Date of last fever: _____
   Abnormal mental status? _____ ∅

   Ambulation status? ___Wheelchair bound___ Incontinence? _____
   Nursing needs? (dressings, catheters, feeding, turning, etc.) _____
                                                        ∅

5. Labs:  PPD & Date: _____
   Special (CT's, LPs, etc.) _____ CXR & Date: _____
   Pertinent blood results _____

6. Medications (doses, frequency, when to stop): _____

7. Follow-up needed: _____ ∅

8. If MH/Nursing / Chief MD approval needed*, who contacted / when? ___ INH / Date? _____

9. Accepted by: ___Dr Itim___ (MD)/ PA   Date: ___6/17/06___

* If high level nursing care needed, contact CNA, PCC or nurse in charge; if psychiatric disturbance, contact Mental Health



Form RI097  3/98

NYC 0000011

NYC HEALTH AND HOSPITAL CORPORATION
CORRECTIONAL HEALTH SERVICES

INFIRMARY ADMISSION HISTORY
AND ASSESSMENT

**SECTION I**

INFIRMARY: NIC D2A

DATE: 4/18/06   TIME: 7 Am

REFERRAL SOURCE: Cine Billeine

MEDICAL DIAGNOSIS: Reflex Sympathetic Dystrophy

PRESENT HEALTH HISTORY: _____

PAST HEALTH HISTORY: _____

PREVIOUS HOSPITALIZATION: ☐ NO ☑ YES (SPECIFY): _____

NAME: Reyes Jason

ID #: 349 06 03638

DOB: _____ SEX ☐ M ☐ F

ADMITTING DATA: _____

ADMITTING NURSE: E. Jacobs

INTERPRETER: ☐ YES ☐ NO

LANGUAGE USED: English

RELIGION: _____

**ADDICTIVE HABITS:** TOBACCO: ☐ NO ☐ YES   # PACKS/DAY X # YEARS _____

ILLICIT DRUGS: ☐ NO ☐ YES (SPECIFY): _____

ALCOHOL: ☐ NO ☐ YES   # DRINKS/DAY _____

METHADONE MAINTENANCE PROGRAM: ☑ NO ☐ YES

**ALLERGIES:** ☐ NONE KNOWN ☐ YES (SPECIFY): _____

SPEECH: ☐ SLURRED ☐ APHASIA ☑ NO PROBLEM ☐ OTHER: _____

VISION: ☑ NO PROBLEM ☐ IMPAIRED ☐ RT ☐ LT ☐ GLASSES ☐ CONTACT LENSES

DENTURES: ☐ UPPER ☐ LOWER ☐ PARTIAL ☐ NONE   DIET: _____

HEARING: ☐ IMPAIRED ☐ RT ☐ LT ☐ HEARING AID ☐ RT ☐ LT
☐ ARTIFICIAL EYE ☐ RT ☐ LT ☐ ENUCLEATION ☐ RT ☐ LT

**ACTIVITY STATUS:**

☐ AMBULATORY ☐ AMBULATORY WITH ASSIST
☐ APHASIA ☐ BED REST

ASSISTIVE DEVICES: ☐ TRANSFER WITH ASSIST
☐ CANE ☐ WHEELCHAIR ☐ WALKER
☐ CRUTCHES ☐ PROSTHESIS _____
☐ NONE ☐ OTHER _____

**SELF CARE STATUS:**

| | INDEPENDENT | ASSIST | DEPENDENT |
|---|---|---|---|
| FEEDING | ☐ | ☐ | ☐ |
| BATHING | ☐ | ☐ | ☐ |
| GROOMING | ☐ | ☐ | ☐ |
| DRESSING | ☐ | ☐ | ☐ |
| TOILETING | ☐ | ☐ | ☐ |

FLUIDS: _____

INCONTINENT ☐ NO ☐ YES (SPECIFY): _____

**ADVANCE DIRECTIVES:** ☐ NONE ☐ YES (SPECIFY): _____

| MEDICATION | | | | | | |
|---|---|---|---|---|---|---|
| DRUG | DOSE | FREQ | LAST DOSE TAKEN | | REASON | IMMUNIZATION | DATE |
| | | | ☐ AM ☐ PM | | | | |
| | | | ☐ AM ☐ PM | | | | |
| | | | ☐ AM ☐ PM | | | | |
| | | | ☐ AM ☐ PM | | | | |
| | | | ☐ AM ☐ PM | | | | |
| | | | ☐ AM ☐ PM | | | | |

☐ NONE

**VITAL SIGNS**

| | |
|---|---|
| TEMP | |
| RESP | |
| HEIGHT | |
| VISUAL SCREEN | |
| PULSE | |
| BP | |
| WEIGHT | |

Nurse's Signature/Time

**TB DRUG THERAPY**

START DATE | COMPLETE DATE | STOP DATE | DOH NOTIFIED | DATE C.XR

Form RI108/Front 6/98

NYC 0000012

NYC 000013

| DATE | LIST # | INIT | FOCUS/NURSING DIAGNOSES | GOALS DESIRED OUTCOMES | NURSING INTERVENTION | DATE | INIT | EVALUATION |
|---|---|---|---|---|---|---|---|---|
| 4/17 | 1 | | Risk for injury R/T difficulty ambulating | - no injury while in care | - Provide w/c for mobility <br> - Provide assistance when necessary <br> - medicate for pain as ordered. | | | |
| 4/17 | 2 | | Altered comfort, pain R.T. trauma to lower extremity | - Pain minimized/controlled while in care | - medicate for pain as ordered <br> - avoid further trauma <br> - exercise <br> - safety precaution | | | |

| DATE ORDER | REFERRALS / CONSULTS | DATE DONE | DATE ORDER | SPECIMENS | DATE SENT | DATE ORDER | EKG / X-RAY / DIAGNOSTIC TESTS | DATE DONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

NAME

BED LOCATION

NYC 00000

**RESPIRATORY:** ☐ cough ☐ sputum ☐ no ☐ yes Describe _____
☐ dyspnea ☐ orthopnea ☐ cyanosis ☐ none
COMMENTS:

**CARDIOVASCULAR:** ☐ chest pain ☐ palpitations ☐ varicosities: _____
☐ poor circulation to extremities ☐ edema: _____ ☐ none
COMMENTS:

**GASTROINTESTINAL:** ☐ nausea ☐ vomiting ☐ anorexia ☐ dysphagia ☐ bleeding
☐ hemorrhoids ☐ weight loss _____ ☐ weight gain: _____ ☐ diarrhea:
☐ constipation _____ ☐ freq. of BM _____ ☐ ostomy: _____ ☐ none
COMMENTS:

**GENITO-URINARY:** ☐ dysuria ☐ hematuria ☐ retention ☐ nocturia ☐ frequency
☐ ostomy: _____ ☐ catheter: _____ ☐ dialysis: _____ ☐ none
COMMENTS:
**MALE:** ☐ prostrate enlargement ☐ urethral/penile discharge ☐ no ☐ yes (specify)
☐ lesions ☐ no ☐ yes STD: ☐ no ☐ yes (specify): _____
COMMENTS:
**FEMALE:** LMP: _____ pregnant ☐ no ☐ yes pregnancies: _____ miscarriages: _____
abortions: _____ live births: _____ birth control: ☐ no ☐ yes: _____
pelvic/tube infection: ☐ no ☐ yes vaginal discharge: ☐ no ☐ yes: _____
lesions: ☐ no ☐ yes STD: ☐ no ☐ yes (specify): _____
COMMENTS:

**BREAST:** masses: ☐ no ☐ yes discharge: ☐ no ☐ yes: BSE: ☐ no ☐ yes
COMMENTS:

**MUSCLO-SKELETAL:** ☐ arthritis ☐ paralysis: _____ ☐ paresis: _____ ☐ amputation: _____
☐ contractures: _____ ☐ deformity: _____ ☐ fracture: _____
COMMENTS:

**NEUROLOGICAL:** headaches: _____ vertigo syncope tremors seizures
sensory/motor impairment: _____ orientated ⟨person⟩ ⟨place⟩ ⟨time⟩
COMMENTS:

**PAIN:** location: type: onset: duration: ☐ none

**SKIN:** temperature: ☐ warm ☐ cold ☐ moist. ☐ dry turgor: ☐ good ☐ poor
hair: nails: _____
COMMENTS:

Identify on diagram site of the following:
A = bruises, B = masses, C = scars, D = lesions, F = wounds
and D = decubitus (describe size, shape, stage)

☐ none

_____
_____
_____
_____
_____
_____
_____

EDUCATIONAL NEEDS: _____
DISCHARGE PLANNING: _____
WHERE WILL YOU GO WHEN DISCHARGED: _____
ANYONE TO ASSIST YOU AFTER DISCHARGE: _____
PLAN OF CARE: started ☐ YES ☐ NO EXPLAIN: _____
ORIENTATION TO ENVIRONMENT: ☐ YES ☐ NO EXPLAIN: _____
SIGNATURE/TITLE OF DATA COLLECTOR: _____
RN REVIEWER: _____ DATE: 4/17/06 TIME: _____

NYC 0000015

NYC HEALTH AND HOSPITAL CORPORATION
CORRECTIONAL HEALTH SERVICES

## DEPARTMENT OF NURSING
### INFIRMARY CLINICAL ACTIVITY FLOWSHEET

PATIENT'S NAME _Reyes    Jason_

I.D # _349-06-02628_

AGE/D.O.B. _____   SEX: _✓_ M ___ F

AREA: _NIC D. 2A_

| | DATE | | | | | 4-18-06 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIME | | | | | | | | | 21 | | | 22 | 23 | | | |
| T E M P E R A T U R E | 104° | | | | | | | | | 104 | | | 104 | 104 | | 104 | |
| | 103° | | | | | | | | | | | | | | | | |
| | 102° | | | | | | | | | | | | | | | | |
| | 101° | | | | | | | | | | | | | | | | |
| | 100° | | | | | | | | | | | | | | | | |
| | 99° | | | | | | | | | | | | | | | | |
| | 98° | | | | | | | | | | | | | | | | |
| | 97° | | | | | | | | | | | | | | | | |
| | 96° | | | | | | | | | | | | | | | | |
| PULSE | | 84 | 88 | 76 | 82 | 74 | | 82 | | | | 84 | 82 | 68 | | | |
| RESPIRATION | | 18 | 18 | 16 | 18 | 16 | | 20 | | | | 16 | 16 | 16 | | | |
| BLOOD PRESSURE | | 110/80 | 110/80 | 100/70 | 120/80 | 120/90 | | 120/80 | | | | 120/80 | 120/80 | 120/64 | | | |
| WEIGHT | | | | | | | | | | | | | | | | | |
| N/A INITIALS | | RF | RF | PF | PF | | RF | | | | RF | RF | RF | | | | |
| F L U I D S | INTAKE C.C. | ORAL | | | | | | | | | | | | | | | |
| | | OTHER | | | | | | | | | | | | | | | |
| | | TOTAL | | | | | | | | | | | | | | | |
| | OUTPUT C.C. | URINE | | | | | | | | | | | | | | | |
| | | OTHER | | | | | | | | | | | | | | | |
| | | TOTAL | | | | | | | | | | | | | | | |
| TIME | | | | | | | | | | | | | | | | | |
| N U T R I T I O N | DIET TYPE | | R | E | S | U | L | A | R | | | | | | | | |
| | CONSUMED: | | | | 91 | 101 | 109 | 101 | | | | | | | | | |
| | ALL | | | | | | | | | | | | | | | | |
| | 1/2 | | | | | | | | | | | | | | | | |
| | 1/4 | | | | | | | | | | | | | | | | |
| | NONE | | | | | | | | | | | | | | | | |
| | SUP. FEEDING | | | | | | | | | | | | | | | | |
| | NG FEEDINGS | | | | | | | | | | | | | | | | |
| | Q_____ HR. | | | | | | | | | | | | | | | | |
| M E N T A L  S T A T U S | ALERT | | | ✓ | ✓ | | | | | ✓ | | | | | | | |
| | ORIENTED | | | ✓ | ✓ | | | | | ✓ | | | | | | | |
| | OTHER | | | ✓ | | | | | | ✓ | | | | | | | |
| S A F E T Y | ↑ SIDE RAILS = UP | | | ✓ | | | | | | | | | | | | | |
| | ↓ = DOWN | | | | | | | | | | | | | | | | |

⦿ = ABNORMAL FINDINGS, (R) = REFUSED AND O = OUT TO COURT MUST BE CIRCLED IN RED
✓ = NO CHANGE / DONE
✱ = SEE PROGRESS NOTES
BLANK = NOT APPLICABLE

Form MM014/Front

INFIRMARY CLINICAL ACTIVITY FLOWSHEET

| DATE: | | 4/8 | 4/9/0 | 4/20/0 | 4/21/00 | 4/22 | 4/23 | 4/24 |
|---|---|---|---|---|---|---|---|---|
| TIME: | | 6m | | 9p | 10a | 4p | 1p | |
| **ISOLATION:** | | | | | | | | |
| RESPIRATORY | | | | | | | | |
| ENTERIC | | | | | | | | |
| OTHER Universal | | ✓ | ✓ | | | | ✓ | |
| **SELF CARE** | BATH | | | | | | | |
| | COMPLETE: | | | | ✓ | | | |
| | PARTIAL | | | | | | | |
| | SELF | | | | | | | |
| | MOUTH CARE | ✓ | | | | | | |
| | FOLEY / PERI | | | | | ✓ | | |
| | FOOT CARE | | | | | | | |
| **ACTIVITY** | BEDREST | | | | | | | |
| | TURNED & POSITION | | | | | | | |
| | DANGLE | | | | | | | |
| | COMMODE | | | | | | | |
| | BED / CHAIR | | | | | | | |
| | BRP | | | | | | | |
| | AMBULATE W / ASSIST | W/C | W/C | W/C | ✓/C | W/C | W/C | |
| | AMBULATORY | | | | | | | |
| **ELIMINATION:** | | | | | | | | |
| CONTINENT / | | ✓ | ✓ | | | | | |
| INCONTINENT | | | | | | ✓ | | |
| FOLEY | | | | | ✓ | | | C |
| SUPRA PUBIC | | | | | | | | |
| CATHA | | | | | | | | |
| B.M. | | | | | | | | |
| OTHER | | | | | | | | |
| **SLEEP** | SATIS - FACTORY | | ✓ | | | | | |
| | UNSATIS - FACTORY | | | S | S | S | S | ✓ |
| **THERAPY** | PHYSICAL THERAPY | | | | | | | |
| | PENTAMADINE | | | | | | | |
| | SPUTUM | | | | | | | |
| **I.V. LINES:** TYPE AND SITE: | | | | | | | | |
| DRESSING CHANGE Q _____ | | | | | | | | |
| TUBING INITIALS Q _____ | | | | | | | | |
| NURSE INITIALS | | | | | | | | |

| INITIALS | SIGNATURE | TITLE | INITIALS | SIGNATURE | TITLE |
|---|---|---|---|---|---|
| | Pauline Taborn, NA | | | W. Richardson | |

**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes Jason
3490602628
DOB 1/13/83

| DATE | OBSERVATIONS |
|------|--------------|
| 2/17/06 BIBMd MHN 915pm | F/U old LT ankle injury    No chart |
| | S: 22y/o ♂ ō h/o LT ankle neurological demage s/p 2002 trauma presents stating minimal pain relief ē ↓ Motrin |
| | O: R16 P80 ambulates ē cane + limp LT ankle - atrophy, ↓ ROM, scars |
| | A: old LT ankle injury ē Motor limitation x 4 yrs |
| | P: - Naproxen 1 Tylenol educated on meds - f/u s/c prn |
| | Consider adding Tylenol #3    Jacques Lortho M, RPAC if no relief |

CHS 288 (Rev. 3.05)



NYC
Health
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

*Reyos Jason*
*3490602628*
*DOB 1/13/83*

| DATE | OBSERVATIONS |
|------|-------------|
| 2/13/06 BM | I - Request Note for case |
| | O - H/o Ankle injury |
| | S/P Note for case given to pt |
| | F/U in 3 weeks in sick call |
| | F/U - |
| | *Ira Gomula, RPA* / *Cristian Pedestru* |
| 2/18/06 Mej AC | Medical sick call |
| | is Waymax/ tylenol renewal - |
| | Orders expired - few days ago |
| | Orders written for 5 days - |
| | NTC PRN |
| | Franklin Mejia, MD |
| | S/C |
| BMBMC 3/20/06 Mini 85mn | S/ 22 y/o ♂ c̄ old LT ankle inj-ry |
| | c̄ subsequent sensory/motor dysfx. |
| | pt requesting removal of cane |
| | O/ RLY 978 |
| | LT ankle - dmom, d̄ ulcers, vascular |
| | intact |
| | A/ 22 y/o ♂ c̄ old injury LT ankle |
| | motion dysfxs |
| | P/ DOC (sort cane permit |
| | F/U S/C prn |
| | referal. s/p 30 days |
| | Jacques Loutre Jr, RPAC |
| | Cristian Pedestru, MD |

**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Reyes Jason
3490606 28
1/13/83

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 3/28/06 | S/C |
| BBW Min W04PM | S/ 23 y/o ♂ c̄ h/o RSD presents c̄ pain management regimen letter provided by his PMD Dr Germaine M. Rowe M.D. Feared on 3/20/06. Pt currently w c/o ↑ pain intensity Ⓟ R ℓℓ RSD ambulates slowly c̄ cane at stable o̅ c̄ h/o RSD to Left Lower extremity. Pt-Ftr clinic 3/29/06 for md pain meds review + evaluation - Copy of pt letter will be made |

LANDIS BARNES, D.O.

NYC 0000020



**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes, Jason
349-06-02628
BBKey

| DATE | OBSERVATIONS |
|------|--------------|
|      | *Redacted* |

3/30/06 - S/P ® ankle injury, Ambulate c̄ Cane -
C/c pain -
A/A - See Previous notes
℞ Naprosyn 500mg (BID x 5)
Robaxin 500mg (BID x 7)
F/U PRN.

Celia Tindale, RPA

Franklin Mejia, MD

CHS-88 (Rev 3/05)



**NYC Health**
DIVISION OF HEALTH CARE ACCESS AND
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND S

REYES, JASON    00000000
252 50TH ST                    3
NY, NY 11220
13-JAN-83 O Y M 5'8"   216 BRO BLK
NY C
LOPICKELOW, ROE                  FI
1866 60TH ST 3, NY, NY
3490602628 0470442Y 11-FEB-06

| DATE | OBSERVATIONS |
|------|--------------|
| 4/13/6<br>EmTC<br>8:15p | S- Pt seen in clinic for s/call - c/o difficulty ē ambulation. States "I have this problem for 4 yrs."<br>O - TPR 99.8  85. 18.  B/P: 128/74.<br>Pt able to stand up ē assist. difficult ambulating. Muscle twitching noted.<br>A - Unsteady gait. Difficulty ambulating<br>P - Referred to md for further eval. ___ RN |
| 4/13/06<br>C76<br>8:45p | S/P ® ankle injury (4y).<br>Patient ambulating ē severe difficulty even ē walking cane help.<br>    Has been able to stand sit ē assistance<br>       VS stable<br>    Hx of RSD (reflex sympathetic dystrophy).<br>   see above VS.<br>ATTEMPT TO TRANSFER PATIENT TO NIC. NO BED AVAILABLE AS PER Dr SINGA.<br>Patient given crutches to help in ambulation.<br>RTC card given for F.U in Apr (4/14/06). |



**DIVISION OF HEALTH CARE ACCESS AND IMP**
**CORRECTIONAL HEALTH SERVICES**

## PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SI.....

REYES, JASON    00000000
252 50TH ST            3
NY, NY 11220
13-JAN-83 O Y M 5'8"   216 BRO BLK
NY C
LOPICKELOW, ROE
1866 60TH ST 3, NY, NY            FI
3490602628 0470442Y 11-FEB-06

| DATE | OBSERVATIONS |
|------|--------------|
| 4/14/06 | Flu |
| 8:10PM JM | Asked by SMD to transfer Pt to NIC |
| 11:45 | Forced documentation from Por MD |
| | Hx RSD (Reflex Sympathetic Dystrophy also known as |
| | Complex Regional Pain Syndrome |
| | Pt presented to NIC last night. denied admission 2 weeks |
| | Pt housed on main floor new glass center but still needs problems |
| | ambulating. Also unsteady on feet making it difficult to do ADL's |
| | Ⓢ T 99⁵  BP 130/78   P 72   RR 16 |
| | Pt ambulates c̄ crutches but needed assistance getting up |
| | from the chair |
| | Ⓞ RSD (Reflex Sympathetic Dystrophy) |
| | Ⓟ Call to NIC - Spoke c̄ Dr. Georges - states not a candidate |
| | Also states there are no beds |
| | SMD made aware |
| | Flu 4-12 shift to resubmit NIC |
| | Glenda Shearn, PA |
| 4/14/06 10:15PM | Multiple attempts made to follow up c̄ SMD or administrator at NIC failed |
| | - Dr Colichmon was informed about this problem and also about this need for NIC bed. |
| | Case will be endorsed to the 4-12 MD after Dorm -3 admission |
| | Jean Liautaud, MD |

**NYC Health**
DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 4/14/06<br>C76<br>98⁴ | Patient transfer to DORM 3 for medical reasons NO BED IN NIC - DOC NOTIFIED<br>_Gabriel Jean Louis, MD_ |
| 4/19/06 | MD Nav<br>c/o pain<br>restrain 800 mppo Stat + 7 days ndv<br>AsK |
| 4/21/06<br>NIC<br>D3<br>11 AM | f/c<br>Pt c/o pain in ℞ foot,<br>Pt on pain medication and<br>will want pain mangmt. to<br>follow-up<br>V/s - stable<br>℞ foot ⊖ny swelling ⊖ redness<br>Nl pulse bilat)<br>A/p s/p ℞ foot injury<br>Cont- Current management<br>Neurology f/v<br>_Harjinder Bhatti, MD_   _Youngeun Sayall, RPA-C_ |

NYC 0000024



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

REYES, JASON
3490602628

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 5/12/06 NIC 0₃ 12:15 | SC 1FM                        CA NOTE |
| | QUESTION ON MEDICATIONS     C/S CONSTIPATION |
| | 23 y/o PMH₂ REFLEX SYMPATHETIC DYSTROPHY |
| | 2° TRAUMA (L) HEEL 4/16/02 CHRISTELLA HOSP |
| | SYMS RSD DEVELOPED WITHIN 3 to 4 MOS |
| | PAIN (L) LEGS KNEES or HIP |
| | WHEEL CHAIR SINCE 4/17/06 |
| | PAIN + WEAKNESS TO LEGS |
| | FOLLOWED BY DR ZASLACER   STATEN ISLAND |
| | OK AT CHRISTFRANC HOSP NEEDS 1st OR RHEE |
| | Ⓢ T 98° P 22 R 14 P 72 |
| | NECK SUPPLE |
| | NO CERVICAL NODES |
| | PHARYNX CLEAR  TM CLEAR |
| | CLEAR PERRL NORMAL |
| | HEART RR S M |
| | LUNGS CTA |
| | ABD AS NORMAL  SOFT NON TENDER |
| | |
| | CHRISTFRANC PXR        POSTERIOR PXR |
| | SLIGHT DECREASE 3 28 (L) CALF VS R) |
| | TRACE CUFFY FOS |
| | CALF LEG SLIGHT HYPERPIGMENTATION |
| | MEDIAL THIGH SLIGHT HYPERPIGMENTATION |

CHS-C88 (Rev. 3/05)



NYC Health
THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

REYES, JASON
349 0607628

| DATE | OBSERVATIONS |
|---|---|
| 5/2/06 | A) Hx REFLEX SYMPATHETIC DYSTROPHY |
| | INJURY (L) HEEL 4/02 |
| | CHRONIC LOWER EXTREMITY PAIN |
| | P) ↑ NEURONTIN 300mg PO TID x 14d |
| | - COLACE 200mg PO QD x 30d |
| | - LIDOCAINE PATCH ii LOWER EXTREMITY QD x 14d |
| | - OXYCONTIN SR 20mg PO BID x 7d |
| | CYMBALTA 60mg PO QD x 7d |
| | PROVIGIL 200mg PO QAM x 7d |
| | Pt ED MEDICA EVAL IF IC - UNDERSTANDS |
| | Tarjinder Bhatti, MD [signature] [signature] Thomas Schwaner, PA |

CHS 298 (Rev. 3/05)

NYC 0000026

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 5/18/06<br>NICO S pt<br>dorm.<br>12:30AM | <u>Mental Area Health Note</u><br>pt slated for PSTPR, how-<br>ever pt, declines services. pt.<br>reported he spoke to MH2 to<br>anger as he was not getting<br>the proper pain medication. pt<br>reported He is now getting his Oxy-<br>Contin 20mg q. Thus, he re-<br>ported he is no longer stressed. Denies<br>any depression/anxiety + pt does-<br>not exhibit any symptoms of the<br>above + pt denies any past Yhx.<br>pt did report that talking w/ MH<br>helped as he was frustrated Medical<br>was not giving him proper Meds. A letter<br>from community confirmed his pain<br>meds. Thus, pt not in distress and not<br>in need of MHF/u. ▬▬▬▬<br>████████████████████<br>████████████████████<br>████████████████████<br>████████████████████<br>A: pt stable in dorm 3 w/ no MHF/u<br>pt is aware how to access MH services<br>if needed.<br>P: GP dorm 3 NO MHF/u. |

CHS CAE (Rev. 1/05)        NYC 0000041        Frederick Guy