**NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE**

REYES JASON
3490602628

**TRANSFER CHART REVIEW**

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | | | |
|------|------|------|------|
| 4/13/06 | NEW FACILITY: C76 | | |
| | D.O.C. ADMISSION DATE 2/11/06 | STATE TRANSFER: ☐ YES ☒ NO | |
| C76 | RPR DOCUMENTED | ☒ YES ☐ NO | |
| 35 | UA DOCUMENTED | ☒ YES ☐ NO | |
| 2 PM | PPD DOCUMENTED | ☒ YES ☐ NO | |
| | HISTORY COMPLETE | ☒ YES ☐ NO | |
| | PHYSICAL EXAM COMPLETE | ☒ YES ☐ NO | |
| | ALLERGIES | | |
| | MEDICAL PROBLEMS | FOLLOW UP DATE: | |
| | #(1) S/P (L) ANKLE INJURY c̄ NERVE damage (2002) → Come for ambulation | | |
| | NEW LABS ORDERED: (LIST) | | |
| | CONSULTS PENDING: (LIST) | | |
| | MEDICATIONS RENEWED: (LIST) | | |
| | MENTAL HEALTH FOLLOWUP | ☐ YES ☒ NO ☐ STAT ☐ ROUTINE | |
| | PT CALLED TO CLINIC | ☐ YES ☒ NO | |
| | DISP: ☒ GP ☐ DETOX ☐ MO ☐ INF ☐ CDU ☐ ER ☐ URGI | | |
| | OK FOR FOOD HANDLERS | ☒ YES ☐ NO | |
| | COMPLETED BY: | | |

CHS 1091 (Rev. 6/04)



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

Reyes, Jason
349 06 02628
DOB 1-13-83

| DATE | OBSERVATIONS |
|------|--------------|
| | Admission Note |
| 4/18/06 Nic Dorm 6pm | S: 23 y/o ♀ Pt admitted to Nic D2A via Bellevue c̄ c-76 to med Dx of RSD (Reflex Sympathetic Dystrophy) Pt states his lower limbs was crushed c̄ a Forklift x 4 years ago at Home Depot Resulting in this debilitating condition. This RSD condition is characterized by pain, uncontrolled twitching/spasm and weakness. Pt denied any other major medical problems; he admits to Recent depression and is on medication R/T the physical effects of RSD and its associated life style change. —— O: Pt seen in w/c in Tx Room he c/o pain '9' on the pain scale involuntary muscle spasm's observed in (L) lower extremity. Pt quite verbal and appears to be adequately informed Re: This disease entity. V.S. done and |

NYC 0000028



**NYC Health** DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|---|---|
| | WNC BP 118/78 P86 R16 T988 wT 201 lbs and stated height of 5'8" was recorded. A (i) impaired mobility (ii) altered comfort (pain) (iii) Risk for injury all related to this Dx of RSD. P: medicated for pain w/c for mobility and exercise reasonable caution to avoid falls and any further injury. Pt was educated to Don'T c respect to medication and meal times pt instructed to Requested meal, Nsg. assistance when deemed necessary. On duty MD to evaluate and write Rx orders. E. Jackson |



**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes Jason
3490602628
1/13/83

| DATE | OBSERVATIONS |
|------|-------------|
| 1/18/06 | MD admitting Note |
| ML-D,A | This is a 22 y/o with H/o Reflex sympathetic |
| 7⁰⁰ A | dystrophy was transfer from BVH because pt is having |
|  | ambulatory difficulty and needs w/c |
|  | Allergy Fentanyl |
|  | Surgery declines |
|  | Social ∅ smoking ∅ illicit drugs |
|  | Pt was seen and evaluated / AAO₃  B₁  9/10 |
|  | vitals, 113/78    86    16    98⁸ |
|  | HEENT PERRLA, NC |
|  | Neck supple |
|  | Chest good air entry B/L, + Gynecomastia |
|  | Heart S₁ S₂ Regular |
|  | abd soft, N/L BS |
|  | ext no edema ⊕ Pulse |
|  | (L) leg pain on palpation |
| A/P. Reflex sympathetic dystrophy |
|  | will give pt meds as recommended |
|  | Neurontin 300 g BID |
|  | oxycontin SR 10 g PO Q12h + taper down |
|  | Lidoderm patch Q12h PD |
|  | Cymbalta 40 g daily × meds |
|  | Neuro consultation when H+P |
|  | Regular diet |

Habib Kamkhaji, MD

CHS 789 (Rev. 5/03)



**NYC** Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 4/18/06 | RA NGTC |
| NSG 2.2a | 23 yo ♂ Admitted to NSC earlier today |
| 11:00am | dun dx 4/10/06  reflex sympathetic dystrophy |
| | c/w s/p left ankle sprain |
| | Pt seen w/s 5 cb |
| | 11x/2 99° 86, 16 |
| | A+0x3 in wheelchair. Sweating |
| A/ | reflex sympathetic dystrophy |
| | Oxycontin 5n 10 q 12° |
| | Neurontin 300 TID |
| | Lidocaine patch |
| | Cymbalta 40 qd |
| | Neuro follow up |
| | Pt currently ___ |
| | excessive compliance |
| | Pt instructed to notify med staff if any change in needs |
| | James ___ PA  Rajeev U. Achari, MD |
| 4/19/06 | MPS |
| 6a | s̄  no c/o |
| D2A | O  no changes in general condition |
| | B/P 104/80  22-16  79.7°, Medicated |
| | A  The c̄ health maintenance |
| | P  continue c̄ POC |
| | W.Williams Rn |



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

Reyes Jason
349 06 02628

# PROGRESS NOTE

## EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | Nurses note    OBSERVATIONS |
|------|------------------------------|
| 4/19/06 242 D20 | S- pt on po antibiotic — use of sympathetic dystrophy. Pt c̄ treatment ordered / pain P Rx oxycodan neurontin lidocaine patch — pt still c/o pain med not sufficient. Instructed for reevaluation by primary care provider. ✓ Smith RN |
| 7/21/06 NEC RM 1030 am | PA NOTE 23 yo ♂ admitted to rec 7/18/06 on o/c 7/18/06 reflex sympathetic dystrophy pmy s/p severe left ankle sprain pt seen for follow up / pain mangd Currently taking: Oxycontin 20mg Q 12 hrs Neurontin 300g TID Cymbalta 70g Q6 Lidocaine patch pt seen in MHS - requests meds as given by pain mangd clinic pt reports of good pain control c̄ the then meds / doses. As per pain mangd clinic: Oxycontin 20m Q 12 hrs Cymbalta 60g Q6 Provigil 200g Q6 Lidocaine patch will ↑ cymbalta from 70g to 60g Q6 will order provigil 200 m Q am Neuro consult pendg — pt education given pt instructed to notify med staff of any change in condition |

CHS L88 (Rev 3/05)    Rajeev L. Achari, MD    NYC 0000032



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 4/24/06 | PANTE |
| NSR22A | 23 yr ♂ Admitted + NIC 4/18/06 |
| 10sum | Burn D/C 4/17/06   Reflex sympathetic Dystrophy |
| | PMH sl. left ankle sprain |
| | pt was report f ↓ pain p med change 4/21/06 |
| | 12 hr, oxy. DC ↑   A. wy) in weakness |
| | HEENT pxc tear |
| | chs  cl. + cuul |
| | card  SR regal |
| | resp  SCE ⊕ Bil surs |
| | ext  NDLE edem/ discolord |
| A/P | Reflex Sympathetic Dystrophy |
| | Oxycontin 20 mg Q 12 Hours |
| | Neurontin 300 TFn |
| | Cymbalta ~~40 mg~~ 60 mg as |
| | Lidocaine patch |
| | Provigil 200 mg |
| | Neuro consult pending |
| | pt education given |
| | pt instruct + meth med still of sx chngs increase |
| | clear for transfer + Dorm 3 |

Adriana Vives, MD                James Patrick, RPA



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
3 4 4 0602618

| DATE | OBSERVATIONS |
|------|--------------|
| 4/25/06 | S: PA NOTE |
| N.C. P₃ 3:10 ? | S) REQUEST SIDE RAILS FOR BED |
| | HELP c̄ MOVEMENT |
| | O) ORIENT x 3 FULL RANGE AFFECT LOOKS WELL |
| | A) PMHx REFLEX SYMPATHETIC DYSTROPHY |
| | P) MEDS (TODAYS) REORDERED |
| | NEURONTIN/ OXYCONTIN /CYMBALTA /PROUGIC |
| | Pt ED MAKA EVAL IF / UNDERSTAND |

*Harjinder Bhatti, MD*          *Thomas Schwaner, PA*

| | |
|------|--------------|
| 4/26/06 | S: |
| N.C. P₃ 2:10 | S) C/O ITCH TO BACK |
| | ESPECIALLY ARMS |
| | REQUEST ≠ MATTRESS |
| | O) BC 148/72 P 80 R 14    TEMP BR / LUNG CTA |
| | ARMS c̄ hyperkeratotic papules (few) |
| | A) DERMATITIS |
| | P) HC 1% CREAM TOPICAL ARMS B.D x 14D |
| | Pt ED SKIN CARE |
| | NOTE FOR ≠ MATTRESS SUBMITTED |
| | Pt ED MD PA EVAL AS ICW / UNDERSTAND |

*Harjinder Bhatti, MD*          *Thomas Schwaner, PA*

NYC 0000034



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
344 06 02628

| DATE | OBSERVATIONS |
|------|--------------|
| 4/27/06 | PA NOTE |
| NICA₃ | CHRONIC PAIN MGT (RENEWAL) |
| 930ᴬ | OXYCONTIN SR 20mg Po BID x7d |
| | CYMBALTA 60mg Po QD x7d |
| | PROVIGIL 200mg Po QAM x7d |
| | |
| | Harjinder Bhatti, MD          Thomas Schwaner, PA |
| | |
| 5/3/06 | PA NOTE |
| NICA₃ | ~~PATIENT REQUESTING AIR MATTRESS~~ |
| 745ᴬ | ~~NOTE FOR L MATTRESS WAS ORDERED~~ |
| | ~~ERROR~~ |
| | |
| | Thomas Schwaner, PA |
| | |
| 5/3/06 | SL IT NOTE |
| NICA₃ | REQUEST MEDICATION TO BE GIVEN Q6HRS |
| 1230ᴾᴹ | AS PRESCRIBED BY PMD |
| | REQUEST TO SEE PHYSICIAN |
| | SOMETHING IN FOOD   GIVES HIM NAUSEA + VOMIT |
| | AND CONSTIPATION OCCURS WHEN THE MEALS |
| | ARE NOT ANY GOOD   OCCURS IN PAST AFEW TIMES |
| | FEELS WELL |
| | NO ABDOMINAL PAIN |
| | ⊘ T 98 P 120/20  180  R 18 |
| | NECK SUPPLE |
| | MOIST ✓ CLEAR   SCLERA CLEAR |
| | HEART RR S₁ S₂   LUNGS |

**NYC Health**
*[illegible]*

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

### EVERY ENTRY MUST BE DATED AND SIGNED

REYES, JASON
344 06 02625

| DATE | OBSERVATIONS |
|------|--------------|
| 5/4/06 | ABD as norm no distension soft non [illegible] |
| | ABD/LUNGS MENTAL EXAM |
| | ① Pt H/ MILD NAUSEA on now |
| | NORM ABD EXAM |
| | ① Pt ED / MAICA EVAL IF ILL/ UNDERSTANDS |
| | *Thomas Schwaner, PA* |
| 5/9/06 | SC CR NOTE |
| NICM | ① STILL c CONSTRICTIVE |
| 3:15P | AFFECT NOW |
| | ② ORIENT x3 FULL RANGE AFFECT |
| | ③ RSO STABLE |
| | ④ CONTINUE CURRENT TX |
| | Pt ED on BOARD CARE |
| | Pt CONSULT PLACED (RSN) |
| | MAICA EVAL IF ILL/ UNDERSTANDS |
| | *Thomas Schwaner, PA* |
| | *Harinder Bhatti, MD* |
| 5/1/06 | CR NOTE |
| NICM | MEDS RENEW |
| [illegible] | NEURONTIN 200g [U BID] x30 |
| | CYMBALTA 60g [U HP] x2 |
| | TRAZODONE 200g [U GHS x 2] |
| | *Harinder Bhatti, MD* |
| | *Thomas Schwaner, PA* |



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

### EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 5/6/06 | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| MC | *[illegible handwritten notes]* |
| D3 | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | *[illegible handwritten notes]* |
| | **Martha Fair, MHC** |
| | |
| 5/4/06 | SC |
| MHC D3 | REQUEST CONSULT FOR NEUROLOG FOR RSD, NJ D |
| 11/5/06 | NEUROLOGY CONSULT WAS TAKEN 4/18 |
| | *[illegible]* ISOLATED AROUND EYES *[illegible]* MOST OF |
| | TO TEMPORAL AREA |
| | *[illegible]* USUAL HEADACHE |
| | *[illegible]* E TYLENOL |



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
349060 2628

| DATE | OBSERVATIONS |
|------|--------------|
| 5/9/06 cont'd | *(handwritten clinical notes, largely illegible)* |
| | Saunder Bhatti, MD    Thomas Schwaner, PA |
| 5/11/06 | *(handwritten clinical notes, largely illegible)* OXYCONTIN ... CYMBALTA ... PROVIGIL ... LIDOCAINE PATCH ... Thomas Schwaner, PA    Marie Georges, MD  Liq #188367 |
| 5/11/06 | *(handwritten clinical notes, largely illegible)* Faisal Ali, MD    Thomas Schwaner, PA |

CHS 288 (Rev. 3/05)

NYC 0000038



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

### EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 5/12/16 | PA Note sick call |
| N/CD₃ | S. P c/o *(illegible)* |
| 11:14 AM | *(illegible handwriting)* |
| | *(illegible handwriting)* |
| | *(illegible handwriting)* |
| | O: NAD 116/80, 76, 16, 98.1 |
| | *(illegible handwriting)* |
| | *(illegible handwriting)* |
| | A: *(illegible)* |
| | P: *(illegible handwriting)* |
| | *(illegible handwriting)* |
| | *(illegible handwriting)* |
| | *(illegible handwriting)* |
| | Richard Dorf, RPA |
| | Anuma Utu, MD |
| 5/17/06 | *(illegible handwriting)* |
| N/CD₃ | *(illegible handwriting)* |
| S *(illegible)* | OxyContin *(illegible)* PO BID x 7d, *(illegible)* |
| | *(illegible handwriting)* Neurontin 1800 g PO TID x 30d |

Faisal Ali, MD

Thomas *(illegible)*, PA

NYC 0000039



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

REYES, JASON
349 0602629

## EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|-------------|
| 5/17/06<br>NKC O₃<br>840 A | CA NOTE<br>PATIENT WAS REFERRED TO PT 5/4/06 FOR LSD<br>PATIENT SEEN 5/06  RECOMMENDS FOLLOW-UP<br>FOR PT CONSULT PLACED 5/17/06 |
| | Faisal Ali, MD<br><br>Thomas Schwaner, PA |
| 5/18/06<br>NKC O₃<br>1155 A | SC   CA NOTE<br>C/o itchy SKIN BUMPS  arms<br>IMPROVED c̄ ↓ SIGNS + VTE<br>- REQUEST OXYCONTIN REFILLS AS PRESCRIBED<br>BY PMD<br>O) T↑B BC 130/78 c̄ 74 RR<br>PERRLA<br>HEENT BR 5 mm/ LUNGS CTA<br>ABD TENDER c̄ FEW BRUISES<br>A) DERMATITIS IMPROVEMENT<br>LSD A<br>P) HC 1% CREAM TOPICAL BID × 14 D<br>PT F/U SKIN CARE<br>D/C OXYCONTIN  PT F/U<br>MS CONTIN 15 ↑ PO BID × 72<br>PT F/U MORE PRN IF FAIL UNDERSTAND |
| | Thomas Schwaner, PA |

Mariel Roberts

CHS 208 (Rev 1/05)

NYC 0000040



**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

REYES, JASON
349 060 628

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|---|---|
| 5/22/06 | PA NOTE |
| NKDA | CHRONIC PAIN MGM MEDS REFILLED |
| SPD | MS CONTIN 15 mg PO BID × 7d |
| | CYMBALTA 60mg PO QD × 7d |
| | PROVIGIL 200mg PO QAM × 7d |

Thomas Schwaner, PA _____ PA SCHWANER

_____ MD

| 5/25/06 | SC PA NOTE |
| NKDA | S) REQUESTS TO Δ MS CONTIN BACK TO OXYCONTIN |
| 10:46p | STATES THAT MS CONTIN MAKES HIM NAUSEA |
| | + CHEST TIGHT FEELS SAD AT TIMES REQUEST RTN TO DORM 2 |
| | REQUEST FOR NEUROLOGY FOR RSD |
| | O) T 98 BP 110/70 P70 R14 |
| | pharynx clear |
| | HEART RR 5 m / LUNGS CTA / ABD SOFT NON TEN |
| | (L) FOOT HYPERSENSITIVE TO TOUCH |
| | SLIGHT HYPER Δ TO (L) TIBFIB |
| | A) RSD ANXIETY RELATED CHEST TIGHTNESS |
| | P) - NEUROLOGY CONSULT PLACED |
| | - D/C MS CONTIN |
| | - OXYCONTIN 20mg PO BID × 7d |
| NEW CELL | - SP → TO DORM 2 FOR FURTHER EVAL |

Thomas Schwaner PA

CHS 288 (Rev 1/05)

NYC 0000042



**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
344 060 2628

| DATE | OBSERVATIONS |
|------|--------------|
| 5/25/06 | C/O CHEST PAIN TIGHTNESS X 4 days |
| NKL P_ | MID ANT CHEST c̄ RADIATION TO (L) BACK |
| ___ | + (R) ARM    PAIN WORSE c̄ DEEP BREATH |
| | C/O NUMBNESS TO (L) ARM |
| | NOTED PAIN SINCE ___ OXYCONTIN TO ___ |
| | PAIN INTENSITY 8/10   AT TIMES |
| | NO Hx HEART DISEASE |
| | NO FAMILY Hx HEART DISEASE |
| | T 98  P 84  R 16   BP 120/7_ |
| | NO JVD |
| | CTA B/L |
| | HEART RR S₁S₂ |
| | ___ LTA |
| | ABD soft NON tender |
| | NO peripheral edema |
| | EKG NSR   ABN T WAVE INVERSION c̄ NON SYMETRICL (A) |
| | T WAVE INVERSION ALL LEADS   R/O ISCHEMIA |
| | Rx - SCORE c̄ URGICARE |
| | - EKG FAXED TO URGICARE |
| | POSSIBLE ISCHEMIC CHEST PAIN |
| | O₂ 15 L/M (MASK) / IV NS TKO / MONITOR |
| | EMS ARRIVED 1:45 PM   LEFT 1:50 PM |
| | SCHNEIDER ___ |

Faisal Ali, MD

CHS 288 (Rev 3/05)



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes Jason
3497 06 0 2 6 2 8

| DATE | OBSERVATIONS |
|------|-------------|
| 5/25/06 N/c L/A 1:20 Pm | 3/0 - Pt brought to Tx Room c/o chest pain x 2 days, alert, oriented x 3 Pt c/o nausea, BP = 110/70, P = 71 R = 14   T = 78.0 |
| | 1:40 P - VS, EKG done, O₂ 15ᴸ given by Nose. Rebreather mask in see level. Emer call @ 12:50 P - Arrive 1:00 P Left @ 1:00 Pm c Pt single alert, oriented. |
| | JCB# 1587   OP # 862 |
| | Jeanine Jean-Baptiste, RN |
| 5/27/06 3:00 pm | H.R.
Pt was sent to ER 2 days ago c/o cp.
MI ruled out dvd cardicendritis
Pt has flu reflex sympathetic dystrophy
currently dysfunctunt.
Pre 8: BP 130/90. 16. 98.
Neck supple
Chest - mild tender @ 4ᵗ - 5ᵗ R
& ts, rc
Abd Seung BSo
Ext - mild teh LLE
cur - o fed defer
A/P - cost chondt
· refer sympathetic dystrophy |

NYC 0000044



NYC Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

REYES, JASON
349 06 0 628

| DATE | OBSERVATIONS |
|------|--------------|
| 5/3/06 MD → 415 A | Pt Note |
| | Chronic Pain Mgt |
| | Lidocaine patch + Topical GD x 3 d |
| | Oxycontin SR 20 mg PO BID x 7d |
| | Neurontin 1000 mg PO TID x 3 d |
| | Cymbalta 60 mg PO GD x 7d |
| | Provigil 20 mg PO GAM x 7d |
| | _Thomas Schwaner, PA_ |
| | _Marta Grohert-Georges, MD_ L/C 198867 |
| 5/3/06 MD → 2 hr | SL CA Note |
| | Requests previous wheelchair |
| | that he had prior to Bx run |
| | patient c question on medication |
| | marked dec in chest pain |
| | noted slightly c deep breath |
| | T 98  BP 120/70  CBG RLL |
| | Heart RR S M |
| | Lungs CTA |
| | Slight tender Ant chest |
| | + costochondritis |
| | llx RSD |
| | Pt ed / medical eval if DC / understand |
| | _Thomas Schwaner PA_ CA |

NYC 0000045

CHS-88 (Rev 2/05)



**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Reyes, Jason
3490602628

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|-------------|
| 5/30/06 NIC-Dog D-3 8⁰⁰ Pm | *Redacted* |
| 6/1/66 5⁴⁵ A | MD note Pt refuses clinic appt @ BrH. Risks, Benefits, alternatives explained pt states he can not go today but agrees to be rescheduled for CA/MD to be reschedule Appt Habib Kamkhaji, MD |
| 6/2/06 NICO₃ 1³ᴬ | PA note CHRONIC PAIN MGE CYMBALTA 60 → PO QDx 7l PROVIGAL 20mg PO QAM x 7l OXYCONTIN 20mg PO BID x 7l |

NYC 0000046

HS 288 (Rev. 3.05)

Thomas Schwaner, PA
Roslynn Glicksman, MD



**NYC** **Health**
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYPSI JASON
344 0602 C28

| DATE | OBSERVATIONS |
|------|--------------|
| 6/2/06 NLL Dz | SC    PA NOTE |
| | PATIENT C QUEST ON MEDS |
| | STILL PAIN CHEST C MOVEMENTS |
| 12³⁰ | ② T98 BP 130/80 P 70 R14 |
| | HEART RRSM |
| | LUNGS CTA |
| | CHEST ANT + LAT MILD LATERAL TENDER |
| | C PALPATION |
| Ⓐ | COSTOCHONDRITIS |
| Ⓒ | CONTINUE CURRENT TX |
| | PT EL MGMT EVEN IF 2 C/ UNDERSTANDS |
| | Thomas Schwaner, PA |
| 6/2/06 NLL Dz | PA NOTE |
| | CHRONIC PAIN MGM (MED REFERRAL) |
| 915 A | CYMBALTA 60mg PO QD x 7L |
| | PROVIGIL 20mg PO QAM x 7L |
| | OXY CONTIN SR 20mg PO BID x 7L |
| | NEUROLOGY (B4) CONSULT (RESUBMITTED) PLEASE 6/6/06 |
| | Thomas Schwaner, PA |
| | Roslynn Glicksman, MD |

NYC 0000047

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

**PROGRESS NOTE**

*Jason Reyes*
*349040262E*

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|------|-------------|
| 6/6/06 NIC 11:05a | Chart review of consult in response to 2nd opinion ~ Pt on all Rx as recommended. Physical therapy order regarded last night c myofacial. Revised nero consult 6/1/06. Assess: Guam acute con, neuro consult recommended. Plan - Pt to Guam liv + Rx *[signature]* **Roslynn Glicksman, MD** |
| 6/6/06 NIC D3 1:10pm | D/C Planning Note. Client seen today and was offered discharge planning services. Client reports that he does not need discharge planning services. Client reports that he is not homeless and currently receives 840.00 for workers comp. Client reports that he has active Health Benefits. Client is Scheduled to be released on 6/11/06. Client Signed a declination form refusing all services. *Monique Anderson, MSW* *D/c planner* |

# NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## PROGRESS NOTE

Jason Reyes
349·06 02628

**EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|---|---|
| 9/06 | Review to Note: This Worker met with the above named client to finish-up Mental Health Discharge Planning Services. |

Redacted

Mary Fullman
Caseworker

**New York City Health and Hospitals Corporation**
**Office of Correctional Health Services**
**PSYCHOSOCIAL EVALUATIONS**

| Patient's Name | Date |
|---|---|
| Keyes, Jason | 5/30/00 |

| Book & Case Number | NYS ID Number | Patient's Soc. Sec. Number |
|---|---|---|
| 3490602628 | | unknown |

Redacted

(Include source of referral and patient's complaint)

Pt. is a 23 y/o male, referred by medical staff due to c/o of feeling depressed at times. —
Pt. c/o of feeling depressed after his medical condition (reflex sympathetic dystrophy) + chronic pain in 2003, c/o of sadness, ↓ energy, sleeping too much, ↓ self esteem. —

HISTORY OF PRESENT ILLNESS (Include onset of current episode, symptoms, degree of impairment in functioning, stressors experienced).

Redacted

II. CURRENT ARREST/INCARCERATION INFORMATION
Charge(s)

| Attorney Name | Atty. Tel. No. | Sentence/Conviction | Length of Stay | Discharge Date |
|---|---|---|---|---|

ARREST/INCARCERATION HISTORY

| Date of Arrest | Charges | Conviction Yes / No | Sentence Length | Time Served | Parole Status |
|---|---|---|---|---|---|

Redacted

Comment How well did patient cope with prior incarceration? Explain.

Redacted

III. EDUCATION HISTORY

| LAST GRADE COMPLETED | ACADEMIC FUNCTIONING | SCHOOL BEHAVIOR (Delinquency, fighting, fire setting) |
|---|---|---|

Redacted

Redacted

NYC 0000050

## IV. FINANCIAL DATA/ EMPLOYMENT HISTORY

| PA | SSI | VA | Unemployment Insurance | OTHER (Describe) | EVER EMPLOYED? |

## V. FAMILY HISTORY

FAMILY OF ORIGIN (Parents, Siblings, Ages, Significant events and relationships)                    FY)

*Redacted*

## VI. HISTORY OF PHYSICAL AND/OR SEXUAL ABUSE

A. Was there any evidence that the patient was physically abused?                    res, flashbacks or withdrawal)

B. Was there any evidence (medical exam) that the patient was sexually abused

C. Was there any evidence that the patient physically abused other children?

D. Was there any evidence that the patient sexually abused other children?

*Redacted*

## VII. SUBSTANCE / ALCOHOL USE

SUBSTANCE (Include Alcohol) | AGE BEGAN | DURATION | QUANTITY | ROUTE OF ADMINISTRATION | MONETARY VALUE | COMPLICATIONS

*Redacted*

ty)

## VIII. MEDICAL HISTORY / PROBLEMS

CURRENT MEDICAL COMPLAINTS RECORDED IN CHART

(1) Reflex sympatetic dystrophie --

(2) chronic pain

CURRENT MEDICATION AND ITS SIDE EFFECTS, IF ANY  Oxy contin
Neurontin 800mg PCT - cymbalta

HISTORY OF HEAD TRAUMA (Loss of consciousness or hospitalization)

None

ALLERGIES

*Redacted*

## IX. PSYCHIATRIC HISTORY (Include prior episodes, dates, symptoms, treatment and response to treatment for inpatient and ___ ___ medication, and diagnosis if known)

*Redacted*

NYC 0000051

Redacted

NYC 0000052

Redacted

**CLINICAL FORMULATION** *(Include interpersonal relationships, strengths, weakness, patterns of raging, substance abuse, impressions as to validity of symptoms/information, diagnosis).*

Pt is

and possession of drugs - who is charged for open possession Pt. referred by medical staff due to c/o of feeling depressed, ↓ self esteem, ↓ sleeping, ↓ sleeping troubles after he got into a ‸ accident and is currently confined to wheel chair due to his current neurological condition.

Redacted

**XIIb. INITIAL DISCHARGE PLAN**

**XIV. REFERRAL FOR PSYCHOLOGICAL ASSESSMENT**
In the space below, please state a referral question(s). Include the observations you have made that led to your request for testing.

N/A. —

C. Eprillat Soyer NC  5/30/06
Reviewed and Approved by Clinician - Printed Name and Signature    Date

David Arnich  PhD  5/31/06
Reviewed and Approved by Licensed Clinical Supervisor or Licensed Unit Chief - Signature - Date
acting M.H. Unit Chief

Page 4 of 4                                    HS 28 (rev 8, 02)

**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**
**OFFICE OF CORRECTIONAL HEALTH SERVICES/MENTAL HEALTH SERVICES**

## CLINICAL ASSESSMENT AND COMPREHENSIVE TREATMENT PLAN/DISCHARGE SERVICE NEEDS

| PATIENT: Reyes, Jasm | BOOK & CASE #: 349060262 8 | NYSID #: 0470442Y |
|---|---|---|
| (CIRCLE) MO /(GP) FACILITY NIC HOUSING LOCATION Inf. D3 | DOB: 1-3-83 | DATE OF ADMIT TO MENTAL HEALTH SERVICES 5/30/06 | DATE OF Tx PLAN. 5/30/06 |

**Presenting Symptoms** *(partial list of symptoms frequently presented, check all that apply):*

- Antisocial Behavior
- Apathy
- Bizarre Behavior
- Blunted Affect
- ✓ Decrease in Energy or Fatigue
- ✓ Decreased Appetite
- Delusions
  - Grandeur
  - Paranoid
  - Persecutory
  - Somatic
- Distractibility
- Dizziness or Lightheadedness
- Excessive Worrying
- Feelings of Hopelessness
- Feigning of Symptoms
- Flat Affect

- Flight of Ideas
- Hallucinations (Auditory)
- Hallucinations (Visual)
- Impaired Judgement
- Incoherence
- Insomnia
- Loosening of Association
- Loss of Interest
- Memory Impairment
- Mood Changes
  - Anxious
  - ✓ Depressed
  - Elevated
  - Irritable
- Neglect of Medical Condition
- Persistent Anger

- Pressured Speech
- Psychomotor Agitation
- Psychomotor Retardation
- Racing Thoughts
- Religious Preoccupation
- Repeated Lying
- Self-Mutilating Behavior
- Sexual Preoccupations
- Suicidal Ideation
- Suicidal Gesture
- Suicidal Attempt
- Tremors
- Untidy Appearance
- Withdrawal/Detox from Drugs
- Other *(Specify)*

**Stressors** *(check all that apply):*

- Problems with other inmates
- Problems with DOC
- Recent death/losses
- Spouse/child problems

- Pregnant
- Withdrawal/Detoxification from drugs
- ✓ Severe medical problems
- Bing Issues

- ✓ Legal Issues (specify) *incarceration/charges*
- Other (specify)

**Patient Characteristics** *(check whether the following characteristics are strengths or weaknesses of the patient):*

| CHARACTERISTICS | STRENGTH | WEAKNESS | CHARACTERISTICS | STRENGTH | WEAKNESS |
|---|---|---|---|---|---|
| Compliant with Treatment | ✓ | | Work History | | |
| Motivated for Treatment | ✓ | | Interpersonal Skills | | |
| Support System | ✓ | | Insight | ✓ | |
| Domiciled | ✓ | | Health | ✓ | |
| Education | ✓ | | Hospitalizations | ✓ | ✓ |

**Diagnosis:**

Axis I ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Axis II ▇▇▇▇▇▇▇▇▇▇

Axis III *Reflux dyspepsia/gastric dysthropy chronic pain*

**Assessment of Problems and Needs** *(see explanation of goals and objectives on opposite page).*

| PROBLEM #1 | GOAL | OBJECTIVE #1  Patient will... | OBJECTIVE #2  Patient will... |
|---|---|---|---|
| ▇▇▇▇▇▇ | ▇▇▇▇▇▇ | ▇▇▇▇▇▇ | ▇▇▇▇▇▇ |
| | | TARGET DATE: 6/27/06 | TARGET DATE: 6/27/06 |

**NYC 0000054**

– 1 –

| PROBLEM #2 | GOAL | OBJECTIVE #1      Patient will... | OBJECTIVE #2      Patient will... |
|---|---|---|---|
| | | | |
| | | TARGET DATE: | TARGET DATE: |

| PROBLEM #3 | GOAL | OBJECTIVE #1      Patient will... | OBJECTIVE #2      Patient will... |
|---|---|---|---|
| | | | |
| | | TARGET DATE: | TARGET DATE: |

Anticipated Date of Discharge from Treatment: _____

**Treatment Modality and Frequency of Service:** *(check all that apply and indicate frequency of service)*

| MODALITY | FREQUENCY OF SERVICE | | | | RESPONSIBLE STAFF |
|---|---|---|---|---|---|
| ✓ Clinician Visits | Weekly | ✓ BiWeekly | Monthly | Other | |
| Psychiatrist Visits | Weekly | BiWeekly | Monthly | Other | MHC |
| Group Therapy | Weekly | BiWeekly | Monthly | Other | |
| Art Therapy | Weekly | BiWeekly | Monthly | Other | |
| Substance Abuse Counseling | Weekly | BiWeekly | Monthly | Other | |

Level of Care:      GP      ___ MO      ___ MHC      ___ Bing      ✓ Infirmary

Name of Medications: _____ *Nme* _____

**Patient's Statement of Involvement:**

I have participated in the review of my treatment plan. I have discussed it with my Clinician/Psychiatrist and agree to participation in the plan.

    I want to add something:

*K. Jaysen Reyes* _____     *Jaysen Reyes* _____     5/30/06
REVIEWED AND AGREED TO BY      PRINT NAME          SIGNATURE                      DATE

*C. Serp , MHC* _____     *C. Serp, MHC* _____     5/30/06
REVIEWED AND AGREED TO BY      PRINT NAME          SIGNATURE                      DATE

    *N/A*              *N/A*

*David Jurich, MD* _____     *David Jurich* _____     5/31/06
REVIEWED AND APPROVED BY      PRINT NAME          SIGNATURE                      DATE

NYC 0000055