CORRECTIONAL HEALTH SERVICES
MENTAL HEALTH SERVICES
# DISCHARGE SERVICE NEEDS

PATIENT'S NAME: FIRST _Jose_      LAST: _Reyes_      B&C #: _389 06 02628_

**Declined Discharge Planning Services:**

❑ Yes, Date: _NO_

**Borough of Residence Following Discharge:**

❑ Manhattan          ☑ Brooklyn/Staten Island

❑ Bronx              ❑ Queens

**Armed Forces:**

☑ No  ❑ Yes   If, Yes: ❑ Honorable D/C  or  ❑ Other than Honorable

**Current DSM-IV Diagnosis:**

AXIS I: ▆▆▆▆▆▆▆▆▆▆▆▆

AXIS II: ▆▆▆▆▆▆▆▆

XIS III: ▆▆▆▆▆▆▆▆

**Community Treatment:**

▆▆▆▆▆▆▆▆▆▆

**Community Services Currently in Place:**

▆▆▆▆▆▆▆▆

**Case Management:**

▆▆▆▆▆▆▆▆

**MICA:**

▆▆▆▆▆▆

**Specific Referral(s):**

**Psychotropic Medication:**

▆▆▆▆▆▆▆▆

SPMI: ☑ NO   ❑ YES

**As Per The Patient:**

❑ Monthly Income: _$840 a month_  or

❑ Plan of Support: _____

**Entitlements:**

▆▆▆▆

**Homeless Upon Discharge:**

▆▆▆▆▆▆

**State Sentenced:**

▆▆▆▆▆▆

✗ _Jayson Reyes_

_R. Reyes  MHC_

_Tanish Singh_

✗ 5/30/06

5/30/06

5/31/06

NYC 0000056

# Utilization Management: Initial Review

1. **Treatment Plan Appropriateness:**

   A.   Are the symptoms/problems clearly identified?          ☑ Yes   ☐ No

   B.   Do the goals correspond with the symptoms/diagnoses?   ☑ Yes   ☐ No

   C.   Are the goals achievable?                              ☑ Yes   ☐ No

   D.   Do the objectives correspond with the goals?           ☑ Yes   ☐ No

   E.   Are the objectives observable/measurable?              ☑ Yes   ☐ No

2. **Treatment Recommendations:**

   A.   Is the patient being treated at the appropriate level?  ☑ Yes   ☐ No

   B.   Is the patient motivated/responsive to treatment?       ☑ Yes   ☐ No

3. **Discharge Service Needs Plan Recommendations** *(check all that apply):*

   ☑  Discharge service needs plan is appropriate to the treatment plan

   ☑  Discharge service needs plan approved

   ☐  Modify treatment or discharge service needs plan: *(specify)* _____

   _____

   ☑  Planned date of discharge from treatment .... *pending court*

   ☑  Refer to next Utilization Management Review after approved number of sessions.

   ☑  Date of next review  6/27/06

**Additional Comments:**

Utilization Management Reviewer(s):

David Jurich, PhD                          David Jurich          5/31/06

# NYC Department of Health & Mental Hygiene
## MENTAL HEALTH INTAKE FORM

**Patient's Name**
Roye _____

**Book & Case Number**
7496602928

**NYS ID Number**
04704424

**DATE**

**BUILDING & HOUSING AREA**
NIC - 13

**DATE OF BIRTH**

**AGE** 22

**ETHNICITY** Jal/no

**ADDRESS**

**PRIMARY LANGUAGE**

**ABILITY TO SPEAK ENGLISH**

**Interpreter Needed?**

**EMERGENCY CONTACT PERSON**

**EMERGENCY TELEPHONE NUMBER**

**PATIENT REFERRED BY**

(Include source of referral and patient's complaint)

Ref. by medical for MH _____

| | YES | NO |
|---|---|---|
| A) Evidence of physical abuse to patient? | ☐ | ☐ |
| B) Evidence of sexual abuse to patient? | ☐ | ☐ |
| C) Evidence of physical abuse by patient? | ☐ | ☐ |
| D) Evidence of sexual abuse by patient? | ☐ | ☐ |

### SCREENING

1. Are you experiencing depression, anxiety, or hallucinations?  NO  YES

2. Have you experienced any of these symptoms in the past?  NO  YES

3. Have you had any previous mental health treatment?  NO  YES

4. Has anyone in your family ever been hospitalized for mental illness?  NO  YES

5. Has anyone in your family taken medication for emotional problems?  NO  YES

6. Do you or have you ever used alcohol or drugs?
(If yes, quantity, duration and type of drugs)  NO  YES

7. Have you ever tried to hurt yourself?
(If yes, give reason, method, precipitant, and whether hospitalized)  NO  YES

8. Are you thinking about hurting yourself?
If yes, Why, and Do you have a plan?)  NO  YES

9. Do you see any other alternatives or solutions to the problems?  NO  YES

10. Is there any history of family members trying to hurt themselves?  NO  YES

11. Have you ever hurt anyone when you were angry or upset?  NO  YES

12. Are you planning to hurt someone?
(If yes, Who?)  NO  YES

13. What you you do when you get upset?
(Describe coping mechanisms)

14. What are some recent stressors?
(Include reason for incarceration, punitive segregation time, or family/community issues)

15. Describe significant medical history

This page redacted



# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
*Mayor*

Thomas R. Frieden, M.D., M.P.H.
*Commissioner*

nyc.gov/health

## DISCHARGE SUMMARY – AFTERCARE LETTER

**LAST NAME:** Reyes
**FIRST NAME:** Jason
**B/C#:** 349·06·02628
**FACILITY:** NIC - Dorm - 3

**NYSID#:** 04704424
**DATE OF INCARCERATION** 02/11/06
**RELEASE DATE:** 06·09·06

[4] Pt had declined DCP Services
**DIAGNOSIS(s)** *Redacted*

## MEDICATION
[ ] Prescriptions

[✓] Medication – Medical Only
[ ] No meds dispensed at release: _____
[ ] Names of medication and dosages: _____

[✓] Pt not receiving medication while incarcerated

[ ] Medication refused

_____ (state reason)

## MEANS OF RELEASE
[✓] Planned release
[ ] State prison/state jail

[ ] Release from Court: _____ (state type)
[ ] Unplanned release from RI _____ (state type)

## SERVICES SECURED PRIOR TO RELEASE
[✓] Community Services Brochure provided
[ ] Medicaid Application
[ ] DHS Referral
[ ] State Facility Referral
[ ] Borough LINK – Date of acceptance:
   [ ] Brooklyn EAC LINK
   [ ] Queens VOA
[ ] Transportation

[ ] Medication Grant Program Care provided
[ ] Public Assistance Application kit & referral
[ ] NYC HRA 2000 Application
[ ] Referred for Civil Hospitalization

[ ] NYC FEGS
[ ] Bronx Fordham Tremont

[ ] Other: _____

[✓] Other: The Client will Return to 1866 60th Street, Apt - 3, New York, N.Y.
Girl friend - Roc Lopickew - (646) 696-0554

[✓] Community Treatment Provider(s): (specify name of providers, whether appointment was made or just referral, time, date and location of appointment and any other relevant information.)
The Client follow-up with Drimke Physical Therapy at ONE-ON-ONE.

Patient: _Jason Reyes_    Date: 6-09-06

Discharge Planner/Nurse/Clinician: _Mary Turner_    Date: 6/9/06

NYC 0000060

# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
Mayor

Thomas R. Frieden, M.D., M.P.H.
Commissioner

nyc.gov/health

*AKA Jayson*

## DECLINATION OF DISCHARGE PLANNING

**NAME:** Jason Reyes

**NYSID #:** 04704424

**B/C #:** 349.06.02628

**FACILITY:** NIC - Annex Dorm 3

**DATE:** 06.06.06

This form serves to demonstrate that while I have been offered discharge planning services, I choose not to participate at this time. I am aware that I may seek assistance for discharge planning at any future point by notifying a member of the Mental Health Department.

I choose not to participate in the following:

[X] All Discharge Planning Services
[ ] HRA Prescreening
[ ] Medicaid Application
[ ] Public Assistance Program, if SPMI
[ ] HRA 2000, if SPMI
[ ] Transportation, if SPMI or likely SPMI
[ ] Boro LINK Placement, if SPMI
**[ ] Disclosure of Medical Records to BRAD H Monitors**

[ ] Department of Homeless Services referral
[ ] Veterans referral
[ ] Medication upon release
[ ] Medication Grant Program Participation
[ ] Community Mental Health Placement
[ ] SPAN Brochure
[ ] Discharge Planning Rights Brochure

**PATIENT'S SIGNATURE:** *Jason Reyes*

**DATE:** 06-06-06

*SSO 840.W*

**STAFF'S PRINTED NAME:** Monique Andersen

**STAFF'S SIGNATURE:** Monique Anderson

**DATE:** 06.06.06

The above named patient has indicated his/her choice to decline all or some discharge planning services, and he/she has elected not to sign this document.

Staff's signature: _____   Date: _____

Witness: _____   Date: _____

PHYSICAL THERAPY PROGRESS NOTE

Name: Reyes, Jason                    Brs: 349 of 02628          D/C
                                                                 6/9/06
DOB: 11/17/83           Clinic Name: PT              Physician:   TS

MD Diagnosis: _____    RSD                    D3

Contraindications / MEDS: _____ (L) foot 718 331-8751

| Exercises | Date | Date | Date | Date | Date | Date | Date | Date | Date | Date |
|-----------|------|------|------|------|------|------|------|------|------|------|
|           | 5/9  | 5/24 | 5/31 | 6/7  | 6/12 |      |      |      |      |      |
| ii        |      |      |      |      |      |      |      |      |      |      |
| Tens (LBP)|      | ✓    | ✓    | ✓    | D/C  |      |      |      |      |      |
| M HP      |      | ✓    | ✓    | ✓    | pt transferred |  |      |      |      |      |
| man       |      | ✓    | ✓    | ✓    |      |      |      |      |      |      |

Therapist Initials

Physical Therapist Signature: _____ M P.T.

NYC 0000062

5/24/05 - Pt has been in clinic m w c pt
results; pt has s/s of RSD
to the (L) medial/lateral/plantar s.
of foot c hyper pain reaction to
lite touch even on affected areas; currently tx
For LBP pain relief c trunk massage (posterior) pain, relief attempt
will try tx recommended in P.T. magazine
for RSD that recommends TENS to the associated
spinal nerve. contralateral electrode placement KM

5/31/06 - recent studies indicate use of tens c acupuncture tx
being employed. parameters to be high/low
c contralateral spinal e placement and LE
trigger points employed (+ knee, between fib/tib), s
Pt rec'd 30 min.; reassess pt reaction @ next
apt. cont P.T. CWM

6/8/06 - pt possible D/C; provided clinically evidence
for RSD tx; cont PT if held. KM

NYC 0000063

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| Leave blank for hospital use |
|------------------------------|

Patients' Name _____ RE ES  JASON ___ DOB _____

FROM _____ Ni _ O_ , 3 4 1 _____

Correctional institution          Inmate no.

Referred to _____ P _ ___ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date __ 5 14 05 __ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____ / _____
      Correctional institution      Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name __REYES, JASON__ DOB __1/13/53__

FROM __NIC__ __03__ / __344 060 2628__
Correctional institution          Inmate no.

Referred to __PT__ _____ Ward / Clinic

Hospital _____ / Clinic no.

PT

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

23 YO M Hx of

RSD REFLEX SYMPATHETIC DYSTROPHY
SINCE SEPT 2002

BILATERAL LEG PAIN + WEAKNESS

HYPERASTHESIA TO (L) HEEL

Request: PT FOR ROM TO
LOWER EXTREMITIES (AS TOLERATED)

Date __5/4/06__ Referring Physician __Thomas Schwaner, PA__ _____ Phone _____ Approved __Tajinder Bhatti, MD__

Consultation, findings and recommendations:

NYC 0000066

Pt has report of RSD; 2° to work related injury.
S/S of RSD to (L) foot m/l and plantar surface
c ↓ AROM @ ankle; cogwheel evident; pt has hypere-
in (L)CE c cogwheel oscillations evident when transfering
w. Being or walking. gait is impaired by RSD c ↑ (8/10)
pain levels brought on with W.B. ↓ to ↓ pain

Date _____ Physician _____

Syndrome (physical agents) (U.S. line) return to P.T.

*Reminder: Fully Complete the Problem List*

(S 044 Rev 4/8)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Reyes Jason_ DOB _1/13/83_

FROM _Nic DrA_ / _3490612628_
Correctional institution        Inmate no.

Referred to _Neurology_ _____ Ward / Clinic

Hospital _BVH_ _____ / Clinic no.

Leave blank for hospital use

_P₁_
_(2 weeks)_

Chief complaint or findings: _2 y/o → with H/o Reflex Sympathetic dystrophy discharge from BVH 4/18/06 recommended F/u Neuro in 2 w/s._

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

_Meds Neurontin 300 g TID_
_Cymbalta 40 g daily_
_Lidoderm Patch q12h Prn_
_Oxycontin SR 10 g Po q12h_

Request:

Allergy) fentanyl

Date _4/18/06_ Referring Physician (_HABIB KAMKHAJI, M.D._) Phone _1252_

Rajeev L. [signature]
Rajeev L. [signature]
Approved Chief, MH

Consultation, findings and recommendations:

_____ate _____ Physician _____

3 5014 (Rev  04)    *Reminder: Fully Complete the Problem List*    NYC 0000067

CORRECTION DEPARTMENT
CITY OF NEW YORK

COMMAND: NIC

DATE: 6/1/06

# SPECIALTY CLINIC REFUSAL FORM

PART A

INMATE'S NAME: Reyes Jason

BOOK AND CASE NUMBER: 3490602628

CLINIC:

CLINIC LOCATION: Bellvue

APPOINTMENT DATE: 6/1/06

I REFUSE TO GO TO MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.

(SIGNATURE OF INMATE)

WITNESSED BY (CLINIC STAFF):

Habib Kamkhaji, MD
(PRINT NAME)

(SIGNATURE OF STAFF MEMBER)    6/1/06 (DATE)

REASON FOR REFUSAL

---

CORRECTION DEPARTMENT
CITY OF NEW YORK

CLINIC SITE:

DATE: / /

# SPECIALTY CLINIC REFUSAL FORM

PART B

INMATE'S NAME:

BOOK AND CASE NUMBER:

CLINIC:

APPOINTMENT DATE: / /

REASON FOR REFUSAL

I REFUSE TO HAVE MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.

(SIGNATURE OF INMATE)

INTERVIEW CONDUCTED BY (PRINT NAME)    RANK    SHIELD #    SIGNATURE

NYC 0000068

| CORRECTION DEPARTMENT CITY OF NEW YORK | COMMAND  NICDA | DATE  6/1/06 |
|---|---|---|

## SPECIALTY CLINIC REFUSAL FORM

**PART A**

| INMATE'S NAME  Reyes Jason | BOOK AND CASE NUMBER  349a602628 |
|---|---|

| CLINIC | CLINIC LOCATION  Bellvue | APPOINTMENT DATE  6/1/06 |
|---|---|---|

| I REFUSE TO GO TO MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.  (SIGNATURE OF INMATE) | WITNESSED BY (CLINIC STAFF):  Habib Kamkhaji, MD  (PRINT NAME)  (SIGNATURE OF STAFF MEMBER)  6/1/06  (DATE) |
|---|---|

REASON FOR REFUSAL

---

| CORRECTION DEPARTMENT CITY OF NEW YORK | CLINIC SITE | DATE  / / |
|---|---|---|

## SPECIALTY CLINIC REFUSAL FORM

**PART B**

| INMATE'S NAME | BOOK AND CASE NUMBER |
|---|---|

| CLINIC | APPOINTMENT DATE  / / | REASON FOR REFUSAL |
|---|---|---|

| I REFUSE TO HAVE MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.  (SIGNATURE OF INMATE) | |
|---|---|

| INTERVIEW CONDUCTED BY (PRINT NAME) | RANK | SHIELD # | SIGNATURE |
|---|---|---|---|

NYC 0000069

NYC HEALTH AND HOSPITAL CORPORATION

**CORRECTIONAL HEALTH SERVICES**

AFTER CARE LETTER

*BC# 3490602621*

---

### AFTER CARE LETTER

Date: _6/8/06_

To Whom It May Concern:

Patient _REYES, JAYSON_ has been under our care for the following conditions:

I.  Health Problems

II. Treatments, Medications,
    Date, Follow-Up Needs

_Reflex Sympathetic_
_Dystrophy_ → _Neurology f/u_
_at B'14 -_
_HPI = No_
_R/R UR_

Follow-up care is required for the above conditions(s)

Clinic Tel. # _710) 506-1891_

Form # MM025

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | |
|---|---|
| Patients' Name REYES, JASON    DOB 1/3/53 | Leave blank for hospital use |
| FROM NYC / 3490602628 | |
| Correctional institution MEDICAL    Inmate no. | |
| Referred to _____ Ward / Clinic | |
| Hospital _____ / Clinic no. | |

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

PATIENT STATES WHEEL CHAIR THAT WAS GIVEN TO HIM FROM BELLEVUE HOSP WAS PLACED IN STORAGE ON 5/25/06

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

PLEASE RETURN IT TO PATIENT IF POSSIBLE    THANK

Date 5/30/06 Referring Physician  THANKS  Thomas Schwaner, PA _____ Phone _____ Approved _____

Consultation, findings and recommendations:

ate _____ Physician _____

NYC 0000071

S-5011-Rev. 04    Reminder: Fully Complete the Problem List

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE    CHS FORM

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

**3**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh | |

**2**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh | |

**1**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02625 | NIC | | NKA | |
| DRUG COMBYCTA | | DOSE 60 m | ROUTE PO | FREQUENCY QD | DURATION 7 d | NURSE | DATE/TIME |
| INDICATION CHRONIC PAIN MGN | | | | | | | |
| DRUG PROVIGIL | | DOSE 20 mg | ROUTE PO | FREQUENCY QAM | DURATION 7 d | NURSE | DATE/TIME |
| INDICATION CHRONIC PAIN MGT | | | | | | | |
| DRUG OXYCONTIN SR | | DOSE 20 m | ROUTE PO | FREQUENCY BID | DURATION 7 d | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

Roslynn Glicksman, MD

| DATE 6/6/06 | TIME 7/45 | PRESCRIBER SIGNATURE | STAMP 0264 | | | RPh | |

Write medication orders beginning from bottom of page
Chart Copy-White; Pharmacy Copy-Yellow

NYC 0000072

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**MEDICATION ORDER SHEET**

CHS FORM B

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349060 2628 | NICD 3 | NKA |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| COMBACTA | 60 g | PO | QD | 7d | | |

INDICATION: CHRONIC PAIN MGN

**3**

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| PROVIGIL | 20 g | PO | QAM | 7d | | |

INDICATION:

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| OXYCONTIN | 20 g | PO | BID | 7d | | |

INDICATION:

Roslyn Glicksman, MD

Thomas Schwaner, PA

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|
| 6/2/06 | | | 0864 | | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349060 2628 | NICD 3 | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| COMBACTA | 60 g | PO | QD | 7d | | |

INDICATION:

**2**

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| PROVIGIL | 200 mg | PO | QAM | 7d | | |

INDICATION:

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| | | | | | | |

INDICATION:

Marie

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|
| 5/30/06 | | | 086 Thomas Schwaner P | | |

Berrios, MD

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349060 2628 | NICD 3 | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| LIDOCAINE PATCH | 1 | TOPICAL | QD | 30 | | |

INDICATION:

**1**

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| (↑) NEURONTIN | 1000 mg | PO | TID | 30 | | |

INDICATION:

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|
| OXYCONTIN SR | 20 g | PO | BID | 7d | | |

INDICATION:

Marie

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|
| 5/3/06 | | | 0S Thomas Schwaner PA | | |

Write medication orders beginning from bottom of page.
Chart Copy–White; Pharmacy Copy–Yellow

CHS (B 1)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

D3
Eli hw st
uj 2 5/26

Patients' Name  REYES , JASON  DOB  1/13/53

FROM  NIC  D3 , 349 0602628
      Correctional institution          Inmate no.

Referred to  MENTAL HEALTH  Ward / Clinic

Hospital                          / Clinic no.

Chief complaint or findings:

_____gnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

23 Y0 M PMHx of
REFLEX SYMPATHETIC DYSTROPHY
CHRONIC PAIN + DIFFICULTY
IN PREVIOUS HEALTH PATIENT
FEELS SAD AT TIMES
RISK FOR DEPRESSION

Date  5/25/06  Referring Physician  Thomas Schwaner, PA  Phone _____ Approved  Roslynn Glicksman, MD  5/26/06

Consultation, findings and recommendations:

Pt. out to EHPW on 5/26/06
Pt. at FHPW 5/27/06. k.j.

5/30/06  Pt seen today by mental Health
7³º/m  full Psychiatric. hx of comprehensive
       Tx plan ___ ___ of ___
       with Fup. —

C. Sonje, ac HC

Date _____ Physician _____

**New York City Department of Health and Mental Hygiene**

## PATIENT REFUSAL OF TREATMENT

**Patient Addressograph**

3.H. NFULO PES
STYELMER 1st

Reyes   Jason   349 06 02 628          **CHS FORM C**

This is to certify that I am over the age of 18 years and I am refusing the following:

- ❑ Medical Evaluation [History and Physical]
- ❑ Medical Services
- ❑ Administration of Medication (other than psychiatric)
- ❑ Laboratory Services
- ❑ Diagnostic Testing
- ❑ Other _____

- ❑ Mental Health Evaluation
- ❑ Mental Health Services
- ❑ Administration of Psychiatric Medication
- ❑ X-ray Services
- ✓ Clinic Appointment at   BUH

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the risks, consequences and the danger to my health and possibly to my life which may result from my refusal of this procedure/treatment.

I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility and its staff from any and all liability for ill effects that may result from my refusal of treatment.

Pt was not able to sign because
of hand cheking, DOC form signed

_____          6/1/06
**Signature of Patient**                          **Date**

**Two Witnesses:**   I, Clothen Willen  am health care staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form.

Clothen Willen
**Signature and Title of Witness**

I, _____ am not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form.

_____
**Signature and Title of Witness**

**Interpreter/Translator:** [To be signed by the interpreter/translator if the patient require such assistance] To the best of my knowledge the patient understood what was interpreted, translated and voluntarily signed this form.

_____
**Signature of Interpreter/Translator**

NYC 0000075

CHS FORM C

| **REFUSAL OF TREATMENT PROGRESS NOTE** (The Refusal of Treatment Form C on the reverse side must also be completed) | **Patient Addressograph** |

On ___6/1/06___ (Date), the above-named patient refused the treatment, procedure which is medically or psychiatrically indicated and necessary. I explained the risks, consequences and danger to the health and possibly the life of the above-named patient.

As I explained to the patient, the risks, consequences and dangers of refusing the treatment, procedure include but are not limited to:

Pt refuses Clinic Appt w/ BVN This A
Risks + Benefits + Alternatives explained, pt states
he can not go Today but he agrees to be rescheduled
f/u pa/mp this A

I provided the above-named patient with the opportunity to ask questions. I have answered the questions asked and it is my professional opinion that the patient understands what I have explained.

_____
Signature of Attending Physician or Authorized Health Care Provider¹

___6/1/06___
Date

Habib Kamkhaji, MD
_____
Print Name and Identification Number

¹Authorized Health Care Provider is one who is credentialed and privileged by the medical staff to perform this diagnostic test, procedure or surgery that requires informed consent. See also HHC Consent Policy Article III.

CHS 205 (Rev. 2/04)

NYC 0000076

05/27/06 1019

Elmhurst Hospital Center
Discharge/Transfer Summary
79-01 Broadway   Elmhurst, New York 11373

Discharge/Transfer Summary

Patient:          Reyes,Jason                    DOS:         05/27/06
MR - MH:          2703710-1                       Report Date: 05/27/06
DOB/Age/Sex:      01/03/83  23Y    M
Order Author:
Location:         B4-11 01

================================================================================

Unscheduled Discharge/Transfer Summary
Event Time: Sat, 27 May 06  0851                       Status: complete

Sat, 27 May 06  1014    Documented by Ching Hung Chang, MD

Admit Date          : Thu, 25 May 2006
Disposition         : Discharge
Discharge Date      : Sat, 27 May 2006
Discharge Location  : Rikers
Patient Condition   : stable
Adm BP              : 130/103  mm Hg
Adm Pulse           : 117  bpm
Adm Resp            : 21
                    : 189 lbs 0 oz (85729 g, 86 kg)
                    : 5'8" (68 in, 173 cm)
CC/HPI              : Chest Pain 23 yo M with chest pain radiating to his back .
Adm Appearance      : Abnormal tremulous, appears uncomfortable
Adm HEENT           : Normal
Adm Cardiac         : Normal PMI, S1 S2 no murmurs, gallops or rubs
Adm Periph Vasc     : Dorsalis pedis pulse +2
Adm Pulmonary       : Clear to auscultation
Adm Abdomen         : +BS, no rebound or guarding
Adm Skin            : No rashes, lesions or ulcers
Adm MSK/Extremities : pain in left lower extremity to palpation
Adm Neurological    : Normal
BP                  : 116/70  mm Hg
Pulse               : 79  bpm
Resp                : 16
Temp                : 97 F (36 C)
Appearance          : Normal
Cardiac             : Normal PMI, S1 S2 no murmurs, gallops or rubs
Pulmonary           : Clear to auscultation
Abdomen             : +BS, no rebound or guarding
MSK/Extremities: pain when pressing of chest lateral to sternum

REPORT COPY

NYC 0000077

Elmhurst Hospital Center                    Page 2  of 2
Discharge/Transfer Summary
79-01 Broadway   Elmhurst, New York 11373

Discharge/Transfer Summary

Patient:              Reyes,Jason
MR - V#:              2703710-1                    DOS:            05/27/06
DOB/Age/Sex:         01/03/83  23Y    M            Report Date: 05/27/06
Order Author:
Location:            B4-11 01

==============================================================================

Unscheduled Discharge/Transfer Summary -- cont'd
Hospital Course: Pt was admitted to telemetry, was r/o for MI w/ cardiac
                 enzymes x 3.  Pt had diffuse t wave inversions on his EKG,
                 cardiology read as interventricular conduction delay, unlikely
                 ischemia.  Pt underwent an ECHO to r/o congental heart disease
                 and r/o valvular dz or wall motion abnormalities; ECHO was
                 nml.  It was determined that pt likely had chostochondritis,
                 was d/c back to rikers w/ motrin and nexium for gastric
                 protection.  Pt has a h/o reflex sympathetic dystrophy, was
                 continued on neurontin and percocet as needed for pain.
Allergies - Med  : no known allergies
Allergies - Other: no known allergies
Discharge Rx     : *Gabapentin 400 mg Capsule take one tablet by mouth twice
                 daily, Esomeprazole Magnesium 20 mg Oral Cap DR take one
                 tablet by mouth daily x 14 days, Ibuprofen 600 mg Tablet
                 take one tablet by mouth every 8 hours x 14 days
Activity         : As tolerated.
Diet             : Regular
Provider         : Lindsey Reese, MD
Attending        : Rahul Patel, MD
Diagnosis        : Chest Pain
Comment          : Pt to return to Rikers, accepting physician Dr. Bashir
--------------------------------------------------------------------------------

I have read and understand the above discharge plan and I understand it is
important to follow these instructions.


Patient/Significant Other Signature _____

Reviewed by. Thusadaybint c
5/27/06 .


REPORT COPY

NYC 0000078

Nursing Division

# PATIENT DISCHARGE INFORMATION RECORD

REYES, JASON
270-37-10X
01/03/1983M-S

Date 5/27/06          Unit B4

## After leaving the hospital you will continue the following: (✓ and provide instructions)

| | | |
|---|---|---|
| ✓ | Exercise | As Tolerated |
| | Dressing/Wound Care | |
| | Glucose Testing | |
| | Cast / Pin Care | |
| | Weights | |
| | Tube / Catheter Care | |
| | Other | |

**Special Nutrition / Diet Needs**

Regular

COPY GIVEN: ❏ YES ❏ NO
**Vaccination:**
❏ Pneumovax: Date given: NOT
❏ Influenza: Date given: elegible
❏

## Medication (drug information given – purpose and side effects discussed)

| Medication Name | Dose | Route | How often | Special Instructions |
|---|---|---|---|---|
| Gabapentin / cap. | 400mg | mouth | Twice | daily |
| Esomeprazole cap | 20mg | mouth | daily | for 14 days |
| Ibuprofen tabs | 600mg | mouth | every 8hrs | for 14 days |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Follow-up Care:

| Appointment for | Date & Time | Location | Appointment for | Date & Time | Location |
|---|---|---|---|---|---|
| | | | | | |
| | | | Home Care/VNS Referral: ❏ No ❏ Yes: reason | | |

**Social Work Plan (If required):**

Have You Smoked In The Last 12 Months ❏ No ❏ Yes      If you wish to quit smoking, Call 334-718-334 -2550 (English & Spanish) or 334-2237 (Chinese) for Appointment to Smoking Cessation Program

**If you have any unusual symptoms or questions** Call adult call center at 718-334 – 2920, Obstetrics 334-3150, Children 334-3025.

**In case of any of the following, call your physician or come directly to the emergency room:**

If You have chest pain call Your physician Or come To emergency room

Be sure to bring appointment slip, this record and your medication/s with you on the day of your appointment.

Copy received - be sure to ask if you have any questions:

PATIENT/FAMILY MEMBER                                    NURSE                    RN

ELM 227                                                                    NYC 0000079

Elmhurst Hospital Center - 11337-0
REYES, JASON New York, 11357-O
270-37-10X
01/03/1983M-S   ADULT DISCHARGE INSTRUCTIONS
                    ADDENDUM

REYES, JASON
270-37-10X
01/03/1983M-S

75-11337-0
, JASON
37-10X
/1983M-S

| PREVENTION TECHNIQUES for HEALTHY LIFESTYLE | TECNICAS DE PREVENCIÓN por ESTILO DE VIDA SALUDABLE |
|---|---|
| *Every person can follow a healthy lifestyle. Here is a list of things you can do to change your lifestyle and reduce your risk for high blood pressure, heart disease, and stroke:* <br><br> - Eat healthy and nutritious foods <br> - Lose weight if you are overweight <br> - Exercise <br> - Don't smoke <br> - Limit alcohol and caffeine <br> - Manage stress <br> - Get plenty of sleep <br><br> **Remember** if you want to live a healthier life, find out if you have high blood pressure, heart disease or stroke. Talk with your doctor about lifestyle changes. Follow your doctor's advice. | *Toda persona puede observar un estilo de vida saludable. A continuación, encontrará una lista de cosas que puede hacer para cambiar su estilo de vida y reducir el riesgo de presión sanguínea alta, insuficiencia cardíaca, y derrame cerebral:* <br><br> - Ingiera alimentos saludables y nutritivos <br> - Pierda peso si esta excedido <br> - Haga ejercicio <br> - No fume <br> - Limite el consumo de alcohol y cafeína <br> - Controle el estrés <br> - Duerma mucho <br><br> **Recuerde:** si desea vivir una vida mas saludable, determine si tiene presión sanguínea alta, insuficiencia cardíaca, o derrame cerebral. Hable con su doctor sobre cambios en su estilo de vida. Siga los consejos del doctor. |
| **HOW CAN YOU TRY TO AVOID GETTING A COLD?** | **¿CÓMO PUEDE TRATAR DE EVITAR UN RESFRIO?** |
| • Wash your hands often. You can pick up cold germs easily, even when shaking someone's hand or touching doorknobs or handrails. <br><br> • Avoid people with colds when possible. <br><br> • Clean surfaces you touch with a germ -killing disinfectant. <br><br> • Don't touch your nose, eyes or mouth. Germs can enter your body easily by these paths. | • Lávese las manos con frecuencia. Los gérmenes de la gripe son fáciles de contagiar, incluso mientras le da la mano a alguien o toca picaportes o pasamanos. <br><br> • Dentro de lo posible, evite el contacto con personas resfriadas. <br><br> • Si estornuda o tose, hágalo en un pañuelo descartable y luego tírelo. <br><br> • Limpie las superficies que toca con un desinfectante que mate los gérmenes. <br><br> • No se toque la nariz, los ojos o la boca. Los gérmenes pueden entrar fácilmente en su cuerpo a través de estas vías. |
| **DEEP VEIN THROMBOSIS (DVT) PREVENTION** | **PREVENCIÓN DE LA TROMBOSIS VENOSA PROFUNDA** |
| Activity Level: <br> • Increasing your activity by walking and being active reduces the risk of developing a blood clot. <br> • Prolonged riding in a car, bus, train or plane may increase your risk of a blood clot. <br> • When sitting, put your legs up on a pillow, and do not cross your legs or ankles. <br> • When lying down, do not cross your ankles. <br><br> Smoking Cessation: <br> • If you smoke, stop! <br> • Think about joining a smoking cessation program. | Nivel de actividad: <br> • Aumentar su actividad con caminatas y mantenerse activo reduce el riesgo de desarrollar un coágulo. <br> • Los viajes prolongados en auto, autobús, tren o avión pueden aumentar el riesgo de formación de un coágulo. <br> • Cuando se siente, ponga las piernas sobre una almohada y no cruce las piernas o tobillos. <br> • No cruce los tobillos al acostarse. <br><br> Dejar de fumar: <br> • Si fuma, ¡deje de hacerlo! <br> • Piense en unirse a un programa para dejar de fumar. |

| HEART FAILURE SYMPTOMS | ACTION | SINTOMAS DE INSUFICIENCIA CARDIACA | ACCION |
|---|---|---|---|
| • Stable weight / No new symptoms | No Action | • Peso estable/ Sin síntomas nuevos | Ninguna acción |
| • Sudden weight gain (3 or more pounds in one day, 5 or more pounds in one week) <br> • Shortness of breath / Swelling of legs <br> • Trouble sleeping (waking up short of breath) <br> • Frequent dry hacking cough / Fatigue | Call your doctor to Adjust meds | • Repentino aumento de peso (3 libras o más en un día, 5 libras o más en una semana) <br> • Falta de aire / Piernas hinchadas <br> • Dificultad para dormir (despertar por falta de aire) <br> • Tos seca frecuente / Fatiga | Llame a su médico para ajustar la medicación |
| • Chest pain or heaviness <br> • Dizziness or fainting <br> • Persistent difficulty in breathing | Call 911 | • Dolor u opresión en el pecho <br> • Mareos o desmayos <br> • Dificultad persistente para respirar | Llame al 911 |

If patient is unable to sign, please sign and print name and relationship to patient.

Si el paciente no puede firmar, escriba y firma nombre y relación al paciente.

_Jonathan Reyes_
PATIENT/FAMILY MEMBER

_[signature]_ RN
NURSE

NYC 0000080

This prescription is valid for non-controlled substances only.
The issuing facility is exempt from the NYS Official Rx Program.

**Elmhurst Hospital Center**
**79-01 Broadway**
**Elmhurst, NY 11373 Tel: (718) 334-4000  MMIS: 246075**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prescriptions filled by EHC will be filled generically as directed

Date of Rx: 27 May 06

.R #    : 2703710
Pt. Name: Reyes,Jason
Address : 1515 Hazen St.
          East Elmhurst, NY  11370
DOB     : 03 Jan 1983   Loc:  B4-11 01

Reese,Lindsey, MD
NY Lic #:
Clinic  : _____

**Rx: Motrin (Ibuprofen 600 mg Tablet)**

600 mg tab by mouth
q8h at default 0600/1400/2200

Disp. Qty: 42     _L Ree_
                          _____ (signature)

**THIS PRESCRIPTION WILL BE FILLED GENERICALLY**
**UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW**

**Dispense As Written**
ORIGINAL Rx - Number of Refills: 0

Lindsey Reese, MD
Dic. code 63126
917-649-1629

NYC 0000081

**This prescription is valid for non-controlled substances only.**
**The issuing facility is exempt from the NYS Official Rx Program.**

**Elmhurst Hospital Center**
**79-01 Broadway**
**Elmhurst, NY 11373 Tel: (718) 334-4000  MMIS: 246075**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prescriptions filled by EHC will be filled generically as directed

Date of Rx: 27 May 06

R # : 2703710
Pt. Name: Reyes,Jason
Address : 1515 Hazen St.
          East Elmhurst, NY  11370
DOB   : 03 Jan 1983   Loc:  54-11 01

Reese,Lindsey, MD
NY Lic #:
Clinic : _____

**Rx: Nexium (Esomeprazole Magnesium 20 mg Oral**
**Cap DR)**

20 mg DR Cap by mouth
daily at default 1000

Disp. Qty: 14      _L_ _lene_
          _____ (signature)

**THIS PRESCRIPTION WILL BE FILLED GENERICALLY**
**UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW**

```
┌─────────┐
│         │
│         │
└─────────┘
```
        **Dispense As Written**
ORIGINAL Rx - Number of Refills: 0

Lindsey Reese, MD
Dic. code 63126
917-649-1629

NYC 0000082

**This prescription is valid for non-controlled substances only.
The issuing facility is exempt from the NYS Official Rx Program.**

/

**Elmhurst Hospital Center
79-01 Broadway**
**Elmhurst, NY 11373 Tel: (718) 334-4000   MMIS: 246075**
-------------------------------------------------
Prescriptions filled by EHC will be filled generically as directed

Date of Rx: 27 May 06

```
  R #  : 2703710
Pt. Name: Reyes,Jason
Address : 1515 Hazen St.
          East Elmhurst, NY  11370
DOB    : 03 Jan 1983   Loc:  B4-11 01
```

Reese,Lindsey, MD
NY Lic #:
Clinic : _____

**Rx: Neurontin (*Gabapentin 400 mg Capsule)**

800 mg cap by mouth
bid at default 1000/1300

Disp. Qty: 60       *L Reese*       (signature)
              _____


**THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW**

**Dispense As Written**
ORIGINAL Rx - Number of Refills: 0

Lindsey Reese, MD
Dic. code 63126
917-649-1629



249C602629
Born 1/13/1993

5/25/2006    12:23:32 PM    reyes, jason
                            Male        Race: Hispanic

Rate    90
PR     152
QRSD    86
QT     360
QTc    440

--AXIS--
P     62
QRS    55
T    263

SINUS RHYTHM....................................................
ABNORMAL T, PROBABLE ISCHEMIA, WIDESPREAD...............normal P axis, V-rate  50- 99
                                              ................T <-0.50mV, ant/lat/inf

- ABNORMAL ECG -

Unconfirmed Diagnosis

Fac: LOANER

BP: /

Dev: 10009572    Speed: 25 mm/sec    Limb: 10 mm/mV    Chest: 10 mm/mV    60~ 0.15-150 Hz    NYC 0000084

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE     CHS FORM

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPH |
|---|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| Reys | JASON | 3490602628 | D3 | ∅ |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| Gabapentin | | 400mg | Po | BID | 30 day | | |
| INDICATION | | | | | | | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| Prstanx | | 40 mg | Po | BID | 30 day | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| Ibuprofen | | 600 mg | Po | Q8hr | 14 day | | |
| INDICATION Pn | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPH |
|---|---|---|---|---|---|---|
| 5/27 | 8:N/4 | | | | | |

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| Jolley | Evar | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPH |
|---|---|---|---|---|---|---|

Write medication orders beginning from bottom of page
Chart Copy–White;  Pharmacy Copy–Yellow

NYC 0000085

## Hospital Transfer Form

**Please use ball point pen and print legibly.**

Referring DOC Facility: _____

Name of referring MD: _____
*(Please Print)*

Hospital Run: ☐ EMS  ☐ DOC:  ☐ 3 hr.   MD Phone # _____

Date: _____   Time: _____ AM/PM

Referred to:   ☐ KCHC     ☐ Elmhurst     ☐ Bellevue

☐ Other: _____

Patient Name: _____

B&C #: _____     DOB: _____
*(Please Print)*
**Contact Urgicare if you have questions:     Beeper# 917-949-1234
Phone# 718-546-4333**

COMPLAINT: _____  PE _____

PMH: _____

Studies/Labs

MEDS                                        Tx@RI

Allergies: _____

Significant ED findings/studies:

Discharge Dx:

Recommended FU:

**Fax completed form to Urgicare Center @ time of discharge - 718-546-4382**

Physician Name **(print)** _____   Signature: _____   Date: _____
Phone # _____

**CONTACT URGICARE IF YOU HAVE QUESTIONS / INFORMATION.**     BEEPER #:  917-949-1234

**FOR BOROUGH HOUSES CONTACT REFERRING PRACTITIONER (ABOVE).**     PHONE #:   718-546-4333

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ REYES, JASON _____ DOB __ 1/13/5?

FROM _____ NIC 03 / 349060262a

Correctional institution          Inmate no.

Referred to _____ PT _____ Ward / Clinic

Hospital                          / Clinic no.

Chief complaint or findings:

P 2

**Diagnosis, treatment and medications by C.H.S.:**

23 Y/o M was referred to PT 5/4/06 for RSD patient seen 5/04 F/u to M.D. per your request.

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:                          Thanks

Date __ 5/17/06 __ Referring Physician __ Thomas Schwaner, PA __ Phone _____ Approved Roslyne Glickman MD

Consultation, findings and recommendations:

Pt to PT c̄ c/o pain, impaired posturing, posture, ambulation, transfers, ↓ mobility 2° to GSW c̄ resulting RSD s/s to (L) foot (see eval 5/4/06, pt is to be treated for s/s; will be observed for spontaneous recovery in addition; PAINFUL S/S

Date __ 5/22/06 __ Physician _____ M.S. P.T.

HS 5011 (Rev. 5/94)          *Reminder: Fully Complete the Problem List*          NYC 0000087

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**MEDICATION ORDER SHEET**

CHS FORM B

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| REYES | JASON | 349 0602628 NIC | 03 | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| DIL MS CONTIN | | | | | | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN | | 20 7 | PO | BID | 7∂ | LM | 5/25/06 |
| INDICATION | GIVE STAT AM DOSE | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | Faisal Ali, MD | RPh |
|---|---|---|---|---|---|
| 5/25/06 | | TM CA | Thomas Schwaner, PA  0864 | | |

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| REYES | JASON | 349 0602628 NIC | 03 | NKA |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| MS CONTIN | | 15 7 | PO | BID | 7∂ | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| CLM BALTA | | 60 7 | PO | QI | 7∂ | | |
| INDICATION | PER BK CPN MGR | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| CROVIGH | | 200 7 | PO | Q AM | 7∂ | | |
| INDICATION | PR BK CPN MGR | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | Marie P | |
|---|---|---|---|---|---|
| 5/22/06 | | TM CA | 0864  SCHWANER | Thomas Schwaner PA | |

Write medication orders beginning from bottom of page
Chart Copy -White;  Pharmacy Copy -Yellow

CHS  (5-04 14)

NYC 0000088

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM E

USE BALL POINT PEN AND PRESS FIRMLY

**3**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC | | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| HC CREAM | | gs | TOPICAL | BID ARMS | 14d | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN | | | | | | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| MS CONTIN | | 15m | PO | BID | 7d | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | MD | RPh |
|---|---|---|---|---|---|
| 5/13/00 | | | 0567 | Marie Robert-Georges, MD  Lic #198167 | 0715 |
| | | | | Thomas Schwaner, PA | |

**2**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02625 | NIC | | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| LIDOCAINE PATCH | | tt | local | GP | 30d | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| ↑ NEURONTIN | | 1000m | PO | TID | 30d | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | MD | RPh |
|---|---|---|---|---|---|
| 5/17/06 | | | 0864 | Thomas Schwaner, PA   Faisal Ali, MD | |

**1**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC | | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN | | 20m | PO | BID | 7d | | |
| INDICATION | PER Pt pain mgr | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60m | PO | QD | 7d | | |
| INDICATION | PER Pt pain mgr | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 200m | PO | Q AM | 7d | | |
| INDICATION | PER Pt pain mgr | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | MD | RPh |
|---|---|---|---|---|---|
| 5/17/06 | | | Thomas Schwaner, PA   Faisal Ali, MD | | |

Write medication orders beginning from bottom of page
Chart Copy–White   Pharmacy Copy–Yellow

CHS 7E-804

NYC 0000089