

# C O N S U L T A T I O N    R E Q U E S T

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____

Correctional institution              Inmate no.

Referred to _____ Ward / Clinic

Hospital                              / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____

Phone _____ Approved_____

Consultation, findings and recommendations:

ate _____ Physician _____

S 3014 (Rev. 1/84)

*Reminder: Fully Complete the Problem List*

NYC 0000091

# C O N S U L T A T I O N    R E Q U E S T

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____ / _____
      Correctional institution        Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Thomas Schwaner PA

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

NYC 0000092



# Neuroscience Associates of New York

099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax. 718/815 3379

*Neurology*
Stephen A. Rudck, M.D., F.A.A.N., F.A.C.P
Steven B. Schwartzberg, M.D.
Audrey L. Halpern, M.D.

*Pain Management:*
Germaine N. Rowe, M.D., F.A.A.P.M.R
Glenn D. Babus, D.O.

*Neurological Surgery*
Edwin M. Chang, M.D., F.A.C.S.
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

*Emeritus*
Harvey R. Leventhal, M.D. F.A.C.S

*Neuropsychology*
Reuven L. Weiss, Ph.D.

May 1, 2006

Re:    Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been followed in our pain management practice since June 2003. He suffers from chronic left lower extremity pain secondary to RSD or reflex sympathetic dystrophy, which causes him to have a permanent disability. The patient has not been seen in our office in the last few months. Previously the patient had been managed on a regimen of medications including OxyContin 20 mg, q 6h.

If you have any further questions please feel free to contact our office at 718-448-3210 extension 2287.

Sincerely yours,

G. Rowe M.D. NA

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/km
Voice ID: 16675141/Text ID: 13363965

NYC 0000093



# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085

## FAX TRANSMISSION

DATE: 5/1/06

TO: Rosana

COMPANY: _____

FAX: 398-8995

RE: Jayson Reyes

Number of pages including cover: 2

FROM: Naomi

DEPT: Pain Mgmt

FAX: 718-447.7192
TEL: 718-448-3210 X 2287

MESSAGE:

**OFFICIAL NEW YORK STATE PRESCRIPTION**

**HEALTHCARE ASSOCIATES IN MEDICINE P C**

☑ GERMAINE N ROWE MD
LIC: 204300

☐ NAOMI B ALCOCK PA
LIC: 007057

☐ GLENN D BARUS DO
LIC: 228217

☐ SABRINA R SIMONETTI PA
LIC: 010118

1099 TARGEE STREET, STATEN ISLAND, NY 10304 (718) 448-3210

Patient Name: Jayson Reyes     Date: 5/1/06

Address: _____

City _____ State _____ Zip _____ Age ____ Sex M/F

Rx: PT 2-3x/wk X 6-8wks
to Ⓛ lower extremity
multimodality
Dx: Reflex sympathetic
dystrophy lower extremity
NB Alcock PA

Prescriber Signature

REFILL

018081  12

NYC 0000094

This fax may co...
you after the ap...
recipient, you ar...
information is to...

This fax may con...
use of the perso...
recipient, you ar...
information is st...
immediately.

<div style="float-right">
NEUROLOGY
Stephen A. Kulick, MD, MIN, FACP
Andrey L. Holzman, MD

PEDIATRIC NEUROLOGY
Steven R. Schwersenberg, MD
Leon M. Strook, MD

NEUROSURGERY
Elvin M. Greig, MD, FACS
John S. Shiau, MD
Anthony L.G. Alastra, MD
Harvey E. Lomerstat, MD, FACS
Emeritus

ORTHOPAEDICS
Stephen J. Pollock, MD, FACS
Joseph A. Santoro, MD, FACS
Albert B. Accardo, Jr., MD
John F. Reilly, MD
David A. Crocker, MD
Joseph L. Gianturco, MD, FACS
Deborah A. Kautzy, MD
Vincent Gugliami, MD

RHEUMATOLOGY
Richard S. Finn, MD, FACP
Alex E. Guerry, MD, FACP

PAIN MANAGEMENT
Germaine R. Rowe, MD, FAAPM
Glenn D. Barus, DO

PHYSICAL THERAPY
Alejandro R. Mariano, PT
Jessica Ortega, PT

NEUROPSYCHOLOGY
Enrens Weiss, PhD
</div>

9920 4th Avenue
Brooklyn, NY 11209

3311 Hylan Boulevard
Staten Island, NY 10306

65 Columbus Avenue
Staten Island, NY 10304

1460 Victory Boulevard
Staten Island, NY 10301

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FOR

USE BALL POINT PEN AND PRESS FIRMLY

**3**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|

**2**

| PATIENT LAST NAME Reyes | FIRST NAME Jason | | BOOK & CASE NUMBER 349060628 | HOUSING AREA NICD7 | | ALLERGIES Meis | |
|---|---|---|---|---|---|---|---|
| DRUG Baclofen on t | | DOSE 8? | ROUTE TOP | FREQUENCY QID | DURATION 70 | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |

| DATE 5/12/0 | TIME | PRESCRIBER SIGNATURE | STAMP **Richard Dorf, RPA** | | RPh 0827 |
|---|---|---|---|---|---|

**1**

| PATIENT LAST NAME REYES | FIRST NAME JASON | | BOOK & CASE NUMBER 349060628 | HOUSING AREA NIC D3 | | ALLERGIES NKA | |
|---|---|---|---|---|---|---|---|
| DRUG LIDOCAINE PATCH | | DOSE II | ROUTE TOPICAL | FREQUENCY QD | DURATION 30 d | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |

| DATE 5/12/06 | TIME | PRESCRIBER SIGNATURE | STAMP **Thomas Schwaner, PA** | **Marie Eastbert-Georges, MD** | RPh |
|---|---|---|---|---|---|

Write medication orders beginning from bottom of page
Chart Copy-White; Pharmacy Copy-Yellow

NYC 000000

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|---|
| REYES | JASON | | | 349060 2 628 | NIC P₃ | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| OXYCONTIN | | 20mg | PO | BID | | 72 | | |
| INDICATION | | | | | | | | |
| PER BH PAIN MGR | | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| CYMBALTA | | 60mg | PO | QD | | 72 | | |
| INDICATION | | | | | | | | |
| PER BH PAIN MGR | | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| PROVIGIL | | 200mg | PO | QAM | | 72 | | |
| INDICATION | | | | | | | | |
| PER BH CAIN MGR | | | | | | | | |

**3**

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | | |
|---|---|---|---|---|---|---|---|
| 5/11/06 | | T/C CP | 0864 | Thomas Schwaner, PA  Harjinder George, MD | | | |

| PATIENT LAST NAME | FIRST NAME | | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | | 349 06 02 628 | NIC P₃ | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| TYLENOL | | 650mg | PO | BID | 4L | | |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | | |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| | | | | | | | |
| INDICATION | | | | | | | |

**2**

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPH |
|---|---|---|---|---|---|---|
| 5/9/06 | | T/C CP | 0864 | Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

| PATIENT LAST NAME | FIRST NAME | | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | | 349 0602 628 | NIC P₃ | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| OXYCONTIN | | 20mg | PO | BID | 72 | | |
| INDICATION | | | | | | | |
| PER BH PAIN MGR | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| CYMBALTA | | 60mg | PO | QD | 72 | | |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| PROVIGIL | | 200mg | PO | QAM | 72 | | |
| INDICATION | | | | | | | |
| PER BH PAIN MGR | | | | | | | |

**1**

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPH |
|---|---|---|---|---|---|---|
| 5/5/06 | | T/C CP | 0864 | Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

Write medication orders beginning from bottom of page.
Chart Copy–White; Pharmacy Copy–Yellow

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _REYES, JASON_ DOB _1/13/53_

FROM _NIC_ _05_ / _349 0602628_
Correctional institution          Inmate no.

Referred to _PT_ ____ Ward / Clinic

Hospital ____ / Clinic no.

Leave blank for hospital use

_PT_

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

23 YO M Hx of
RSD REFLEX SYMPATHETIC DYSTROPHY SINCE SEPT 2002 /
BILATERAL LEG PAIN + WEAKNESS
HYPERESTHESIA TO (L) HEEL

Request: PT FOR ROM TO
LOWER EXTREMITIES (AS TOLERATED)

Date _5/4/06_ Referring Physician Thomas Schwaner, PA

Phone ____ Approved ___ _Jatinder Bhatti, MD_

Consultation, findings and recommendations:

NYC 0000097

Pt has report of RSD; 2° to work related injury.
S/S of RSD to (L) foot m/l and plantar surface
c ↓AROM @ ankles empty evident; pt has hyperten
in (L)CE c cogwheel oscillations evident when transferring
W. Bing or walking. gait is impaired by RSD c ↑ (8/10)
pain levels brought on with W.B. Tx to ↓ pain

ate ____ Physician ____

syndrome c physical agents (U.S. heat) + return to P.T.

Reminder: Fully Complete the Problem List

S-5043 (Rev. 5/05)

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION
## ADMINISTRATION RECORD

PATIENT'S NAME: Reyes, Jason
ID #: 349-06-02628
DIAGNOSIS: Reflex Sympathetic Dyst
ALLERGY: Fentanyl    LOC. D2A

| PATIENT LAST NAME | FIRST NAME | | MONTH April | YEAR 2005 |
|---|---|---|---|---|
| Reyes | Jason | D / HR | 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | |
| ID # 3490602628 | LOCATION NIC D2A | 9A | NS Teofer | |
| DRUG Cymbalta | NEW | | raw | |
| INDICATION | | | Chiler | |
| DOSE 40 mg | ROUTE PO | RENEW | D / HR | |
| FREQUENCY daily | DURATION 2 wks | CHANGE | | |
| DATE 4/19/06 | TIME 6a | Habib Kamkhaji, MD | | |
| MD / PA SIGNATURE | 0770 | | | |
| D / C DATE | TIME | RPH | | |

| PATIENT LAST NAME | FIRST NAME | | MONTH April May | YEAR 06 |
|---|---|---|---|---|
| Reyes | Jason | D / HR | 4 24 25 26 27 28 29 30 1 | |
| ID # 3490602628 | LOCATION NIC Dorm 2 A | 9A NS | NS TENS NS NS 1 | X |
| DRUG Oxycontin SR | NEW | | | |
| INDICATION Pain manmgt | | | | |
| DOSE 20 mg | ROUTE PO | RENEW | TE TE TE TE N | X |
| FREQUENCY Q 12 Hours | DURATION 7 days | CHANGE | D / HR | |
| DATE 4/19/06 | TIME 8a | Rajeer L. Ajani, MD | | |
| MD / PA SIGNATURE | TIME 8p | | | |
| D / C DATE | TIME | RPH | | |

| | Reyes | Jason | | MONTH | YEAR |
|---|---|---|---|---|---|
| ID # 3490602628 | LOCATION D2 | D / HR | | |
| DRUG Neurntin | NEW | | |
| INDICATION | | | |
| DOSE 800mg | ROUTE PO | RENEW | |
| FREQUENCY 10AM + 10AM | DURATION daily | CHANGE | D / HR |
| DATE 4/19/06 | TIME | | |
| MD / PA SIGNATURE | 0770 SINGN | | |
| D / C DATE | NURSE | RPH | |

**Drugs Not Administered Code Key:**

1. Refusal
2. Out of Court
3. Out of Hospital/specialty clinic
4. Off Unit (i.e. visit, recreation, library)
5. Withheld (pending lab, abnormal lab, and/or vital signs)
6. Non-formulary and not available at time of administration
7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (Out of Stock) at time of administration

NYC 0000098

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION
## ADMINISTRATION RECORD

PATIENT'S NAME: *Reyes, Jason*
ID #: *349-06 L 02628*
DIAGNOSIS: *Reflex Sympathetic dyst*
ALLERGY: *Fentanyl*   LOC: *D 2A*

---

PATIENT LAST NAME: *Reyes*   FIRST NAME: *Jason*
ID #: *349060262* 8   LOCATION: *Nic D2A*
DRUG: *Oxycontin SR*   NEW:
INDICATION: *Pain*
DOSE: *10*   ROUTE: *PO*   RENEW:
FREQUENCY: *Q12hs*   DURATION: *2 day then Taper*   CHANGE:
DATE: *4/18/06*   TIME: *00*
MD/PA SIGNATURE: *Habib Kamkhaji, MD*   *0730*
D/C DATE:   NURSE:   TIME:   RPH:

| MONTH *APRIL* | | YEAR *2006* | |
|---|---|---|---|
| D/HR | 18 | 19 | D/C |
| 9A | | 0 | 4/19/06 |
| 9P | | 0 | |
| D/HR | | | |

---

PATIENT LAST NAME: *Reyes*   FIRST NAME: *Jason*
ID #: *349060 62628*   LOCATION: *Nic D2A*
DRUG: *Neurontin*   NEW:
INDICATION:
DOSE: *300*   ROUTE: *PO*   RENEW:
FREQUENCY: *TID*   DURATION: *2 wks*   CHANGE:
DATE: *4/18/06*   TIME: *6A*
MD/PA SIGNATURE: *Habib Kamkhaji, MD*
D/C DATE:   NURSE:   TIME:   RPH:

| MONTH *APRIL* | | | | | | | | | | | | | YEAR *2006* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/HR | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 5/1 | D/C |
| 5A | X | X | | | | | | | | | | | | |

---

PATIENT LAST NAME: *Reyes*   FIRST NAME: *Jason*
ID #: *349 06 62628*   LOCATION: *Nic D2A*
DRUG: *Lidoderm Patch 5%*   NEW:
INDICATION:
DOSE: *1 Patch*   ROUTE: *Topical*   RENEW:
FREQUENCY: *BID Prn*   DURATION: *2 wks*   CHANGE:
DATE: *4/18/06*   TIME:   *Habib Kamkhaji, MD*
MD/PA SIGNATURE:   *0730*
D/C DATE:   NURSE:   TIME:   RPH:

| MONTH *APRIL / May* | | | | | | | | | | | | | YEAR *2006* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/HR | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 5/1 | D/C |
| 9A | | | | | | | | | | | | | | |
| 9P | | | | | | | | | | | | | | |
| D/HR | | | | | | | | | | | | | | |

1. Refusal
2. Out of Court
3. Out of Hospital/specialty clinic
4. Off Unit (i.e. visit, recreation, library)

5. Withheld (pending lab, abnormal lab, and/or vital signs)
6. Non-formulary and not available at time of administration
7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (Out of Stock) at time of administration

NYC 0000099

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION
## ADMINISTRATION RECORD

PATIENT'S NAME: _Reyes Jason_

ID #: _349 602 628_

DIAGNOSIS: _Reflex sympathetic dystrophy_

ALLERGY: _fentanyl_    LOC: _02A_

| PATIENT LAST NAME _Reyes_ | FIRST NAME _JASON_ |
|---|---|
| ID# _3490602628_ | LOCATION _NEC Dorm 2A_ |
| DRUG ↑ _Cymbalta_ | NEW |
| INDICATION _RSD_ | |

| DOSE _60 mg_ | ROUTE _PO_ | RENEW |
|---|---|---|
| FREQUENCY _QD_ | DURATION _50mg_ | CHANGE |

| DATE _4/21/06_ | TIME _1040am_ |
| MD / PA SIGNATURE | Rajeev L. Achari, MD |
| D/C DATE _4/26/06_ | NURSE | TIME _11am_ | RPH |

| PATIENT LAST NAME _Reyes_ | FIRST NAME _JASON_ |
|---|---|
| ID# _3490602628_ | LOCATION _NEC Dorm 2A_ |
| DRUG _Provigil_ | NEW |
| INDICATION _RSD_ | |

| DOSE _200 mg_ | ROUTE _PO_ | RENEW |
|---|---|---|
| FREQUENCY _7 Am_ | DURATION _50mg_ | CHANGE |

| DATE _4/21/06_ | TIME _1040am_ |
| MD / PA SIGNATURE | Rajeev L. Achari, MD |
| D/C DATE | NURSE | TIME _11am_ | RPH |

PROFILE BY:          DATE:          TIME:

MONTH _April_    YEAR _06_

MONTH _April_    YEAR _06_

MONTH          YEAR

Drugs Not Administered Code Key:

1. Refusal
2. Out of Court
3. Out of Hospital/specialty clinic
4. Off Unit (i.e. visit, recreation, library)
5. Withheld (pending lab, abnormal lab, and/or vital signs)
6. Non-formulary and not available at time of administration
7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (Out of Stock) at time of administration

CHS 1061 (Rev. 6/04)

NYC 000100

## STAT OR SINGLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION                    DOSE ROUTE | DATE | TIME | INIT | REASON AND RESPONSE |
|------------|------------------------------------------|------|------|------|---------------------|
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |
|            |                                          |      |      |      |                     |

## MEDICATIONS NOT ADMINISTERED

| ORDER DATE | MEDICATION                    DOSE ROUTE | DATE | TIME | INIT | REASON AND INTERVENTION |
|------------|------------------------------------------|------|------|------|-------------------------|
| 4/2/0      | Cymbalta 60mg, Provigil 200mg po         | 4/2/0 | 9AM | JL | No Show |
|            |                                          |      |      |      |                         |
|            |                                          |      |      |      |                         |
|            |                                          |      |      |      |                         |
|            |                                          |      |      |      |                         |
|            |                                          |      |      |      |                         |
|            |                                          |      |      |      |                         |

## NURSE'S SIGNATURE

| DATE | FULL SIGNATURE | | INITIALS | PRINT NAME |
|------|----------------|---|----------|-----------|
| 4/2/0 | J. Johnson | | JL | E. Johnson |
|       |            | |          |           |
|       |            | |          |           |
|       |            | |          |           |
|       |            | |          |           |
|       |            | |          |           |
|       |            | |          |           |
|       |            | |          |           |

31361 (Rev 6/04)

NYC 000101

## STAT OR SINGLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION | DOSE ROUTE | DATE | TIME | INIT | REASON AND RESPONSE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## MEDICATIONS NOT ADMINISTERED

| ORDER DATE | MEDICATION | DOSE ROUTE | DATE | TIME | INIT | REASON AND INTERVENTION |
|---|---|---|---|---|---|---|
| 4/19/06 | Lidoderm Patch | topical | 4/19/06 | 9P | CO | not consult |
| 4/18/06 | Neurontin 300mg | p.o | 4/18/06 | 9a | | No show |
| 4/18/06 | Lidoderm patch | topical | 4/18/06 | 9a | | No show |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## NURSE'S SIGNATURE

| DATE | FULL SIGNATURE | INITIALS | PRINT NAME |
|---|---|---|---|
| 4/8/06 | _Richardson_ | LR | L RICHARDSON |
| 4/9/06 | _Williams_ | O | Winsome Douglas-Hewitt, LPN |
| 4/21 | _Williams LPN_ | WW | |
| 4/21 | _T.E Ifill_ | T.E | T.E IFILL |
| 4/21/06 | | | E Jothe |
| 4/18 | _Martin_ | MA | Martin anne |
| | | | |
| | | | |

C-S 1361 (Rev 6-04)

NYC 000102

## STAT OR SINGLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION                    DOSE ROUTE | DATE | TIME | INIT | REASON AND RESPONSE |
|------------|--------------------------------------------|------|------|------|---------------------|
|            |                                            |      |      |      |                     |
|            |                                            |      |      |      |                     |
|            |                                            |      |      |      |                     |
|            |                                            |      |      |      |                     |
|            |                                            |      |      |      |                     |
|            |                                            |      |      |      |                     |
|            |                                            |      |      |      |                     |
|            |                                            |      |      |      |                     |
|            |                                            |      |      |      |                     |

## MEDICATIONS NOT ADMINISTERED

| ORDER DATE | MEDICATION                    DOSE ROUTE | DATE | TIME | INIT | REASON AND INTERVENTION |
|------------|--------------------------------------------|------|------|------|-------------------------|
| 4/19/06    | Oxycontin 20mg po                          | 4/19/06 | 9am | JP | No show |
|            |                                            |      |      |      |                         |
|            |                                            |      |      |      |                         |
|            |                                            |      |      |      |                         |
|            |                                            |      |      |      |                         |
|            |                                            |      |      |      |                         |

## NURSE'S SIGNATURE

| DATE | FULL SIGNATURE | INITIALS | PRINT NAME |
|------|----------------|----------|------------|
| 4/19/06 | _illegible signature_ | _illegible_ | Winsome Douglas-Hewitt, LPN |
| 4/21 5/1/06 | T. Egan | T.E. | T.E. T.E.H |
| 6/15 | Smith a | _illegible_ | Jo Ann VSON CRT 20 |

NYC 000103

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

CHS FORM B

# MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| NEURONTIN | | 800 g | PO | TID | 14 d | | |
| INDICATION | | | | | | | |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| COLACE | | 200 g | PO | QD | 30 d | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| LIDOCAINE PATCH | | II | TOPICAL | QD | 14 d | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh |
|---|---|---|---|---|---|---|
| 5/2/06 | | | 0664 | Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | 20 g | PO | BID | 7 d | | |
| INDICATION | | | | | | | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60 g | PO | QD | 72 | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 200 g | PO | Q AM | 72 | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh |
|---|---|---|---|---|---|---|
| 5/2/06 | | | 5864 | Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 0602628 | NIC | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | 20 g | PO | BID | 7 d | | |
| INDICATION PER PAIN MGN ATTENDING | | | | | | | |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60 g | PO | QD | 7 d | | |
| INDICATION PER PAIN MGN | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 200 g | PO | Q AM | 72 | | |
| INDICATION PER PAIN MGN | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh |
|---|---|---|---|---|---|---|
| 4/27/06 | | | | Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

Write medication orders beginning from bottom of page
Chart Copy-White; Pharmacy Copy-Yellow

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 060 2628 | NIC  03 | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| HC 1% CREAM | | 85 | TOPICAL ARMS | BID | 14d | | |
| INDICATION | | | | | | | |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP  Harjinder Bhatti, MD  Thomas Schwaner, PA | | | RPH |
|---|---|---|---|---|---|---|
| 4/26/06 | | PA | | | | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 060 2628 | NIC  03 | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| NEURONTIN | | 300 m | PO | TID | 14d | | |
| INDICATION | PER PAIN MGN (BELLEVUE) | | | | | | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP  Harjinder Bhatti, MD  Thomas Schwaner, PA | | | RPH |
|---|---|---|---|---|---|---|
| 4/26/06 | | Thomas Schwaner  PA  OSCI | | | | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 060 2628 | NIC  03 | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | 20 m | PO | BID | 7d | | |
| INDICATION | PER PAIN MGN (BELLEVUE) | | | | | | |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60 m | PO | QD | 7d | | |
| INDICATION | PER PAIN MGN (BELLEVUE) | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 200 m | PO | Q AM | 7d | | |
| INDICATION | PER PAIN MGN (BELLEVUE) | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE  Thomas Schwaner PA  Harjinder Bhatti, MD |
|---|---|---|
| 4/26/06 | | |

Write medication orders beginning from bottom of page
Chart Copy–White    Pharmacy Copy–Yellow

NYC 000105

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

CHS FORM A

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

ALLERGIES _____

**4**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**1**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**5**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**2**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**6**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**3**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | |

NYC 000106

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

**CHS FORM A**

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

ALLERGIES _____

**4**

| PATIENT LAST NAME | FIRST NAME |
|---|---|
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**1**

| PATIENT LAST NAME | FIRST NAME |
|---|---|
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**5**

| PATIENT LAST NAME | FIRST NAME |
|---|---|
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**2**

| PATIENT LAST NAME | FIRST NAME |
|---|---|
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**6**

| PATIENT LAST NAME | FIRST NAME |
|---|---|
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

**3**

| PATIENT LAST NAME | FIRST NAME |
|---|---|
| ID # | LOCATION |
| DRUG | NEW |
| INDICATION | |
| DOSE | ROUTE | RENEW |
| FREQUENCY | DURATION | CHANGE |
| DATE | TIME | |
| MD / PA SIGNATURE | |
| D / C DATE | NURSE | TIME | RPH |

NYC 000107

CHS 312 (Rev. 4/04)          NURSE COPY WHITE

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____ / _____
     Correctional institution       Inmate no.

Referred to _____ Ward / Clinic

Hospital                / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

ate _____ Physician _____

NYC 000108

S-011/80 (14)

*Reminder: Fully Complete the Problem List*

NYC HEALTH AND HOSPITAL CORPORATION
CORRECTIONAL HEALTH SERVICES

DOCTORS ORDERS LIST

Reys Jason

34906 02628

1/13/83

| NAME _____ | | | ROOM NO. _____ | |
|---|---|---|---|---|
| DATE | BY WHOM | BOOK & CASE # _____ NYSIS # _____ | DATE | BY WHOM |
| | | D.O.B. _____ ADMISSION TO CDU: _____ | | |
| **ORDERED** | | SPRUNG # _____ CELL # _____ | DATE | BY WHOM |
| | | | **DISCONTINUED** | |
| 1/18/06 N.C D_ | Ke | DIAGNOSIS: Reflex sympathetic dystrophy | | |
| | | CONDITION: satisfactory | | |
| | | VITAL SIGNS: Q shift | | |
| | | ACTIVITY: as tolerated | | |
| | | ALLERGY: Fentanyl | | |
| | | RESPIRATORY ISOLATION: | | |
| | | DIET: Regular | | |
| | | LABORATORY/DIAGNOSTIC TESTS: (PLEASE CHECK (✓) | | |
| | | ____ CBC WITH DIFFERENTIAL | | |
| | | ____ RPR / MHA – TP | | |
| | | ____ SMA – 20 | | |
| | | ____ URINALYSIS | | |
| | | ____ CHEST X-RAY: PA AND LATERAL VIEWS | | |
| | | ADDITIONAL TESTS: CHECK ONLY IF INDICATED: | | |
| | | ____ PREGNANCY TEST (URINE) | | |
| | | ____ HEPATITIS REFLEX PANEL | | |
| | | ____ ESR | | |
| | | ____ LYMPHOCYTE EVALUATION (T-CELLS PROFILE) | | |
| | | ____ G – 6 – PD | | |
| | | ____ SPUTUM GRAM STAIN AND C/S | | |
| | | ____ 12 – LEAD ELECTROCARDIOGRAM (EKG) | | |
| | | ____ OTHERS: PLEASE SPECIFY | | |
| | | | | |
| | | | | |
| | | | | |
| | | SPUTUM INDUCTION FOR AFB SMEARS, CULTURE AND | | |
| | | SENSITIVITY ONCE A DAY FOR 3 DAYS | | |
| | | TEST FOR VISUAL ACUITY WITH SNELLEN'S CHART | | |
| | | TEST FOR COLOR VISION WITH ISHIHARA PLATES | | |

*NYC 000109*

Form MM009/Front

| DATE | BY WHOM | | DATE | BY WHOM |
|---|---|---|---|---|
| ORDERED | | | DISCONTINUED | |
| | | REFERRALS: CHECK ONLY IF INDICATED. | | |
| | | _____ HIV TESTING / COUNSELLING | | |
| | | _____ MENTAL HEALTH | | |
| | | _____ KEEP COUNSELOR | | |
| | | _____ DIETARY SERVICE | | |
| | | _____ SOCIAL SERVICE | | |
| | | _____ DISCHARGE PLANNING | | |
| | | MEDICATIONS: PATIENT'S WEIGHT _____ (LBS.) _____ (KG.) | | |
| | | _____ INH 300 MG PO O.D. X 14 DAYS | | |
| | | _____ PYRIDOXINE (VIT. B6) 50 MG PO. O.D. X 14 DAYS | | |
| | | _____ RIFAMPIN 600 MG P.O. O.D. X 14 DAYS | | |
| | | _____ ETHAMBUTOL (25 MG. / KG. / DAY FOR THE | | |
| | | 1ST MONTH, THEN 15 MG. / KG. / DAY THERAFTER | | |
| | | _____ MG P.O. X 14 DAYS | | |
| | | _____ PZA (25 – 35 MG. / KG. / DAY) | | |
| | | _____ MG. P.O. O.D. X 14 DAYS | | |
| | | OTHERS: | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Habib Kapakhaji, MD | M.D. |
| | | | PRINT NAME | |
| | | | SIGNATURE | |

Form WM009/Back

# NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## DOCTORS ORDERS

Name _Reyes Jason_

Case No. _349-06-026_

Ward _____

| DATE | BY WHOM | | | DATE | BY WHOM |
|------|---------|--|--|------|---------|
| ORDERED | | | | | DISCONTINUED |
| 4/19/06 | 12-8A | | | | |
| 4/20/06 | 12-8 | | | | |
| 4/21/06 | 12-8A | | | | |
| 4/22/06 | 12-8 | | | | |
| 4/23/06 | 12-8p | | | | |
| 4/24/06 | 12-8p | | | | |

Attn: NIC
118 516.1154
Dept Dorm 2 A
Dr Warden

RE: Jason Reyes
349060628

Medical Info:

NYC 000112



# Neuroscience Associates of New York

099 Targee Street Staten Island, NY 10304 • 718/448-3210 • Fax 718/815-1370

**Neurology**
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Sherwin B. Schwartzberg, M.D.
Audrey L. Solomon, M.D.

**Pain Management**
Germaine N. Rowe, M.D., F.A.A.P.M.R.
Gia N.D. Belieus, D.O.

**Neurological Surgery**
Edwin M. Chang, M.D., F.A.C.S
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

**Emeritus**
Harvey R. Greenthal, M.D., F.A.C.S.

**Neuropsychology**
Devin J. Wass, Ph.D.

March 20, 2006

Re:   Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin, 30 milligrams, every 12 hours, Cymbalta, 60 milligrams a day, and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210 ext 2287.

Sincerely yours,

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/rw

2920 4th Avenue Brooklyn NY 11209 • 718/238-0878
A Division of HEALTHCARE ASSOCIATES in Medicine, P.C.

Page 1 of 1

NYC 000113



# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085

## FAX TRANSMISSION

DATE 2/13/06

TO Rosaria 398-8995

COMPANY

FAX

RE

Number of p

MESSAGE

---

### Neuroscience Associates of New York

A Division of HEALTHCARE ASSOCIATES in Medicine

1099 Targee Street, Staten Island, N.Y. 10304 • 718/448-3210
8020 4th Avenue, Brooklyn, N.Y 11209 - 718/986-0018

Date 2/13/06

Re: Reyes, Jayson

To Whom It May Concern:

Please be advised that the above named patient is under my care for chronic foot pain so reflex sympathetic dystrophy (RSD)

At the present time the patient

___ may return to whole, full day

___ may return to work with the following limitations:

___ may not return to work

___ is unable to drive a car

Pt is treated medically for his pain symptoms with a regimen of Oxycontin 20mg every 12 hours, Cymbalta 60mg/day, and Lidoderm patches 12h on, 12h off. He also uses Provigil 300mg/day. If you have any further questions, pls contact us. Sincerely, S. Racz MD

NYC 000114

NIC D2A

# TEMPORARY PERMIT FOR CANES/MEDICAL ITEMS

## TO EMTC- DEPARTMENT OF CORRECTIONS
## OFFICER IN CHARGE OF HOUSING AREA—

DATE ISSUED _4 / 13 / 0 6_

DATE EXPIRED _INDEFINITE_

INMATE _REYES, JASON_ _34 06 02628_
NAME                                          BOOK-N-CASE NUMBER

**DUE TO MEDICAL REASONS HAS BEEN AUTHORIZED THE USE OF** _CRUTCHES_
**BY RECOMMENDATION OF THE MEDICAL DEPARTMENT.**

SIGNATURE OF MEDICAL STAFF OF EMTC

# INTER-HOSPITAL TRANSFER RECORD

From (Sending Hospital): Bellevue

To (Receiving Hospital): Rikers NIC - Dorm 2B

Date: 4/17/06

Clinical Service: Medicine

Patient's Name (Last): Reyes          (First): Jayson

Sex: M     Age: 23     Birthdate: 1/13/83     Medical Record #: 3086604

Address: 

Borough:          Zip:          Apt. #:          Telephone #:

Next of Kin (Name):

Relationship:          Telephone #:

Transfer Notification: ☐ YES   ☐ NO

Name/Title of Person Contacted at Receiving Hospital: DR. Ihim   Dr. Bashir

Telephone #:

Diagnosis and Remarks: Reflex sympathetic dystrophy

Past Medical History (including allergies, medications taken):

RSD 2/2 ankle trauma

Physical Findings and Treatment (including medications, IV fluids, and blood administered, lab and X-ray results, procedures done)

Oxycontin SR 10 mg q12 (titrate up PRN)     Cymbalta 40 mg QD
Neurontin 300 PO TID                          Provigil 200 mg q AM
Lidoderm patch (or ointment)                 Pt would benefit from
                                              wheelchair

Special Equipment Transferred:
☐ X-Rays to Accompany Patient     ☐ Laboratory Reports Attached     ☐ Copy of E.R. Chart

Reason for Transfer:
☐ HHC Bed Unavailable     ☐ Services Not Available
Patient's Condition at Transfer:   ☐ Critical   ☐ Serious   ☐ Patient Request   ☐ Other: _____
                                   ☐ Fair   ☐ Good

Approved – Physician in Charge (Sending Hospital)
Name Print: David SCHWARZ          Title: PG 42

Signature: _____ MD Telephone #: 917-401-1403

Approved – Hospital Administrator
Name Print: _____
Signature: _____     Time: _____

Emergency Medical Service Notified Time: _____ AM/PM     Operator: _____

Time Ambulance Arrived at E.R. _____ AM/PM     Time Patient Transferred _____ AM/PM

Receiving Physician

Name Print: _____

Signature: _____ MD   Time: _____

Name of Accompanying Staff Member in Ambulance
_____
☐ MD   ☐ RN

Patients Valuables:
☐ Sent with Patient   ☐ Given to Family   ☐ Retained at Hospital

Staff Signature: _____

Patient's Clothing:
☐ Destroyed   ☐ Discarded   ☐ Given to Family   ☐ Retained at Hospital

Family Signature: _____
Family Signature: _____

General Comments/Mental Status Evaluation:

HHC 669 (July 83)

Distribution   White – Patient Copy   Canary – Hospital Copy

# CONSULTATION   REQUEST

...W YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| Leave blank for hospital use |
| --- |

Patients' Name _____ DOB _____

FROM _____ / _____
        Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:


**Diagnosis, treatment and medications by C.H.S.:**


Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:


Request:


Date _____ Referring Physician _____ Phone _____ Approved_____

Consultation, findings and recommendations:


te _____ Physician _____

9014 Rev. 3-91

*Reminder: Fully Complete the Problem List*

NYC 000117

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _____ DOB _____

FROM _____ / _____
   Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Leave blank for hospital use

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

te _____ Physician _____

5014 (Rev. 04)

*Reminder: Fully Complete the Problem List*

NYC 000118

```
Printed: Apr 17, 2006  01:15 pm  | ---------------------------------
  Bellevue Hospital Center       | Reyes,Jayson            3086604-2      EP?I
      462 First Avenue           | 19S S46SA1              Age:23Y  Sex:male
    New York, NY 10016           | DOB: Jan 13, 1983       MR# 3086604
                                 | Admitted: Apr 15, 2006
                                 | Attndg Physician: Bails,Douglas,MD
                                 | Service: General Medicine
                                 | ---------------------------------
```

Apr 17, 2006  01:14 pm:  Discharge Summary

Disch Date                  :   Mon, 17 Apr 2006
Reason for Admission        : Left foot pain
Findings/Course             :
      Pt is a 23 yo DOC prisoner with h/o reflex sympathetic dystrophy
      secondary to forklift vs left ankle resulting in severe sprain at
      Home Depot who presents with inability to walk and worsening left
      ankle pain ever since being arrested when his outpatient pain
      regimen was discontinued.  He had previously been on Oxycontin SR
      20 q12, Cymbalta 60 qd, Lidoderm patch, Provigil 200 mg qd.  All of
      these meds were discontinued when pt was arrested.  Pt was
      evaluated by Neurology in ER who recommended Percocet, Neurontin
      and Lidocaine ointment.

      Pt reported some improvement in his pain symptoms.  Ankle film was
      negative.  He was not able to ambulated however.

      Pt stable for discharge.  Should receive Oxycontin SR 10 q12 and
      titrate up PRN, Neurontin 300 TID, Lidoderm patch or ointment if
      patch not available.  Would consider adding Cymbalta and or
      Provigil if symptoms continue.  Would also recommend pt receiving a
      wheelchair.
Disch Prescriptions         : Oxycontin SR 10 q12, Neurontin 300 tid,
                              Lidoderm patch
Disposition                 : transferred to RIKERS
Problem # 1                 : Reflex Sympathetic Dystrophy, Lower Limbs

Electronically signed by Schwarz,Scott, MD

                                                      Apr 17, 2006
```

NYC 000119

```
Printed Apr 17, 2006  1:15 pm by Schwarz,Scott
                                                      p.  1  of  1
```

# Bellevue Hospital Center
# Discharge Instruction Sheet

**IMPORTANT: Please bring this form to your first appointment with your doctor.**

**IMPORTANTE: Por favor, traiga ésta documento a la primera visita con su médico.**

重要通知: 第一次看醫生時請您帶上這張表格。

**MD to Complete**

Diagnoses: _Reflex Sympathetic Dystrophy_

Surgery/Special Procedures: _____

Home Care Ordered:  ☐ Not Required    ☐ Yes
Activity Limitations:  ☐ None    ☑ Yes/Specify:    Give DVT Discharge Instructions ☐
_Ambulated_

Allergies:  ☐ No Known Allergy    ☑ Yes/Specify: _____    Diet Ordered:  ☑ Regular    ☐ Other/Specify:

Your Medications Are:         **☐ No Medication Ordered**

| Name | Dose | How Often | Reason for Taking |
|------|------|-----------|-------------------|

Additional Instructions (e.g., labs, tests, non-drug pain management, etc.):

Your Follow-up Care: ☐ To Be Seen in Bellevue Clinic: see below
☐ Referred to Bellevue Stop Smoking Program at 5 South 51, (212) 562-4748.

| Clinic | MD Requested Appointment | | SMS Appt Given | |
|--------|--------------------------|-------------------------|------|------|
| | Date Requested | MD (if known) PRINT | Date | Time |
| (X) NEW<br>( ) REV | ___ days or ___ weeks | | | |
| ( ) NEW<br>( ) REV | ___ days or ___ weeks | | | |
| ( ) NEW<br>( ) REV | ___ days or ___ weeks | | | |

☐ Patient Requests Appointment with Private MD.
☐ Refer to Non-Bellevue Managed Care Provider.

MD Name (**Print**): _____    MD Signature: _____    ID Number: _____

Date: _____

NYC 000120

## Hospital Transfer Form

**Please use ball point pen and print legibly.**

Referring DOC Facility: _____

Name of referring MD _____
**(Please Print)**

Hospital Run: ❑ EMS   ❑ DOC:   ❑ 3 hr.   MD Phone # _____

Date: _____   Time: _____ AM/PM

Referred to:   ❑ KCHC   ❑ Elmhurst   ❑ Bellevue

❑ Other: _____

Patient Name: _____

B&C #: _____   DOB: _____
**(Please Print)**

**Contact Urgicare if you have questions:   Beeper# 917-949-1234
Phone# 718-546-4333**

COMPLAINT:                                        PE

PMH:

                                        Studies/Labs

MEDS

                                        Tx @ RI

Allergies:

Significant ED findings/studies:

                                        Discharge Dx:

                                        Recommended FU:

**Fax completed form to Urgicare Center @ time of discharge - 718-546-4382**

Physician Name **(print)** _____   Signature: _____   Date: _____
Phone # _____

**CONTACT URGICARE IF YOU HAVE QUESTIONS / INFORMATION.**

**FOR BOROUGH HOUSES CONTACT REFERRING PRACTITIONER (ABOVE).**

BEEPER #:   917-949-1234
PHONE #:   718-546-4333

NYC 000121



# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone (718) 448-3210 • Fax (718) 442-9043

## FAX TRANSMISSION

DATE _____4/1/06_____

TO _____Roxana_____                   FROM: _____Naomi_____

COMPANY: _____                   DEPT: _____

FAX: _____398-8995_____                FAX: 718- 447 7192
                                           TEL. 718-448-8210 X ____

RE _____

PODIATRY
Stephen A. Kalish, MD, HJM, DPT
Audrey L. Halpern, MD

PEDIATRIC RADIOLOGY
James A. Schwartzberg, MD
Lenn H. Blend, MD

ALLERGY/IMMUNOLOGY
Gloria E. Jung, MD, FACS
John T. Shin, MD
Anthony L.E. Mastro, MD
Harvey R. Lowenthal, MD, FACS
Insertion

GASTROENTEROLOGY
Stephen J. Felsenfeld, MD, FACP
Joseph A. Sawyer, MD, FACP
Albert R. Antonacci, Jr., MD
John E. Reilly, MD
David A. Bernstein, MD
Joseph J. Illuminato, MD, FACP

OFFICIAL NEW YORK STATE PRESCRIPTION

OFFICIAL NEW YORK STATE PRESCRIPTION

NYC 000122

NYC 000123

RITE AID PHARMACY
STORE 23 PHARMACY
BROOKLYN NY

PATIENT HISTORY REPORT

| RX# | RF | DATE | NDC | QTY | DESCRIPTION | DAYS SUPP | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTIONS | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 298329 | | 02/.../05 | 614816706 | | OXYCODONE W/ACET | 30 | $27.94 | $20.00 | GERNAIN | | 04269 |
| 298329 | | 02/.../05 | 614810687 | | PATCH | 30 | $24.59 | $00.00 | NAOMI | | 04269 |
| 298329 | | 02/22.05 | 614810687 | | PATCH | 30 | $415.99 | $00.00 | NAOMI | | 04269 |
| 20855. | | 02/13.05 | 00365... | | OXYCODONE | 30 | $7.48 | $20.00 | NAOMI | | 04269 |
| 08260 | | 04/01.05 | 00591298 | | PENTANYL | 30 | $132.99 | $00.00 | NAOMI | | 04269 |
| 18110 | | 08/.../05 | 614810060 | | DILAUDID | 30 | $439.99 | $00.00 | NAOMI | | 04269 |
| 272819 | | 08/29.05 | 00364... | | OXYCODONE | 30 | $27.98 | $00.00 | GERMAIN | | 04269 |
| 278879 | | 10/31.05 | 00779.265 | | OXYCODONE | 30 | $45.99 | $00.00 | ROME MD | | 04269 |
| 285447 | | 12/09.05 | 00600552 | | CLONA... | 30 | $1..99 | $08.00 | ROME MD | | 04269 |
| 28445 | | 11/.../05 | 00364370 | | OMBA...A | 60 | $118.99 | $00.00 | ALCOCK | | 04269 |
| 276318 | | 11/07.05 | 614816670 | | HC 1000 ORPM | 30 | $477.99 | $00.00 | NAOMI | | 04269 |
| 286448 | | 11/09/06 | 00591350070 | | OXYCODONE HC | 90 | $572.99 | $42.00 | GLENAINE | | 04269 |
| 27818 | 2 | 11/01/06 | 6348.08670 | | 1.000ERM | 30 | $43/.99 | $36.00 | NAOMI | | 04269 |
| 291346 | | 01/02.06 | 00591350070 | | OXYCODONE HC | 60 | $170.99 | $80.00 | ROME MD | | 04269 |
| 294450 | | 03/30/06 | 024061122.50 | | METHADONE 10 MG TABLET | 60 | $29.99 | $29.99 | ROME MD | | 04269 |
| 294457 | | 03/30/06 | 00591350070 | | OXYCODONE HC | 60 | $168.99 | $00.00 | GLENAINE | | 04269 |

$5,67.80                                    $2,9.99

* * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION * * * * *
* * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES * * * * * *