# EXHIBIT A
## to Answer

*Jason Reyes v. City of New York, et al.,* 07 CV 6349 (PC)

# PRISON HEALTH SERVICES
## Contracted by NYC Department of Health and Mental Hygiene

## CERTIFICATION

I, Cyril Joseph, Assistant Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, hereby certify that the record of the attached is in the custody of, and is an accurate and complete record of the condition, act, transaction, occurrence or event of this program concerning:

_REYES, RAY_
**(Name of Patient)**

_3419560611_
**( Book and Case Number)**

I further certify that this record was made in the regular course of business of this program and it is the regular course of business of this program to make such records. The record was made at the time of the condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter. The record contained herein is a certified reproduction of the record on file (in accordance with CPLR Section 2306)

_1/3/07_
**(Date)**

_C. Joseph_
Cyril Joseph
Assistant Director of Medical Records

## DELEGATION OF AUTHORITY

I, PETRINA MARINER, Director of Medical Records of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, certify that, CYRIL JOSEPH, Assistant Director of Medical Records, of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, whose signature appears above is a responsible employee of this program. I hereby authorize him to certify records of this program as accurate and complete records of this program, such records having been made in the regular course of business of this program at the time of the condition, act, transaction, occurrence, or event recorded or within a reasonable time thereafter.

_P. Mariner_
Petrina Mariner.
Director of Medical Records.

NYC 000001

**NYC Health**

DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

## PROBLEM LIST

| Patient's Last Name | First Name |
|---|---|
| Reyes | Jason |

| Book & Case Number | NYSID Number |
|---|---|
| 349-06-02628 | 0470442Y |

| DOB | ALLERGIES: NKA |
|---|---|
| 1/13/1983 | |

| CHRONIC MEDICAL PROBLEMS | DATE LISTED |
|---|---|
| S/P ANKLE INJURY 2002 WITH NERVE DAMAGE | 2/12/2006 |
| Atypical CHEST PAIN | 5/25/06 |

| PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|
| | |

| | DATE ON | DATE OFF |
|---|---|---|
| SUICIDE WATCH | | |

| SUICIDE RISKS | DATE LISTED |
|---|---|
| | |

**INMATE HAS CONTRAINDICATIONS FOR**

**Category A (Chemical Agents):**

*Medically contraindicated if the patient has*   ☐ Asthma   ☐ Chronic Obstructive Pulmonary Disease (CCPD)

**Category B (Stun Shield):**

*Medically contraindicated if the patient has ANY of the following conditions:*   **(Check All That Apply)**

☐ Pregnancy   ☐ Hypertension   ☐ Pace Maker   ☐ Asthma   ☐ Seizure   ☐ Diabetes   ☐ Cardiac Disease

☒ NO CONTRAINDICATIONS

Signature:   **Issa Madhoun**

Date:   2/12/2006

CHS-289 (REV. 09/05)

NYC 000002

**NYC Health**
DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
## CORRECTIONAL HEALTH SERVICES

### INTAKE
### HISTORY AND PHYSICAL EXAM

| PATIENT'S LAST NAME | FIRST NAME |
|---|---|
| Reyes | Jason |

| BOOK & CASE NUMBER | NYSID NUMBER | DOB | IS PATIENT EMANCIPATED? |
|---|---|---|---|
| 349 06 02628 | 0470442Y | 1/13/1983 | ☒ YES ☐ NO |

| DATE | TIME | FACILITY | HAVE YOU PREVIOUSLY BEEN INCARCERATED? | DO YOU HAVE MEDICAID OR ANY HEALTH INSURANCE? |
|---|---|---|---|---|
| 2.12.2006 | 02:53 ☒AM ☐PM | BBKC | ☐ YES ☒ NO  If yes, where? ☐ RIKERS ☐ ELSEWHERE  N/A  If yes, when? N/A | ☐ YES ☒ NO  WHERE DO YOU CURRENTLY GET MEDICAL CARE?  BETH ISRAEL |

| 1. DO YOU HAVE ANY ALLERGIES? | Reaction Type | ALLERGIES TO MEDICATIONS? | 2. HAVE YOU EVER HAD CHICKEN POX? |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ HIVES ☐ RASH ☐ SOB  ☐ ANAPHYLAXIS ☐ DON'T KNOW | N/A  OTHER? N/A | ☐ YES ☐ NO ☒ DON'T KNOW |

| 3. HAVE YOU EVER HAD HIGH BLOOD SUGAR OR DIABETES? | FINGER STICK (non admission) | 4. HAVE YOU EVER HAD TB? | Do you have? | | Chest X-ray done? | Current and Past TB Medications Taken? | How long taken? |
|---|---|---|---|---|---|---|---|
| ☐ YES ☒ NO  yes, Current Medications?  ☐ YES ☐ NO  If yes, List on Page 2. | N/A | ☐ YES ☒ NO  Where diagnosed?  N/A | Weight loss ☐ YES ☒ NO  Night Sweats ☐ YES ☒ NO  Fever ☐ YES ☒ NO  Cough > 2 Wks ☐ YES ☒ NO | | ☐ YES ☒ NO  If yes,  ☐ Normal ☐ Abnormal  When? N/A | N/A | N/A |

| 5. HAVE YOU EVER HAD: | HAVE YOU EVER HAD: | | Do you have HIV Infection or AIDS? |
|---|---|---|---|
| • Multiple Sex partners? ☐ YES ☒ NO  • Unprotected sex? ☐ YES ☒ NO  • Sex with substance abusers? ☐ YES ☒ NO  • Same sex relationship? ☐ YES ☒ NO  • Injection Drug Use? ☐ YES ☒ NO | • Syphilis? ☐ YES ☒ NO  • Chlamydia? ☐ YES ☒ NO  • Hepatitis B? ☐ YES ☒ NO  • Any current bx? ☐ YES ☒ NO | • Gonorrhea? ☐ YES ☒ NO  • Hepatitis A? ☐ YES ☒ NO  • Hepatitis C? ☐ YES ☒ NO | ☐ YES ☒ NO  (If yes, complete HIV Flow Sheet) |

| 6. RAPID HIV TEST | REASONS FOR DECLINING RAPID HIV TEST | HIV Ab Testing done? | Viral Load ☐ YES ☐ NO |
|---|---|---|---|
| ☐ Wants Rapid HIV Test  ☒ Declines HIV Testing  ☐ Undecided  ☐ Confirmatory  ☐ Retest | ☐ Known HIV Positive  ☐ Prefer Conventional Test  ☐ Had Negative HIV Result < 3 months ago  ☒ Not Ready to get test results today  ☐ Don't want test now/today  ☐ Other | ☐ YES ☐ NO  When?  2005 | # N.A  When? N/A  Latest T-Cell (CD4)  # N.A  When? N/A |

| 7. EVER HAD ASTHMA? | Last ER Visit? N/A | Ever Intubated? | 8. EVER HAD A SEIZURE? | Last Seizure? | 9. EVER HAD HYPERTENSION? |
|---|---|---|---|---|---|
| ☐ YES ☒ NO  If yes, Current Medications?  ☐ YES ☒ NO  (List in Page 2) | Last Attack? N/A  Ever Admitted? ☐ YES ☒ NO | ☐ YES ☒ NO  When?  N/A | ☐ YES ☒ NO  If yes, Current Medications?  ☐ YES ☒ NO  (List in Page 2) | N/A | ☐ YES ☒ NO  If yes, Current Medications?  ☐ YES ☒ NO  (List in Page 2) |

| 10. DO YOU HAVE: | Chest Pain? | Syncope? | Family history of sudden death under age 65? | Ever had Heart Disease? | Ever had a heart attack? |
|---|---|---|---|---|---|
| ☐ PUD ☐ DJD  ☐ Renal dz ☐ CVE  ☐ Liver dz ☒ N/A | ☐ YES ☒ NO  When? N/A | ☐ YES ☒ NO  When? N/A | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO  When? N/A |

| 11. HAVE YOU RECENTLY DELIVERED A BABY? ☐ YES ☐ NO ☒ N/A | 12. HAVE YOU HAD A MAMMOGRAM IN THE LAST 12 MONTHS? | 13. HAVE YOU HAD A PAP SMEAR IN THE LAST 12 MONTHS? |
|---|---|---|
| • IF YES WITHIN THE LAST SIX (6) WEEKS? ☐ YES ☐ NO ☒ N/A  • ARE YOU PREGNANT? ☐ YES ☐ NO ☒ N/A  • DATE OF LAST MENSTRUAL PERIOD? ☐ Don't Know ☒ N/A | ☐ YES ☐ NO ☒ N/A  If yes, when? N/A | ☐ YES ☐ NO ☒ N/A  If yes, when? N/A |

| 14. DO YOU USE DRUGS? ☐ YES ☒ NO | Drugs used: ☐ HEROIN ☐ BARBITURATES ☐ MARIJUANA ☐ CRACK |
|---|---|
| DRUG AMOUNT: N/A | ☐ COCAINE ☐ CRYSTAL METH ☐ METHADONE  ☐ OTHER: N/A |

If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.

2-12-2006 3:43:48 AM

383 (Rev. 06 05)

Page 2 of 4

Reyes, Jason - 149-06-02628

CHB-243 (Rev  06/06)

| 15.  ARE YOU CURRENTLY IN A METHADONE PROGRAM? | Where? N/A | 16.  DO YOU USE ALCOHOL? | Have you considered cutting down drinking? ☐ YES ☒ NO | When last drink or drug use? |
|---|---|---|---|---|
| ☐ YES  ☒ NO | Dose  N/A | ☐ YES  ☒ NO | Annoyed by people asking about your drinking? ☐ YES ☒ NO | N/A |
| | | AMOUNT  N/A | Ever had guilty feelings about your drinking? ☐ YES ☒ NO | |
| | | | Ever needed a drink as an 'eye opener'? ☐ YES ☒ NO | |

| 17.  DO YOU SMOKE? | 18.  HAVE YOU EVER HAD A SCREENING ULTRASOUND OF YOUR ABDOMEN TO LOOK FOR AN ANEURYSM? | 19.  ABDOMINAL ULTRASOUND RESULT? |
|---|---|---|
| ☐ CURRENT  ☐ FORMER | | ☐ POSITIVE  ☐ NEGATIVE  ☐ DON'T KNOW  ☒ N/A |
| ☒ NEVER  ☐ NOT ASSESSED | ☐ YES  ☐ NO  ☐DON'T KNOW  ☒ N/A | When?  N/A |

| 20.  HISTORY OF DENTAL PROBLEMS (pain, bleeding gums, etc ) | 21.  HISTORY OF HOSPITALIZATION |
|---|---|
| ☐ YES  ☐ NO | |
| IF YES  EXPLAIN  N/A | ☒ YES  ☐ NO |
| **22.  ANY ADDITIONAL MEDICAL PROBLEMS?** | IF YES, DESCRIBE  INJURY L ANKLE  AND HEEL 2002 WITH NERVE DAMAGE BETH I |
| ☒ YES  ☐ NO | List PAIN L ANKLE ON PERCOCET PRN |

| 23.  TREATED OR HOSPITALIZED FOR NERVOUS / MENTAL PROBLEMS? | Where? N/A | 24.  ARE YOU TAKING MEDICATION FOR NERVES/MENTAL PROBLEMS? | Medications / Dosage: |
|---|---|---|---|
| ☐ YES  ☒ NO | | ☐ YES  ☒ NO | N/A |
| When?  N/A | Why?  N/A | | |

| 25.  HAVE YOU TRIED TO HURT OR KILL YOURSELF? | How?  N/A | 26.  HAVE YOU EVER BEEN ASSAULTED (SEXUALLY/PHYSICALLY)? | 27.  HAVE YOU BEEN CHARGED WITH A VIOLENT ACT (RAPE, ASSAULT)? |
|---|---|---|---|
| ☐ YES  ☒ NO | | ☐ YES  ☒ NO | ☐ YES  ☒ NO |
| When?  N/A | Why?  N/A | | CHARGES REVIEWED? ☐ YES  ☒ NO |

| 28.  HAVE YOU HURT ANYONE WHEN YOU WERE ANGRY OR UPSET? | When?  N/A | |
|---|---|---|
| ☐ YES  ☒ NO | | How?  N/A |
| | Who?  N/A | Why?  N/A |

| 29.  FAMILY HISTORY OF MENTAL ILLNESS?  ☐ YES ☒ NO | 30.  FAMILY HISTORY OF SUICIDE?  ☐ YES ☒ NO |
|---|---|
| If Yes, List Who:  N/A | If Yes, List Who:  N/A |

| 31.  HAVE YOU EXPERIENCED ANY RECENT LOSSES? (i.e , death, employment, relationships, etc) | Explain  N/A |
|---|---|
| ☐ YES  ☒ NO | |

SUMMARY OF CURRENT MEDICATIONS *(Please List)*

N/A

COMPLETED BY *(Print Name)*  Issa Madhoun

REVIEWED BY  Issa Madhoun

| Signature of person completing form | Title | Date | Time |
|---|---|---|---|

If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.

2 12 2006 3 43 48 AM

CHB-243 (Rev  06/06)

NYC 000004

Page 3 of 4

CHS 283 (Rev 06-05)

**NYC Health**
**DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PHYSICAL EXAMINATION

| | | |
|---|---|---|
| Last Name Reyes | First Name Jason | Temp 98.8 |

| Snellen's | w/o correction R 20 L 20 | w correction R N/A L N/A | HR 5'8" | Pulse 78 |
| VSS Taken by (Full Name) Gladys Paul | | | Wt 226 | RR 14 |
| Signature | | | | Peak Flow |
| | | | | BP 120/70 |

## GENERAL APPEARANCE: (Include body habitus, nutritional status, and state of distress.)

**HEENT**
- ☒ NL
- ☐ Traumatic
- ☐ Lacerations
- ☐ Icteric
- ☐ Scalp lesions
- ☐ Abnormal Pupils
- ☐ Conjunctivitis
- ☐ Pale sclera
- ☐ Other

Describe N/A

**SKIN**
- ☒ NL
- ☐ Rash
- ☐ Pallor
- ☐ Scars
- ☐ Jaundice
- ☐ Tattoos
- ☐ Tracks
- ☐ Other

Describe N/A

**ORAL CAVITY**
- ☒ NL
- ☐ Lesions
- ☐ Swellings
- ☐ Filled cavities
- ☐ Dentures loose
- ☐ Missing Teeth
- ☐ Other

Describe N/A

**BREASTS**
- ☒ NL
- ☐ Masses
- ☐ Discharge
- ☐ Other

Describe N/A

**CHEST**
- ☒ NL
- ☐ Wheezes
- ☐ Rales
- ☐ Rubs
- ☐ Rhonchi
- ☐ Other

Describe N/A

**HEART**
- ☒ NL / RRR
- ☐ Murmur
- ☐ Rub
- ☐ Gallop
- ☐ Other

Describe N/A

**FUNDUS**
- ☒ Normal
- ☐ Not visualized
- ☐ Other

**OTOSCOPIC**
- ☒ NL - Canal
- ☐ NL - TM
- ☐ Cerumen
- ☐ Abnl

**LYMPH NODES** Describe
NO ADENOPATHY

**NECK THYROID**
- ☒ NL
- ☐ Carotid Bruit
- ☐ Thyroid enlargement/mass

**ABDOMEN**
- ☒ NL
- ☐ Tenderness
- ☐ Hyperactive/active Bowel sounds
- ☐ Organomegaly
- ☐ Ascites
- ☐ Other

Describe N/A

**GENITALIA**
- ☒ NL
- ☐ Sores
- ☐ Discharge
- ☐ Lesions
- ☐ Warts
- ☐ Other

Describe N/A

**PELVIC EXAM** (Adnexa, Uterus)
- ☒ N/A
- ☐ NL
- ☐ Discharge from Cervix
- ☐ Uterine Mass
- ☐ Reduced
- ☐ Adnexal Mass
- ☐ Tenderness
- ☐ Other

Describe N/A

**PAP SMEAR**
- ☐ Performed
- ☐ Chlamydia/Gonorrhea Test
- ☐ Culture
- ☐ Other (Describe)
- ☐ Refused N/A
- ☐ Deferred

Describe

**RECTAL**
- ☒ NL
- ☐ Hemorrhoids
- ☐ Fissures
- ☐ Warts
- ☐ Not Indicated PT less than 40 yrs old
- ☐ Sores
- ☐ Reduced
- ☐ Other

Describe N/A

**EXTREMITIES**
- ☐ NL
- ☐ Edema
- ☐ Cyanosis
- ☐ Pulse
- ☐ Clubbing
- ☒ Other

Describe
TENDERNESS L ANKLE SENSORY LOSS L HEEL

## MENTAL STATUS

**ORIENTATION TO**
- ☒ Time
- ☒ Place
- ☒ Person

**PSYCHOMOTOR**
- ☒ WNL
- ☐ Retardation
- ☐ Agitation

**SPEECH**
- ☐ Coherent
- ☐ Incoherent
- ☐ Normal Rate
- ☐ Pressured
- ☐ Spontaneous

**MOOD**
- ☒ Euthymic
- ☐ Anxious
- ☐ Depressed
- ☐ Embarrassed/Humiliated
- ☐ Irritable
- ☐ Elated
- ☐ Angry

**AFFECT**
- ☒ Appropriate to mood
- ☐ Inappropriate to mood
- ☐ Labile

**THOUGHT PROCESS**
- ☐ Logical
- ☐ Illogical
- ☐ Relevant
- ☐ Irrelevant

N/A

**ANY PROBLEMS WITH SLEEP OR APPETITE OR ANY FEELINGS OF HOPELESSNESS OR BEING WORTHLESS?**
☐ YES ☒ NO

**SUICIDAL IDEATION?** ☐ YES ☒ NO
N/A

**HOMICIDAL IDEATION?** ☐ YES ☒ NO
N/A

**DELUSIONS**
- ☒ None
- ☐ Grandiose (Do you have special abilities or features?)
- ☐ Persecutory (Do you feel anyone is plotting against you?)
- ☐ Somatic
- ☐ Other

**HALLUCINATIONS** Does patient exhibit any?
- ☐ None
- ☐ Auditory
- ☐ Visual

**DOES PT EXHIBIT ANY SIGN OF GROSS MENTAL RETARDATION?**
☐ YES ☐ NO

**NEUROLOGIC** (Sensory, Motor, DTR, Gait, Cerebella, Cranial Nerves)
SENSORY DEFICITIS L HEEL

**DESCRIBE** (If abnormal, give details in assessment)

**If you have answered "YES" to any question and require additional space, please use the Additional Comments area on Page 4.**

Page 3 of 4

CHS 283 (Rev. 06-05)

NYC 000005

| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
| 2/12/2006 | 00mm | 2/14/2006 | dobsonkd |

| IMMUNIZATION | | DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| LABORATORY DATA | DATE ORDERED | RESULT | | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|---|
| PPD | 2/12/2006 | 00mm | | | | | |
| RPR | 2/12/2006 | *Ne* | | | | | |
| Dipstick | 2/12/2006 | whl | | | | | |
| STD Urine Screen | 2/12/2006 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - Read PPD | 2/12/2006 | PPD Read | BBKC | |
| Nursing Followup - HIV Rapid Refused | 2/12/2006 | HIV Rapid Refusal | BBKC | |
| Medical Followup - PAIN L ANKLE S/P INJURY 2002 | 2/12/2006 | Injury | BBKC | |
| PT | 5/4/06 | PT | MLC O3 | 5/06 |
| NEUROLOGY | 4/18/06 | | | |
| PT | 5/17/06 | PT | MLC O3 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NYC 000006

## MEDICATION LIST

| START DATE | MEDICATION | DATE DISCONTINUED |
|---|---|---|
| 2/12/2006 | Motrin - Tab - 400MG - BID | |
| | | 2/16/2006 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CHS-289 (REV. 09/05)

Reyes, Jason  - 349-06-02628

2/12/2006 3:43:58 AM     Page 3 of 3

NYC 000007

Patient's Name

Book & Case Number

NYS ID #

Facility

REYES, JASON    00000000
252 50TH ST                    3
NY, NY 11220
13-JAN-83 O Y M 5'8"   216 BRO BLK
NY C
LOPICKELOW, ROE
1866 60TH ST 3, NY, NY              FI
3490602628 0470442Y 11-FEB-06

# ALLERGIES

| DATE LISTED | PROBLEMS | PLAN | | DATE RESOLVED |
|---|---|---|---|---|
| | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| | 4. | | | |
| | 5. | | | |
| | 6. | | | |
| | 7. | | | |
| | 8. | | | |

| E ORDERED | CLINIC | FACILITY | DATE SEEN | DATE ORDERED/TYPE | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | DATE DONE | RESULT | DATE DONE | RESULT | DATE DONE | RESULT | | DATE | TYPE/TREATMENTS |
|---|---|---|---|---|---|---|---|---|---|
| SEROLOGY | | | | | | | | | |
| URINE O.S. | | | | | | | | | |
| CBC | | | | | | | | | |
| ASL/ALT | | | | | | | | | |
| GC : (O/G/A) | | | | | | | | | |
| ther: | | | | | | | | | |

INMATE HAS CONTRAINDICATIONS FOR:
☐ CATEGORY A (CHEMICAL AGENTS)*
Medically contraindicated if the patient has any of the following conditions (check condition)
  ☐ Asthma    ☐ Chronic Obstructive Pulmonary Disease (COPD)
☐ CATEGORY B (STUN SHIELD)*
  tly contraindicated if the patient has any of the following conditions (check condition)
  ☐ Pregnancy    ☐ Hypertension    ☐ Pace Maker    ☐ Asthma
  ☐ Seizure      ☐ Diabetes        ☐ Cardiac disease
☐ NONE

| PPD | | | | |
|---|---|---|---|---|
| DATE DONE | RESULT | DATE READ | SIGNATURE | |
| _/_/_ | | _/_/_ | | |
| INH | | | | |

| IMMUNIZATION | DATE |
|---|---|
| | |

| INH | | | |
|---|---|---|---|
| DATE STARTED | DATE COMPLETED | DATE STOPPED | DATE DOH NOTIFIED |
| _/_/_ | _/_/_ | _/_/_ | _/_/_ |

| EKG |
|---|
| ☐ Normal |
| ☐ Abnormal |

ATE                    SIGNATURE

89 Rev 4, 04)

NYC 000008

*Patient chart coming*
*From C-76*

Needs
• Wheel Chair

PRE – ADMISSION FORM
Dorm ___*2B*___

DATE ACCEPTED: 4/17/06                    DATE ARRIVED: _____

TIME ACCEPTED: 12·47 p.m.                TIME ARRIVED: _____

PATIENT'S NAME: Reyes Jason

B & C # OR DATE OF BIRTH: 3490602628

REFERRING PHYSICIAN: Dr. Hayman

REFERRING FACILITY: Bellevue hosp.

REQUESTED ADMISSION DATE: 4/17/06

M.D. OR PHYSICIAN ACCEPTING PATIENT: R. Sttm MD

**NOTE:  THIS PRE-ADMISSION FORM IS VALID FOR 48 HOURS!**

2-1 wd
5' 8"
118/78
86
16
28.8

DEPARTMENT OF CORRECTION ACTION

CONFIRMED BY: _____

|  | TITLE | NAME | SHIELD # |
|---|---|---|---|

COMMAND: _____

DATE: _____        TIME: _____

NOTE: ALL INMATES TO THE INFIRMARY AREAS (DORM1, 2A, 2B AND 4) MUST
HAVE A PRE – ADMISSION FORM.  INMATES TO NON – INFIRMARY AREAS (NIC
MAIN AND DORM 3) FROM OTHER INSTITUTIONS PRINCIPAL HOSPITAL DOES
NOT REQUIRE A PRE – ADMISSION FORM.

Reyes, Jason - 349-06-02628                                    CHS-283 (Rev. 06/05)

**ADDITIONAL COMMENTS** (Please include Question Number with each Additional Comments Section)

| ASSESSMENT | PLAN |
|---|---|
| S/P L ANKLE INJURY 2002 WITH NERVE DAMAGE | ACE GIVEN CANEF/U PRN |

DISPOSITION

☐ Medical Isolation Reason
N/A

☐ Detox
N/A

| HOUSING : | ☒ GP | ☐ CDU |
|---|---|---|
| ☐ INFIRMARY | ☐ C-71 | ☐ MO |
| ☐ OTHER: | | |

| CONSULTS: | ☐ URGICARE |
|---|---|
| ☐ ER/HOSPITAL | ☐ MH EMERGENCY |
| ☐ MH ROUTINE | ☐ OTHER: |

**BROCHURES GIVEN?**

| REACH HIV-STD | ☐ YES | ☒ NO |
|---|---|---|
| Health Information | ☒ YES | ☐ NO |
| Dental Brochure | ☐ YES | ☒ NO |

SIGNATURE

| | DATE/TIME |
|---|---|
| | 2/12/2006 3:41 AM |
| PRINT NAME | TITLE |
| Issa Madhoun | |

REVIEWED BY: Issa Madhoun

| PRINT NAME | SIGNATURE | 2/12/2006 3:41 AM |
|---|---|---|
| | | DATE/TIME |

**Please use the Additional Comments area on the top of this page for any "YES" question requiring additional space.**

2/12/2006 3:43:48 AM

CHS-283 (Rev. 16/05)

NYC 0000010

**PATIENT ACCEPTANCE NOTE**
**NIC**

Dorm _____ _(B)_

Referring MD/PA _Dr. Hayman_ _____ Date _____

Referring Facility: _Bellevue hosp_ Telephone # _____

1. Patient: _Reyes Jason_

   Book and Case Number: _3190602_ _Date of Birth_ _____ NYSID: _____

2. Diagnosis / Reason for Infirmary Care:

   _Dystrophy_ _Reflex Sympathetic_

3. History of Illness (use other side if more room needed): _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. Other considerations:  Date of last fever: _____

   Abnormal mental status? _____ ∅

   Ambulation status? _Wheelchair bound_ Incontinence? _____

   Nursing needs? (dressings, catheters, feeding, turning, etc.) _____ ∅

5. Labs:    PPD & Date: _____

   Special (CT's, LPs, etc.) _____ CXR & Date: _____

   Pertinent blood results _____

6. Medications (doses, frequency, when to stop): _____

7. Follow-up needed: _____ ∅

8. If MH/Nursing / Chief MD approval needed*, who contacted / when? _____ INH / Date? _____

9. Accepted by: _Dr. Itim_ (MD)/ PA    Date: _6/17/06_

* If high level nursing care needed, contact CNA, PCC or nurse in charge; if psychiatric disturbance, contact Mental Health



NYC HEALTH AND HOSPITAL CORPORATION
CORRECTIONAL HEALTH SERVICES

INFIRMARY ADMISSION HISTORY
AND ASSESSMENT

SECTION I

INFIRMARY: N.I.C. D2A
DATE: 4/18/06   TIME: 7Am
REFERRAL SOURCE: Clinic Bellevue
MEDICAL DIAGNOSIS: Reflex Sympathetic Dystrophy
PRESENT HEALTH HISTORY:
PAST HEALTH HISTORY:
PREVIOUS HOSPITALIZATION: ☐ NO ☐ YES (SPECIFY)

NAME: Reyes, Jason
ID#: 349 06 03638
DOB:   SEX: ☐F
ADMITTING DATA
ADMITTING NURSE: B. Jacobs
INTERPRETER: ☐ YES ☐ NO
LANGUAGE USED: English
RELIGION:

ADDICTIVE HABITS: TOBACCO: ☐ NO ☐ YES  # PACKS/DAY X # YEARS
ALCOHOL: ☐ NO ☐ YES  # DRINKS/DAY
ILLICIT DRUGS: ☐ NO ☐ YES (SPECIFY)
METHADONE MAINTENANCE PROGRAM: ☑ NO ☐ YES

ALLERGIES: ☐ NONE KNOWN ☐ YES (SPECIFY)

SPEECH: ☐ SLURRED ☐ APHASIA ☑ NO PROBLEM ☐ OTHER
VISION: ☑ NO PROBLEM ☐ RT ☐ LT ☐ GLASSES ☐ CONTACT LENSES   IMPAIRED ☐ RT ☐ LT   ARTIFICIAL EYE ☐ RT ☐ LT
HEARING: IMPAIRED ☐ RT ☐ LT   HEARING AID ☐ RT ☐ LT   ENUCLEATION ☐ RT ☐ LT
DENTURES: ☐ UPPER ☐ LOWER ☐ PARTIAL ☐ NONE   DIET:

ACTIVITY STATUS: ☐ AMBULATORY ☐ AMBULATORY WITH ASSIST ☐ BED REST
ASSISTIVE DEVICES: ☐ TRANSFER WITH ASSIST ☐ CANE ☐ WHEELCHAIR ☐ WALKER ☐ CRUTCHES ☐ PROSTHESIS ☐ NONE ☐ OTHER

SELF CARE STATUS: INDEPENDENT · ASSIST · DEPENDENT
FEEDING
BATHING
GROOMING
DRESSING
TOILETING
FLUIDS:

INCONTINENT ☐ NO ☐ YES (SPECIFY)

ADVANCE DIRECTIVES: ☐ NONE ☐ YES (SPECIFY)

| MEDICATION / DRUG | DOSE | FREQ | LAST DOSE TAKEN | REASON |
|---|---|---|---|---|
| ☐ NONE | | | ☐ AM ☐ PM | |
| | | | ☐ AM ☐ PM | |
| | | | ☐ AM ☐ PM | |
| | | | ☐ AM ☐ PM | |
| | | | ☐ AM ☐ PM | |
| | | | ☐ AM ☐ PM | |
| | | | ☐ AM ☐ PM | |

TB DRUG THERAPY
START DATE   COMPLETE DATE   STOP DATE   DOH NOTIFIED   DATE CXR

| IMMUNIZATION | DATE |
|---|---|
| | |
| | |

VITAL SIGNS
TEMP   PULSE
RESP   BP
HEIGHT   WEIGHT
VISUAL SCREEN
Nurse's Signature/Time

Form RI108/Front 6/98

NYC 00000013

| DATE | LIST # | INIT | FOCI/NURSING DIAGNOSES | GOALS/DESIRED OUTCOMES | NURSING INTERVENTION | DATE | INIT | EVALUATION |
|------|--------|------|------------------------|------------------------|----------------------|------|------|------------|
| 4/1? | 1 | | Risk for injury R/T difficulty ambulating | - no injury while in care | - Provide w/c for mobility<br>- Provide assistance when necessary<br>- medicate for pain as ordered. | | | |
| 4/1? | 2 | | Altered comfort pain R.T. trauma to lower extremity | - Pain minimized/ controlled while in care | - medicate for pain as ordered<br>- avoid further trauma<br>- exercise<br>- safety precaut. | | | |

| DATE ORDER | REFERRALS / CONSULTS | DATE DONE | DATE ORDER | SPECIMENS | DATE SENT | DATE ORDER | EKG / X-RAY / DIAGNOSTIC TESTS | DATE DONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

NAME

BED LOCATION

NYC 00000

**RESPIRATORY:**  ☐ cough  ☐ sputum  ☐ no  ☐ yes   Describe _____
☐ dyspnea  ☐ orthopnea  ☐ cyanosis  ☐ none

COMMENTS:

**CARDIOVASCULAR:**  ☐ chest pain  ☐ palpitations  ☐ varicosities: _____
☐ poor circulation to extremities  ☐ edema: _____

COMMENTS:  ☐ none

**GASTROINTESTINAL:**  ☐ nausea  ☐ vomiting  ☐ anorexia  ☐ dysphagia  ☐ bleeding
☐ hemorrhoids  ☐ weight loss  ☐ weight gain: _____  ☐ diarrhea: _____
☐ constipation:  ☐ freq. of BM: _____  ☐ ostomy: _____

COMMENTS:  ☐ none

**GENITO-URINARY**  ☐ dysuria  ☐ hematuria  ☐ retention  ☐ nocturia  ☐ frequency
☐ ostomy: _____  ☐ catheter: _____  ☐ dialysis: _____

COMMENTS:  ☐ none

**MALE:**  ☐ prostate enlargement  ☐ urethral/penile discharge ☐ no  ☐ yes (specify)
☐ lesions  ☐ no  ☐ yes  STD: ☐ no  ☐ yes (specify): _____

COMMENTS:

**FEMALE:**  LMP: _N/A_  pregnant ☐ no  ☐ yes  pregnancies: _____  miscarriages: _____
abortions: _____  live births: _____  birth control: ☐ no  ☐ yes: _____
pelvic/tube infection: ☐ no  ☐ yes  vaginal discharge: ☐ no  ☐ yes: _____
lesions: ☐ no  ☐ yes  STD: ☐ no  ☐ yes (specify): _____

COMMENTS:

**BREAST:**  masses: ☐ no  ☐ yes  discharge: ☐ no  ☐ yes: _____  BSE: ☐ no  ☐ yes

COMMENTS:

**MUSCLO-SKELETAL:**  ☐ arthritis  ☐ paralysis: _____  ☐ paresis: _____  ☐ amputation: _____
☐ contractures: _____  ☐ deformity: _____  ☐ fracture: _____

COMMENTS:

**NEUROLOGICAL:**  headaches: _____  vertigo  syncope  tremors  seizures
sensory/motor impairment: _____  orientated  (person)  (place)  (time)

COMMENTS:

**PAIN:**  location:  type:  onset:  duration:  ☐ none

**SKIN:**  temperature: ☐ warm  ☐ cold  ☐ moist.  ☐ dry  turgor: ☐ good  ☐ poor
hair:  nails: _____

COMMENTS:

Identify on diagram site of the following:
A = bruises,  B = masses,  C = scars,  D = lesions,  F = wounds
and D = decubitus (describe size, shape, stage)

_____

_____

_____

_____

_____

_____

_____

☐ none

EDUCATIONAL NEEDS: _____

DISCHARGE PLANNING: _____
WHERE WILL YOU GO WHEN DISCHARGED: _____

ANYONE TO ASSIST YOU AFTER DISCHARGE: _____

PLAN OF CARE: _____  started ☐ YES  ☐ NO  EXPLAIN: _____
ORIENTATION TO ENVIRONMENT: _____  ☐ YES  ☐ NO  EXPLAIN: _____

SIGNATURE/TITLE OF DATA COLLECTOR: _____

RN REVIEWER: _____  DATE: 4/17/06  TIME: _____

Form RI108/Back  6/5

NYC 0000015

NYC HEALTH AND HOSPITAL CORPORATION
CORRECTIONAL HEALTH SERVICES

DEPARTMENT OF NURSING

INFIRMARY CLINICAL ACTIVITY FLOWSHEET

PATIENT'S NAME _Reyes  Jason_

I.D.# _349-06-02628_

AGE/D.O.B. _____ SEX: _✓_ M ____ F

AREA: _NIC D.2A_

| | | DATE | 4-18-06 | | | | 20 | | 21 | | | 22 | 23 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TIME | | | | | | | | | | | | | | |
| T E M P E R A T U R E | 104° | | | | | | | | | | | | | | | |
| | 103° | | | | | | | | | | | | | | | |
| | 102° | | | | | | | | | | | | | | | |
| | 101° | | | | | | | | | | | | | | | |
| | 100° | | | | | | | | | | | | | | | |
| | 99° | | | | | | | | | | | | | | | |
| | 98° | | | | | | | | | | | | | | | |
| | 97° | | | | | | | | | | | | | | | |
| | 96° | | | | | | | | | | | | | | | |
| PULSE | | | 84 | 88 | | 84 | 74 | | | | | | | | | |
| RESPIRATION | | | 18 | 18 | 16 | 18 | 16 | | 82 | | | 84 | 82 | | 60 | |
| BLOOD PRESSURE | | | 110/80 | 110/80 | 100 | 110/70 | 110/90 | | 20/124 | | | 16/120 | 16/120 | | 16/120 | |
| WEIGHT | | | | | | | | | 80 | | | 80 | 80 | | 64 | |
| N/A INITIALS | | | | | | | | | | | | | | | | |
| F L U I D S | INTAKE C.C. | ORAL | | | | | | | | | | | | | | |
| | | OTHER | | | | | | | | | | | | | | |
| | | TOTAL | | | | | | | | | | | | | | |
| | OUTPUT C.C. | URINE | | | | | | | | | | | | | | |
| | | OTHER | | | | | | | | | | | | | | |
| | | TOTAL | | | | | | | | | | | | | | |
| TIME | | | | | | | | | | | | | | | | |
| N U T R I T I O N | DIET: TYPE | | | | | | | | | | | | | | | |
| | CONSUMED: | | | | | | | | | | | | | | | |
| | ALL | | | | | | | | | | | | | | | |
| | 1/2 | | | | | | | | | | | | | | | |
| | 1/4 | | | | | | | | | | | | | | | |
| | NONE | | | | | | | | | | | | | | | |
| | SUP. FEEDING | | | | | | | | | | | | | | | |
| | NG FEEDINGS | | | | | | | | | | | | | | | |
| | Q_____HR. | | | | | | | | | | | | | | | |
| MENTAL STATUS | ALERT | | | | | | | | | | | | | | | |
| | ORIENTED | | | | | | | | | | | | | | | |
| | OTHER | | | | | | | | | | | | | | | |
| SAFETY | ▲ SIDE RAILS = UP | | | | | | | | | | | | | | | |
| | ▼ = DOWN | | | | | | | | | | | | | | | |

● = ABNORMAL FINDINGS, (R) = REFUSED AND O = OUT TO COURT MUST BE CIRCLED IN RED
✓ = NO CHANGE / DONE
★ = SEE PROGRESS NOTES
BLANK = NOT APPLICABLE

Form MM014/Front

INFIRMARY CLINICAL ACTIVITY FLOWSHEET

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DATE:** | | | | | | | | | | |
| **TIME:** | | | | | | | | | | |
| **ISOLATION:** | | | | | | | | | | |
| RESPIRATORY | | | | | | | | | | |
| ENTERIC | | | | | | | | | | |
| OTHER | | | ✓ | | ✓ | | | | | |
| **SELF CARE** BATH | | | | | | | | | | |
| COMPLETE: | | | | | | ✓ | | | | |
| PARTIAL | | | | | | | | | | |
| SELF | | | | | | | | | | |
| MOUTH CARE | | | ✓ | | | | | | | |
| FOLEY / PERI | | | | | | | ✓ | | | |
| FOOT CARE | | | | | | | | | | |
| **ACTIVITY** BEDREST | | | | | | | | | | |
| TURNED & POSITION | | | | | | | | | | |
| DANGLE | | | | | | | | | | |
| COMMODE | | | | | | | | | | |
| BED / CHAIR | | | | | | | | | | |
| BRP | | | | | | | | | | |
| AMBULATE W / ASSIST | | W/C | | W/C | | W/C | W/C | | W/C | W/C |
| AMBULATORY | | | | | | | | | | |
| **ELIMINATION:** | | | | | | | | | | |
| CONTINENT / | | ✓ | | | | | | | | |
| INCONTINENT | | | | ✓ | | | ✓ | | ✓ | |
| FOLEY | | | | | | | | | | ✓ |
| SUPRA PUBIC | | | | | | | | | | |
| CATHA | | | | | | | | | | |
| B.M. | | | | | | | | | | |
| OTHER | | | | | | | | | | |
| **SLEEP** SATIS-FACTORY | | ✓ | | | | | | | | |
| UNSATIS-FACTORY | | | | S | | S | | S | S | ✓ |
| **THERAPY** PHYSICAL THERAPY | | | | | | | | | | |
| PENTAMADINE | | | | | | | | | | |
| SPUTUM | | | | | | | | | | |
| **I.V. LINES:** TYPE AND SITE: | | | | | | | | | | |
| **DRESSING CHANGE** Q____ | | | | | | | | | | |
| **TUBING INITIALS** Q____ | | | | | | | | | | |
| **NURSE INITIALS** | | | | | | | | | | |

| INITIALS | SIGNATURE | TITLE | INITIALS | SIGNATURE | TITLE |
|---|---|---|---|---|---|
| | Pauline Taborn, NA | | | W. Richardson | |
| | | | | | |

**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes  Jason
3490602628
DOB 1/13/83

| DATE | OBSERVATIONS |
|------|--------------|
| 2/17/06 BIBL MHU 915pm | F/U old LT ankle injury — No chart |
| | S: 22y/o ♂ c h/o LT ankle neurological damage s/p 2002 trauma presents stating minimal pain relief c gt Motrin |
| | O: R16 P80 ambulates c cane + limp LT ankle - atrophy, ↓ ROM, scars |
| | A: old LT ankle injury c Motor limitation x 4yrs |
| | P: - Naprosyn & Tylenol - educated on meds - f/u s/c prn |
| | Consider adding Tylenol #3 if no relief     Jacques Lortho M, RPAC |

CHS 288 (Rev. 3.05)

NYC 0000018

**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyos Jason
3490602628
DOB 1/13/83

| DATE | OBSERVATIONS |
|------|--------------|
| 2/13/06 BM | I- Request Note for care |
| | O - H/o Ankle inj |
| | S/p Note for care given to pt |
| | F/u in 3 weeks in sick ca |
| | F/u ___ |
| | Ira Gomila, RPA _____ Cristian Pedestri |
| 2/15/06 MM OP | Medical sick call |
| | is Wypmax / Tylenol renewal — |
| | Orders expired - few days ago |
| | Orders write for 5 dys — |
| | NTC PRN |
| | Franklin Mejia, MD |
| BYB4C 3/20/06 Mini 8:5?m | S/C |
| | S/ 22 y/o ♂ c̄ old LT ankle inj-ry |
| | c̄ subsequent sensory/motor dysfxs. |
| | pt requesting removal of care |
| | O/ R/V 978 |
| | LT ankle - drom, & ulcers, vascular |
| | intact |
| | A/ 22 y/o ♂ c̄ old injury LT ankle |
| | moton dysfxs |
| | P/ NVC (soch care permit) |
| | f/u s/c prn |
| | referral. s/p 3 days |
| | Jacques Conte Jr, RPAC |
| | Cristian Pedestru, MD |

**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes Jason
34906062 8
1/13/83

| DATE | OBSERVATIONS |
|------|-------------|
| 3/08/06 | S/C |
| BBW Min W04am | S/ 23 y/o ♂ c̄ h/o RSD presents c̄ pain management regimen letter provided by his PMD Dr Germaine N. Rowe M.D. received on 3/20/06. Pt currently w c̄s ↑ pain intensity (R) R LE PSD ambulates slowly c̄ a cane at stable ♂ c̄ h/o RSD to left lower extremity. Pt-Ftr clinic 3/29/06 for md pain meds review + evaluation — copy of pt letter will be made |

LANDIS BARNES, D.O.

NYC 0000020



**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes, Jason
349-06-02628
BBKey

| DATE | OBSERVATIONS |
|------|--------------|
| | |

*Redacted*

3/30/06 - S/P ® ankle injury; Ambulate c̄ cane -
c/o pain -
SOA - See ⊕ previous notes
℞ Naprosyn 500mg (BID x 5)
Robaxin 500g (BID x 7)
F/U PRN.

Celia Tindale, RPA

Franklin Mejia, MD

CHS-88 (Rev 1/05)



**NYC Health**
DIVISION OF HEALTH CARE ACCESS AND
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND S...

REYES, JASON   00000000
252 50TH ST               3
NY, NY 11220
13-JAN-83 O Y M 5'8"   216 BRO BLK
NY C
LOPICKELOW, ROE                    FI
1866 60TH ST 3, NY, NY
3490602628 0470442Y 11-FEB-06

| DATE | OBSERVATIONS |
|---|---|
| 4/13/06<br>EmTC<br>8:15p | S - Pt seen in clinic for s/call - c/o difficulty c ambulation. States "I have this problem for 4 yrs."<br>O - TPR 99.8 · 85 · 18 · B/P 128/74.<br>Pt able to stand up c assist. Difficult ambulating. Muscle twitching noted.<br>A - Unsteady gait. Difficulty ambulating<br>P - Referred to md for further eval.<br>         _____ RN |
| 4/13/06<br>C76<br>8:45p | S/P ① ankle injury (4y).<br>Patient ambulating c severe difficulty even c walking cane help.<br>     Has been able to stand sat c assistance<br>       VS stable<br>      Hx of **RSD** (reflex sympathetic dystrophy).<br>See above VS.<br>ATTEMPT TO TRANSFER PATIENT<br>TO NIC: NO BED AVAILABLE<br>AS PER Dr SINGA.<br>Patient given crutches to help in ambulation.<br>RTC card given for F/U<br>in AM (4/14/06).<br>[signature] |



**DIVISION OF HEALTH CARE ACCESS AND IMP**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SI....

REYES, JASON    00000000
252 50TH ST                3
NY, NY 11220
13-JAN-83 O Y M 5'8"   216 BRO BLK
NY C
LOPICKELOW, ROE
1866 60TH ST 3, NY, NY              FI
3490602628 0470442Y 11-FEB-06

| DATE | OBSERVATIONS |
|---|---|
| 4/14/06 | Flu |
| EMTL IM | Cooked by SMD to transfer Pt to NIC |
| 11:45 | Forced documentation from Por MD |
| | the RSD (Reflex Sympathetic Dystrophy also known as |
| | Complex Regious Pain Syndrome |
| | Pt presented to NIC last night. denied admission i meds. |
| | Pt housed on main floor non glass center but still needy problems |
| | ambulating. Also unsteady on feet making it difficult to do ADL's |
| | Ⓢ T 99⁵  80 130/78    P 72      RR 16 |
| | Pt ambulates ē crutches but needed assistance getting up |
| | from the chair |
| | Ⓞ RSD (Reflex Sympathetic Dystrophy |
| | Ⓟ Call to NIC - Spoke ō Dr Georges - states not a candidate |
| | Also states there are no beds |
| | SMD made aware |
| | Flu 4-12 steam to reroll NIC |
| | Glenda Shearn, PA |
| 4/14/06 | Multiple attempts made to follow to |
| SMD or administrator at NIC failed |
| 3:00 P | Dr Colichmon was informed about |
| | the problem and also about the need |
| | for NIC bed. |
| | Case will be endorsed to the 4-12 MD |
| | for Dorm -3 admission |
| | Jean Liautaud, MD |

NYC 0000023

**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 4/14/06 C76 98x | Patient transfer to DORM 3 for medical reasons NO BED IN NIC - DOC NOTIFIED — Gabriel Jean Louis, MD |
| 4/19/06 | M-O-NAV c/o pain Motrin 800 mg po stat + 7 day ndv AMK |
| 4/21/06 NIC D3 11Am | s/c Pt c/o pain in ® foot. Pt on pain medication and will want pain mangmt to follow-up. V/s- stable ® foot ⊖ney swelling ⊖redness NL pulse bilat A/p s/p ® foot injury cont- current management Neurology f/u |

Harjinder Bhatti, MD

Younsoon Soyall, RPA

**NYC Health**
DEPARTMENT OF HEALTH AND MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
3490602628

| DATE | OBSERVATIONS |
|---|---|
| 5/12/06 | SC 1PM                    PA NOTE |
| NKD3 | QUESTION ON MEDICATIONS    c/o CONSTIPATION |
| 12:15 | 23 yo PMHx REFLEX SYMPATHETIC DYSTROPHY |
| | 2° TRAUMA (L) HEEL 4/16/02 CRUTCHES/WHEEL |
| | SYMPS RSD DEVELOPED WITHIN 3 to 4 MOS |
| | PAIN (L) LEGS KNEES OR HIP |
| | WHEEL CHAIR SINCE 4/17/06 |
| | PAIN + WEAKNESS TO LEGS |
| | FOLLOWED BY DR ZASSERMA STATEN ISLAND |
| | Dx AT CRUTCHTHRIAN HOSP APPROX 1SLOZ DR RHOE |
| | ⊝ T 98° P22 R14 172 |
| | NECK SUPPLE |
| | NO CERVICAL NODES |
| | PHARYNX clear   TM clear |
| | SCLERA PINK NORMAL |
| | HEART RR S M |
| | LUNGS CTA |
| | ABD AS NORMAL   SOFT NON TENDER |



CAP REFILL EXAM / OCCLUSION EXAM

| | |
|---|---|
| | SLIGHT DECREASE SIZE (L) CALF vs R |
| | TRACE CALF FULL |
| | CALF/LEG SLIGHT HYPOPIGMENTATION |
| | MEDIAL LEGS SLIGHT HYPERPIGMENTATION |

CHS-238 (Rev. 3/05)



**NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

REYES, JASON
344 060 7628

### EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 5/2/06 | A) Hx REFLEX SYMPATHETIC DYSTROPHY INJURY L. HEEL 4/02 . CHRONIC LOWER EXTREMITY PAIN B) ↑ NEURONTIN 800q PO TID × 14d · COLACE 200q PO QD × 30d · LIDOCAINE PATCH ii LOWER EXTREMITY QD ×14d · OXYCONTIN SR 20 q PO BID × 7d · CYMBALTA 60 q PO QD × 7d · PROVIGIL 200 q PO QAM × 7d Pt ER MDICA EVAL IF ICS WORSENING |

Tarjinder Bhatti, MD

Thomas Schwaner, PA



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| 5/18/06 NICO S dorm. 12:30 AM | **Mental Hea Health Note** pt slated for PSTPR, however pt. declines services. pt. reported he spoke to MH2 j. to anger as he was not getting the proper pain medication. pt reported he is now getting his Oxy-Contin 20mg q. Thus, he reported he is no longer stressed. Denies any depression/anxiety, pt does not exhibit any symptoms of the above. pt denied any past Hx. pt did report that talking w/ MH helped as he was frustrated Medical was not giving him proper Meds. A letter from community confirmed his pain meds. Thus, pt not in distress and not in need of MHF/U. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ A) pt stable in dorm 3 w/ no MHF/U. pt is aware how to access MH services if needed. P. GP dorm 3 NO MHF/U. Frederick Guy |