**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

**TRANSFER CHART REVIEW**

REYES JASON
3490602628

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | |
|---|---|
| 4/13/06 | NEW FACILITY: C76 |
| C76 | D.O.C. ADMISSION DATE 2/11/06 STATE TRANSFER: ☐ YES ☒ NO |
| 2 35 pm | RPR DOCUMENTED ☒ YES ☐ NO |
| | UA DOCUMENTED ☒ YES ☐ NO |
| | PPD DOCUMENTED ☒ YES ☐ NO |
| | HISTORY COMPLETE ☒ YES ☐ NO |
| | PHYSICAL EXAM COMPLETE ☒ YES ☐ NO |
| | ALLERGIES Ø |
| | MEDICAL PROBLEMS FOLLOW UP DATE: |
| | H/O S/P (L) ANKLE INJURY c NERVE Damage (2002) |
| | → Cane for ambulation |
| | |
| | NEW LABS ORDERED: (LIST) |
| | |
| | CONSULTS PENDING: (LIST) |
| | |
| | MEDICATIONS RENEWED: (LIST) |
| | |
| | MENTAL HEALTH FOLLOWUP ☐ YES ☒ NO ☐ STAT ☐ ROUTINE |
| | PT CALLED TO CLINIC ☐ YES ☒ NO |
| | DISP: ☒ GP ☐ DETOX ☐ MO ☐ INF ☐ CDU ☐ ER ☐ URGI |
| | OK FOR FOOD HANDLERS ☒ YES ☐ NO |
| | COMPLETED BY: [signature] |

CHS 1091 (Rev 5/04)

NYC 0000027



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Rueyes, Jason
349 06 02628
DOB 1-13-83

| DATE | OBSERVATIONS |
| --- | --- |
| | Admission Note |
| 4/18/06 | |
| NIC DOM | S: 23 y/o ♂ PT admitted to NIC |
| 6pm | D2A via Bellevue c̄ C-76 ⓒ med |
| | Dx of RSD (Reflex Sympathetic Dystrophy) |
| | PT states his lower limb was |
| | crushed c̄ a forklift x 4 years |
| | ago at Home Depot Resulting |
| | in this debilitating condition. |
| | This RSD condition is |
| | characterized by pain, uncontrolled |
| | twitching / spasm and weakness. |
| | PT denied any other major |
| | medical problems; he admits |
| | to Recent depression and |
| | is on medication R/T |
| | the physical effects of RSD |
| | and its associated life |
| | style change. |
| | O: PT seen in W/C in TX Room |
| | he c/o pain '9' on the pain |
| | scale. involuntary muscle |
| | spasm's observed in Ⓛ lower |
| | extremity. PT quite verbal |
| | and appears to be adequately |
| | informed Re: This disease |
| | entity. U.S. done and |



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
| --- | --- |
| | WOC: BP 118/78 P86 R16 T98.8 |
| | WT 201 lbs and stated height |
| | of 5'8" was recorded. |
| | A: (I) impaired mobility (II) |
| | altered comfort (Pain) (III) |
| | Risk for injury all Related |
| | to This Dx of RSD. |
| | P: medicated for pain |
| | w/c for mobility and |
| | exercise Reasonable |
| | Caution to avoid falls |
| | and any further injury. |
| | PT. was oriented to DOM |
| | ē Respect to medication |
| | and meal times, PT |
| | instructed to Requested med, |
| | NSG. assistance when |
| | deemed necessary. On |
| | duty MD to evaluate |
| | and write Rx order. |
| | [signature] |
| | E. Jackson |

CHS 288 (Rev 3/05)

NYC Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

Reyes Jason
349060262 8
1/13/83

| DATE | OBSERVATIONS |
|---|---|
| 4/18/06 | MD admitting Note |
| Nic - D.A | This is a 23 y/o man with H/o Reflex sympathetic |
| 7^w A | dystrophy was transfer from BVH because pt is having |
| | ambulatory difficulty and needs W C |
| | Allergy Fentanyl. |
| | Surgery declines |
| | Social. ф smoking ф illicit drugs |
| | Pt was seen and evaluated / AAO Pain 9/10 |
| | Vitals, 118/78 86 16 98.8 |
| | HEENT PERRLA, NC |
| | Neck supple |
| | chest good air entry B/L, (+) Gynecomastia |
| | Heart S1 S2 Regular |
| | abd soft, NL BS |
| | ext No edema (+) Pulse |
| | (L) leg pain on palpation |
| | A/P Reflex sympathetic dystrophy |
| | will give pt meds as recommended. |
| | Neurontin 300 mg BID |
| | Oxycontin SR 10 mg PO Q12h + taper down |
| | Lidoderm patch Q12h PRN |
| | Cymbalta 40 mg daily x2 wks |
| | Neuro consultation in house H/A |
| | Regular Diet |
| | Habib Kamkhaji, MD [signature] |

CHS 288 (Rev 3/05)

NYC 0000030



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 4/18/06 | PA Note |
| NEC R2A | 23 yo ♂ admitted to NEC [illegible] |
| 11 PM | [illegible] reflex sympathetic dystrophy |
| | [illegible] s/p left ankle sprain |
| | pt seen NAD, no c/o |
| | 118/78 98° 86, 16 |
| | A/O x3 in wheelchair secondary |
| A/P | reflex sympathetic dystrophy |
| | Oxycontin SR 10 mg q 12° |
| | Neurontin 300 mg TID |
| | Lidocaine patch |
| | Cymbalta 40 mg qs |
| | Neuro follow up |
| | pt current given |
| | encourage compliance |
| | pt instructed to notify med staff of any changes in condition |
| | James [signature] RPA |
| | Rajeev N. Achari, MD [signature] |
| 4/19/06 | RNs |
| 6A | S no c/o |
| D2A | O no changes in general condition |
| | B/P 104/80 72-16 97.7° Medicated |
| | A Alt c health maintenance |
| | P continue c POC |
| | C. Williams RN |



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Reyes Jason
349 06 02628

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| | Nurses note |
| 4/19/06 | S- Pt on po antibiotic - r/o of sympathetic |
| 1440 | dystrophy. Pt c treatment ordered / pain |
| D20 | P- Rx Oxycodan Neurontin Lidocaine |
| | patch - pt still c/o pain med not |
| | sufficient. Instructed for reevaluation |
| | by primary care provider. |
| | V Smith [illegible] |
| 4/21/06 | PA NOTE |
| NCC [illegible] | 23 yo ♂ admitted to NCC 4/18/06 |
| 1030 am | Adm d/c 4/1/06 reflex sympathetic dystrophy |
| | [illegible] s/p severe left ankle sprain |
| | pt seen for f/u / pain mangmt |
| | currently taking: Oxycontin 20 mg q 12 hours |
| | Neurontin 300 mg TID |
| | Cymbalta 40 mg qd |
| | Lidocaine patch |
| | pt seen in [illegible] - requests meds as given by pain mangmt clinic |
| | pt reports good pain control c the [illegible] meds / doses. |
| | As per pain mangmt clinic: Oxycontin 20 mg q 12 hours |
| | Cymbalta 60 mg qd |
| | Provigil 200 mg qd |
| | Lidocaine patch |
| | will ↑ cymbalta from 40 mg to 60 mg qd |
| | will order provigil 200 mg q am |
| [signature] | Neuro consult pending - pt education given |
| | pt instructed to notify med staff of any change in condition |

CHS 288 (Rev 3/05)

Rajeev L. Achari, MD

NYC 0000032



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 4/24/06 | PA NOTE |
| NIC 22A | 23 yo ↗ Admitted to NIC 4/18/06 |
| 10:50 am | Bun d/c 4/17/06 reflex sympathetic dystrophy |
| | PMH s/p left ankle sprain |
| | pt was reports of ↑ pain & no change 4/21/06 |
| | 120/80, 99°. 86 16 Arrived in wheelchair |
| | HEENT PRC [illegible] |
| | chest clear to auscultation |
| | card S1 S2 regular |
| | abd soft ⊕ Bowel sounds |
| | ext NOLE edema / discoloration |
| A/P | Reflex Sympathetic Dystrophy |
| | Oxycontin 20mg q 12 hours |
| | Neurontin 300mg TID |
| | Cymbalta ~~40mg qd~~ 60mg qd |
| | Lidocaine patch |
| | provigil 200mg qd |
| | Neuro consult per [illegible] |
| | pt education given |
| | pt instructed to notify med staff of any changes [illegible] |
| | Cleared for transfer to Dorm 3 |

Adriana Vives, MD

James Patrick, RPA

CHS 288 (Rev. [illegible]/05)

NYC 0000033



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
344 0602 G18

| DATE | OBSERVATIONS |
|---|---|
| 4/25/06 | S2 PA NOTE |
| NIC 03 | S) REQUEST SIDE RAILS FOR BED |
| 330 P | HELP c MOVEMENT |
| | O) ORIENT x 3 FULL RANGE AFFECT LOOKS WELL |
| | A) PMH x REFLEX SYMPATHETIC DYSTROPHY |
| | P) MEDS (TRANSFER) REORDERED |
| | NEURONTIN / OXYCONTIN / LYMPHALA / PROVIGIL |
| | Pt ED MEDICAL EVAL IF / UNDERSTANDS |
| | Harjinder Bhatti, MD — Thomas Schwaner, PA |
| 4/26/06 | S2 |
| NIC 03 | S) C/O ITCH TO BACK |
| 2 PM | ESPECIALLY ARMS |
| | REQUEST ē MATTRESS |
| | O) BP 138/72 P 90 R 14 [illegible] RR / LUNG CTA |
| | ARMS = hyperkeratotic papules (FEW) |
| | A) DERMATITIS |
| | P) HC [illegible] CREAM TOPICAL ARMS BID x 14 D |
| | Pt ED SKIN CARE |
| | NOTE FOR ē MATTRESS SUBMITTED |
| | Pt ED MD/PA EVAL AS IF / UNDERSTAND |
| | Harjinder Bhatti, MD — Thomas Schwaner, PA |

CHS 288 (Rev. 3.05)

NYC 0000034



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
344 0602628

| DATE | OBSERVATIONS |
|---|---|
| 4/27/06 | PA NOTE |
| NIC Dr | CHRONIC PAIN MGM (RENEWAL) |
| 930A | OXYCONTIN SR 20mg PO BID x7d |
| | CYMBALTA 60mg PO QD x7d |
| | PROVIGIL 200mg PO QAM x7d |
| | Harjinder Bhatti, MD Thomas Schwaner, PA |
| 5/3/06 | PA NOTE |
| NIC Dr 245P | [crossed out] PATIENT REQUESTING AIR MATTRESS - NOTE FOR AIR MATTRESS WAS ORDERED ... |
| | ERROR |
| | Thomas Schwaner, PA |
| 5/3/06 | S2 17 NOTE |
| NIC Dr | REQUEST MEDICATION TO BE GIVEN Q6HRS |
| 215Pm | AS PRESCRIBED BY PMP |
| | - REQUEST TO SEE DIETICIAN |
| | SOMETHING IN FOOD GIVES HIM NAUSEA & VOMIT |
| | AND CONSTIPATION OCCURS WHEN THE MEALS |
| | ARE NOT ANY GOOD OCCURS IN LAST A FEW TIMES |
| | · FEELS WELL |
| | NO ABDOMINAL PAIN |
| | O T 98 BP 120/72 P 80 R 16 |
| | Neck supple |
| | [illegible] clear [illegible] clear |
| | [illegible] lungs [illegible] |

NYC Health — The New York City Department of Health and Mental Hygiene

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

REYES, JASON
349 06 02628

| DATE | OBSERVATIONS |
| --- | --- |
| 5/4/06 | ABD as normal no distension soft non tender |
| | declines rectal exam |
| | A/ pt c/o mild nausea on now |
| | normal ABD exam |
| | P/ pt ed / medical eval if ill / understands |
| | Thomas Schwaner, PA |
| 5/4/06 | SC CR note |
| MICA | S/ still c constipation |
| 3rd | feels well |
| | O/ orient x3 full range affect |
| | A/ R/O stable |
| | P/ continue current Tx |
| | pt ed on bowel care |
| | PT consult placed (RSA) |
| | medical eval if ill / understands |
| | Thomas Schwaner, PA |
| | Harinder Bhatti, MD |
| 5/1/06 | CR note |
| MICA | meds renewed |
| MH | [illegible] 20 mg PO BID x 28 |
| | [illegible] 60 mg PO QD x 28 |
| | [illegible] 20 mg PO QAM x 28 |
| | Harinder Bhatti, MD |
| | Thomas Schwaner, PA |

CHS 088 (Rev. 3/05)



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 5/6/06 | [illegible] |
| 1 P | [illegible] |
| [illegible] | [illegible] |
| D3 | [illegible] |
| | [illegible] |
| | Martha Fair, MHC |
| | |
| 5/9/06 | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |

CHS 288 (Rev. [illegible]/05)



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

REEFS, JASON
349060 2628

| DATE | OBSERVATIONS |
|---|---|
| 5/9/06 | O) T98 BP 105/64 P78 R14 |
| cont' | NECK SUPPLE NO SINUS TENDER |
| | PHARYNX CLEAR TM CLEAR NOSE CLEAR |
| | PERRLA EOM NORMAL |
| | A) TENSION TYPE HEADACHE |
| | P) TYLENOL 650 [illegible] PO BID x 4d |
| | PT ED MD/MH EVAL IF [illegible] UNDERSTANDS |
| | Bhatti, MD — Thomas Schwaner, PA |
| 5/11/06 | PA NOTE |
| NIL Om | CHRONIC PAIN MGT |
| 415 P | OXYCONTIN SR 20mg PO BID x 7d |
| | CYMBALTA 60mg PO QD x 7d |
| | PROVIGIL 200mg PO QAM x 7d |
| | LIDOCAINE PATCH ÏÏ QD x 30d |
| | Thomas Schwaner, PA — Marie Lafontant-Georges, MD Lic #198367 |
| 5/11/06 | PA NOTE SC |
| NICP | S) PATIENT C/O QUEST OF PAIN MGT |
| 3/1/A 31 | O) ORIENT x 3 FULL RANGE AFFECT |
| | A) PMHx PSP |
| | P) PT ED CONTINUE CURRENT TX |
| | MD/MH EVAL IF [illegible] UNDERSTANDS |
| | Faisal Ali, MD — Thomas Schwaner, PA |



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 5/12/06 | PA Note - sick call |
| NIC D3 | S [illegible] |
| 11:40 AM | [illegible] |
| | [illegible] |
| | O NAD [illegible] |
| | [illegible] |
| | A [illegible] |
| | P [illegible] |
| | [illegible] |
| | Richard Dorf, RPA |
| | Anuma Ulu, MD |
| 5/17/06 | PA NOTE CHRONIC PAIN MGT MED RENEWAL |
| NIC D3 | LIDOCAINE (ATCH [illegible] TOPICAL QD x 30d |
| 5 [illegible] | OXYCONTIN 20 mg PO BID x 7d, LYRICA 50 mg PO QD |
| | [illegible] 20 mg PO QAM x 7d, [illegible] PO TID x 30d |
| | Faisal Ali, MD |

Thomas [illegible] PA



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

REYES, JASON
349 0602629

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 5/17/06 | PA NOTE |
| NIC 03 | PATIENT WAS REFERRED TO PT 5/4/06 FOR RSD |
| 840A | PATIENT SEEN 5/06 RECOMMENDS FILE TMB |
| | FILE PT CONSULT PLACED 5/17/06 |
| | Faisal Ali, MD |
| | Thomas Schwaner, PA |
| 5/18/06 | SE PA NOTE |
| NIC 03 | C/O ITCHY SKIN BUMPS ARMS |
| 1130A | IMPROVING Ĉ ↓ SHOWER + H2 |
| | REQUEST OXYCONTIN BE GIVEN AS PRESCRIBED BY PMD |
| | O) T98 BP 135/78 P 74 R 18 |
| | PERLA |
| | Heart RR S m/ LUNGS CTA |
| | ARMS TRAUMA Ĉ FEW PAPULES |
| | A) DERMATITIS IMPROVEMENT |
| | RSD |
| | P) HC 1% CREAM TOPICAL BID x 14 D |
| | PT ED SKIN CARE |
| | D/C OXYCONTIN PT ED |
| | MS CONTIN 15 mg PO BID x 7 D |
| | PT ED MO/PA F/U IF ECL UNDERSTANDS |
| | Thomas Schwaner, PA |
| | Marie I. Roberts |

CHS 2d8 (Rev 7/05)

NYC 0000040



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

REYES, JASON
349 0602628

| DATE | OBSERVATIONS |
|---|---|
| 5/22/06 | PA NOTE |
| NIC D2 | CHRONIC PAIN MGT MED RENEWAL |
| 840 | MS CONTIN 15 mg PO BID x7d |
| | CYMBALTA 60 mg PO QD x7d |
| | NEURONTIN 200 mg PO QAM x7d |
| | Thomas Schwaner, PA — PA SCHWANER |
| | [illegible signature], MD |
| 5/25/06 | SC PA NOTE |
| NIC D2 10 45 | S) REQUESTS TO Δ MS CONTIN BACK TO OXYCONTIN |
| | STATES THAT MS CONTIN MAKES HIM NAUSEA |
| | + CHEST TIGHT FEELS SAD AT TIMES REQUEST RTN TO DORM 2 |
| | REQUEST F/U NEUROLOGY FOR RSD |
| | O) T98 BP 110/70 P70 R14 |
| | pharynx clear |
| | HEART RR S1 S2 / LUNGS CTA / ABD soft NON-TEN |
| | (L) FOOT HYPERSENSITIVE TO TOUCH |
| | SLIGHT HYPERPIG TO (L) HEEL |
| | A) RSD ANXIETY RELATED CHEST TIGHTNESS |
| | P) - NEUROLOGY CONSULT PLACED |
| | - D/C MS CONTIN |
| | - OXYCONTIN 20 mg PO BID x 7d |
| NEW CUP 12 15P | → TO DORM 2 FOR FURTHER EVAL Thomas Schwaner PA |

CHS 238 (Rev 3/05)



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

REYES, JASON
344 060 2628

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 3/25/06 | c/o chest pain tightness x 4 days |
| NLC D3 | MID ANT CHEST c RADIATION TO (R) BACK |
| 1(~ | + (R) ARM PAIN WORSE c DEEP BREATH |
| | c/o NUMBNESS TO (R) ARM |
| | NOTED PAIN SINCE D OXYCONTIN TO MS CONTIN |
| | PAIN INTENSITY 8/10 AT TIMES |
| | NO Hx HEART DISEASE |
| | NO FAMILY Hx HEART DISEASE |
| | T 98 P 84 R 16 BP 120/70 |
| | NO JVD |
| | PERLA |
| | HEART RR S1 |
| | LUNGS CTA |
| | Abd soft non tender |
| | No peripheral edema |
| | EKG NSR ABN T WAVE INVERSION c (4) NON SYMETRICAL |
| | T WAVE INVERSION ALL LEADS AND ISCHEMIA |
| | P - SCORE c URGI CARE |
| | - EKG FAXED TO URGICARE |
| | POSSIBLE ISCHEMIC CHEST PAIN |
| | O2 IS c/M (MASK) / IV NS TKO / MONITOR ON |
| | EMS ARRIVED 1:15 PM LEFT 1:20 PM |
| | |
| | SCHNEIDER [signature] PA |
| | Faisal Ali, MD [signature] |

CHS 288 (Rev 3/05)



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

Reyes Jason
3490602628

| DATE | OBSERVATIONS |
|---|---|
| 5/25/06 NIC 2A 1:20 pm | S/O - Pt brought to Tx Room c/o chest pain x 3 days, alert, oriented x3. Pt c/o paleness, BP = 110/70, P = 71, R = 14, T = 98.0 |
| | A/P - VS, EKG done, $O_2$ 15L given by nurse. Rebreather mask as ordered. EMS call @ 12:50 pm, Arrive 1:10 pm. Left @ 1:20 pm c Pt stable, alert, oriented. |
| | ICD # 1587 OP # 8626 |
| | [signature] Jeanine Jean-Baptiste, RN |
| 5/27/06 | H.R. |
| 3:00 pm | Pt was sent to ER 2 days ago 2° of CP. MI ruled out, dx'd costochondritis. Pt has h/o reflex sympathetic dystrophy. Currently asymptomatic. |
| | PE: BP 130/90 76 98. |
| | Neck supple |
| | Chest - mild tenderness @ 4th-5th R |
| | S1 S2 [illegible] |
| | Abd benign BS+ |
| | Ext - mild tend LLE |
| | [illegible] @ [illegible] defin |
| | A/P - Costochondritis |
| | . reflex sympathetic dystrophy |
| | [illegible] |

NYC 0000044

NYC Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

REYES, JASON
349 0602 628

| DATE | OBSERVATIONS |
|---|---|
| 5/30/06 | PA NOTE |
| NLL D3 | CHRONIC PAIN MGT |
| 9:15 A | LIDOCAINE PATCH 1 TOPICAL QD x 30 |
| | OXYCONTIN SR 20 mg PO BID x 7d |
| | NEURONTIN 1000 mg PO TID x 30d |
| | CYMBALTA 60 mg PO QD x 7d |
| | PROVIGIL 20 mg PO QAM x 7d |
| | Thomas Schwaner, PA |
| | Marie Cochet-Georges, MD Lic #196397 |
| 5/30/06 | SC PA NOTE |
| NLL D3 | · REQUESTS PREVIOUS WHEEL CHAIR |
| 2 Pm | THAT HE HAD PRIOR TO BH [illegible] |
| | PATIENT c QUESTION ON MEDICATION |
| | · MARKED DEC IN CHEST PAIN |
| | NOTED SLIGHTLY c DEEP BREATH |
| | O) T 98 BP 120/70 P 79 R 16 |
| | HEART RR S M |
| | LUNGS CTA |
| | SLIGHT TENDER ANT CHEST |
| | A) COSTOCHONDRITIS |
| | HX RSD |
| | P) PT ED / MD/PA EVAL IF [illegible] / UNDERSTANDS |
| | Thomas Schwaner PA |



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Reyes, Jason
3490602628

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 5/30/06 MC-Dr D-3 8:00 pm | Redacted |
| 6/1/06 | MD note |
| | pt refuses clinic Appt ā BVH. Risks, Benefits, alternatives explained pt states he can not go today but agrees to be rescheduled. f/u PA/MD to reschedule Appt |
| | Habib Kamkhaji, MD |
| 6/2/06 NICO3 10A | PA NOTE |
| | CHRONIC PAIN MGT |
| | CYMBALTA 60 mg PO QD x 7d |
| | PRVIGAL 20mg PO Q AM x 7d |
| | OXYCONTIN 20mg PO BID x 7d |
| | Thomas Schwaner, PA / Roslynn Glicksman, MD |

NYC 0000046



NYC Health

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

REYESI JASON
344 0602 628

| DATE | OBSERVATIONS |
|---|---|
| 6/2/03 | SC PA NOTE |
| NIC D3 | PATIENT c̄ CHEST ON MEDS |
| [illegible] | STILL PAIN CHEST c̄ MOVEMENTS |
| 12:30 | (O) T 98 BP 130/80 P 72 R 14 |
| | HEART RRSM |
| | LUNGS CTA |
| | CHEST ANT + (L) MID CLR LATERAL TENDER tenderness on palpation |
| | c̄ PALPATION |
| | (A) COSTOCHONDRITIS |
| | (P) CONTINUE CURRENT TX |
| | PT PER MAJOR EVAL IF ? [illegible] UNDERSTANDS |
| | Thomas Schwaner, PA [signature] |
| 6/2/06 | PA NOTE |
| NIC D3 | CHRONIC PAIN MGT (MED RENEWAL) |
| 9:15 A | CYMBALTA 60mg PO QD x 7d |
| | PROVIGIL 20mg PO QAM x7d |
| | OXYCONTIN SR 20mg PO BID x7d |
| | NEUROLOGY (B4) CONSULT (RESUBMITTED) PASSED 6/6/06 |
| | Thomas Schwaner, PA [signature] |
| | [signature] Roslynn Glicksman, MD |

CHS 288 (Rev. 3/05)

NYC 0000047

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

**PROGRESS NOTE**

Jason Reyes
349040262[illegible]

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|---|---|
| 6/6/06<br>NIC<br>11^05 am | Chart rev'd + con w/ response to 2° opinion [illegible]<br>Pt on all Rx as recommended<br>Physical therapy since [illegible] last week c<br>[illegible] PT. Refused neuro consult 6/1/06.<br>Assess — Continue current Con, neuro consult rescheduled.<br>Plan — PA to continue f/u + Rx<br>[signature]<br>Roslynn Glicksman, MD |
| 6/6/06<br>NICD3<br>1:10pm | D/C Planning Note:<br>Client seen today and was offered discharge planning services. Client reports that he does not need discharge planning services. Client reports that he is not homeless and currently receives 840.00 for workers comp. Client reports that he has active Health Benefits. Client is scheduled to be released on 6/11/06. Client signed a declination form refusing all services.<br>Monique Andersen, MSW<br>D/C Planner |

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Jason Reyes
349-06-02628

**PROGRESS NOTE**

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 9/9/06 | Caseworker Note: |
| N/C | This Worker met with the |
| Dorm | Above named Client to finish-up |
| 3 | Mental Health Discharge Planning |
| Main | Services. |
| M.O. | |
| | Redacted |
| | Mary Fullman<br>Caseworker |

CHS 288 (Rev 5/04)

*Reminder: Fully Complete the Problem List*

NYC 0000049

**New York City Health and Hospitals Corporation**
**Office of Correctional Health Services**
# PSYCHOSOCIAL EVALUATIONS

| Patient's Name | | Date |
|---|---|---|
| Reyes, Jason | | 5/20/00 |
| Book & Case Number | NYS ID Number | Patient's Soc. Sec. Number |
| 3490602628 | | unknown |

Redacted

(Include source of referral and patient's complaint)

Pt. is a 23 y/o male, referred by medical staff due to c/o of feeling depressed at [illegible]. - Pt c/o of feeling depressed after his medical condition (Reflex Sympathetic Dystrophy) + chronic pain in 2003, c/o of sadness, ↓ energy, sleeping too much, ↓ self esteem. -

HISTORY OF PRESENT ILLNESS *(Include onset of current episode, symptoms, degree of impairment in functioning, stressors experienced).*

Redacted

II. [illegible]

Charge(s)

| Attorney Name | Atty. Tel. No. | Sentenced / Conviction | Length of Stay | Discharge Date |
|---|---|---|---|---|
| | | | | |

ARREST/INCARCERATION HISTORY

| Date of Arrest | Charges | Conviction Yes / No | Sentence Length | Time Served | Parole Status |
|---|---|---|---|---|---|
| | Redacted | | | | |

Comment How well did patient cope with prior incarceration? Explain.

Redacted

**III. EDUCATION HISTORY**

LAST GRADE COMPLETED | ACADEMIC FUNCTIONING

Redacted

SCHOOL BEHAVIOR *(Delinquency, fighting, fire setting)*

Redacted

NYC 0000050

**IV. FINANCIAL DATA/ EMPLOYMENT HISTORY**

PA SSI VA Unemployment Insurance OTHER (Describe)

EVER EMPLOYED?

**V. FAMILY HISTORY**

FAMILY OF ORIGIN (Parents, Siblings, Ages, Significant events and relationships)

Redacted

**VI. HISTORY OF PHYSICAL AND/OR SEXUAL ABUSE**

A. Was there any evidence that the patient was physically abused?

B. Was there any evidence (medical exam) that the patient was sexually abused

C. Was there any evidence that the patient physically abused other children?

D. Was there any evidence that the patient sexually abused other children?

...es, flashbacks or withdrawal)

Redacted

**VII. SUBSTANCE / ALCOHOL USE**

| SUBSTANCE (Include Alcohol) | AGE BEGAN | DURATION | QUANTITY | ROUTE OF ADMINISTRATION | MONETARY VALUE | COMPLICATIONS |
|---|---|---|---|---|---|---|

Redacted

**VIII. MEDICAL HISTORY / PROBLEMS**

CURRENT MEDICAL COMPLAINTS RECORDED IN CHART

(1) Reflex sympathetic Dystrophy
(2) chronic pain

CURRENT MEDICATION AND ITS SIDE EFFECTS, IF ANY Oxycontin Neurontin 300mg TID - cymbalta

HISTORY OF HEAD TRAUMA (Loss of consciousness or hospitalization)

None

ALLERGIES

none

Redacted

**IX. PSYCHIATRIC HISTORY** (Include prior episodes, dates, symptoms, treatment and response to treatment for inpatient and outpatient ... medication, and diagnosis if known)

Redacted

NYC 0000051

Redacted

NYC 0000052

Redacted

**CLINICAL FORMULATION** *(Include interpersonal relationships, strengths, weakness, patterns of coping, substance abuse, impressions as to vality of symptoms/information, diagnosis).*

Pt is

and possession of drugs - who is charged for open possession. Pt. referred by medical staff due to c/o of feeling depressed, ↓ self esteem, ↓ energy, sleeping [illegible] after he got into a [illegible] accident and is currently confined to wheel chair due to his current neurological condition. -

Redacted

**XIII. INITIAL DISCHARGE PLAN**

**XIV. REFERRAL FOR PSYCHOLOGICAL ASSESSMENT**

In the space below, please state a referral question(s). Include the observations you have made that led to your request for testing.

N/A. -

C. [illegible] [illegible] 5/30/06

Reviewed and Approved by Clinician—Printed Name and Signature Date

[illegible] PhD 5/31/06

Reviewed and Approved by Licensed Clinical Supervisor or Licensed Unit Chief—Signature - Date

Acting M.H. Unit Chief

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
OFFICE OF CORRECTIONAL HEALTH SERVICES/MENTAL HEALTH SERVICES

# CLINICAL ASSESSMENT AND COMPREHENSIVE TREATMENT PLAN/DISCHARGE SERVICE NEEDS

| PATIENT: Reyes, Jason | | | BOOK & CASE #: 349060262 28 | NYSID #: 04704424 | |
|---|---|---|---|---|---|
| (CIRCLE) MO / GP (circled) | FACILITY: NIC | HOUSING LOCATION: Inf. D3 | DOB: 1-3-83 | DATE OF ADMIT TO MENTAL HEALTH SERVICES: 5/30/06 | DATE OF Tx PLAN: 5/30/06 |

**Presenting Symptoms** *(partial list of symptoms frequently presented, check all that apply).*

- Antisocial Behavior
- Apathy
- Bizarre Behavior
- Blunted Affect
- ✓ Decrease in Energy or Fatigue
- ✓ Decreased Appetite
- Delusions
  - Grandeur
  - Paranoid
  - Persecutory
  - Somatic
- Distractibility
- Dizziness or Lightheadedness
- Excessive Worrying
- Feelings of Hopelessness
- Feigning of Symptoms
- Flat Affect
- Flight of Ideas
- Hallucinations (Auditory)
- Hallucinations (Visual)
- Impaired Judgement
- Incoherence
- Insomnia
- Loosening of Association
- Loss of Interest
- Memory Impairment
- Mood Changes
  - Anxious
  - ✓ Depressed
  - Elevated
  - Irritable
- Neglect of Medical Condition
- Persistent Anger
- Pressured Speech
- Psychomotor Agitation
- Psychomotor Retardation
- Racing Thoughts
- Religious Preoccupation
- Repeated Lying
- Self-Mutilating Behavior
- Sexual Preoccupations
- Suicidal Ideation
- Suicidal Gesture
- Suicidal Attempt
- Tremors
- Untidy Appearance
- Withdrawal/Detox from Drugs
- Other *(Specify)*

**Stressors** *(check all that apply):*

- Problems with other inmates
- Problems with DOC
- Recent death/losses
- Spouse/child problems
- Pregnant
- Withdrawal/Detoxification from drugs
- ✓ Severe medical problems
- Bing Issues
- ✓ Legal Issues *(specify)* incarceration / charges
- Other *(specify)*

**Patient Characteristics** *(check whether the following characteristics are strengths or weaknesses of the patient):*

| CHARACTERISTICS | STRENGTH | WEAKNESS | CHARACTERISTICS | STRENGTH | WEAKNESS |
|---|---|---|---|---|---|
| Compliant with Treatment | ✓ | | Work History | ✓ | |
| Motivated for Treatment | ✓ | | Interpersonal Skills | ✓ | |
| Support System | ✓ | | Insight | ✓ | |
| Domiciled | ✓ | | Health | | ✓ |
| Education | ✓ | | Hospitalizations | ✓ | |
| | | | | | |

**Diagnosis:** Axis I [redacted]
Axis II [redacted]
Axis III Reflex sympathetic dystrophy, Chronic Pain

**Assessment of Problems and Needs** *(see explanation of goals and objectives on opposite page).*

| PROBLEM #1 | GOAL | OBJECTIVE #1 Patient will... | OBJECTIVE #2 Patient will... |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| | | TARGET DATE: 6/27/06 | TARGET DATE: 6/27/06 |

NYC 0000054

CHS 200 (Rev 1/02)

| PROBLEM #2 | GOAL | OBJECTIVE #1 Patient will... | OBJECTIVE #2 Patient will... |
|---|---|---|---|
| | | | |
| | | TARGET DATE: | TARGET DATE: |

| PROBLEM #3 | GOAL | OBJECTIVE #1 Patient will... | OBJECTIVE #2 Patient will... |
|---|---|---|---|
| | | | |
| | | TARGET DATE: | TARGET DATE: |

Anticipated Date of Discharge from Treatment: ________

**Treatment Modality and Frequency of Service:** *(check all that apply and indicate frequency of service)*

| | MODALITY | FREQUENCY OF SERVICE | RESPONSIBLE STAFF |
|---|---|---|---|
| ✓ | Clinician Visits | Weekly ✓ BiWeekly Monthly Other | MHC |
| | Psychiatrist Visits | Weekly BiWeekly Monthly Other | |
| | Group Therapy | Weekly BiWeekly Monthly Other | |
| | Art Therapy | Weekly BiWeekly Monthly Other | |
| | Substance Abuse Counseling | Weekly BiWeekly Monthly Other | |
| | | | |

Level of Care: GP __ MO __ MHC __ Bing ✓ Infirmary

Name of Medications: nmc

**Patient's Statement of Involvement:**

I have participated in the review of my treatment plan. I have discussed it with my Clinician/Psychiatrist and agree to participation in the plan.

I want to add something:

Jayson Reyes — [signature] — 5/30/06
REVIEWED AND APPROVED BY: PATIENT NAME — SIGNATURE — DATE

C. Serge, MHC — [signature] C. Serge, MHC — 5/30/06
REVIEWED AND APPROVED BY: CLINICIAN NAME — SIGNATURE — DATE

N/A — N/A
REVIEWED AND APPROVED BY: [illegible] — SIGNATURE — DATE

David Jurich, PhD — [signature] — 5/31/06
REVIEWED AND APPROVED BY: [illegible] — SIGNATURE — DATE

NYC 0000055