CORRECTIONAL HEALTH SERVICES
MENTAL HEALTH SERVICES
# DISCHARGE SERVICE NEEDS

PATIENT'S NAME: FIRST _Jose_ _____ LAST: _Reye_ _____ B&C #: _349 06 02628_

**Declined Discharge Planning Services:**                    **Borough of Residence Following Discharge:**

☐ Yes, Date: _____ _N o_ _____          ☐ Manhattan        ☑ Brooklyn/Staten Island

                                            ☐ Bronx            ☐ Queens

**Armed Forces:**

☑ No   ☐ Yes   If, Yes:  ☐ Honorable D/C  or  ☐ Other than Honorable

**Current DSM-IV Diagnosis:**                               **Psychotropic Medication:**

AXIS I: ▮▮▮▮▮▮▮▮                                             ▮▮▮▮▮▮▮▮▮▮▮

AXIS II: ▮▮▮▮▮▮▮

XIS III ▮▮▮▮▮▮                                              SPMI: ☑ NO  ☐ YES

**Community Treatment:**                                    **As Per The Patient:**

▮▮▮▮▮▮▮▮                                                     ☐ Monthly Income: _$840 a month_ or

▮▮▮▮▮▮▮▮                                                     ☐ Plan of Support: _____

**Community Services Currently in Place:**                  **Entitlements:**

▮▮▮▮▮▮▮▮                                                     ▮▮▮▮

**Case Management:**                                         **Homeless Upon Discharge:**

▮▮▮▮▮▮▮▮                                                     ▮▮▮▮▮▮

**MICA:**                                                    **State Sentenced:**

▮▮▮▮▮▮                                                       ▮▮▮▮

                                                             ▮▮▮▮▮▮▮▮▮▮

**Specific Referral(s):**

_____

_____

_____

✗ _Jayson Reyes_ _____           ✗ _5/30/06_ _____

_C. Reyes_ _MHC_ _____            _5/30/06_ _____

_Tamik Mine_ _____                _5/31/06_ _____

# Utilization Management: Initial Review

1.  **Treatment Plan Appropriateness:**

    A.   Are the symptoms/problems clearly identified?         ☑ Yes   ☐ No

    B.   Do the goals correspond with the symptoms/diagnoses?   ☑ Yes   ☐ No

    C.   Are the goals achievable?                              ☑ Yes   ☐ No

    D.   Do the objectives correspond with the goals?           ☑ Yes   ☐ No

    E.   Are the objectives observable/measurable?              ☑ Yes   ☐ No

2.  **Treatment Recommendations:**

    A.   Is the patient being treated at the appropriate level?  ☑ Yes   ☐ No

    B.   Is the patient motivated/responsive to treatment?       ☑ Yes   ☐ No

3.  **Discharge Service Needs Plan Recommendations** *(check all that apply):*

    ☑  Discharge service needs plan is appropriate to the treatment plan

    ☑  Discharge service needs plan approved

    ☐  Modify treatment or discharge service needs plan: *(specify)* _____

    _____

    _____

    ☑  Planned date of discharge from treatment ..... *pending court*

    ☑  Refer to next Utilization Management Review after approved number of sessions.

    ☑  Date of next review   6/27/06

**Additional Comments:**

Utilization Management Reviewer(s):

PRINT NAME OF APPROVED BY LICENSED CLINICAL SOCIAL WORKER NAME

David Jusick, PhD                    *(signature)* Daniel Jusick                5/31/06

PRINT NAME OF APPROVED BY, TITLE OF NAME        SIGNATURE                     DATE

CHS-U (Rev. 07/02)                          - 1 -

# NYC Department of Health & Mental Hygiene
# MENTAL HEALTH INTAKE FORM

**Patient's Name**
Roye ___

**Book & Case Number**
749060?028

**NYS ID Number**
C47054/2Y

| DATE | BUILDING & HOUSING AREA | | DATE OF BIRTH | AGE | ETHNICITY |
|---|---|---|---|---|---|
| | NIC - D3 | | 13185 | 22 | Jet... |

**ADDRESS**

**PRIMARY LANGUAGE** | **ABILITY TO SPEAK ENGLISH** | **Interpreter Needed?**

**EMERGENCY CONTACT PERSON**

**EMERGENCY TELEPHONE NUMBER** | **PATIENT REFERRED BY**

(Include source of referral and patient's complaint)

Ref by medical ___ ___ MH
___ ___ ___ ___
Court ___ ___ ___
___ medical intervention
only, stated ___ ___ ___ ___
___ ___ ___ ___

| | YES | NO |
|---|---|---|
| A) Evidence of physical abuse to patient? | ☐ | ☐ |
| B) Evidence of sexual abuse to patient? | ☐ | ☐ |
| C) Evidence of physical abuse by patient? | ☐ | ☐ |
| D) Evidence of sexual abuse by patient? | ☐ | ☐ |

**SCREENING**

| | NO | YES |
|---|---|---|
| 1. Are you experiencing depression, anxiety, or hallucinations? | | |
| 2. Have you experienced any of these symptoms in the past? | | |
| 3. Have you had any previous mental health treatment? | | |
| 4. Has anyone in your family ever been hospitalized for mental illness? | | |
| 5. Has anyone in your family taken medication for emotional problems? | | |
| 6. Do you or have you ever used alcohol or drugs?<br>(If yes, quantity, duration and type of drugs) | | |
| 7. Have you ever tried to hurt yourself?<br>(If yes, give reason, method, precipitant, and whether hospitalized) | | |
| 8. Are you thinking about hurting yourself?<br>(If yes, Why, and Do you have a plan?) | | |
| 9. Do you see any other alternatives or solutions to the problems? | | |
| 10. Is there any history of family members trying to hurt themselves? | | |
| 11. Have you ever hurt anyone when you were angry or upset? | | |
| 12. Are you planning to hurt someone?<br>(If yes, Who?) | | |
| 13. What you you do when you get upset?<br>(Describe coping mechanisms) | | |

14. What are some recent stressors?
(Include reason for incarceration, punitive segregation time,
or family/community issues)

15. Describe significant medical history
ASD

JHS (20 - Rev 6, 14)                              Page 1 of 2

This page redacted

NYC 0000059



# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
Mayor

Thomas R. Frieden, M.D., M.P.H.
Commissioner

nyc.gov/health

## DISCHARGE SUMMARY – AFTERCARE LETTER

LAST NAME: Reyes
FIRST NAME: Jason
B/C#: 349.06.02628
FACILITY: NIC-DORM-3

NYSID#: 0470442 Y
DATE OF INCARCERATION 02/11/06
RELEASE DATE: 06·09·06

[✓] Pt had declined DCP Services
DIAGNOSIS(s)    Redacted

## MEDICATION
[ ] Prescriptions

[✓] Pt not receiving medication while incarcerated

[✓] Medication – Medical Only
[ ] No meds dispensed at release: _____
[ ] Names of medication and dosages: _____

[ ] Medication refused

_____ (state reason)

_____
_____

## MEANS OF RELEASE
[✓] Planned release
[ ] State prison/state jail

[ ] Release from Court: _____ (state type)
[ ] Unplanned release from RI _____ (state type)

## SERVICES SECURED PRIOR TO RELEASE
[✓] Community Services Brochure provided
[ ] Medicaid Application
[ ] DHS Referral
[ ] State Facility Referral
[ ] Borough LINK – Date of acceptance: _____
　　　[ ] Brooklyn EAC LINK
　　　[ ] Queens VOA
[ ] Transportation

[ ] Medication Grant Program Care provided
[ ] Public Assistance Application kit & referral
[ ] NYC HRA 2000 Application
[ ] Referred for Civil Hospitalization

[ ] NYC FEGS　　　[ ] Other:
[ ] Bronx Fordham Tremont

[✓] Other: The Client will Return to 1866 60th Street, Apt -3, New York, N.Y.
Girl friend - Roe Lopickelw - (646) 696-0554

[✓] Community Treatment Provider(s): (specify name of providers, whether appointment was made or just referral, time, date and location of appointment and any other relevant information.)
The Client follow-up with Drimke Physical Therapy at One-on-One.

Patient: Jason Reyes                    Date: 6-09-06

Discharge Planner/Nurse/Clinician: Mary Furman    Date: 6/9/06

NYC 0000060

# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
Mayor

Thomas R. Frieden, M.D., M.P.H.
Commissioner

nyc.gov/health

*AKA Jayson*

## DECLINATION OF DISCHARGE PLANNING

**NAME:** Jason Reyes

**NYSID #:** 04204424

**B/C #:** 349·06·02628

**FACILITY:** Nic-Annex Dorm 3

**DATE:** 06·06·06

This form serves to demonstrate that while I have been offered discharge planning services, I choose not to participate at this time. I am aware that I may seek assistance for discharge planning at any future point by notifying a member of the Mental Health Department.

I choose not to participate in the following:

[X] All Discharge Planning Services
[ ] HRA Prescreening
[ ] Medicaid Application
[ ] Public Assistance Program, if SPMI
[ ] HRA 2000, if SPMI
[ ] Transportation, if SPMI or likely SPMI
[ ] Boro LINK Placement, if SPMI
[ ] **Disclosure of Medical Records to BRAD H Monitors**

[ ] Department of Homeless Services referral
[ ] Veterans referral
[ ] Medication upon release
[ ] Medication Grant Program Participation
[ ] Community Mental Health Placement
[ ] SPAN Brochure
[ ] Discharge Planning Rights Brochure

**PATIENT'S SIGNATURE:** *Jason Reyes*

**DATE:** 06-06-06

*SSO 840.w*

**STAFF'S PRINTED NAME:** Monique Andersen

**STAFF'S SIGNATURE:** Monique Andersen

**DATE:** 06·06·06

The above named patient has indicated his/her choice to decline all or some discharge planning services, and he/she has elected not to sign this document.

Staff's signature: _____ Date:_____

Witness: _____ Date:_____

NYC 0000061

PHYSICAL THERAPY PROGRESS NOTE

**Name:** Reyes, Jason

**ID #:** 349 06 02628

D/C
6/9/06
TS

**DOB:** 11/17/83

**Clinic Name:** PT

**Physician:** _____

**MD Diagnosis:** RSD

**Contraindications / MEDS:** (L) foot 718 331-8751

| Exercises | Date 5/9 | Date 5/24 | Date 5/31 | Date 6/7 | Date 6/12 | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| ie | ✓ | | | | | | | | | |
| TENS (LBP) | | ✓ | ✓ | ✓ | D/C | | | | | |
| MHP | | ✓ | ✓ | ✓ | | | | | | |
| | | ✓ | ✓ | ✓ | | | | | | |

...pt transferred

full d/c'd

no possible replant. Rec

**Therapist Initials:** 

**Physical Therapist Signature:** _____ M P.T.

NYC 0000062

5/24/05 - Pt has been a [illegible] m, w c p[illegible]
results; pt has s/s of RSD
to the ① medial/lateral/plantar s.
of foot c̄ hyper pain reaction to
lite touch even on affected areas; currently tx
for LBP [illegible] c̄ trunk massage (posterior) pain, [illegible]
will try tx recommended in P.T. magazine
for RSD that recommends TENs to the associated
spinal nerve. contralateral electrode placement /[illegible]

5/31/06 - recent studies indicate use of tens c̄ acupuncture best
being employed. parameters to be high/low
c̄ contralateral spinal e placement and LE
trigger points employed (+ knee, between fib/tib) .. s
Pt reid 30 min.; review pt reaction & mod
opd. cont P.T. /[illegible]

6/8/06 - Pt possible D/C; provided clinically evidence
for RSD tx; cont PT if held. /[illegible]

NYC 0000063

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| Leave blank for hospital use |
| --- |

Patients' Name _RF_ FS_ JASON_ DOB _____

FROM _____  3_____

Correctional institution             Inmate no.

Referred to _P_____ Ward / Clinic

Hospital _____ / Clinic no.

PT

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ clan _____

NYC 0000064

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| Leave blank for hospital use |
| --- |

Patients' Name _____ DOB _____

FROM _____ / _____
    Correctional institution       Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone_____ Approved_____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS-2014 (Rev. 9-94)    *Reminder: Fully Complete the Problem List*    NYC 0000065

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
ND MENTAL HYGIENE

Patients' Name _REYES, JASON_ DOB _1/13/53_

FROM _NIC_ _03_ / _349 0602628_
Correctional institution    Inmate no.

Referred to _PT_ _____ Ward / Clinic

Hospital _____ / Clinic no.

Leave blank for hospital use

PT

Chief complaint or findings:

23 YO M Hx of

RSD REFLEX SYMPATHETIC DYSTROPHY

SINCE SEPT 2002

**Diagnosis, treatment and medications by C.H.S.:**

BILATERAL LEG PAIN + WEAKNESS

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

HYPERASTHESIA TO (L) HEEL

Request:    PT FOR ROM TO

LOWER EXTREMITIES (AS TOLERATED)

Date _5/4/06_ Referring Physician Thomas Schwaner, PA    Phone _____ Approved Jarnider Bhatti, MD

Consultation, findings and recommendations:

NYC 0000066

Pt has report of RSD; 2° to work related injury.
S/S of RSD to (L) foot m/l and plantar surface
c ↓AROM @ ankle; cmplx evident; pt has hypereflex
in (R) CE c cogwheel oscillations evident when transferring
w. Being or walking. gait is impaired by RSD c ↑ (8/10)
pain levels brought on with w.B. ⊕ to ↓ pain
Symptoms (physical agents) (U.S. heat) return to P.T.

_____ Physician _____

(S-1014 Rev 4/8)    *Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

P1
(2 weeks)

Patients' Name _Reyes Jason_ DOB _1/13/83_

FROM _Nic DrA_ / _3490612628_
Correctional institution            Inmate no.

Referred to _Neurology_ _____ Ward / Clinic

Hospital _Bvit_ / Clinic no.

Chief complaint or findings: 23 y/o → with H/o Reflex Sympathetic dystrophy discharge from BVH 4/18/06 recommended F/u Neuro in 2 w/s.

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Meds Neuront. 300 g TID
Cymbalta 40 g dly
Lidoderm Patch q12 h Prn
Oxycontin SR 10 g Po q12h

Request:

Allergy fentanyl

(HABIB KAMKHAJI, M.D.)

Date _4/18/06_ Referring Physician _____ Phone _1 z 5 z_

Rajeev L. _____
Rajeev L. _____
Approved _____

Consultation, findings and recommendations:

ate _____ Physician _____

S 5014 (Rev 01)                    *Reminder: Fully Complete the Problem List*                    NYC 0000067

| CORRECTION DEPARTMENT CITY OF NEW YORK | COMMAND NIC | DATE 6/1/06 |
|---|---|---|

## SPECIALTY CLINIC REFUSAL FORM

**PART A**

INMATE'S NAME

Reyes Jason

BOOK AND CASE NUMBER

3490602628

CLINIC

CLINIC LOCATION

Bellvue

APPOINTMENT DATE

6/1/06

I REFUSE TO GO TO MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.

(SIGNATURE OF INMATE)

WITNESSED BY (CLINIC STAFF):

Habib Kamkhaji, MD
(PRINT NAME)

(SIGNATURE OF STAFF MEMBER)    6/1/06
(DATE)

REASON FOR REFUSAL

---

| CORRECTION DEPARTMENT CITY OF NEW YORK | CLINIC SITE | DATE / / |
|---|---|---|

## SPECIALTY CLINIC REFUSAL FORM

**PART B**

INMATE'S NAME

BOOK AND CASE NUMBER

CLINIC

APPOINTMENT DATE / /

REASON FOR REFUSAL

I REFUSE TO HAVE MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.

(SIGNATURE OF INMATE)

INTERVIEW CONDUCTED BY (PRINT NAME)    RANK    SHIELD #    SIGNATURE

NYC 0000068

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

COMMAND NIC DUA

DATE 6/1/06

# SPECIALTY CLINIC REFUSAL FORM

PART A

INMATE'S NAME

Reyes Jason

BOOK AND CASE NUMBER

3490602628

CLINIC

CLINIC LOCATION

Bellvue

APPOINTMENT DATE 6/1/06

I REFUSE TO GO TO MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.

(SIGNATURE OF INMATE)

WITNESSED BY (CLINIC STAFF):

Habib Kamkhaji, MD
(PRINT NAME)

(SIGNATURE OF STAFF MEMBER)    6/1/06    (DATE)

REASON FOR REFUSAL

---

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

CLINIC SITE

DATE    /    /

# SPECIALTY CLINIC REFUSAL FORM

PART B

INMATE'S NAME

BOOK AND CASE NUMBER

CLINIC

APPOINTMENT DATE    /    /

REASON FOR REFUSAL

I REFUSE TO HAVE MY SCHEDULED MEDICAL TREATMENT ON THIS DAY.

(SIGNATURE OF INMATE)

INTERVIEW CONDUCTED BY (PRINT NAME) | RANK | SHIELD # | SIGNATURE

NYC 0000069

NYC HEALTH AND HOSPITAL CORPORATION

**CORRECTIONAL HEALTH SERVICES**

AFTER CARE LETTER

BC# 3490602621

---

## AFTER CARE LETTER

Date: 6/8/06

To Whom It May Concern:

Patient REYES, JAYSON _____ has been under our care for
the following conditions:

I. Health Problems

II. Treatments, Medications,
Date, Follow-Up Needs

Reflex Sympathetic
Dystrophy          → Neurology f/u
                      at B'lln -

HTN = No
Rx PR   UR

Follow-up care is required for the above conditions(s)

Clinic Tel. # 7(0) 896 1931

Form # MM025

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name  REYES, JASON      DOB 1/3/53

FROM      NCC        / 349 0602628
Correctional institution   MEDICAL    Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

PATIENT STATES WHEEL CHAIR
THAT WAS GIVEN TO HIM FROM
BELLEVUE HOSP WAS PLACED
IN STORAGE ON 5/25/06

Request:

PLEASE RETURN IT TO PATIENT
IF POSSIBLE
                THANK

Date 5/30/06 Referring Physician  THANK  Thomas Schwaner, PA _____ Phone _____ Approved _____

Consultation, findings and recommendations:

ate _____  Physician _____

NYC 0000071

S 5011 Rev. 04  Reminder: Fully Complete the Problem List

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**MEDICATION ORDER SHEET**

CHS FORM

USE BALL POINT PEN AND PRESS FIRMLY

**3**

| PATIENT LAST NAME | | FIRST NAME | | BOOK & CASE NUMBER | | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|---|---|
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | | | |

| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | | | |

| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | | STAMP | | | | RPh | |
|---|---|---|---|---|---|---|---|---|---|

**2**

| PATIENT LAST NAME | | FIRST NAME | | BOOK & CASE NUMBER | | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|---|---|
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | | | |

| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | | | |

| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | | STAMP | | | | RPh | |
|---|---|---|---|---|---|---|---|---|---|

**1**

| PATIENT LAST NAME | | FIRST NAME | | BOOK & CASE NUMBER | | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|---|---|
| REYES | | JASON | | 349 060 2625 | | NIC | | NKA | |
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| COMBACTA | | | 60m | PO | QD | | 7d | | |
| INDICATION CHRONIC PAIN MGN | | | | | | | | | |

| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| PROVIGIL | | | 20mg | PO | QAM | | 7d | | |
| INDICATION CHRONIC PAIN MGN | | | | | | | | | |

| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | | 20m | PO | BID | | 7d | | |
| INDICATION | | | | | | | | | |

Roslynn Glicksman, MD

| DATE | TIME | PRESCRIBER SIGNATURE | | STAMP | | | | RPh | |
|---|---|---|---|---|---|---|---|---|---|
| 6/6/06 | | | | 0264 | | | | | |

Write medication orders beginning from bottom of page
Chart Copy-White; Pharmacy Copy-Yellow

NYC 0000072

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM B

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349060262 8 | NICD3 | | NKA |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|
| COMBACTA | | 60 mg | PO | QD | | 7d | | |
| INDICATION | CHRONIC PAIN MGT | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| PROVIGIL | | 20 mg | PO | QAM | | 7d | | |
| INDICATION | | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| OXYCONTIN | | 20 mg | PO | BID | | 7d | | |
| INDICATION | | | | | | | | |

Roslyn Glicksman, MD

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | PRN |
|---|---|---|---|---|
| 6/2/06 | | | 0864    Thomas Schwaner, PA | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349060262 8 | NICD3 | | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|
| COMBACTA | | 60 mg | PO | QD | | 7d | | |
| INDICATION | | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| PROVIGIL | | 200 mg | PO | QAM | | 7d | | |
| INDICATION | | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| | | | | | | | | |
| INDICATION | | | | | | | | |

Marie ?

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | PRN |
|---|---|---|---|---|
| 5/20/06 | | | 086    Thomas Schwaner, PA | MD |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349060262 8 | NICD3 | | |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|---|
| LIDOCAINE PATCH | | ī | TOPICAL | QD | | 30 D | | |
| INDICATION | | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| (↑) NEURONTIN | | 1000 mg | PO | TID | | 30 D | | |
| INDICATION | | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| OXYCONTIN SR | | 20 mg | PO | BID | | 7d | | |
| INDICATION | | | | | | | | |

Marie ?

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | PRN |
|---|---|---|---|---|
| 5/3/06 | | | 0    Thomas Schwaner, PA | |

Write medication orders beginning from bottom of page.
Chart Copy–White; Pharmacy Copy–Yellow

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| Leave blank for hospital use |
|---|

Patients' Name _REYES , JASON_ DOB _1/13/53_

FROM _NIC D3_ , _349 060262_
Correctional institution          Inmate no.

Referred to _MENTAL HEALTH_ Ward / Clinic

Hospital _____ / Clinic no. _____

D3
Elm Hust
we 9 5/26

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

23 YO M PMHx of
REFLEX SYMPATHETIC DYSTROPHY
CHRONIC PAIN + DIFFICULTY
IN PREVIOUSE HEALTH PATIENT
FEELS SAD AT TIMES
RISK FOR DEPRESSION

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date _5/25/06_  Referring Physician _Thomas Schwaner, PA_  Phone _____  Approved _5/26/06_ Roslynn Glicksman, MD

Consultation, findings and recommendations:

Pt. out to EHPW on 5/26/06
Pt. at EHPW 5/27/06. k j.

5/30/06  Pt seen today by mental Health
7³⁰/m  full Psychiatric hx of Comprehensive
To plan same — with Fup. —

C. Sonje, actC

Date _____ Physician _____

IS 3011 (Rev. 2/4)              *Reminder: Fully Complete the Problem List*

NYC 0000074

**New York City Department of Health and Mental Hygiene**

**PATIENT REFUSAL OF TREATMENT**

**Patient Addressograph**

*B.H. NFULU PES*
*serieNET* *IsI*

| Reyes Jason | 3490602 628 | **CHS FORM C** |

This is to certify that I am over the age of 18 years and I am refusing the following:

- ❏ Medical Evaluation [History and Physical]
- ❏ Medical Services
- ❏ Administration of Medication (other than psychiatric)
- ❏ Laboratory Services
- ❏ Diagnostic Testing
- ❏ Other _____

- ❏ Mental Health Evaluation
- ❏ Mental Health Services
- ❏ Administration of Psychiatric Medication
- ❏ X-ray Services
- ☑ Clinic Appointment at   *BUH*

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the risks, consequences and the danger to my health and possibly to my life which may result from my refusal of this procedure/treatment.

I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am cleasing all of the health care providers, the facility and its staff from any and all liability for ill effects that may result from my refusal of treatment.

*Pt was not able to sign because
of hand cuffing, DOC Form signed*

_____    ____6/1/06____
**Signature of Patient**            **Date**

**Two Witnesses:**    I, *Clothen Willen* am health care staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form.

*Clothen Willen*
_____
**Signature and Title of Witness**

I, _____ am not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form.

_____
**Signature and Title of Witness**

**Interpreter/Translator:**  [To be signed by the interpreter/translator if the patient require such assistance]
To the best of my knowledge the patient understood what was interpreted, translated and voluntarily signed this form.

_____
**Signature of Interpreter/Translator**

NYC 0000075

CHS FORM C

## REFUSAL OF TREATMENT PROGRESS NOTE
### (The Refusal of Treatment Form C on the reverse side must also be completed)

**Patient Addressograph**

On ___6/1/06___ (Date), the above-named patient refused the treatment/procedure which is medically or psychiatrically indicated and necessary. I explained the risks, consequences and danger to the health and possibly the life of the above-named patient.

As I explained to the patient, the risks, consequences and dangers of refusing the treatment/procedure include but are not limited to:

Pt refuses Clinic Appt @ BVH This A
Risks + Benefits + Alternatives explained, pt states
he can not go Today but he agrees to be rescheduled
F/u PA/MD this A

I provided the above-named patient with the opportunity to ask questions. I have answered the questions asked and it is my professional opinion that the patient understands what I have explained.

_____
**Signature of Attending Physician or Authorized Health Care Provider†**

___6/1/06___
**Date**

Habib Kamkhaji, MD
_____
**Print Name and Identification Number**

† Authorized Health Care Provider is one who is credentialed and privileged by the medical staff to perform this diagnostic test, procedure or surgery that requires informed consent. See also HHC Consent Policy Article III.

CHS 205 (Rev. 5/04)

NYC 0000076

05/27/06 1019                                                         Page 1   of 2

Elmhurst Hospital Center
Discharge/Transfer Summary
79-01 Broadway   Elmhurst, New York 11373

Discharge/Transfer Summary

Patient:           Reyes,Jason                  DOS:          05/27/06
MR - MH:           2703710-1                     Report Date: 05/27/06
DOB/Age/Sex:       01/03/83  23Y    M
Order Author:
Location:          B4-11 01

============================================================================

Unscheduled Discharge/Transfer Summary
Event Time: Sat, 27 May 06  0851                     Status: complete

Sat, 27 May 06  1014    Documented by Ching Hung Chang, MD

Admit Date              : Thu, 25 May 2006
Disposition             : Discharge
Discharge Date          : Sat, 27 May 2006
Discharge Location      : Rikers
Patient Condition       : stable
Adm BP                  : 130/103  mm Hg
Adm Pulse               : 117  bpm
Adm Resp                : 21
                        : 189 lbs 0 oz (85729 g, 86 kg)
                        : 5'8" (68 in, 173 cm)
CC/HPI                  : Chest Pain 23 yo M with chest pain radiating to his back .
Adm Appearance          : Abnormal tremulous, appears uncomfortable
Adm HEENT               : Normal
Adm Cardiac             : Normal PMI, S1 S2 no murmurs, gallops or rubs
Adm Periph Vasc         : Dorsalis pedis pulse +2
Adm Pulmonary           : Clear to auscultation
Adm Abdomen             : +BS, no rebound or guarding
Adm Skin                : No rashes, lesions or ulcers
Adm MSK/Extremities     : pain in left lower extremity to palpation
Adm Neurological        : Normal
BP                      : 116/70  mm Hg
Pulse                   : 79  bpm
Resp                    : 16
Temp                    : 97 F (36 C)
Appearance              : Normal
Cardiac                 : Normal PMI, S1 S2 no murmurs, gallops or rubs
Pulmonary               : Clear to auscultation
Abdomen                 : +BS, no rebound or guarding
MSK/Extremities: pain when pressing of chest lateral to sternum

REPORT COPY

NYC 0000077

05/27/06 1019

Elmhurst Hospital Center
Discharge/Transfer Summary
79-01 Broadway   Elmhurst, New York 11373

Discharge/Transfer Summary

Page 2   of 2

| | |
|---|---|
| Patient: | Reyes,Jason |
| MR - V#: | 2703710-1 |
| DOB/Age/Sex: | 01/03/83  23Y    M |
| Order Author: | |
| Location: | B4-11 01 |

DOS:              05/27/06
Report Date: 05/27/06

======================================================

Unscheduled Discharge/Transfer Summary -- cont'd
Hospital Course: Pt was admitted to telemetry, was r/o for MI w/ cardiac
              enzymes x 3.   Pt had diffuse t wave inversions on his EKG,
              cardiology read as interventricular conduction delay, unlikely
              ischemia.   Pt underwent an ECHO to r/o congental heart disease
              and r/o valvular dz or wall motion abnormalities; ECHO was
              nml.   It was determined that pt likely had chostochondritis,
              was d/c back to rikers w/ motrin and nexium for gastric
              protection.   Pt has a h/o reflex sympathetic dystrophy, was
              continued on neurontin and percocet as needed for pain.
Allergies - Med  : no known allergies
Allergies - Other: no known allergies
Discharge Rx     : *Gabapentin 400 mg Capsule take one tablet by mouth twice
              daily, Esomeprazole Magnesium 20 mg Oral Cap DR take one
              tablet by mouth daily x 14 days, Ibuprofen 600 mg Tablet
              take one tablet by mouth every 8 hours x 14 days
Activity         : As tolerated.
Diet             : Regular
Provider         : Lindsey Reese, MD
Attending        : Rahul Patel, MD
Diagnosis        : Chest Pain
Comment          : Pt to return to Rikers, accepting physician Dr. Bashir
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I have read and understand the above discharge plan and I understand it is
important to follow these instructions.


Patient/Significant Other Signature _____

Reviewed by. Thousadargfront c.
5/27/06 .


REPORT COPY

NYC 0000078

Nursing Division

## PATIENT DISCHARGE INFORMATION RECORD

REYES, JASON
270-37-10X
01/03/1983M-S

Date 5/27/06        Unit B4

**After leaving the hospital you will continue the following:** (✓ and provide instructions)

| | | |
|---|---|---|
| ✓ | Exercise | As Tolerated |
| | Dressing/Wound Care | |
| | Glucose Testing | |
| | Cast / Pin Care | |
| | Weights | |
| | Tube / Catheter Care | |
| | Other | |

**Special Nutrition / Diet Needs**

Regular

COPY GIVEN: ❑ YES ❑ NO
Vaccination:
❑ Pneumovax: Date given: NOT
❑ Influenza: Date given: eligible
❑

**Medication** (drug information given – purpose and side effects discussed)

| Medication Name | Dose | Route | How often | Special Instructions |
|---|---|---|---|---|
| Gabapentin / cap. | 400mg | mouth | Twice | daily |
| Esomeprazole cap | 20mg | mouth | daily | for 14 days |
| Ibuprofen tabs | 600mg | mouth | every 8hrs | for 14 days. |

**Follow-up Care:**

| Appointment for | Date & Time | Location | Appointment for | Date & Time | Location |
|---|---|---|---|---|---|
| | | | | | |

Home Care/VNS Referral: ❑ No ❑ Yes: reason

**Social Work Plan (If required):**

Have You Smoked In The Last 12 Months ❑ No ❑ Yes    If you wish to quit smoking, Call 334-718-334-2550 (English & Spanish) or 334-2237 (Chinese) for Appointment to Smoking Cessation Program

**If you have any unusual symptoms or questions** Call adult call center at 718-334–2920, Obstetrics 334-3150, Children 334-3025.

In case of any of the following, call your physician or come directly to the emergency room:

If you have chest pain call your physician or come to emergency room

Be sure to bring appointment slip, this record and your medication/s with you on the day of your appointment.

Copy received - be sure to ask if you have any questions:

PATIENT/FAMILY MEMBER                    NURSE    RN

ELM 227                                      NYC 0000079

REYES, JASON
270-37-10X
01/03/1983M-S

ADULT DISCHARGE INSTRUCTIONS
ADDENDUM

| PREVENTION TECHNIQUES for HEALTHY LIFESTYLE | TECNICAS DE PREVENCIÓN por ESTILO DE VIDA SALUDABLE |
|---|---|
| *Every person can follow a healthy lifestyle. Here is a list of things you can do to change your lifestyle and reduce your risk for high blood pressure, heart disease, and stroke:*<br><br>- Eat healthy and nutritious foods<br>- Lose weight if you are overweight<br>- Exercise<br>- Don't smoke<br>- Limit alcohol and caffeine<br>- Manage stress<br>- Get plenty of sleep<br><br>**Remember** if you want to live a healthier life, find out if you have high blood pressure, heart disease or stroke. Talk with your doctor about lifestyle changes. Follow your doctor's advice. | *Toda persona puede observar un estilo de vida saludable. A continuación encontrará una lista de cosas que puede hacer para cambiar su estilo de vida y reducir el riesgo de presión sanguínea alta, insuficiencia cardiaca, y derrame cerebral:*<br><br>- Ingiera alimentos saludables y nutritivos<br>- Pierda peso si esta excedido<br>- Haga ejercicio<br>- No fume<br>- Limite el consumo de alcohol y cafeína<br>- Controle el estres<br>- Duerma mucho<br><br>**Recuerde**: si desea vivir una vida mas saludable, determine si tiene presión sanguínea alta, insuficiencia cardiaca, o derrame cerebral. Hable con su doctor sobre cambios en su estilo de vida. Siga los consejos del doctor. |
| **HOW CAN YOU TRY TO AVOID GETTING A COLD?** | **¿CÓMO PUEDE TRATAR DE EVITAR UN RESFRIO?** |
| • Wash your hands often. You can pick up cold germs easily, even when shaking someone's hand or touching doorknobs or handrails.<br><br>• Avoid people with colds when possible.<br><br>• Clean surfaces you touch with a germ-killing disinfectant.<br><br>• Don't touch your nose, eyes or mouth. Germs can enter your body easily by these paths. | • Lávese las manos con frecuencia. Los gérmenes de la gripe son fáciles de contagiar, incluso mientras le da la mano a alguien o toca picaportes o pasamanos.<br><br>• Dentro de lo posible, evite el contacto con personas resfriadas.<br><br>• Si estornuda o tose, hágalo en un pañuelo descartable y luego tírelo.<br><br>• Limpie las superficies que toca con un desinfectante que mate los germenes.<br><br>• No se toque la nariz, los ojos o la boca. Los germenes pueden entrar fácilmente en su cuerpo a través de estas vías. |
| **DEEP VEIN THROMBOSIS (DVT) PREVENTION** | **PREVENCIÓN DE LA TROMBOSIS VENOSA PROFUNDA** |
| Activity Level:<br>• Increasing your activity by walking and being active reduces the risk of developing a blood clot.<br>• Prolonged riding in a car, bus, train or plane may increase your risk of a blood clot.<br>• When sitting, put your legs up on a pillow, and do not cross your legs or ankles.<br>• When lying down, do not cross your ankles.<br><br>Smoking Cessation:<br>• If you smoke, stop!<br>• Think about joining a smoking cessation program. | Nivel de actividad:<br>• Aumentar su actividad con caminatas y mantenerse activo reduce el riesgo de desarrollar un coágulo.<br>• Los viajes prolongados en auto, autobús, tren o avion pueden aumentar el riesgo de formación de un coágulo.<br>• Cuando se siente, ponga las piernas sobre una almohada y no cruce las piernas o tobillos.<br>• No cruce los tobillos al acostarse.<br><br>Dejar de fumar:<br>• Si fuma, ¡deje de hacerlo!<br>• Piense en unirse a un programa para dejar de fumar. |

| HEART FAILURE SYMPTOMS | ACTION | SINTOMAS DE INSUFICIENCIA CARDIACA | ACCION |
|---|---|---|---|
| • Stable weight / No new symptoms | No Action | • Peso estable/ Sin sintomas nuevos | Ninguna acción |
| • Sudden weight gain (3 or more pounds in one day, 5 or more pounds in one week)<br>• Shortness of breath / Swelling of legs<br>• Trouble sleeping (waking up short of breath)<br>• Frequent dry hacking cough / Fatigue | Call your doctor to Adjust meds | • Repentino aumento de peso (3 libras o mas en un dia, 5 libras o más en una semana)<br>• Falta de aire / Piernas hinchadas<br>• Dificultad para dormir (despertar por falta de aire)<br>• Tos seca frecuente / Fatiga | Llame a su medico para ajustar la medicacion |
| • Chest pain or heaviness<br>• Dizziness or fainting<br>• Persistent difficulty in breathing | Call 911 | • Dolor u opresion en el pecho<br>• Mareos o desmayos<br>• Dificultad persistente para respirar | Llame al 911 |

If patient is unable to sign, please sign and print name and relationship to patient.

PATIENT/FAMILY MEMBER

Si el paciente no puede firmar, escriba y firma nombre y relación al paciente.

_____ RN
NURSE

ORIGINAL-PATIENT

NYC 0000080

This prescription is valid for non-controlled substances only.
The issuing facility is exempt from the NYS Official Rx Program.

**Elmhurst Hospital Center**
**79-01 Broadway**
**Elmhurst, NY 11373 Tel: (718) 334-4000  MMIS: 246075**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prescriptions filled by EHC will be filled generically as directed

Date of Rx: 27 May 06

.R #    : 2703710
Pt. Name: Reyes,Jason
Address : 1515 Hazen St.
          East Elmhurst, NY  11370
DOB     : 03 Jan 1983   Loc:  B4-11 01

Reese,Lindsey, MD
NY Lic #:
Clinic  : _____

**Rx: Motrin (Ibuprofen 600 mg Tablet)**

600 mg tab by mouth
q8h at default 0600/1400/2200

Disp. Qty: 42

_____  (signature)

**THIS PRESCRIPTION WILL BE FILLED GENERICALLY**
**UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW**

**Dispense As Written**
ORIGINAL Rx - Number of Refills: 0

Lindsey Reese, MD
Dlc. code 63126
917-649-1629

NYC 0000081

**This prescription is valid for non-controlled substances only.**
**The issuing facility is exempt from the NYS Official Rx Program.**

**Elmhurst Hospital Center**
**79-01 Broadway**
**Elmhurst, NY 11373 Tel: (718) 334-4000  MMIS: 246075**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prescriptions filled by EHC will be filled generically as directed

Date of Rx: 27 May 06

R # : 2703710
Pt. Name: Reyes,Jason
Address : 1515 Hazen St.
          East Elmhurst, NY 11370
DOB   : 03 Jan 1983  Loc: 54-11 01

Reese,Lindsey, MD
NY Lic #:
Clinic : _____

<u>Rx: Nexium (Esomeprazole Magnesium 20 mg Oral</u>
<u>Cap DR)</u>

20 mg DR Cap by mouth
daily at default 1000

Disp. Qty: 14        _L Reese_
_____         (signature)

**THIS PRESCRIPTION WILL BE FILLED GENERICALLY**
**UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW**

**Dispense As Written**
ORIGINAL Rx - Number of Refills: 0

Lindsey Reese, MD
Dic. code 63126
917-649-1629

NYC 0000082

**This prescription is valid for non-controlled substances only.**
**The issuing facility is exempt from the NYS Official Rx Program.**

Elmhurst Hospital Center
79-01 Broadway
Elmhurst, NY 11373 Tel: (718) 334-4000  MMIS: 246075
-----------------------------------------------------
Prescriptions filled by EHC will be filled generically as directed

Date of Rx: 27 May 06

R #   : 2703710
Pt. Name: Reyes,Jason
Address : 1515 Hazen St.
          East Elmhurst, NY 11370
DOB   : 03 Jan 1983   Loc:  B4-11 01

Reese,Lindsey, MD
NY Lic #:
Clinic  : _____

Rx: Neurontin (*Gabapentin 400 mg Capsule)

800 mg cap by mouth
bid at default 1000/1300

Disp. Qty: 60        _L Reese_ _____ (signature)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

Dispense As Written
ORIGINAL Rx - Number of Refills: 0

Lindsey Reese, MD
Dic. code 63126
917-649-1629



NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE    CHS FORM

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|

**3**

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| Reys | JASON | 349060262 | D3 | ∅ |

**2**

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|
| Gabapentin | 400 mg | Po | BID | 30 day | | |
| INDICATION | | | | | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|
| Prstanix | 40 mg | Po | #1) | 30 day | | |
| INDICATION | | | | | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|
| Ibuprofen | 600 mg | Po | Q 8hr | 14 day | | |
| INDICATION   Pn | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|
| 5/27 | 8:N/4 | | | | |

| PATIENT LAST NAME | FIRST NAME | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|
| Salley | Evon | | | |

**1**

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DRUG | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE, TIME |
|---|---|---|---|---|---|---|
| INDICATION | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|

Write medication orders beginning from bottom of page
Chart Copy–White;  Pharmacy Copy–Yellow

NYC 0000085

## Hospital Transfer Form

**Please use ball point pen and print legibly.**

Referring DOC Facility: _____

Name of referring MD _____
*(Please Print)*

Hospital Run:  ☐ EMS  ☐ DOC:  ☐ 3 hr.  MD Phone # _____

Date: _____  Time: _____  AM/PM

Referred to:  ☐ KCHC  ☐ Elmhurst  ☐ Bellevue

☐ Other: _____

Patient Name: _____

B&C #: _____  DOB: _____
*(Please Print)*

**Contact Urgicare if you have questions:**  **Beeper# 917-949-1234**
**Phone# 718-546-4333**

COMPLAINT:  PE

PMH:

Studies/Labs

MEDS  Tx@RI

Allergies:

Significant ED findings/studies:

Discharge Dx:

Recommended FU:

**Fax completed form to Urgicare Center @ time of discharge - 718-546-4382**

Physician Name **(print)** _____  Signature: _____  Date: _____
Phone # _____

**CONTACT URGICARE IF YOU HAVE QUESTIONS / INFORMATION.**

**FOR BOROUGH HOUSES CONTACT REFERRING PRACTITIONER (ABOVE).**

**BEEPER #:**  917-949-1234
**PHONE #:**  718-546-4333

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _REYES, JASON_ DOB _1/13/5?_

FROM _NIC  03_ / _349060262a_
Correctional institution           Inmate no.

Referred to _PT_ _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

*P 2*

**Diagnosis, treatment and medications by C.H.S.:**

23 Y/o M was referred to PT
5/4/06 for RSD patient
seen 5/04 FM + MD per
your request

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:           Thanks

Date _5/17/06_ Referring Physician _Thomas Schwaner, PA_ Phone _____ Approved _Roslyna Glickman, MD_

Consultation, findings and recommendations:

Pt to PTC c/o pain, impaired posturing, posture,
ambulation, transfers, loss mobility 20 to GSW
c resulting RSD s/s to (L) foot (see eval 5/4/06)
pt is to be treated for s/s; will be observed for
spontaneous recovery in addition; PAINFUL S/S

Date _5/22/06_ Physician _____ MS PT

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM B

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | | RPh |
|---|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 0602628 NIC | 03 | | |
| DRUG DIL MS CONTIN | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

**2**

| DRUG OXYCONTIN | | DOSE 20 mg | ROUTE PO | FREQUENCY BID | DURATION 7 d | NURSE LM | DATE/TIME 5/25/06 |
|---|---|---|---|---|---|---|---|
| INDICATION GIVE STAT AM DOSE | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| INDICATION | | | | | | | |

| DATE 5/25/06 | TIME | PRESCRIBER SIGNATURE | STAMP Thomas Schwaner, PA   0864 | Faisal Ali, MD | RPh |
|---|---|---|---|---|---|

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES | |
|---|---|---|---|---|---|---|
| REYES | JASON | | 349 0602628 NIC | | N.K.A | |
| DRUG MS CONTIN | | DOSE 15 mg | ROUTE PO | FREQUENCY BID | DURATION 7 d | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

**1**

| DRUG CYMBALTA | | DOSE 60 mg | ROUTE PO | FREQUENCY QD | DURATION 7 d | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| INDICATION PER AIT PN MGT | | | | | | | |

| DRUG CLONIDINE | | DOSE 2 mg | ROUTE PO | FREQUENCY QAM | DURATION 7 d | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| INDICATION PR AIT PN MGT | | | | | | | |

| DATE 5/22/06 | TIME | PRESCRIBER SIGNATURE | STAMP 0864 SCHWANER | Thomas Schwaner, PA   Marie 0719 | RPh |
|---|---|---|---|---|---|

Write medication orders beginning from bottom of page
Chart Copy -White;  Pharmacy Copy -Yellow

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FORM E

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC R | NKA |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| HC CREAM | | gr | TOPICAL | BID ARMS | 142 | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| OIL OXYCOPTIN | | | | | | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| MS COPTIN | | 15m | PO | BID | 7l | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/13/00 | | | 0567 | Marie Robert-Georges, MD  0715  Lic #198157 | |

Thomas Schwaner, PA

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02625 | NIC | NKA |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| LIDOCAINE PATCH | | TT | local | QD | 3ol | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| ↑ NEURONTIN | | 1000m | PO | TID | 3ol | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/17/06 | | | 0864 | Thomas Schwaner, PA   Faisal Ali, MD | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC 03 | NKA |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| OXYCOPTIN | | 20m | PO | BID | 7l | | |
| INDICATION | PER PMT CHN MGR | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60m | PO | QD | 7l | | |
| INDICATION | PER PMT CHN MGR | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE-TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 200m | PO | Q AM | 7l | | |
| INDICATION | PER PMT PAN MGR | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/17/06 | | | Thomas Schwaner, PA   Faisal Ali, MD | | |

Write medication orders beginning from bottom of page
Chart Copy–White   Pharmacy Copy–Yellow

CHS-TE-004)