

# C O N S U L T A T I O N    R E Q U E S T

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____
Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____

Phone _____ Approved _____

Consultation, findings and recommendations:

ate _____ Physician _____

S-5044 (Rev. 1/84)

*Reminder: Fully Complete the Problem List*

NYC 0000091

# C O N S U L T A T I O N    R E Q U E S T

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _____ DOB _____

FROM _____ / _____
  Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital                                    / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Thomas Schwaner  PA

Date _____ Referring Physician _____

                                    Phone_____ Approved_____

Consultation, findings and recommendations:

Date _____            Physician _____



# Neuroscience Associates of New York

1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax. 718/815-3379

**Neurology**
Stephen A. Rudick, M.D., F.A.A.N., F.A.C.P.
Steven B. Schwartzberg, M.D.
Audrey L. Halpern, M.D.

**Pain Management:**
Germaine N. Rowe, M.D., F.A.A.P.M.R
Glenn D. Babus, D.O.

**Neurological Surgery**
Edwin M. Chang, M.D., F.A.C.S.
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

**Emeritus**
Harvey R. Leventhal, M.D., F.A.C.S

**Neuropsychology**
Reuven L. Weiss, Ph.D.

May 1, 2006

Re:    Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been followed in our pain management practice since June 2003.    He suffers from chronic left lower extremity pain secondary to RSD or reflex sympathetic dystrophy, which causes him to have a permanent disability.  The patient has not been seen in our office in the last few months.    Previously the patient had been managed on a regimen of medications including OxyContin 20 mg, q 6h.

If you have any further questions please feel free to contact our office at 718-448-3210 extension 2287.

Sincerely yours,

G. Rowe M.D.

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/km
Voice ID: 16675441/Text ID: 13363965

NYC 0000093



# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442.9085

## FAX TRANSMISSION

DATE: 5/1/06

TO: Rosana

COMPANY:

FAX: 398-8995

RE: Jaysen Reyes

Number of pages including cover: 2

FROM: Naomi

DEPT: Pain Mgmt

FAX: 718-447.7192

TEL: 718-448-3210 X 2287

MESSAGE:

**NEUROLOGY**
Stephen A. Kulick, MD, 'JAN, FACP
Andrey L. Halperin, MD

**PEDIATRIC NEUROLOGY**
Steven R. Schwersburg, MD
Irwin M. iBrod, MD

**NEUROSURGERY**
Elvin M. Greng, MD, FACS
John S. Shiau, MD
Anthony J.G. Alastra, MD
Harvey E. Lonardini MD, FACS
Emeritus

**ORTHOPAEDICS**
Stephen J. Pollock, MD, FACS
Joseph A. Sverza, MD, FACS
Albert B. Accardo, Jr., MD
John P. Reilly, MD
David A. Crocker, MD
Joseph L. Gloriaso, MD, FACS
Deborah A. Kautzy, MD
Vincent Bergioro, MB

**NEUROBIOLOGY**
Richard S. Pinto, MD, FACR
Alex E. George, MD, FACR

**PAIN MANAGEMENT**
Germaine R. Rowe, MD, FAAPM
Glenn D. Barbe, DO

**PHYSICAL THERAPY**
Alejandro R. Mariano, PT
Jessica Ortego, PT

**NEUROPSYCHOLOGY**
Teresa Webb, PhD

---

### OFFICIAL NEW YORK STATE PRESCRIPTION

## HEALTHCARE ASSOCIATES IN MEDICINE P.C.

- ◯ GERMAINE N ROWE MD
  LIC: 204300
- ☐ NAOMI B ALCOCK PA
  LIC: 007057
- ☐ GLENN D BARUS DO
  LIC: 228217
- ☐ SABRINA R SIMONETTI PA
  LIC: 010110

1099 TARGEE STREET, STATEN ISLAND, NY 10304 (718) 448-3210

Patient Name: Jaysen Reyes   Date: 5/1/06

Address:

City ___ State ___ Zip ___ Age ___ Sex M/F

Rx  PT 2-3x/wk X 6-8wks
to ◯ lwr extremity
multi modality
Dx: Reflex Sympathetic
Dystrophy Syndrome
cc: PA

Prescriber Signature

**THE PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'dispense as written' IN THE BOX BELOW**

REFILL ___

018081  12

This fax may co... ng sent to
you after the ap... . As the
recipient, you ar... ner. This
information is to... ted.

This fax may co... ed for the
use of the perso... ded
recipient, you ar... g of this
information is st... otify us
immediately.

---

9920 4th Avenue
Brooklyn, NY 11209

3311 Hylan Boulevard
Staten Island, NY 10306

65 Columbus Avenue
Staten Island, NY 10304

1460 Victory Boulevard
Staten Island, NY 10301

NYC 0000094

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

CHS FOR...

USE BALL POINT PEN AND PRESS FIRMLY

**Section 3**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|

**Section 2**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| Reye | Jason | | 3490202628 | NICD₇ | | Neis | |
| DRUG  Baclen on | | DOSE  8? | ROUTE  TOP | FREQUENCY  JID | DURATION  20 | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP  Richard Dorf, RPA | | RPh  0827 |
|---|---|---|---|---|---|
| 5/12/06 | | | | | |

**Section 1**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| REYES | JASON | | 34956 62 628 | NIC  D₃ | | NKA | |
| DRUG  LINOCAINE PATCH | | DOSE  π | ROUTE  TOPICAL | FREQUENCY  QD | DURATION  302 | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP  Thomas Schwaner, PA  Marie Cadet-Georges, MD | | RPh |
|---|---|---|---|---|---|
| 5/1/06 | | | | | |

Write medication orders beginning from bottom of page
Chart Copy-White   Pharmacy Copy-Yellow

NYC 000...

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**MEDICATION ORDER SHEET**

CHS FORM

USE BALL POINT PEN AND PRESS FIRMLY

**Section 3**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349060 2 628 | NIC  P3 | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN | | 20 m | PO | BID | 72 | | |
| INDICATION | PER BH PAIN MGR | | | | | | |
| CYMBALTA | | 60 m | PO | QD | 72 | | |
| INDICATION | PER BH PAIN MGR | | | | | | |
| PROVIGIL | | 200 m | PO | Q AM | 72 | | |
| INDICATION | PER BH CALL MGR | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | |
|---|---|---|---|---|---|
| 5/11/06 | | T/L CP | 0864 | Thomas Schwaner, PA   Harlinder George, MD | |

**Section 2**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349060 2 628 | NIC  P3 | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| TYLENOL | | 650 m | PO | BID | 4 l | | |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/9/06 | | T/L CP | 0864 | Harlinder Bhatti, MD   Thomas Schwaner, PA | |

**Section 1**

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349060 2 628 | NIC  P3 | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN | | 20 m | PO | BID | 72 | | |
| INDICATION | PER BH PAIN MGR | | | | | | |
| CYMBALTA | | 60 m | PO | QD | 72 | | |
| INDICATION | | | | | | | |
| PROVIGIL | | 200 m | PO | Q AM | 72 | | |
| INDICATION | PER BH PAIN MGR | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/5/06 | | T/L CP | 0864 | Harlinder Bhatti, MD   Thomas Schwaner, PA | |

Write medication orders beginning from bottom of page.
Chart Copy–White;  Pharmacy Copy–Yellow

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name  REYES, JASON  DOB 1/13/53

FROM  NIC  NB / 349060?628
Correctional institution          Inmate no.

Referred to  PT
_____ Ward / Clinic

Hospital _____ / Clinic no.

PT

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

23 YO M Hx OF
RSD REFLEX SYMPATHETIC DYSTROPHY
SINCE SEPT 2002 /
BILATERAL LEG PAIN + WEAKNESS
HYPERASTHESIA TO (L) HEEL

Request:  PT FOR ROM TO
LOWER EXTREMITIES (AS TOLERATED)

Date 5/4/06  Referring Physician Thomas Schwaner, PA.

Phone _____ Approved ____ Harinder Bhatti, MD

Consultation, findings and recommendations:

NYC 0000097

Pt has report of RSD; 2° to work related injury.
S/S of RSD to (L) foot m/l and plantar surface
c ↓AROM @ ankle; employ evident; pt has hyperten
in (L)CE c cogwheel oscillations evident when transferring
w. Bing or walking. gait is impaired by RSD c ↑ (8/10)
pain levels brought on with w.B. ℞ to ↓ pain
syndrome c physical agents (u.s. heat) return to P.T.

ate ____ Physician ____

Reminder: Fully Complete the Problem List

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION
## ADMINISTRATION RECORD

PATIENT'S NAME: _Reyes, Jason_

ID #: _349-06-02628_

DIAGNOSIS: _Reflex Sympathetic Dyst_

ALLERGY: _Fentanyl_  LOC. _D2A_

---

PATIENT LAST NAME: _Reyes_  FIRST NAME: _Jason_

ID #: _3490602628_  LOCATION: _NIC D2A_

DRUG: _Cymbalta_

INDICATION:

DOSE: _40 mg_  ROUTE: _PO_

FREQUENCY: _daily_

DURATION: _2 wks_

DATE: _4/19/06_  MD / PA SIGNATURE: _Habib Kamkhaji, MD_  _0770_

D / C DATE:  TIME:  RPH:

MONTH _April_  YEAR _2006_

| D/HR | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 9A | NS | | | | | | | | | | | | | |

---

PATIENT LAST NAME: _Reyes_  FIRST NAME: _Jason_

ID #: _3490602628_  LOCATION: _NIC Dorm 2 A_

DRUG: _Oxycontin SR_

INDICATION: _Pain management_

DOSE: _20 mg_  ROUTE: _PO_

FREQUENCY: _Q 12 Hours_  DURATION: _7 days_

DATE: _4/19/06_  MD / PA SIGNATURE: _Rajeev L. Ajari, MD_

D / C DATE:  TIME: _3pm_  RPH:

MONTH _April / May_  YEAR _06_

| D/HR | | | | | | | | | | | |
|------|---|---|---|---|---|---|---|---|---|---|---|
| 9 | NS | TERS | NS | NS | X | | | | | | |

---

ID #: _Reyes_  _Jason_

_3490602628_  LOCATION: _D2_

DRUG: _Neurontin_

INDICATION:

DOSE: _800mg_  ROUTE: _PO_

FREQUENCY: _10AM + 10PM_  DURATION: _daily_

DATE: _4/18_  TIME:

MD / PA SIGNATURE: _0770 SINGH_

D / C DATE:  NURSE:  RPH:

MONTH  YEAR

| D/HR | |
|------|---|

---

**Drugs Not Administered Code Key:**

1. Refusal
2. Out of Court
3. Out of Hospital/specialty clinic
4. Off Unit (i.e. visit, recreation, library)

5. Withheld (pending lab, abnormal lab, and/or vital signs)
6. Non-formulary and not available at time of administration
7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (Out of Stock) at time of administration

NYC 0000098

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION
## ADMINISTRATION RECORD

PATIENT'S NAME: Reyes, Jason
ID #: 349-06 L 02628
DIAGNOSIS: Reflex Sympathetic dystr
ALLERGY: Fentanyl   LOC: D 2A



| PATIENT LAST NAME Reyes | FIRST NAME Jason | |
|---|---|---|
| ID # 3490602628 | LOCATION Nic D2A | NEW |
| DRUG Oxycontin SR | | |
| INDICATION Pain | | |
| DOSE 10 | ROUTE PO | RENEW |
| FREQUENCY Q12hrs | DURATION 2 day then Taper | CHANGE |
| DATE 4/18/06 | TIME 6ᵃ | |
| MD/PA SIGNATURE Habib Kamkhaji, MD 0730 | | |
| D/C DATE | NURSE | TIME | RPH |

| | MONTH APRIL | | | YEAR 2006 |
|---|---|---|---|---|
| D/HR 9A | 18 09 | 19 D/C | 4/19/06 | |
| 9P | 09 | Ø | | |
| D/HR | | | | |

| PATIENT LAST NAME Reyes | FIRST NAME Jason | |
|---|---|---|
| ID # 3490602628 | LOCATION Nic D2A | NEW |
| DRUG Neurontin | | |
| INDICATION | | |
| DOSE 300 | ROUTE PO | RENEW |
| FREQUENCY TID | DURATION 2 wks | CHANGE |
| DATE 4/18/06 | TIME 6ᵃ | |
| MD/PA SIGNATURE Habib Kamkhaji, MD | | |
| D/C DATE | NURSE | TIME | RPH |

| | MONTH APRIL | | | | | | | | | | | YEAR 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/HR 5A | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 28 29 30 | 5/1 | D/C 5/1 |
| 1P | | | | | | | 100 | NS | | | | |
| 9P/PM | | | | | (TESTED) | | | be | | | | |
| D/HR | | | | | | | | | | | | |

| PATIENT LAST NAME Reyes | FIRST NAME Jason | |
|---|---|---|
| ID # 3490602628 | LOCATION Nic D2A | NEW |
| DRUG Lidoderm Patch 5% | | |
| INDICATION | | |
| DOSE 1 Patch | ROUTE Topical | RENEW |
| FREQUENCY BID Prn | DURATION 2 wks | CHANGE |
| DATE 4/18/06 | TIME Habib Kamkhaji, MD 0730 | |
| MD/PA SIGNATURE | | |
| D/C DATE | NURSE | TIME | RPH |

| | MONTH APRIL May | | | | | | | | | | | YEAR 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/HR 9A | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 28 29 30 | 5/1 | D/C 5/1 |
| | | | | NS | NS NS NS | | | | | | | |
| 9P | | | (TESTED) | | | | | | | | | |
| D/HR | | | | | | | | | | | | |
| P/R | | | | | | | | | | | | |
| N | | | | | | | | | | | | |

1. Refusal
2. Out of Court
3. Out of Hospital/specialty clinic
4. Off Unit (i.e. visit, recreation, library)

5. Withheld (pending lab, abnormal lab, and/or vital signs)
6. Non-formulary and not available at time of administration
7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (Out of Stock) at time of administration

NYC 0000099

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION
## ADMINISTRATION RECORD

PATIENT'S NAME: *Reyes Jason*

ID #: *3490602628*

DIAGNOSIS: *Reflex Sympathetic dystrophy*

ALLERGY: *fentanyl*    LOC. *02A*

| PATIENT LAST NAME | FIRST NAME |
|---|---|
| Reyes | JASON |
| ID# 3490602628 | LOCATION NIC Dorm 2A |

↑ Cymbalta

INDICATION RSD

| DOSE 60 mg | ROUTE PO | RENEW |
|---|---|---|
| FREQUENCY QD | DURATION 5 dry | CHANGE |

DATE 4/21/06  TIME 1040m

MD / PA SIGNATURE — Rajeev L. Achari, MD

D / C DATE 4/26/06  NURSE  TIME 11am

MONTH *April*   YEAR *06*

| PATIENT LAST NAME | FIRST NAME |
|---|---|
| Reyes | JASON |
| ID# 3490602628 | LOCATION NIC Dorm 2A |

DRUG Provigil

INDICATION RSD

| DOSE 200 mg | ROUTE PO | RENEW |
|---|---|---|
| FREQUENCY 7 Am | DURATION 5 dry | CHANGE |

DATE 4/21/06  TIME 1040m

MD / PA SIGNATURE — Rajeev L. Achari, MD

D / C DATE  NURSE  TIME 11am  RPH

MONTH *April*   YEAR *06*

PROFILE BY:         DATE:         TIME:

### Drugs Not Administered Code Key:

1. Refusal
2. Out of Court
3. Out of Hospital/specialty clinic
4. Off Unit (i.e. visit, recreation, library)
5. Withheld (pending lab, abnormal lab, and/or vital signs)
6. Non-formulary and not available at time of administration
7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (Out of Stock) at time of administration

CHS 1061 (Rev. 6/04)

## STAT OR SINGLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION                          DOSE ROUTE | DATE | TIME | INIT | REASON AND RESPONSE |
|------------|-----------------------------------------------|------|------|------|---------------------|
|            |                                               |      |      |      |                     |
|            |                                               |      |      |      |                     |
|            |                                               |      |      |      |                     |
|            |                                               |      |      |      |                     |
|            |                                               |      |      |      |                     |
|            |                                               |      |      |      |                     |
|            |                                               |      |      |      |                     |
|            |                                               |      |      |      |                     |
|            |                                               |      |      |      |                     |

## MEDICATIONS NOT ADMINISTERED

| ORDER DATE | MEDICATION                          DOSE ROUTE | DATE | TIME | INIT | REASON AND INTERVENTION |
|------------|-----------------------------------------------|------|------|------|-------------------------|
| 4/2/0      | Cymbalta 60mg, provigil 200mg po              | 4/2/0 | 9am | ZZ | no show |
|            |                                               |      |      |      |                         |
|            |                                               |      |      |      |                         |
|            |                                               |      |      |      |                         |
|            |                                               |      |      |      |                         |
|            |                                               |      |      |      |                         |

## NURSE'S SIGNATURE

| DATE | FULL SIGNATURE | INITIALS | PRINT NAME |
|------|----------------|----------|------------|
| 4/2/ | J. Johnson | ZZ | E. Johnson |
|      |            |    |            |
|      |            |    |            |
|      |            |    |            |
|      |            |    |            |

## STAT OR SINGLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION | DOSE ROUTE | DATE | TIME | INIT | REASON AND RESPONSE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## MEDICATIONS NOT ADMINISTERED

| ORDER DATE | MEDICATION | DOSE ROUTE | DATE | TIME | INIT | REASON AND INTERVENTION |
|---|---|---|---|---|---|---|
| 4/19/06 | Lederlon Patch | topical | 4/19/06 | 9A | CO | not come H |
| 4/18/06 | Neurontin 300mg | p.o | 4/13/06 | 9A | JR | No show |
| 4/18/06 | Lederlon patch | topical | 4/13/06 | 9A | JR | No show |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## NURSE'S SIGNATURE

| DATE | FULL SIGNATURE | INITIALS | PRINT NAME |
|---|---|---|---|
| 4/8/06 | L Richardson | LR | L RICHARDSON |
| 4/9/06 | Wso | | Winsome Douglas-Hewitt, LPN |
| 4/21 | Williams LPN | EW | |
| 4/21 | T.E Efebo | T.E | T.E JEH |
| 4/21/06 | | | E Jotha |
| 4/15 | Austin | | Hawth Austin |

NYC 000102

## STAT OR SINGLE DOSE MEDICATIONS

| ORDER DATE | MEDICATION          DOSE ROUTE | DATE | TIME | INIT | REASON AND RESPONSE |
|------------|--------------------------------|------|------|------|---------------------|
|            |                                |      |      |      |                     |
|            |                                |      |      |      |                     |
|            |                                |      |      |      |                     |
|            |                                |      |      |      |                     |
|            |                                |      |      |      |                     |
|            |                                |      |      |      |                     |
|            |                                |      |      |      |                     |
|            |                                |      |      |      |                     |

## MEDICATIONS NOT ADMINISTERED

| ORDER DATE | MEDICATION          DOSE ROUTE | DATE | TIME | INIT | REASON AND INTERVENTION |
|------------|--------------------------------|------|------|------|-------------------------|
| 4/19/06    | Oxycontin 20mg po              | 4/19/06 | 9am | JR | No show |
|            |                                |      |      |      |                         |
|            |                                |      |      |      |                         |
|            |                                |      |      |      |                         |
|            |                                |      |      |      |                         |
|            |                                |      |      |      |                         |

## NURSE'S SIGNATURE

| DATE | FULL SIGNATURE | INITIALS | PRINT NAME |
|------|----------------|----------|------------|
| 4/19/06 | _(signature)_ | _(initials)_ | Winsome Douglas-Hewitt, LPN |
| 4/21 / 4/2/06 | T. Egan | T.E. | T.E. T.E. H |
| 6/25 | Smith a | _(initials)_ | Jo Ann / V3ANTb CRT2(?) |

S 3061 (Rev. 1/04)

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

CHS FORM B

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| NEURONTIN | | 800mg | PO | TID | 14d | | |
| INDICATION | | | | | | | |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| COLACE | | 200mg | PO | QD | 30d | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| LIDOCAINE PATCH | | 1T | TOPICAL | QD | 14d | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/2/06 | | | 0664  Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 06 02628 | NIC | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | 20mg | PO | BID | 7d | | |
| INDICATION | | | | | | | |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60mg | PO | QD | 7d | | |
| INDICATION | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 200mg | PO | Q AM | 7d | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 5/2/06 | | | 5664  Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 0602628 | NIC | NKA |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | 20mg | PO | BID | 7d | | |
| INDICATION PER PAIN MGN REGIMEN | | | | | | | |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| CYMBALTA | | 60mg | PO | QD | 7d | | |
| INDICATION PER PAIN MGN | | | | | | | |

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE/TIME |
|---|---|---|---|---|---|---|---|
| PROVIGIL | | 200mg | PO | Q AM | 7d | | |
| INDICATION PER PAIN MGN | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPh |
|---|---|---|---|---|---|
| 4/27/06 | | | Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

Write medication orders beginning from bottom of page
Chart Copy-White; Pharmacy Copy-Yellow

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**MEDICATION ORDER SHEET**

CHS FORM

USE BALL POINT PEN AND PRESS FIRMLY

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 060 2628 | NIC  03 | NKA |

**3**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| HC 1% CREAM | | 85 | TOPICAL ARMS | BID | 14d | | |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| | | | | | | | |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| | | | | | | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|
| 4/26/06 | | PA | Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 060 2628 | NIC  03 | NKA |

**2**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| NEURONTIN | | 300 mg | PO | TID | 14d | | |
| INDICATION PER PAIN MGN (BELLEVUE) | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| | | | | | | | |
| INDICATION | | | | | | | |
| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
| | | | | | | | |
| INDICATION | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|
| 4/26/06 | | Thomas Schwaner PA  OSCI | Harjinder Bhatti, MD  Thomas Schwaner, PA | | |

| PATIENT LAST NAME | FIRST NAME | | BOOK & CASE NUMBER | HOUSING AREA | ALLERGIES |
|---|---|---|---|---|---|
| REYES | JASON | | 349 060 2628 | NIC  03 | NKA |

**1**

| DRUG | | DOSE | ROUTE | FREQUENCY | DURATION | NURSE | DATE TIME |
|---|---|---|---|---|---|---|---|
| OXYCONTIN SR | | 20 mg | PO | BID | 7d | | |
| INDICATION PER PAIN MGN (BELLEVUE) | | | | | | | |
| DRUG CYMBALTA | | 60 mg | PO | QD | 7d | | |
| INDICATION PER PAIN MGN (BELLEVUE) | | | | | | | |
| DRUG PROVIGIL | | 200 mg | PO | QAM | 7d | | |
| INDICATION PER PAIN MGN (BELLEVUE) | | | | | | | |

| DATE | TIME | PRESCRIBER SIGNATURE | STAMP | | RPH |
|---|---|---|---|---|---|
| 4/25/06 | | Thomas Schwaner PA | Harjinder Bhatti, MD | | |

Write medication orders beginning from bottom of page
Chart Copy–White   Pharmacy Copy–Yellow

NYC 000105

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

CHS FORM A

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

ALLERGIES _____

**4**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**1**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**5**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**2**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**6**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**3**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | |

NYC 000106

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

CHS FORM A

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

ALLERGIES _____

**4**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**1**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**5**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**2**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**6**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**3**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

NYC 000107

CHS 312 (Rev 4/04)          NURSE COPY  WHITE  PHARMACY

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| Leave blank for hospital use |
| --- |

Patients' Name _____ DOB _____

FROM _____ / _____
　　　　Correctional institution　　　　　Inmate no.

Referred to _____ Ward / Clinic

Hospital　　　　　　　　　　　　/ Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

ate _____ Physician _____

NYC 000108

*Reminder: Fully Complete the Problem List*

NYC HEALTH AND HOSPITAL CORPORATION
CORRECTIONAL HEALTH SERVICES

DOCTORS ORDERS LIST

Reys  Jason
34906 02628
1/13/83

| NAME _____ ROOM NO. _____ |||||||
|---|---|---|---|---|---|---|
| **DATE** | **BY WHOM** | BOOK & CASE # _____ NYSIS # _____ <br> D.O.B. _____ ADMISSION TO CDU: _____ <br> SPRUNG # _____ CELL # _____ | | **DATE** | **BY WHOM** ||
| **ORDERED** || | | **DISCONTINUED** |||
| 1/18/06 <br> N.C. <br> Dr | K | DIAGNOSIS: Reflex sympathetic dystrophy | | | ||
| | | CONDITION: satisfactory | | | ||
| | | VITAL SIGNS: Q shift | | | ||
| | | ACTIVITY: as tolerated | | | ||
| | | ALLERGY: Fentanyl | | | ||
| | | RESPIRATORY ISOLATION: | | | ||
| | | DIET: Regular | | | ||
| | | LABORATORY/DIAGNOSTIC TESTS: (PLEASE CHECK (✓) | | | ||
| | | ____ CBC WITH DIFFERENTIAL | | | ||
| | | ____ RPR / MHA – TP | | | ||
| | | ____ SMA – 20 | | | ||
| | | ____ URINALYSIS | | | ||
| | | ____ CHEST X-RAY: PA AND LATERAL VIEWS | | | ||
| | | ADDITIONAL TESTS: CHECK ONLY IF INDICATED: | | | ||
| | | ____ PREGNANCY TEST (URINE) | | | ||
| | | ____ HEPATITIS REFLEX PANEL | | | ||
| | | ____ ESR | | | ||
| | | ____ LYMPHOCYTE EVALUATION (T-CELLS PROFILE) | | | ||
| | | ____ G – 6 – PD | | | ||
| | | ____ SPUTUM GRAM STAIN AND C/S | | | ||
| | | ____ 12 – LEAD ELECTROCARDIOGRAM (EKG) | | | ||
| | | ____ OTHERS: PLEASE SPECIFY | | | ||
| | | | | | ||
| | | | | | ||
| | | | | | ||
| | | SPUTUM INDUCTION FOR AFB SMEARS, CULTURE AND | | | ||
| | | SENSITIVITY ONCE A DAY FOR 3 DAYS | | | ||
| | | TEST FOR VISUAL ACUITY WITH SNELLEN'S CHART | | *NYC 000109* | ||
| | | TEST FOR COLOR VISION WITH ISHIHARA PLATES | | | ||

Form MM009/Front

| DATE | BY WHOM | | DATE | BY WHOM |
|------|---------|---|------|---------|
| ORDERED | | | DISCONTINUED | |

REFERRALS: CHECK ONLY IF INDICATED.

_____ HIV TESTING / COUNSELLING

_____ MENTAL HEALTH

_____ KEEP COUNSELOR

_____ DIETARY SERVICE

_____ SOCIAL SERVICE

_____ DISCHARGE PLANNING

MEDICATIONS: PATIENT'S WEIGHT _____ (LBS.) _____ (KG.)

_____ INH 300 MG PO O.D. X 14 DAYS

_____ PYRIDOXINE (VIT. B6) 50 MG P.O. O.D. X 14 DAYS

_____ RIFAMPIN 600 MG P.O. O.D. X 14 DAYS

_____ ETHAMBUTOL (25 MG / KG / DAY FOR THE

1ST MONTH, THEN 15 MG / KG / DAY THERAFTER

_____ MG P.O. X 14 DAYS

_____ PZA (25 – 35 MG / KG / DAY)

_____ MG. P.O. O.D. X 14 DAYS

OTHERS:

Habib Kapakhaji, MD

PRINT NAME

SIGNATURE

M.D.

Form MM009/Back

# NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## DOCTORS ORDERS

Name _Reyes Jason_    Case No. _349-06-026_

Ward _____

| DATE | BY WHOM | | | DATE | BY WHOM |
|------|---------|---|---|------|---------|
| | ORDERED | | | | DISCONTINUED |
| 4/19/06 | 12-8A | | | | |
| 4/20/06 | 12-8 | | | | |
| 4/21/06 | 12-8A | | | | |
| 4/22/06 | 12-5 | | | | |
| 4/23/06 | 12-8p | | | | |
| 4/24/06 | 12-8p | | | | |

Attn: NIC
118 546.1154
Dept  Dorm 2 A
Dr Warden

RE: Jason Reyes
        54906062628

Medical Info:

NYC 000112



# Neuroscience Associates of New York

099 Bergen Street Staten Island, NY 10304 • 718/448-3210 • Fax 718/815-1370

**Neurology**
Stephen A. Klotz, M.D. F.A.A.N. F.A.C.P.
Morand B. Schweichrong, M.D.
Audrey L. Schoenn, M.D.

**Pain Management**
Germaine N. Rowe, M.D. F.A.A.P.M.R.
Bien D. Bereus, D.O.

**Neurological Surgery**
Edwin M. Chang, M.D. F.A.C.S.
John S. Shiau, M.D. F.A.C.S.
Anthony J.G. Alastra, M.D.

*Emeritus*
Harvey R. Lieberman M.D. F.A.C.S.

**Neuropsychology**
Paul and L. Wase, Ph.D.

March 20, 2006

Re    Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For this patient's pain symptoms, he has been previously treated with a regimen of Oxycontin, 30 milligrams, every 12 hours; Cymbalta, 60 milligrams a day; and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210 ext 2287.

Sincerely yours,

Naonel Alcock, P.A.
Germaine N. Rowe, M.D.

NA/rw

2020 Jth Avenue Brooklyn NY 11209 • 718/238-0878
A Division of HEALTHCARE ASSOCIATES in Medicine PC

Page 1 of 1

NYC 000113



**HEALTHCARE ASSOCIATES in Medicine, PC**

1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085

## FAX TRANSMISSION

DATE: 2/13/06

TO: Rosaria    398-8995    CBM:

COMPANY:

FAX:

RE:

Number of p

MESSAGE:

**Neuroscience Associates of New York**
A Division of HEALTHCARE ASSOCIATES in Medicine

1099 Targee Street, Staten Island, N.Y. 10304 • 718/448-3210
6020 4th Avenue, Brooklyn, N.Y. 11809 - 718/368-0818

Neurology
Stephen A. Buck, MD FAAN FACP
Steven A. Schwartzberg, M.D.
Andrey L. Volcan, M.D.

Pain Management
Benedict H. Torre, MD FAAPM

Date: 2/13/06

Re: Reyes, Jayson

To Whom It May Concern:

Please be advised that the above named patient is under my care for chronic foot pain so reflex sympathetic dystrophy (RSD)

At the present time the patient:

____ may return to whole, full day

____ may return to work with the following limitations:

____ may not return to work

____ is unable to drive a car

Pt is treated medically for his pain symptoms with a regimen of Oxycontin 20mg every 12 hrs, Cymbalta 60mg/day, and Lidoderm patches 12h on, 12h off. He also uses Provigil 200mg/day. If you have any further questions, please contact us.

Sincerely, B. Torre MD

NIC D2A

# TEMPORARY PERMIT FOR CANES/MEDICAL ITEMS

**TO EMTC- DEPARTMENT OF CORRECTIONS**
**OFFICER IN CHARGE OF HOUSING AREA—**

DATE ISSUED __4/13/06__

DATE EXPIRED __INDEFINITE__

INMATE __REYES, JASON__ __34 06 02628__
          NAME                              BOOK-N-CASE NUMBER

DUE TO MEDICAL REASONS HAS BEEN AUTHORIZED THE USE OF __CRUTCHES__
BY RECOMMENDATION OF THE MEDICAL DEPARTMENT.

SIGNATURE OF MEDICAL STAFF OF EMTC

**INTER-HOSPITAL TRANSFER RECORD**

From (Sending Hospital): Bellevue

To (Receiving Hospital): Rikers NIC - Dorm 2B    Date: 4/17/06

Clinical Service: Medicine

Patient's Name (Last): Reyes    (First): Jayson    Sex: M    Age: 23    Birthdate: 1/13/83    Medical Record #: 3086604

Address: _____    Borough: _____    Zip: _____    Apt. #: _____    Telephone #: _____

Next of Kin (Name): _____    Relationship: _____    Telephone #: _____    Transfer Notification: ☐ YES    ☐ NO

Name/Title of Person Contacted at Receiving Hospital: DR. Ihim    Dr. Bashir    Telephone #: _____

Diagnosis and Remarks: Reflex sympathetic dystrophy

Past Medical History (including allergies, medications taken): RSD 2/2 ankle trauma

Physical Findings and Treatment (including medications, IV fluids, and blood administered, lab and X-ray results, procedures done):
Oxycontin SR 10 mg q12 (titrate up PRN)    Cymbalta 40 mg QD
Neurontin 300 PO TID    Provigil 200 mg qAM
Lidoderm patch (or ointment)    Pt would benefit from wheelchair

Special Equipment Transferred:
☐ X-Rays to Accompany Patient    ☐ Laboratory Reports Attached    ☐ Copy of E.R. Chart

Reason for Transfer:
☐ HHC Bed Unavailable    ☐ Services Not Available

Patient's Condition at Transfer:    ☐ Critical    ☐ Serious    ☐ Patient Request    ☐ Other: _____
☐ Fair    ☐ Good

Approved – Physician in Charge (Sending Hospital)
Name Print: Denis SCHWARZ    Title: PGY2
Signature: _____ MD Telephone #: 917-401-1403

Approved – Hospital Administrator
Name Print: _____
Signature: _____    Time: _____

Emergency Medical Service Notified Time: _____ AM/PM    Operator: _____

Time Ambulance Arrived at E.R. _____ AM/PM    Time Patient Transferred _____ AM/PM

Receiving Physician
Name Print: _____    Name of Accompanying Staff Member in Ambulance
Signature: _____ MD    Time: _____    _____

Patients Valuables:    ☐ MD    ☐ RN
☐ Sent with Patient    ☐ Given to Family    ☐ Retained at Hospital

Patient's Clothing:    Staff Signature: _____
☐ Destroyed    ☐ Discarded    ☐ Given to Family    ☐ Retained at Hospital    Family Signature: _____
General Comments/Mental Status Evaluation:    Family Signature: _____

HHC 669 (July 83)    Distribution  White – Patient Copy  Canary – Hospital Copy

# CONSULTATION REQUEST

_W YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _____ DOB _____

FROM _____ / _____
      Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital                        / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

te _____ Physician _____

9014 Rev

_Reminder: Fully Complete the Problem List_

NYC 000117

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
 ND MENTAL HYGIENE

| Leave blank for hospital use |
| --- |

Patients' Name _____ DOB_____

FROM _____ / _____
      Correctional institution         Inmate no.

Referred to _____ Ward / Clinic

Hospital                    / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved_____

Consultation, findings and recommendations:

te _____ Physician _____

5914 (Rev. /04)

*Reminder: Fully Complete the Problem List*

NYC 000118

```
Printed: Apr 17, 2006  01:15 pm  | ---------------------------------
  Bellevue Hospital Center        | Reyes,Jayson              3086604-2     EP?II
      462 First Avenue            | 19S S46SA1                Age:23Y  Sex:male
  New York, NY 10016              | DOB: Jan 13, 1983         MR# 3086604
                                  | Admitted: Apr 15, 2006
                                  | Attndg Physician: Bails,Douglas,MD
                                  | Service: General Medicine
                                  | ---------------------------------
```

Apr 17, 2006  01:14 pm:  Discharge Summary

Disch Date                    :   Mon, 17 Apr 2006
Reason for Admission          :   Left foot pain
Findings/Course               :
    Pt is a 23 yo DOC prisoner with h/o reflex sympathetic dystrophy
    secondary to forklift vs left ankle resulting in severe sprain at
    Home Depot who presents with inability to walk and worsening left
    ankle pain ever since being arrested when his outpatient pain
    regimen was discontinued.  He had previously been on Oxycontin SR
    20 q12, Cymbalta 60 qd, Lidoderm patch, Provigil 200 mg qd.  All of
    these meds were discontinued when pt was arrested.  Pt was
    evaluated by Neurology in ER who recommended Percocet, Neurontin
    and Lidocaine ointment.

    Pt reported some improvement in his pain symptoms.  Ankle film was
    negative.  He was not able to ambulated however.

    Pt stable for discharge.  Should receive Oxycontin SR 10 q12 and
    titrate up PRN, Neurontin 300 TID, Lidoderm patch or ointment if
    patch not available.  Would consider adding Cymbalta and or
    Provigil if symptoms continue.  Would also recommend pt receiving a
    wheelchair.
Disch Prescriptions           :  Oxycontin SR 10 q12, Neurontin 300 tid,
                                  Lidoderm patch
Disposition                   :  transferred to RIKERS
Problem # 1                   :  Reflex Sympathetic Dystrophy, Lower Limbs

Electronically signed by Schwarz,Scott, MD
                                                        Apr 17, 2006

                                                        **NYC 000119**

Printed Apr 17, 2006  1:15 pm by Schwarz,Scott
                                                        p.  1  of  1

# Bellevue Hospital Center
# Discharge Instruction Sheet

**IMPORTANT: Please bring this form to your first appointment with your doctor.**

**IMPORTANTE: Por favor, traiga ésta documento a la primera visita con su médico.**

重要通知: 第一次看醫生時請帶上這退表格。

**MD to Complete**

Diagnoses: _Reflex Sympathetic Dystrophy_

Surgery/Special Procedures:

Home Care Ordered: ☐ Not Required  ☐ Yes
Activity Limitations: ☐ None  ☒ Yes/Specify:    Give DVT Discharge Instructions ☐
_Ambulated_

Allergies: ☐ No Known Allergy  ☒ Yes/Specify: _____    Diet Ordered: ☒ Regular  ☐ Other/Specify:

Your Medications Are:    ☐ **No Medication Ordered**

| Name | Dose | How Often | Reason for Taking |
|------|------|-----------|-------------------|

Additional Instructions (e.g., labs, tests, non-drug pain management, etc.):

Your Follow-up Care: ☐ To Be Seen in Bellevue Clinic: see below
☐ Referred to Bellevue Stop Smoking Program at 5 South 51, (212) 562-4748.

| Clinic | MD Requested Appointment | | SMS Appt Given | |
|--------|------|------|------|------|
| | Date Requested | MD (if known) PRINT | Date | Time |
| ( ) NEW  ( ) REV | ___ days or ___ weeks | | | |
| ( ) NEW  ( ) REV | ___ days or ___ weeks | | | |
| ( ) NEW  ( ) REV | ___ days or ___ weeks | | | |

☐ Patient Requests Appointment with Private MD.
☐ Refer to Non-Bellevue Managed Care Provider.

MD Name (**Print**): _____    MD Signature: _____    ID Number: _____

Date: _____

NYC 000120

## Hospital Transfer Form

**Please use ball point pen and print legibly.**

Referring DOC Facility: _____

Name of referring MD _____
                          **(Please Print)**

Hospital Run: ❑ EMS  ❑ DOC: ❑ 3 hr.  MD Phone # _____

Date: _____ Time: _____ AM/PM

Referred to: ❑ KCHC   ❑ Elmhurst   ❑ Bellevue

❑ Other: _____

Patient Name: _____

B&C #: _____   DOB: _____
           **(Please Print)**

**Contact Urgicare if you have questions:**   **Beeper# 917-949-1234**
                                              **Phone# 718-546-4333**

COMPLAINT:                              PE

PMH:

                                        Studies/Labs

MEDS                                    Tx @ RI

Allergies:

Significant ED findings/studies:

                                        Discharge Dx:

                                        Recommended FU:

**Fax completed form to Urgicare Center @ time of discharge - 718-546-4382**

Physician Name **(print)** _____   Signature: _____   Date: _____
Phone # _____

**CONTACT URGICARE IF YOU HAVE QUESTIONS / INFORMATION.**

**FOR BOROUGH HOUSES CONTACT REFERRING PRACTITIONER (ABOVE).**

**BEEPER #:   917-949-1234**
**PHONE #:   718-546-4333**

NYC 000121



HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone (718) 448-3210 • Fax (718) 442-9085

# FAX TRANSMISSION

[illegible]

DATE: 4/1/06

TO: Rosana

FROM: Naomi

COMPANY:

DEPT:

FAX: 398-8995

FAX: 718-447-7192

TEL. 718-448-3210 X

RE

Number of pages including cover:

OFFICIAL NEW YORK STATE PRESCRIPTION

[illegible]

[redacted]

88HGFT 18

OFFICIAL NEW YORK STATE PRESCRIPTION

[illegible]

4/1/06

88HGFT 17

9920 4th Avenue, Brooklyn, NY 11209 | 3311 Hylan Boulevard, Staten Island, NY 10306 | 58 Columbia Avenue, Staten Island, NY 10304 | 1460 Victory Boulevard, Staten Island, NY 10301

NYC 000122

NYC 000123

| RX# | RF# | DATE | NDC PT UNIT | DESCRIPTION QTY MEM | DAYS SUPP | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|

* * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION * * * * *
* * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES * * * * *