*The Medication he takes will not allow given sedentary work*

The Home Depot
Physical Capacities Evaluation Form

Please complete the following items based on your clinical evaluation of: _Tonga Raven_

Associate Name _____    Claim Number _____    Date of Injury _____

DOB _____    Social Security Number _____

In an 8 hour workday, the associate can: (circle one selection each)

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Constantly | With Rest |
|---|---|---|---|---|---|---|---|---|---|---|
| Sit | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) |  |
| Stand | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) |  |
| Walk | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) |  |
| Drive | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) |  |

Please check the maximum time and frequency that the associate can lift/carry:

| Amount of Weight | Never | Occasionally 1 - 33% | Frequently 34 - 66% | Constantly Unlimited |
|---|---|---|---|---|
| 1 - 10 lbs. |  |  |  |  |
| 11 - 20 lbs. |  |  |  |  |
| 21 - 50 lbs. |  |  |  |  |
| 51 - 100 lbs. |  |  |  |  |
| Over 100 lbs. |  |  |  |  |

Please check the frequency that the associate can perform the following activities:

| Activity | Never | Occasionally 0 - 33% | Frequently 34 - 66% | Constantly Unlimited |
|---|---|---|---|---|
| Climbing |  |  |  |  |
| Balancing |  |  |  |  |
| Stooping |  |  |  |  |
| Kneeling |  |  |  |  |
| Crouching |  |  |  |  |
| Crawling |  |  |  |  |
| Reaching |  |  |  |  |

Please check the degree of work this associate can perform. Volume II of the Dictionary of Occupational Titles, pages 404 - 405, published by the U.S. Department of Labor (4th ed 1991) classifies five levels of work in terms of strength required:

_No work_

**Sedentary Work:** Lifting 10 lbs. maximum and occasionally lifting and/or carrying such articles as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.

**Light Work:** Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. Even though the weight lifted may be of a negligible amount, a job is in this category when it requires walking or standing to a significant degree or when it involves sitting most of the time with a degree of pushing and pulling of arm or leg controls, or when it requires working at a production rate pace entailing the constant pushing or pulling of materials even though the weight of those materials is negligible.

_____ **Medium Work:** Lifting 50 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 25 lbs.

_____ **Heavy Work:** Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 50 lbs.

_____ **Very Heavy Work:** Lifting objects in excess of 100 lbs. with frequent lifting or carrying of objects weighing 50 lbs. or more.

Environmental Restrictions:    _____ None    _____ Yes (Please describe)

Signature Title _____    Date 3/2/04

Attn: NIC

718 546-1154

Dept Dorm 2-A

Dr Warden

Re: Jason Reyes

349062628

Medical Info:

NYC 000125



# Neuroscience Associates of New York

1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax 718/815-3379

*Neurology*
Stephen A. Klock, M.D., F.A.A.N., F.A.C.P.
Steven R. Schwartzberg, M.D.
Andrey V. Gorelik, M.D.

*Pain Management*
Germaine N. Rowe, M.D., F.A.A.P.M.R.
Glenn D. Barua, D.O.

*Neurological Surgery*
Edwin M. Chong, M.D., F.A.C.S.
John S. Shiau, M.D., F.A.C.S.
Anthony J.G. Austin, M.D.

*Emeritus*
Harvey R. Leventhal, M.D., F.A.C.S.

*Neuropsychology*
Paul John L. Wass, Ph.D.

March 20, 2006

Re:    Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin 20 milligrams, every 12 hours; Cymbalta, 60 milligrams a day; and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210 ext 2287.

Sincerely yours,

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/tw
Voice ID 15677016/Text ID 1773 MD

2020 14th Avenue, Brooklyn, NY 11229 • 718/238-0878
A Division of HEALTHCARE ASSOCIATES in Medicine PC

NYC 000126



# HEALTHCARE ASSOCIATES in Medicine, PC.

1990 Forest Street, Staten Island, NY 10304 · Phone: (718) 448-3210 · Fax: (718) 442-9085

## FAX TRANSMISSION

DATE: 2/13/06

TO: Rosaria  398-8995

COMPANY:

FAX:

RE:

Number of p

MESSAGE:

---

### Neuroscience Associates of New York

A Division of HEALTHCARE ASSOCIATES in Medicine

1990 Forest Street, Staten Island, NY 11304 · 718/448-3210
0420 4th Avenue, Brooklyn, NY 11209 · 718/398-0878

**Neurology**
Stephen A. Rweil, M.D., F.A.A.N., F.A.C.P.
Howard S. Schwartzberg, M.D.
Naheed L. Hasan, M.D.

**Pain Management**
Fernando S. Tapa, M.D., F.A.A.P.M.
Suewa Iqbal, M.D.

**Neurological Surgery**
Girish K. Ohara, M.D., F.A.C.S.
John S. O'Neil, M.D., F.A.C.S.
Anthony J.G. Aldino, M.D.

**Emeritus**
Harvey R. Londres, M.D., F.A.C.S.

Date: 2/13/06

Re: Reyes, Jayson

To Whom It May Concern:

Please be advised that the above named patient is under my care for chronic foot pain so reflex sympathetic dystrophy (RSD).

At the present time the patient:

___ may return to work, full duty

___ may return to work with the following limitations:

_____

___ may not return to work

___ is unable to drive a car

Pt is treated medically for his pain symptoms with a regimen of Oxycontin 30mg every 12 hours, Cymbalta 60mg/day, and Lidoderm patches 12h on, 12h off. He also uses Provigil 300mg/day. If you have any further questions, please contact the office. Sincerely, S. Rweil M

This fax may c
you after the r
recipient, you
information is

This fax may c
use of the per
recipient, you
information is
named or by



# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10314 • Phone: (718) 448-3210 • Fax: (718) 442-0083

## FAX TRANSMISSION

DATE __4/11/06__

TO __Diana__          FROM __Savone__

COMPANY: _____

FAX: __392-8995__          DEPT: _____

FAX: 718 __447 7192__

TEL 718-448-3210 X _____

RE _____

Number of pages including cover



OFFICIAL NEW YORK STATE PRESCRIPTION

NYC 000128

NYC 00029

CUSTOMER HISTORY REPORT

| RX # | RX DATE | NDC PAYMENT | DESCRIPTION<br>G.A.H.N REI ABAR | AWP QTY DAYS XPIAN | AMT<br>REFILL | CUST<br>PAID | DOCTOR | INS RRUGGIM | STORE |
|---|---|---|---|---|---|---|---|---|---|

* * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * *
* * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH THE AID PRIVACY POLICIES. * * * * *

*The medications he takes will not allow even sedentary work*

Physical Capacities Evaluation Form

Please complete the following items based on your clinical evaluation of _____

Applicant Name _____    Claim Number _____    Date of Injury _____

D.O.B. _____    Social Security Number _____

In an 8 hour workday, he articulate can: (circle one minutes each)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | Constantly | With time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sit | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |
| Stand | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |
| Walk | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |
| Drive | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) | | |

Please check the maximum time and frequency that the claimant can lift/carry:

| Amount of Weight | Never | Occasionally 0 - 33% | Frequently 34 - 66% | Constantly Unlimited |
|---|---|---|---|---|
| 1 - 10 lbs. | | | | |
| 11 - 24 lbs. | | | | |
| 25 - 34 lbs. | | | | |
| 35 - 100 lbs. | | | | |
| Over 100 lbs. | | | | |

Please check the frequency that the claimant can perform the following activities:

| Activity | Never | Occasionally 0 - 33% | Frequently 34 - 66% | Constantly Unlimited |
|---|---|---|---|---|
| Climbing | | | | |
| Balancing | | | | |
| Stooping | | | | |
| Kneeling | | | | |
| Crouching | | | | |
| Crawling | | | | |
| Reaching | | | | |

Please check the degree of work this claimant can perform. Volume II of the Dictionary of Occupational Titles, pages 654 - 655, published by the U.S. Department of Labor (4th ed 1984) classifies the degree of work in terms of strength required:

*No work*

____ Sedentary Work: Lifting 10 lbs. maximum and occasionally lifting and/or carrying such items as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.

____ Light Work: Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. Even though the weight lifted may be of a negligible amount, a job is in this category when it requires walking or standing to a significant degree, or when it involves sitting most of the time with a degree of pushing and pulling of arm and/or leg controls.

____ Medium Work: Lifting 50 lbs. maximum with frequent lifting and/or carrying of objects up to 25 lbs.

____ Heavy Work: Lifting 100 lbs. maximum with frequent lifting and/or carrying up to 50 lbs.

____ Very Heavy Work: Lifting objects in excess of 100 lbs. with frequent lifting and/or carrying of objects weighing 50 lbs. or more.

Environmental Restrictions    ____ None    ____ Yes (Please describe) _____

Signature/Title _____    Date 3/23/04

NYC 000130



# Neuroscience Associates of New York

1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax: 718/815-3379

*Neurology*
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Steven B. Schwartzborg, M.D.
Audrey L. Halpern, M.D.

*Pain Management*
Germaine N. Rowe, M.D., F.A.A.P.N.:R.
Glenn D. Babus, D.O.

*Neurological Surgery*
Edwin M. Chang, M.D., F.A.C.S.
John J. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

*Emeritus*
Harvey R. Loventhal, M.D., F.A.C.S.

*Neuropsychology*
Reuven L. Weiss, Ph.D.

March 20, 2006

Re:    Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin, 20 milligrams, every 12 hours; Cymbalta, 60 milligrams a day; and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210, ext. 2287.

Sincerely yours,

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/tw
Voice ID: 15X7771.6/Text ID: 1271.585

NYC 000131

*For Reyes found. Very disfigur...*

# The Medications he takes will not allow even Sedentary work

The Home Depot
Physical Capacities Evaluation Form

Please complete the following items based on your clinical evaluation of: JASON REYES

Associate Name: _____    Claim Number: _____    Date of Injury: _____

DOB: _____    Social Security Number: _____

In an 8 hour workday, the associate can: (circle one selection each)

|        |   |   |   |   |   |   |   |   |         | Constantly | With Rest |
|--------|---|---|---|---|---|---|---|---|---------|------------|-----------|
| Sit    | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) |            |           |
| Stand  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) |            |           |
| Walk   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) |            |           |
| Drive  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (Hours) |            |           |

Please check the maximum limit and frequency that the associate can lift/carry:

| Amount of Weight | Never | Occasionally 0 – 33% | Frequently 34 – 66% | Constantly Unlimited |
|------------------|-------|----------------------|---------------------|----------------------|
| 1 – 10 lbs.      |       |                      |                     |                      |
| 11 – 20 lbs.     |       |                      |                     |                      |
| 21 – 50 lbs.     |       |                      |                     |                      |
| 51 – 100 lbs.    |       |                      |                     |                      |
| Over 100 lbs.    |       |                      |                     |                      |

Please check the frequency that the associate can perform the following activities:

| Activity  | Never | Occasionally 0 – 33% | Frequently 34 – 66% | Constantly Unlimited |
|-----------|-------|----------------------|---------------------|----------------------|
| Climbing  |       |                      |                     |                      |
| Balancing |       |                      |                     |                      |
| Stooping  |       |                      |                     |                      |
| Kneeling  |       |                      |                     |                      |
| Crouching |       |                      |                     |                      |
| Crawling  |       |                      |                     |                      |
| Reaching  |       |                      |                     |                      |

Please check the degree of work this associate can perform. Volume II of the Dictionary of Occupational Titles, pages 654 – 655, published by the U.S Department of Labor (3rd ed. 1965) classifies five degrees of work in terms of strength required:

_____ Sedentary Work: Lifting 10 lbs. maximum and occasionally lifting and/or carrying such articles as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.

_____ Light Work: Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. Even though the weight lifted may be of a negligible amount, a job in this category involves sitting most of the time with a degree of pushing and pulling of arm or leg controls, or when it requires walking or standing to a significant degree.

_____ Medium Work: Lifting 50 lbs. maximum with frequent lifting and carrying of objects up to 25 lbs.

_____ Heavy Work: Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects up to 50 lbs.

_____ Very Heavy Work: Lifting objects in excess of 100 lbs. With frequent lifting and/or carrying of objects weighing 50 lbs. or more.

Environmental Restrictions: _____ None    _____ Yes (Please describe) _____

Signature/Title _____    Date 3/25/04

STATE OF NEW YORK - WORKERS' COMPENSATION BOARD

## PRACTITIONER'S REPORT OF INDEPENDENT MEDICAL EXAMINATION

A copy of each report of Independent Medical Examination shall be submitted on the same day and in the same manner to the Workers' Compensation Board, the insurance carrier or self-insured employer, the claimant's attending physician or other attending practitioner, the claimant's representative, if any, and the claimant.

CHECK ONE: [ ] PHYSICIAN  [ ] PODIATRIST  [ ] CHIROPRACTOR  [ ] PSYCHOLOGIST

THIS EXAMINATION WAS REQUESTED BY: [ ] CARRIER/EMPLOYER  [ ] CLAIMANT

| WCB CASE NO | CARRIER CASE NO. (IF KNOWN) | DATE OF INJURY | INJURED PERSON'S SOCIAL SECURITY NUMBER | DATE OF EXAMINATION |
|---|---|---|---|---|
| 0024 8681 | 1E78119HD | 3/16/2002 | 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 | 3/23/2004 |

| | (First Name) | (Middle Initial) | (Last Name) | ADDRESS (Include Apt. No.) |
|---|---|---|---|---|
| INJURED PERSON | Jason | | Reyes | 262 60th Street Brooklyn, NY 11220 |
| EMPLOYER | Home Depot | | | |
| INSURANCE CARRIER | Sedgwick CMS | | | 3 Huntington Quad, South Wing Melville, NY 11747 |

If EXAMINER CONDUCTED THIS EXAMINATION AS AN EMPLOYEE OF AN IME COMPANY, OR UNDER CONTRACT OR ARRANGEMENT WITH AN IME COMPANY, STATE NAME AND WORKERS' COMPENSATION BOARD REGISTRATION NUMBER OF IME COMPANY

MED CONTROL EVALUATION - 101 CEDAR SWAMP RD. - GLEN COVE, NY 11542 - #010057

### Results of Examination (continue on reverse or attach additional sheets, if necessary)

I hereby certify that this report is a full and truthful representation of my professional opinion with respect to the claimant's condition.

| | | |
|---|---|---|
| Dr Andrew Weiss | *(signature)* Weiss | 3/23/04 |
| Practitioner's Name | Practitioner's Signature | Date |
| 1021 Ave Z - corner of E. 11 th Street - Brooklyn, NY 11235 | | 10546 2-6 B |
| Practitioner's Address | | IME Authorization No. |

NO PRACTITIONER EXAMINING OR EVALUATING A CLAIMANT UNDER THE WORKERS' COMPENSATION LAW NOR ANY SUPERVISING AUTHORITY OR PROPRIETOR NOR INSURANCE CARRIER OR EMPLOYER MAY CAUSE, DIRECT OR ENCOURAGE A REPORT TO BE SUBMITTED AS EVIDENCE IN WORKERS' COMPENSATION CLAIM ADJUDICATION WHICH DIFFERS SUBSTANTIALLY FROM THE PROFESSIONAL OPINION OF THE EXAMINING PRACTITIONER. SUCH AN ACTION SHALL BE CONSIDERED WITHIN THE JURISDICTION OF THE WORKERS' COMPENSATION FRAUD INSPECTOR GENERAL AND MAY BE REFERRED AS A FRAUDULENT PRACTICE.

IME-4 (11-01)

TOTAL P.02

02/13/06
18:01:43

REYES, JAYSON
252 50TH ST
BROOKLYN NY 11220-1711
(718) 439-0721

RITE AID - 6801
6801-23 FOURTH AVE
BROOKLYN NY 11220-4615
(718) 567-9476

CUSTOMER HISTORY REPORT
01/01/05 TO 02/12/06

PAGE: 1

| RX | RF | RF DATE | NDC | PH INIT | DESCRIPTION | CLAIM REF NBRS | QTY | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 258330 | | 02/11/05 | 00406051201 | | OXYCODONE W/APAP 5/325 | 22626558201179 | 75.00 | 25 | $37.98 | $.00 | ROME, GERMAINE N. | Take 1 tablet ever | 04269 |
| 258329 | | 02/11/05 | 63481068706 | | LIDODERM 5% PATCH | 2262655502114B | 60.00 | 20 | $415.99 | $.00 | ALCOCK, NAOMI | Use as directed 12 | 04269 |
| 258329 | 1 | 05/23/05 | 63481068706 | | LIDODERM 5% PATCH | 2262555502114B | 60.00 | 20 | $415.99 | $.00 | ALCOCK, NAOMI | Use as directed 12 | 04269 |
| 269590 | | 05/31/05 | 00406051201 | | OXYCODONE W/APAP 5/325 | 257001150523IB | 75.00 | 25 | $37.98 | $.00 | ALCOCK, NAOMI | Use as directed 12 | 04269 |
| 269591 | | 05/03/05 | 00278912193 | | FENTANYL 25 MCG/HR PATC | 25937765253176 | 1.00 | 18 | $37.98 | $.00 | ALCOCK, NAOMI | Take 1 tablet ever | 04269 |
| 278318 | | 09/29/05 | 63481068706 | | LIDODERM 5% PATCH | 260336965005G | 60.00 | 30 | $132.99 | $.00 | ALCOCK, NAOMI | Apply 1 patch TO S | 04269 |
| 278319 | | 09/29/05 | 00406051201 | | OXYCODONE W/APAP | 2602365080050 | 60.00 | 20 | $437.99 | $.00 | ALCOCK, NAOMI | WEAR UP TO 3 PATCH | 04269 |
| 278319 | | 08/31/05 | 00172635460 | | OXYCODONE HCL CR 20 M | 2602145208296B | 75.00 | 25 | $37.98 | $.00 | ROME MD, GERMAINE | WEAR UP TO 3 PATCH | 04269 |
| 278320 | | 08/31/05 | 00172635460 | | OXYCODONE HCL CR 20 M | 2582145208296G | 75.00 | 25 | $37.98 | $.00 | ROME MD, GERMAINE | Take 1 tablet ever | 04269 |
| 285447 | | 11/07/05 | 00406051201 | | OXYCODONE W/APAP | 5/4586312G | 60.00 | 30 | $86.99 | $.00 | ROME, MD, GERMAINE | Take 1 tablet ever | 04269 |
| 285445 | | 11/07/05 | 00002323730 | | CYMBALTA 60 MG CAPSULE | 305830051075G | 75.00 | 18 | $37.98 | $.00 | ROME, MD, GERMAINE | Take 1 tablet ever | 04269 |
| 278318 | 1 | 11/07/05 | 63481068706 | | LIDODERM 5% PATCH | 305830051071B | 60.00 | 30 | $138.99 | $.00 | ROME, MD, GERMAINE | Take 1 capsule onc | 04269 |
| 285448 | | 11/09/05 | 00591350201 | | OXYCODONE HCL CR 20 M | 305837851074B | 60.00 | 20 | $437.99 | $.00 | ALCOCK, NAOMI | Take 1 tablet ever | 04269 |
| 278319 | 2 | 01/01/06 | 63481068706 | | LIDODERM 5% PATCH | 30647575110940 | 60.00 | 30 | $170.99 | $.00 | ROME MD, GERMAINE | WEAR UP TO 3 PATCH | 04269 |
| 291346 | | 01/02/06 | 00591350201 | | OXYCODONE HCL CR 20 M | 32167256010168 | 60.00 | 20 | $170.99 | $.00 | ROME MD, GERMAINE | Take 1 tablet ever | 04269 |
| 291346 | | 01/02/06 | 00591350201 | | OXYCODONE HCL CR 20 M | 3216782560102G | 60.00 | 30 | $437.99 | $.00 | ROME MD, GERMAINE | NEAR UP TO 3 PATCH | 04269 |
| 294458 | | 01/30/06 | 00406112102 | | METHYLIN 5 MG TABLET | 32167256010240 | 60.00 | 30 | $29.99 | $29.99 | ROME MD, GERMAINE | take 1 tablet by m | 04269 |
| 294457 | | 01/30/06 | 00591350201 | | OXYCODONE HCL CR 20 MG | 32925646013096 | 60.00 | 30 | $158.99 | $.00 | ROME MD, GERMAINE | take 1 tablet 8 AM | 04269 |

$3,187.80    $29.99

* * * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * * * *
* * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * *

NYC 000134

TOTAL P.010



## HEALTHCARE ASSOCIATES in Medicine, PC

*1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085*

## FAX TRANSMISSION

DATE: 2/13/06

TO: Rosaria 398-8995

FROM: Jerome

COMPANY:

FAX:

RE:

Number of p

MESSAGE:

---

### Neuroscience Associates of New York
A Division of HEALTHCARE ASSOCIATES in Medicine
1099 Targee Street, Staten Island, N.Y. 10304 • 718/448-3210
9920 4th Avenue, Brooklyn, N.Y. 11209 • 718/238-0878

**Neurology**
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Steven I. Schwartzberg, M.D.
Audrey L. Halpen, M.D.

**Germaine Rowe M.D.**
1099 Targee Street
Staten Island, NY 10304
(718) 448-3210

**Neurological Surgery**
Edwin M. Chang, M.D., F.A.C.S.
John E. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

**Emeritus**
Harvey R. Lowenthal, M.D., F.A.C.S.

**Pain Management**
Germaine R. Rowe, M.D., F.A.A.P.M.R.
Elliot E. Basch, D.O.

Date: 2/13/06

Re: Reyes, Jayson

To Whom It May Concern:

Please be advised that the above named patient is under my care. Bor chronic ① foot pain 2° reflex sympathetic dystrophy (RSD)

At the present time the patient:

_____ may return to work, full duty.

_____ may return to work with the following limitations:

_____

_____

_____ may not return to work.

_____ is unable to drive a car.

Pt is treated medically for his pain symptoms with a regimen of Oxycontin 20mg every 12 hrs Cymbalta 60mg/day, and Lidoderm patches 12h on, 12h off. He also uses Provigil 200mg/day. If you have any further questions, pls contact us.

Sincerely, G. Rowe M.D.

Sincerely yours,

This fax may
you after the
recipient, you
information is

This fax may
use of the per
recipient, you
information is
immediately.

**NEUROLOGY**
Stephen A. Kulick, MD, FAAN, FACP
Audrey L. Halpen, MD

**PEDIATRIC NEUROLOGY**
Steven R. Schwartzberg, MD
Lewis M. Inlovd, MD

**NEUROSURGERY**
Edwin M. Chang, MD, FACS
John E. Shiau, MD
Anthony J.G. Alastra, MD
Harvey R. Lowenthal, MD, FACS
Emeritus

**ORTHOPEDICS**
Steven L. Kulick, MD, FACS
Joseph A. Scarpa, MD, FACS
Robert R. Accettola, Jr., MD
John E. Reilly, MD
David A. Drucker, MD
L. Carmen, MD, FACS
Deborah A. Sanborg, MD
Vincent Leggiere, MD

**NEURORADIOLOGY**
Gerald L. Flaks, MD, FACR
James E. Joseph, MD, FACR

**PAIN MANAGEMENT**
Germaine R. Rowe, MD, FAAPMR
Elliot E. Basch, DO

**PHYSICAL THERAPY**
Alejandro V. Mantaum, PT
Jerome Ortega, PT

**NEUROPSYCHOLOGY**
Karina Weiss, MD



# HEALTHCARE ASSOCIATES in Medicine, PC

1099 Targee Street, Staten Island, NY 10304 • Phone: (718) 448-3210 • Fax: (718) 442-9085

## FAX TRANSMISSION

DATE: 4/11/06

TO: Rosana

FROM: Naomi

COMPANY: _____

DEPT: _____

FAX: 398-8995

FAX: 718-447-7192
TEL: 718-448-3210 X _____

RE: _____

Number of pages including cover: _____

NEUROLOGY
Stephen A. Kalick, MD, FAAN, FACP
Audrey L. Halpern, MD

PEDIATRIC NEUROLOGY
Steven R. Schwersenz, MD
Lewis M. Eiland, MD

NEUROSURGERY
Edwin M. Cooper, MD, FACS
John S. Shiau, MD
Anthony J.E. Alastra, MD
Harvey R. Levander, MD, FACS
Emeritus

ORTHOSURGERY
Stephen J. Pollack, MD, FACS
Joseph A. Sasser, MD, FACS
Albert R. Arostide, Jr., MD
John E. Reilly, MD
David A. Danchar, MD
Joseph L. Skodowczn, MD, FACS

**OFFICIAL NEW YORK STATE PRESCRIPTION**

*(prescription content illegible)*

88H6FT.18

**OFFICIAL NEW YORK STATE PRESCRIPTION**

*(prescription content illegible)*

88H6FT.17

2920 4th Avenue          3371 Hylan Boulevard          65 Columbus Avenue          1460 Victory Boulevard
Brooklyn, NY 11209       Staten Island, NY 10306       Staten Island, NY 10304      Staten Island, NY 10301

NYC 000136

## ANDREW B. WEISS, M.D., F.A.C.S.

Diplomate American Board of Orthopaedic Surgeons
Fellow American Academy of Orthopaedic Surgeons
Clinical Professor of Orthopaedic Surgery UMDNJ/New Jersey Medical School
555 Eagle Rock Ave. Suite 207 Roseland, NJ 07068
Tel#: (973) 226-0825  Fax#: (973) 226-3853

March 23, 2004

Med Control Evaluation
10 Cedar Swamp Road
Glen Cove, NY 11542

|                    |     |                    |
|-------------------:|-----|--------------------|
|                RE: |     | Jason Reyes        |
|            CLAIM#: |     | 1878119HD          |
|             FILE#: |     | MCE34962           |
| DATE OF ACCIDENT:  |     | September 16, 2002 |

To Whom It May Concern:

I had the opportunity to meet and evaluate Jason Reyes, a 21-year-old male receive/unloading person, in my Brooklyn, New York office on March 23, 2004. I am dictating this report on March 23, 2004 for an evaluation performed on March 23, 2004. He was accompanied to the evaluation by a female. My medical assistant, Erika Lerma, was present at the time of this evaluation.

## MEDICAL RECORD REVIEW:

The following medical records were submitted for my review in preparation for this independent medical evaluation:

1. Physical therapy notes, dated 12/17/02 - 08/28/03.
2. Report by Dr. Rowe, dated 02/04/04.
3. Report by Dr Bakhshi, dated 06/24/03.
4. Independent medical evaluation by Dr Falvo, dated 05/22/03.
5. Independent medical evaluation by Dr. Kulick, dated 03/05/03.
6. Independent medical evaluation by Dr. Toriello, dated 01/30/03.
7. MRI report of the left foot, dated 12/04/02.
8. MRI report of the left ankle, dated 12/02/02.
9. Reports by Dr. L'Insalata, dated 09/20/02 - 07/03/03.

NYC 000137

Date: March 23, 2001
Page 2

## HISTORY:

This claimant informs me that he is right-handed, 5 feet 8 inches tall, and weighs 200 pounds. He further states that on September 16, 2002 while at work, his left foot and ankle was crushed between two hylo machines. He was transported by ambulance from the scene of the accident to Lutheran Medical Center in Brooklyn NY, where he was clinically evaluated, treated, and x-rays were performed on his foot and ankle. He was released that same day to the care of his private physicians. He has had no surgery nor has he been hospitalized for any sequelae due to this accident.

He was reportedly treated with epidural injections for what appears to be reflex sympathetic dystrophy of the left foot and ankle. He is also being treated with several medications, including Vicodin, Trileptal and Nebutin. He is experiencing severe pain about the medial aspect of the left foot and ankle; even the slightest touch causes trembling of the limb and withdrawal.

## PAST MEDICAL HISTORY/SOCIAL HISTORY:

Past history reveals he is in good health and has had no major operative interventions performed upon his body.  He denies any history of similar conditions, prior or subsequent accidents.  He denies taking medication besides those for his reflex sympathetic dystrophy.

His work status reveals he as not worked since September 16, 2002, the day the accident occurred.

He reveals that he is single and has a four year old child.  He admits to being a social drinker and smokes approximately one pack of cigarettes per day.

## PHYSICAL EXAMINATION:

LEFT FOOT AND ANKLE:
Examination of the left foot and ankle is consistent with reflex sympathetic dystrophy. He has withdrawal and trembling with even the slightest touch to the medial aspect of the left foot. There is some coldness and modeling of the skin on the medial aspect of the left foot and ankle.  There is limitation of the left foot and ankle to approximately 80 percent normal in all planes. Strength is reduced to 80 percent normal in all planes.

## DIAGNOSES:

1. Reflex sympathetic dystrophy left foot and ankle, causally related to the accident of September 16, 2002 by claimant history.

NYC 000138

Date: March 23,
Page 3

## SUMMARY:

I would place degree of causally related disability as marked. If the claimant's history is accepted, there is a causal relationship between the reflex sympathetic dystrophy and the crush injury of September 16, 2002. There is a need for physical therapy at the frequency of three times per week for ten weeks after which a re-evaluation is suggested. There is also a need for the medications he is receiving. He is unable to work at this time. I have completed and enclosed the Home Depot evaluation form.

I, Andrew B. Weiss, M.D. being a physician duly licensed to practice in the State of New York, hereby affirm under penalties of perjury, that the statements contained herein are true and accurate. The captioned claimant was examined in accordance with the restrictive rules concerning an independent examination. It is understood that no doctor/patient relationship exists or is implied by this examination. The claimant was examined with reference to the specific complaints emanating from the original injuries. Any other medical conditions, which are found unreported or unrelated to the original injuries are to be considered beyond the scope of this examination.

I declare under the penalties of perjury that the information contained within this document was prepared and is the work product of the undersigned and is true to the best of my knowledge and information.

I will be available for Worker's Compensation testimony in Brooklyn on the second Monday of each month, after 1:30 P.M; in Manhattan on the third Monday, after 1:30 P.M; and in Queens on the fourth Monday, after 1:30 P.M. Hearings for all other locations are by telephone. Telephone hearings are by appointment only and must be scheduled with my office to avoid conflict.

Please feel free to contact my office, if additional information is required on this case.

Sincerely,

Andrew B. Weiss, M.D., F.A.C.S.
New York Medical License No.: 105462
ABW/ssc/lcj

CC: clmt
    adj
    Attorney
    WCB

Attn: Dr. Warden
        7.8. 546. 5951

RE: Jason Reyes
        34 906 02628
        7 main

    Medical Information

NYC 000140

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ / DOB _____

FROM _____

Correctional institution          / Inmate no.

Referred to _____ Ward / Clinic

Hospital                          / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone_____ Gabriel Jean Louis, MD

Approved_____

Consultation, findings and recommendations:

ate _____ Physician _____

NYC 000141

350-a (Rev 1/74)              *Reminder: Fully Complete the Problem List*

# CONSULTATION  REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____
　　　　Correctional institution　　　　Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5011 Rev 4

*Reminder: Fully Complete the Problem List*

NYC 000142

```
BBKC/MDC
125 WHITE STREET                    NAME: REYES, JASON
NEW YORK, NY  10013          BOOK/CASE: 3490602628
(212) 225-1458   (C0045-4)        DOB: 01/13/1983

                                   -FINAL-  Original Report 02/14/2006

REYES, JASON                  3490602628
                                              BBKC/MDC
101053919   02/12/2006        02/12/2006 22:36 4/12/2006 08:24  23 Y M

Test Description          Result                        Reference Range
- - - - - - - - - - - - - - - - - - - - - - -* MISCELLANEOUS *
```

Redacted

* * *

NYC 000143

Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

3/30/2006
10:26:47 PM

| | | | | |
|---|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: | **349-06-02628** | NYSID: **0470442Y** |
| DOB: | **1/13/1983** | Site/Housing: | **MDC/4S** | |
| Drug: | **Naprosyn** | | | Dosage: **500MG** |
| Form: | **Tab** | SIG: | **500 MG PO BID** | |
| Reason: | **Other - PAIN** | Start: | **3/30/2006** | Duration: **5 days** |
| Written by: | **Celia Tindale, PA - Physician Assistant** | | | |
| Approved by: | **Franklin Mejia, Physician** | | | |
| Allergies: | **NKA** | | | Pharm: _____ |

## DC:

| | | | | |
|---|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: | **349-06-02628** | NYSID: **0470442Y** |
| DOB: | **1/13/1983** | Site/Housing: | **MDC/4S** | |
| Drug: | **Robaxin** | | | Dosage: **500MG** |
| Form: | **Tab** | SIG: | **500MG PO BID** | |
| Reason: | **Other - PAIN** | Start: | **3/30/2006** | Duration: **7 days** |
| Written by: | **Celia Tindale, PA - Physician Assistant** | | | |
| Approved by: | **Franklin Mejia, Physician** | | | |
| Allergies: | **NKA** | | | Pharm: _____ |

## DC:

NYC 000144



# Neuroscience Associates of New York

1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax: 718/815-3379

**Neurology**
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Steven B. Schwartzberg, M.D.
Audrey L. Halpern, M.D.

**Pain Management**
Germaine N. Rowe, M.D., F.A.A.P.M.R.
Glenn D. Babus, D.O.

**Neurological Surgery**
Edwin M. Chang, M.D., F.A.C.S.
John B. Shiau, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

**Emeritus**
Harvey R. Loventhal, M.D., F.A.C.S.

**Neuropsychology**
Reuven L. Weiss, Ph.D.

March 20, 2006

Re: Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin 20 milligrams, every 12 hours; Cymbalta, 60 milligrams a day; and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210, ext. 2287.

Sincerely yours,

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/tw
Voice ID: 15877716/Text ID: 12751583

NYC 000145



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**BUREAU OF CORRECTIONAL HEALTH SERVICES**

Redacted

 **NYC**
Health

**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

Redacted

NEW YORK STATE DEPARTMENT OF HEALTH



Signature: _____    Date: _____
(legally authorized representative)

If legal representative, indicate relationship to subject: _____

Printed Name: _____

Medical Record #: _____

NOTE: this form is intended to be used in conjunction with DOH-2556i, Part A.

DOH-2556 (5/05)



# Neuroscience Associates of New York

*1099 Targee Street, Staten Island, NY 10304 • 718/448-3210 • Fax: 718/815-3379*

*Neurology*
Stephen A. Kulick, M.D., F.A.A.N., F.A.C.P.
Steven B. Schwartzborg, M.D.
Audrey L. Halpern, M.D.

*Pain Management*
Germaine N. Rowe, M.D., F.A.A.P.M.R.
Glenn D. Babus, D.O.

*Neurological Surgery*
Edwin M. Chang, M.D., F.A.C.S.
John S. Shiou, M.D., F.A.C.S.
Anthony J.G. Alastra, M.D.

*Emeritus*
Harvey R. Loventhal, M.D., F.A.C.S.

*Neuropsychology*
Reuven L. Weiss, Ph.D.

March 20, 2006

Re:     Jayson Reyes

To Whom It May Concern:

Mr. Reyes has been a patient in our pain management practice since June of 2003. He is being treated medically for RSD or reflex sympathetic dystrophy also known as complex regional pain syndrome. RSD is a chronic neurological disease caused by a disturbance in the sympathetic nervous system. RSD is characterized by symptoms of severe pain and increased sensitivity in the area of pain associated also with swelling, color and temperature changes, circulatory changes as well as impairment in motor function or reduced range of motion.

For the patient's pain symptoms, he has been previously treated with a regimen of Oxycontin, 20 milligrams, every 12 hours; Cymbalta, 60 milligrams a day; and Lidoderm patches, 12 hours on and 12 hours off as well as Provigil, 200 milligrams a day.

If you have any further questions, please feel free to contact us in our office at 718 448-3210, ext. 2287.

Sincerely yours,

Naomi Alcock, P.A.
Germaine N. Rowe, M.D.

NA/tw
Voice ID: 15R77716/Text ID: 12751583

NYC 000149

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

2/17/2006
10:17:14 AM

| | | | |
|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: **349-06-02628** | NYSID: **0470442Y** |
| DOB: | **1/13/1983** | Site/Housing: **MDC/4S** | |
| Drug: | **Tylenol** | | Dosage: **325MG** |
| Form: | **Tab** | SIG: **2 tab s po qid prn** | |
| Reason: | **Other - pain** | Start: **2/17/2006** | Duration: **5 days** |
| Written by: | **Jacques Lorthe, PA - Physician Assistant** | | |
| Approved by: | **Cristian Pedestru, Physician** | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:

| | | | |
|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: **349-06-02628** | NYSID: **0470442Y** |
| DOB: | **1/13/1983** | Site/Housing: **MDC/4S** | |
| Drug: | **Naproxen** | | Dosage: **500MG** |
| Form: | **Tab** | SIG: **1 tab po bid** | |
| Reason: | **Other - pain** | Start: **2/17/2006** | Duration: **7 days** |
| Written by: | **Jacques Lorthe, PA - Physician Assistant** | | |
| Approved by: | **Cristian Pedestru, Physician** | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:

NYC 000150

Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

2/28/2006
10:02:06 PM

| | | | |
|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: **349-06-02628** | |
| DOB: | **1/13/1983** | Site/Housing: **MDC/4S** | NYSID: **0470442Y** |
| Drug: | **Naproxen** | | Dosage: **500MG** |
| Form: | **Tab** | SIG: **500 mgrs PO BID** | |
| Reason: | **Other - pain** | Start: **2/28/2006** | |
| Written by: | **Franklin Mejia, Physician** | | Duration: **5 days** |
| Approved by: | **Franklin Mejia, Physician** | | |
| Allergies: | **NKA** | | Pharm: _____ |

## DC:

| | | | |
|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: **349-06-02628** | |
| DOB: | **1/13/1983** | Site/Housing: **MDC/4S** | NYSID: **0470442Y** |
| Drug: | **Tylenol** | | Dosage: **325MG** |
| Form: | **Tab** | SIG: **2 tabs PO Q8Hrs PRN** | |
| Reason: | **Mental Health - pain** | Start: **2/28/2006** | |
| Written by: | **Franklin Mejia, Physician** | | Duration: **5 days** |
| Approved by: | **Franklin Mejia, Physician** | | |
| Allergies: | **NKA** | | Pharm: _____ |

## DC:

NYC 000151

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

2/12/2006
3:44:49 AM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Reyes, Jason** | Book & Case: | **349-06-02628** | NYSID: | **0470442Y** |
| DOB: | **1/13/1983** | Site/Housing: | **MDC/RR** | | |
| Drug: | **Motrin** | | | Dosage: | **400MG** |
| Form: | **Tab** | SIG: | **BID** | | |
| Reason: | **Other - PAIN L ANKLE** | Start: | **2/12/2006** | Duration: | **4 days** |
| Written by: | **Issa Madhoun, Physician** | | | | |
| Approved by: | **Issa Madhoun, Physician** | | | Pharm: | |
| Allergies: | **NKA** | | | | |

## DC:

NYC 000152

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Reyes Jason_ DOB _1/1/6_

FROM _BKC_ Inmate no. _24905 62_
Correctional institution

Referred to _D.O.C._ Ward / Clinic

Hospital _____ / Clinic no. _____

Chief complaint or findings:

_Pt has a Medical Reason_
_+ car in_

**Diagnosis, treatment and medications by C.H.S.:** _care. Thank you_

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Ira Gornish, RPA

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

ate _____ Physician _____

S-014 (Rev 5/51)                    *Reminder: Fully Complete the Problem List*                    NYC 000153



DIVISION OF HEALTH CARE ACCESS AND
IMPROVEMENT

CORRECTIONAL HEALTH SERVICES

## URINE DIPSTICK AND DRUG TESTING

| Patient's Last Name | First Name | NYSID Number |
|---|---|---|
| Reyes | Jason | 0470442Y |

| Book & Case Number | DATE | TIME |
|---|---|---|
| 349-06-02628 | 2/12/2006 | 2:54 AM |

| TESTED BY: | | |
|---|---|---|
| PRINT NAME | SIGNATURE | TITLE |

| RESULTS | REFERENCE RANGE |
|---|---|

*Redacted*

2-12-2006 2:54:30 AM

NYC 000154

**BRL**
Bio-Reference Laboratories
481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407-0621
**1-800-229-5227**

# RIKERS ISLAND
# DETENTION COMPLEX

## GENERAL LABORATORY
## TESTING REQUISITION

### RIKERS ISLAND FACILITIES

| | | DETENTION COMPLEXES |
|---|---|---|
| ☐ C0034-8 ARDC (C-74) | ☐ C0041-3 VMTC (C-71) | ☐ C0042-1 VCBC (BRONX) |
| ☐ C0036-3 AMKC (C-95) | ☐ C0038-9 NIC | |
| ☐ C0046-2 EMTC (C-76) | ☐ C0040-5 OBCC | ☒ C0045-4 BKDC (MANHATTAN) |
| ☐ C0035-5 GMDC (C-73) | ☐ C0048-8 RMSC | ☐ C0044-7 BDC (BROOKLYN) |
| ☐ C0047-0 GRVC | ☐ C0039-7 WestCDU | ☐ C0043-9 QDC (QUEENS) |
| ☐ C0037-1 EATC | | |
| **MDC** | **RR** | |

Patient Last Name: Reyes        First: Jason

Date of Birth: 1/13/1983        Sex: M        Book case #: 349-06-02628

Comments:

Date Collected: 2/12/2006

Collected By: _[signature]_

Ordering Physician: _[signature]_

## PROFILES

- 8392-3 CHEM 20 (T. PROT, ALB, GLOB, GLU, NA, K, CL, CO2, BUN, CREAT, GOT, CAL, URIC ACID, T. BILI, LDH ALK. PHOS, ALT, CHOL)
- 2280-6 HEPATITIS ABC PROFILE (HepBsAb, HepBsAg, HepBcAb, HepcAb, HepAAb, w/reflex)        (S)
- 102-1 Profile 7 (NA, K, CO2, CL, BUN, GLUCOSE, CREAT)        (S) — 2342-4 Liver Profile (T-DBILI, AST, LDH, GGT, T. PRO, ALB, SEP, ALT) (S)
- 0007-5 Thyroid Profile (T4, FIIU, T3, TSH)        (S) — 0009-1 LIPID PROFILE (CHOL, TRIG, HDL, LDL)        (S)

## CLINICAL TEST

| | | | | | |
|---|---|---|---|---|---|
| ☐ ABO & D (RH) | (R) | ☐ 1102-4 Glycohemoglbin | (S) | ☐ 0137-6 Protime (INR) | (S) |
| ☐ 0946-1 Amylase | (S) | ☐ 0105-7 Hepatitis A Ab (w/reflex) | (S) | ☐ 0159-6 PTT | (B) |
| | | | (S) | ☐ 0141-2 Retic Count | (B) |
| | | | (S) | ☐ 0142-0 RPR | (L) |
| | | | Ab (S) | ☐ 0086-9 Sed Rate | (S) |
| | | | Ve (S) | ☐ 0366-5 Sickle Screen | (L) |
| | | | (S) | ☐ 0151-1 T4 | (L) |
| | | | (S) | ☐ 0380-6 Theophylline | (S) |
| | | | (R) | ☐ 0153-7 TSH | (R) |
| | | | (S) | ☐ 0157-8 Uric Acid | (S) |
| ☐ 0004-1 Folate | (S) | ☐ 0289-9 Phenobarbital | (R) | ☐ 0159-4 Urinalysis | (U) |
| ☐ 0085-0 Glucose | (GY) | ☐ 0327-7 Pregnancy (Serum) quant. | (S) | ☐ 0160-2 Vit B12 | (S) |
| | | ☐ 0133-5 Pregnancy (Urine) | (U) | | |

## BACTERIOLOGY CULTURES

- 0090-2 Urine Culture (Bottle/Cup) — 0078-9 Throat Culture (culturette) — 0113-8 Blood Culture/2 Bact Cultures aerobic Anaerobic — 0082-3 Wound Culture (culturette)
- 0097-9 Genital Culture (SC) quant — 0077-1 KOH & Prep of (FXP Kit) — 0120-2 Gm Stain for WBC (SC) — 0081-5 Nail Culture
- 0079-7 Gram Stain (SC) — 0102-3 AFB (SC) — 0078-9 Std For WBC (SC) — 0122-2 Occult Blood Stool (SC)
- Biopsy Specimen

_Clinical History_

**OTHER TEST (S) NOT LISTED ABOVE**

1.
2.
3.

**PAP SMEAR**
(COMPLETE AND SUBMIT A BIO-REFERENCE CYTOPATHOLOGY REQUISITION ONLY)
**VIRAL LOAD**
(RNA QUANT. PCR  COMPLETE AND SUBMIT A QUEST REQUISITION ONLY/OW)
**SPUTUM CULTURE**
(FOR AFB/COMPLETE NYC DOHMH/COBACTERIOLOGY REQUISITION ONLY, TN50)
**HIV SCREEN**
(COMPLETE NYC DOH REQUEST FORM ONLY) (S)

### INTERNAL CONTROL (LAB USE ONLY)

| | | | | | |
|---|---|---|---|---|---|
| L-LAV | LT-PPTN | R-RED | S-SST | GY-GREY | BL-BLUE |
| GR-GREEN | Y-YELLOW | W-PPT | | | VIRAL CUL |
| MBT | BLD. CUL. | AS FROZ. PPT | BLUE | TRANSP VIAL | FORMALIN LAB |
| HAND URN (CUP) | 24 HOUR URINE | U URN TUBE | TURBO URINE | SPC BOARD KIT | OCC'T XLO |

LAV
UR/TO SC

2-12-2006 2:54:51 AM



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES**

Redacted

NYC 000156

**MEDICAL TREATMENT OF PRISONER**
PD 344-150 (Rev. 12-99)-Print

| SECTION I - TO BE COMPLETED BY N.Y.P.D. | | | | | | Date 02/11/06 | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner Name (Last, First, M.I., Print) NUÑE REYES JAYSON | | | | | | | Age 23 | Sex MALE |
| Address 252 50TH STREET BKLYN N 11220 Zip Code | | | | | | Apt | Telephone No |
| Arresting Officer PO ATARIAN STEVEN Signature | | | | | | Shield No 239 | Tax Reg No 923523 | Command 85 PD |
| Arrest No K06611977M | Cmpt of Arrest 872 | Charge SPCS PC 220.21 | | | | | | |
| Escort Officer OCT KRAPF WILLIAM Signature A Krapf | | | | | | Shield No 7324 | Tax Reg No 92727 | Command 85 PD |

| Prisoner Requests Medical Aid ☒ Yes ☐ No | Prisoner Refused Medical Aid ☐ Yes ☐ No | Date 02/11/06 | Time 0415 | Prisoner's Signature | | |
|---|---|---|---|---|---|---|
| Transported To Hospital (Name) BELLEVUE | Date 02/11/06 | Time 0445 | Via Patrol ☐ | RMP # | ACR # | Operator Rank (Print) Name (Last, First, M.I.) OCT KRAPF WILLIAM |
| | | | Wagon # | PCR # | | |
| Returned From Hospital Date 02/11/06 Time 0645 | Attempted Suicide ☐ Yes ☐ No | Nature Of Illness/Injury PAIN IN HIS LEGS | | | | If Injury ☐ Old ☐ New |
| Restraining Devices Used ☐ Yes ☐ No | | | E.S.U Responded ☐ Yes ☐ No | If Yes, Respondent's Rank (Print) Name (Last, First, M.I.) | | |
| Prescription Medication ☐ Yes ☐ No | Prescription Number And Name Of Physician | | | Pharmacy, Phone No | | Property Clerk Invoice No. Card |
| Prisoner Id At Arrest ☐ Yes ☐ No | | | | | | |

Remarks: PRISONER STATES he has (R.S.D.) Read synthethic Dystrophy in his Legs.

Medically Cleared

| Prisoner Refused Medical Aid In The Field ☐ Yes ☐ No | Prisoner Refused Medical Aid At the Command ☐ Yes ☐ No | Prisoner Refused Medical Aid Within The Court Section ☐ Yes ☐ No | | | Recommend Prisoner Be Separated From General Population ☐ Yes ☐ No |
|---|---|---|---|---|---|
| E.M.S. Field Personnel Print Name (Last, First, M.I.) | | | Shield # | Date | Time | Refer To Hospital Emergency Room ☐ Yes ☐ No |
| E.M.S. Court Section Print Name (Last, First, M.I.) | | | Shield # | Date | Time | Refer To Hospital Emergency Room ☐ Yes ☐ No |
| NYPD Supervisor/ Desk Officer Rank (Print) Name (Last, First, M.I.) | | Signature | | Cmd. Of Arrest/Court Section | Date | Time |

| SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF | | | | | | |
|---|---|---|---|---|---|---|
| Admitted To Hospital ☐ Yes ☐ No | Suicide Watch Recommended By Hospital Staff ☐ Yes ☐ No | Transfer To Psychiatric Hospital Recommended By Hospital Medical Staff ☐ Yes ☒ No | Restraints Recommended ☐ Yes ☒ No | Medication Be Dispensed ☐ Yes ☒ No | | |
| Medication To Front With Prisoner ☐ Yes ☒ No | Refer To Psychiatric Hospital ☐ Yes ☒ No | Medically Cleared | | | | |
| Print Name (Last, First, M.I.) Jarvis Edward B | | Cert # | | Title M.D. | Date 2/11/06 | Time 0600 |
| NYPD Court Section Supervisor: Rank (Print) Name (Last, First, M.I.) | | Signature | | Court Section | Date | |
| Received By Department Of Correction: Rank (Print) Name (Last, First, M.I.) | | Signature | | Cmd / I.D # | Date | |

DISTRIBUTION:   1.  WHITE,   2.  BLUE,   3.  PINK – DEPT. OF CORRECTION   4.  BUFF – CMD. OF ARREST   5.  GREEN

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL

NYC 000157

State of New York
COMMISSION OF CORRECTION
Office of Mental Health

Redacted

NYC 000158