

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Deborah A. Dorfman
phone: (212) 788-0408
fax: (212) 788-0940
email: ddorfman@law.nyc.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 3 2008

April 23, 2008

*Via E-mail*

Hon. Paul A. Crotty
United States District Court Judge
United States District Court
500 Pearl Street, Room 735
New York, NY 10007

      Re: *Jayson Reyes v. City of New York, et al.*, 07 Civ. 6349

Dear Judge Crotty:

      I write on behalf of the defendants in the above-referenced matter to respectfully request an adjournment of the date by which the parties must have a face-to-face settlement meeting. Pursuant to the Court's scheduling order in this case, the parties must have an in-person settlement discussion no later than April 25, 2008. Defendants request an adjournment of this date until May 6, 2008. An adjournment is needed because as the individual with the necessary settlement authority for defendants is currently unavailable.

      I have spoken with plaintiff's counsel, Mr. Glickman, about my request for an adjournment and he does not oppose this request. Thank you for your consideration of this request.

Sincerely yours,

Deborah A. Dorfman
Assistant Corporation Counsel

cc:    Leo Glickman, Esq., Counsel for Plaintiff (*via e-mail*)

**MEMO ENDORSED**

SO ORDERED: APR 2 3 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE