```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jayson Reyes,

                Plaintiff,

  -against-

The City of New York, et al.,

                Defendants.
------------------------------------------------------------X

07 Civ. 6349 (PAC)
<u>ORDER OF DISCOTINUANCE</u>

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Settlement upon receipt from either party. In light of the settlement, the conference scheduled for Wednesday, May 7, 2008 at 4:15 PM has been taken off the calendar. The Clerk of Court is directed to close this case.

Dated: New York, New York
         May 7, 2008

                                  SO ORDERED

                                  */s/ Paul A. Crotty*
                                  PAUL A. CROTTY
                                  United States District Judge